USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/14/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL CHALMERS, DARREN CONNORS, GLENN MENDEZ, JAMES NOVA, and FATIMA Q. ROSEMOND, on behalf of themselves and all others similarly situated, and

AFSCME DISTRICT COUNCIL 37 LOCAL 2507, on behalf of its members,

          Plaintiffs,

-against-

CITY OF NEW YORK,

          Defendant.

20 Civ. 3389 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The case management conference scheduled for May 17, 2021, is ADJOURNED *sine die*, pending the Court's resolution of any motion for class certification.

    SO ORDERED.

Dated: May 14, 2021
       New York, New York

                              ANALISA TORRES
                           United States District Judge