# TABLE OF EXHIBITS

| Exhibit Number | Document | Bates Number(s) |
|---|---|---|
| 1 | New York City Council, "Pay Equity in NYC" (Aug. 2021) | PLFPI-GEN003064-003142 |
| 2 | Excerpt from FY 2018 Workforce Profile Report | PLFPI-GEN000349 |
| 3 | Excerpts from Deposition Transcript of Robert Rampino | none |
| 4 | Excerpts from Deposition Transcript of James Nova | none |
| 5 | Excerpts from Deposition Transcript of Fatima Rosemond | none |
| 6 | Excerpts from Deposition Transcript of Darryl Chalmers | none |
| 7 | Excerpts from Deposition Transcript of Darren Connors | none |
| 8 | Excerpts from Deposition Transcript of Glenn Mendez | none |
| 9 | Harold Goldstein and Charles Scherbaum's Expert Report | none |
| 10 | Defendant's Responses & Objections to Plaintiffs' Request for Admission No. 12 | none |
| 11 | Harold Goldstein and Charles Scherbaum's Expert Rebuttal Report | none |
| 12 | Declaration of Michael Lieder | none |
| 13 | Excerpts from Deposition Transcript of Timothy Hogan | none |
| 14 | AFPI II Tasks and Standards (2009) | CHALMERS_FPI_LIT-00037583-00037584 |
| 15 | AFPI II Tasks and Standards/Performance Evaluation (2018) | CHALMERS_FPI_LIT-00000227-00000232 |
| 16 | Excerpts from Deposition Transcript of Debra Palmieri-Russo | none |
| 17 | Declaration of Robert Kaufman | none |
| 18 | Robert Rampino Deposition Exhibit 42 | CHALMERS_FPI_LIT-00038460 |
| 19 | Robert Rampino Deposition Exhibit 48 | CHALMERS_FPI_LIT-00022952-00022954 |
| 20 | Robert Rampino Deposition Exhibit 51 | CHALMERS_FPI_LIT-00036589-00036593 |
| 21 | Robert Rampino Deposition Exhibit 46 | CHALMERS_FPI_LIT-00033406-00033409 |
| 22 | Robert Rampino Deposition Exhibit 28 | CHALMERS_FPI_LIT-00033804-00033805 |