# EXHIBIT 2



# NYC Government
# Workforce Profile Report



**FY 2018**

PLFPI-GEN_001193

PLFPI-GEN000306

**Legal Affairs & Access to Justice**
Agencies that represent city government in legal matters that ensure government's compliance with the law and with standards of integrity, and that provide citizens with mechanisms for seeking redress where individual rights may have been violated.

| Agency | Total Headcount | % Full-Time |
|---|---|---|
| LAW DEPARTMENT (LAW) | 1,765 | 91.4% |
| DISTRICT ATTORNEY - MANHATTAN (DA-MAN) | 1,490 | 99.5% |
| DISTRICT ATTORNEY - KINGS COUNTY (DA-BK) | 1,128 | 97.4% |
| DISTRICT ATTORNEY - BRONX COUNTY (DA-BX) | 1,019 | 99.7% |
| DISTRICT ATTORNEY - QUEENS COUNTY (DA-QNS) | 693 | 99.0% |
| OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS (OATH) | 670 | 44.5% |
| DISTRICT ATTORNEY - SPECIAL NARCOTICS (DA-NARC) | 220 | 100% |
| CIVILIAN COMPLAINT REVIEW BOARD (CCRB) | 204 | 90.2% |
| DISTRICT ATTORNEY - RICHMOND COUNTY (DA-SI) | 159 | 98.7% |
| CITY COMMISSION ON HUMAN RIGHTS (CCHR) | 152 | 96.7% |
| BOARD OF CORRECTION (BOC) | 28 | 100% |
| CONFLICTS OF INTEREST BOARD (COIB) | 26 | 100% |
| NYC CIVIL SERVICE COMMISSION (NYCCSC) | 15 | 73.3% |
| EQUAL EMPLOYMENT PRACTICES COMMISSION (EEPC) | 11 | 100% |
| | 7,580 | |

**Public Safety & Law Enforcement**
Public safety covers the government services devoted to reducing crime, maintaining a safe and secure public environment, responding to all emergencies that threaten life and property, protecting New York City from terrorism, improving the city's emergency preparedness and response capabilities, and administering criminal justice, including city jails and probation.

| Agency | Total Headcount | % Full-Time |
|---|---|---|
| POLICE DEPARTMENT (NYPD) | 56,066 | 94.2% |
| FIRE DEPARTMENT (FDNY) | 17,526 | 99.4% |
| DEPARTMENT OF CORRECTION (DOC) | 12,680 | 99.2% |
| DEPARTMENT OF PROBATION (DOP) | 1,053 | 99.9% |
| DEPARTMENT OF INVESTIGATION (DOI) | 376 | 99.5% |
| NYC EMERGENCY MANAGEMENT (NYCEM) | 194 | 97.4% |
| | 87,895 | |