# EXHIBIT 3

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DARRYL CHALMERS, DARREN CONNORS,
GLENN MENDEZ, JAMES NOVA, and
FATIMA Q. ROSEMOND,                      1:20-cv-03389
On behalf of themselves and all
others similarly situated, and
AFSCME DISTRICT COUNCIL 37
LOCAL 2507, on behalf of its
Members

                    Plaintiffs,


        v.


CITY OF NEW YORK,

                    Defendant.

------------------------------------x




                    April 21, 2021
                    9:30 a.m.


            DEPOSITION of CITY OF NEW YORK, the

Defendant herein, by ROBERT STEVEN RAMPINO, taken

by the attorneys for the Plaintiffs, pursuant to

Notice, held via Web conference at the above date

and time, before Maureen McCormick, a Notary

Public of the State of New York.

                                                        26

1                           R. Rampino

2      at the time, but I don't know what the reasoning

3      is.

4           Q.    You'll see that this email is dated

5      February 2015.  In 2015, and in the immediate,

6      let's say, five preceding years from the time you

7      had assumed a more general role, did the Bureau of

8      Fire Prevention have difficulty in meeting its

9      needs to fill vacant fire protection inspector

10     positions?

11          A.    I believe so, yes.

12          Q.    And was that the case in every year

13     between 2010 or '15, or if you can't remember

14     that, was it generally the case?

15          A.    It was -- it certainly was generally

16     the case.

17          Q.    And what facts lead you to state that

18     it was generally the case that the department, the

19     bureau, was having trouble filling its vacant FPI

20     positions?

21          A.    I always had conversations with Steve

22     Ertrachter, who I know very well, and I would

23     speak to him about issues concerning personnel.

24          Q.    And Mr. Ertrachter was the one who

25     would tell you that the bureau was having trouble

27

1                          R. Rampino

2      filling the positions?

3           A.    Yes.

4           Q.    Did he give you examples or data to

5      reflect that they were having trouble filling the

6      positions?

7           A.    No.

8           Q.    So it was more -- just a more general

9      statement that he was giving you without

10     specifics.

11          A.    Yes.

12          Q.    Did you have other ways of knowing

13     between 2010 and 2015 that the Bureau of Fire

14     Prevention generally was finding it difficult to

15     fill FPI positions?

16          A.    Yes.

17          Q.    And what were they?

18          A.    Conversations with other managers,

19     conversations with the executive staff.

20          Q.    And which other managers do you

21     remember having conversations with that revealed

22     that the bureau was having trouble filling the

23     positions?

24          A.    Well, I knew from my own experiences

25     as the director of Fire Alarm Inspection Unit, but

28

```
 1                        R. Rampino
 2    I also spoke with people like Chief Inspector
 3    Cendagorta, who was in charge of sprinkler
 4    standpipe, and others that I don't recall right
 5    now, who were attempting to recruit for their
 6    units, that it was hard to come -- hard to come up
 7    with recruits.
 8                    There was either no list or a very
 9    limited list.
10         Q.    Did you have any means of comparing
11    the difficulty that you had experienced in the
12    Fire Alarm Unit with the more -- with the problems
13    that were existing more generally, such as
14    reported by Mr. Ertrachter and Mr. Cendagorta,
15    such that you thought that it was about the same
16    throughout the bureau or worse, in the fire alarm,
17    or worse in the units other than fire alarm?
18         A.    Its may have been somewhat worse in
19    the Fire Alarm Unit, because there's a smaller
20    pool of eligibles out there, but it was bad all
21    over.
22         Q.    You also said that you had
23    conversations with executive staff about the
24    difficulties in recruiting fire protection
25    inspectors.
```

29

1                    R. Rampino

2              With which members of the executive

3       staff do you remember having such conversations?

4              A.     Certainly with Jensen, Chief Thomas

5       Jensen, Chief Spadafora, and probably others here

6       and there that I'm not recalling offhand in terms

7       of the exact conversations, but those two in

8       particular I worked most closely with.

9                    MR. LIEDER:  We'll skip over Exhibit

10                   6.  I had essentially the same email chain

11                   later in my outline, and I'll use it then.

12                   Could you pull up, Maureen, Exhibit 7,

13                   please.

14                   (Discussion off the record.)

15             Q.    Mr. Rampino, could you read through

16       this particular email chain that's been marked as

17       Exhibit 7, and let us know when you're done.

18                   MR. LIEDER:  And Maureen, you may need

19                   to surrender control over the exhibit so he

20                   can scroll through.

21                   THE WITNESS:  I read the first part of

22                   it.  Can you scroll for me?

23                   (Discussion off the record.)

24             A.    Okay, all right.  "Thanks to you and

25       your staff for all practical assistance -- in the

32

1                     R. Rampino

2          Q.     Then if you go back to your email, you

3      say in the third sentence, "The labor contract,

4      while not a home run, is a good solid line drive

5      double.  It is definitely something that can be

6      built upon during the next round of negotiations."

7                     What did you mean by a good solid line

8      drive double?  What did you see as positive in

9      that comment?

10         A.     We were originally trying to get a

11     40-hour workweek, and we got halfway there, so we

12     didn't round all of the bases, but we got to

13     second base, so that's what I mean by a line drive

14     double.

15         Q.     And why were you trying to increase

16     the hours of the fire protection inspectors from

17     35 to 40 hours?

18         A.     Because we wanted to accomplish a few

19     things.  We wanted to -- one, we wanted to

20     increase productivity.  It's always a goal to

21     increase productivity for the bureau, both in

22     terms of fire protection and in terms of revenue,

23     and we also wanted to improve the status of fire

24     protection inspectors so that we would both be

25     able to in the future recruit and then retain

33

1                              R. Rampino

2      those fire protection inspectors.  We wanted to

3      completely stabilize the work force.

4          Q.    And I want to ask you about both of

5      those points.

6                You said you wanted to increase

7      productivity both in terms of fire protection and

8      in terms of revenue.  In what way would increasing

9      hours from 35 to 40 or from 35 to 37 and a half

10     increase the amount of fire protection?

11         A.    We'd be able to perform more

12     inspections.

13         Q.    Which would protect city residents?

14         A.    Correct.

15         Q.    And in what way would it increase

16     revenue?

17         A.    Well, the inspectors for -- the

18     inspectors, when they perform inspections, charge

19     $210 an hour for their efforts, and the $210 an

20     hour in relation to that additional time, two and

21     a half hours a week, would produce -- would

22     produce revenue.

23         Q.    And you believe that the revenue that

24     would be produced would be more than the expenses

25     associated with additional salary; is that right?

34

1                           R. Rampino

2           A.     Correct.

3           Q.     Now, fire protection inspectors and

4     associate fire protection inspectors also received

5     benefits, pension, health care.

6                  Did you believe that the additional

7     revenue would exceed the salaries plus their

8     benefits?

9           A.     Yes, I did.

10          Q.     And had you done various analyses to

11    show that?

12          A.     There were analyses that were

13    performed at the time.

14          Q.     Who were they performed by?

15          A.     They were performed by -- initially by

16    the Bureau of Fire Prevention and then later on

17    Fred Novello's office.

18          Q.     Now, we're going to be looking a

19    little bit later in the deposition, but at this

20    point you also had put forward a step pay plan; is

21    that right?

22          A.     That is correct.

23          Q.     And you had said you or Chief

24    Spadafora had sent that step pay plan to, among

25    others, the Office of Labor Relations, Mr.

38

                              R. Rampino

1

2       now.  Sweeney.  Bob Sweeney was the chief of staff

3       at the time.  Sorry about that.

4           Q.    I'm glad you remembered.

5                 And do you know in the CC in the email

6       from you to Mr. Novello, Joseph Zavaglia, James

7       Gallagher and Mike Orsino, were these individuals

8       who worked for Mr. Novello?

9           A.    Yes.  Those are -- those were Fred

10      Novello's staff members.  They were junior members

11      of the staff, very good group.

12          Q.    And were they the ones who actually or

13      may have helped do the analysis that you talked

14      about earlier of the revenue versus the cost?

15          A.    Yes.

16                MR. LIEDER:  We can put that exhibit

17            aside.

18                MS. CROUSHORE:  Would it be okay if we

19            took a short break.  I'm getting requests

20            from the lawyers at FDNY they'd like to try

21            to join back in again, if they possibly can.

22                MR. LIEDER:  Why don't we take five

23            minutes or so.

24                (Recess taken.)

25          Q.    Mr. Rampino, before we broke, you had

39

1                        R. Rampino

2      identified the benefits associated with increasing

3      the number of hours from 35 to 40, as you had

4      hoped, or 35 to 37 and a half, as was negotiated,

5      and you said there were two of them.

6                  The first was increasing productivity

7      both in terms of fire protection and in terms of

8      revenue, but the second, which we haven't talked

9      about, is you thought it would also help with

10     recruitment and retention of FPIs and AFPIs; is

11     that right?

12         A.    That's correct.

13         Q.    In what way did you believe increasing

14     the hours would help with recruitment and

15     retention?

16         A.    Well, it would necessarily mean a

17     higher starting salary, which could be advertised

18     for, and it would mean a higher salary generally,

19     so when you advertise for positions on the

20     outside, whether over the computer or in the

21     newspaper, you're going to attract more people,

22     and that is what -- that was one of the results

23     that we would have hoped for.

24         Q.    So that would help with recruitment,

25     and in what way with retention?

40

R. Rampino

1

2        A.    Well, the more money people can make,

3    the less likely they are to leave for greener

4    pastures, and it doesn't have to be a lot.

5        Q.    Any other way that you thought it

6    would be helping with recruitment and retention,

7    other than what you just testified to?

8        A.    Not that I can think of offhand.

9             MR. LIEDER:  We're done with Exhibit

10            7, and Maureen, would you call up Exhibit 8,

11            please.

12       Q.    Mr. Rampino, Exhibit 8 is a long email

13    chain, several pages worth.  To the extent that I

14    ask you questions that are specific, though, it

15    will be on the first page down to the thank you,

16    so could you look at this document.

17            You don't have to stop at the first

18    page, but when you're comfortable, let me know,

19    and I can ask you questions about it.

20       A.    All right.  The print's a little

21    small, but, I mean, I can read it, but it's

22    laborious.

23       Q.    Well, let me ask you -- see if we

24    can't get at this just from your memory instead of

25    refreshing it through the document.

50

1                          R. Rampino

2          A.     That's my understanding.

3                 MR. LIEDER:  We can put Exhibit 9

4          aside and call up Exhibit 10.

5                 THE WITNESS:  Do you want me to read

6          this?

7          Q.     Generally, my question is going to be,

8     are these the bureau's responses to the questions

9     that had been asked by the DCAS in response to

10    your request to change the minimum qualifications?

11         A.     Yes, they are.

12         Q.     And did you have a role in the

13    preparation of these responses?

14         A.     Yes, I did.

15         Q.     What was your role?

16         A.     I was primarily -- I was the primary

17    writer of the responses.

18         Q.     And were the responses also reviewed

19    by the chief?

20         A.     They were reviewed by the chief, and

21    they were discussed with Ms. Germain.

22         Q.     And the chief at that time was Chief

23    Spadafora?

24         A.     That is correct.

25         Q.     Let's look at the first paragraph of

51

```
 1                      R. Rampino
 2      the response to Question 1, the one that begins,
 3      "The high volume demand."  Do you see that.
 4           A.    Yes.  The first paragraph?
 5           Q.    Yes.
 6           A.    Okay.  You want me to read it?
 7           Q.    Yes, you should read it to yourself
 8      first.
 9           A.    Okay.  Okay.
10           Q.    The first sentence says, "The high
11      volume demand for fire protection inspectors has
12      for all practical purposes prompted an annual
13      filing for the fire protection inspector title."
14                  What do you mean by annual filing?
15           A.    Well, we would do it -- we would
16      advertise for fire protection inspectors every
17      year, and we would struggle to get, you know, even
18      a minimum number of applicants.
19           Q.    And when you say that you would have
20      to file every year, does that mean another
21      examination every year?
22           A.    You know, I don't recall exactly.  We
23      had pretty frequent examinations, but I don't know
24      if it was annual.
25           Q.    Well, was there some other way of
```

                                                            52

1                        R. Rampino

2     filling the vacant FPI positions, other than

3     through an examination and establishment of a

4     list?

5          A.    Well, we -- you can hire provisionally

6     in lieu of the examination, that when the

7     examination finally -- was -- finally took place,

8     the people who are hired provisionally would have

9     to take the exam, pass it, and do well

10    competitively on the list.

11         Q.    Was the bureau utilizing provisional

12    hiring of fire protection inspectors during the

13    period of 2015?

14         A.    When necessary.

15         Q.    Do you remember how many years it had

16    proven necessary between 2010 and 2015?

17         A.    No.

18         Q.    Do you know whether it was more than

19    once?

20         A.    Probably.  I don't know.

21         Q.    You then go on to say, "While the

22    number of applicants has varied each year, the

23    number of unqualified candidates has repeatedly

24    left the Bureau of Fire Prevention with too small

25    a pool of candidates."

53

1                           R. Rampino

2                   Is the reference to the number of

3        unqualified candidates to the people who were

4        being excluded through the CID process?

5              A.    Yes.

6              Q.    Then going down a little bit, it says,

7        "This conundrum prompted a detail review by the

8        chief of fire prevention and his staff of Fire

9        Code experts."

10                  Was Chief Spadafora in fact involved

11       in the review that led to this proposal?

12             A.    Well, he was part of the conversation

13       for certain.  Whether you want to call that a

14       detailed review, I'm not sure.

15             Q.    And when you talk about his staff of

16       Fire Code experts, who were you referring to

17       within the staff?

18             A.    Well, you would be referring to -- at

19       the time it would have been Louis Cendagorta.  It

20       would have been Samuel Asamoah, probably Sandy

21       Camacho and others.

22             Q.    Can you read the second paragraph?

23                  THE WITNESS:  Could you move it up?

24       Could you scroll down a lit bit?  Perfect.

25       Okay.

58

1                        R. Rampino

2           Q.    Let's start with the top email in the

3     chain, even though it's responding to the one

4     below it.

5                It is from Mr. Novello, and it's to a

6     Charles Marchant at the OMB.  Do you see that?

7           A.    Yes.

8           Q.    Are you familiar with Mr. Marchant at

9     the OMB?

10          A.    Not really, no.

11          Q.    When you say not really, do you have

12    some familiarity with him?

13          A.    Well, I said not really, because I

14    looked at the CCs, and I see Michael Geramita, and

15    I know who he is, but I don't remember Charles

16    Marchant.

17          Q.    Who is Michael Geramita?

18          A.    He's one of the managers in OMB, or

19    was.

20          Q.    How do you know Mr. Geramita?

21          A.    I think I had occasion to talk with

22    him once or twice.

23          Q.    So Mr. Novello starts out his email to

24    Mr. Marchant with, "This title is so difficult to

25    recruit that DCAS has been offering yearly civil

59

1                           R. Rampino

2      service exams instead of the usual one civil

3      service exam every four years."

4                 Do you see that?

5           A.    Yes.

6           Q.    I know we talked earlier about the

7      fact that you didn't remember exactly whether it

8      was one every year, but --

9           A.    Yeah.

10          Q.    -- many years there were exams.

11                Do you agree or is it your

12     understanding that normally DCAS offers one civil

13     service examination every four years?

14          A.    Yes.

15          Q.    And do you agree that the reason that

16     DCAS was having to offer it once every year or

17     almost every year is because it had been so

18     difficult to recruit for the position?

19          A.    Yes.

20                MS. CROUSHORE:  Objection.

21          Q.    You also see that Mr. Novello

22     references that the change was approved on or

23     about February 1, 2017, that that change would be

24     implemented in the June 2017 exam.

25                Do you see that?

83

1                      R. Rampino

2          A.    Right.

3          Q.    Does that suggest to you that as early

4    as September of 2014 you were working on a plan

5    that included step pay for FPIs and AFPIs?

6          A.    It was only in the conversation stage.

7    Now, that was a fairly frequent conversation,

8    though.

9          Q.    And let me ask it differently.

10               Were you the person who first started

11   raising the possibility of step pay increases?

12         A.    Yes.

13         Q.    And what caused you to raise that

14   particular topic?

15         A.    My overall viewpoint regarding the

16   bureau and helping what I viewed as one of the

17   ways of helping the principal work segment in the

18   Bureau of Fire Prevention, which is the fire

19   protection inspector career series of employees, I

20   wanted to help raise their status, I wanted to

21   help attract people, I wanted to prevent

22   attrition, and I wanted to give people -- inspirit

23   people to have greater career aspirations.

24         Q.    Was there anything specific that led

25   to you having this desire to help in these ways?

93

1                         R. Rampino

2       people from those units, and I wanted to prevent

3       that from happening.

4            Q.    And when you say DO, just so the

5       record is clear, that's district offices?

6            A.    Yeah.

7            Q.    You said that inspectors were leaving

8       either to get promoted to another unit, such as

9       outside district office, or to another agency.

10                Over the years, did the bureau

11      experience loss of fire prevention inspectors to

12      other agencies?

13                MS. CROUSHORE:  Objection.

14                You can answer.

15           A.    To other agencies, to private firms.

16      They would leave for a variety of other

17      opportunities.

18           Q.    Did you know which other agencies that

19      they left for?

20                MS. CROUSHORE:  Objection.

21           A.    They'd leave for HPD.  They'd leave

22      for the Department of Buildings.  They would leave

23      for the MTA.  They would leave to jobs in

24      hospitals or schools.  They would leave for a

25      variety of -- they would leave for a variety of

116

1                           R. Rampino

2      reaction of Commissioner Rush being to the step

3      pay plan?

4           A.    They listened, but it didn't appear to

5      me that they were favorable, but they didn't

6      reveal anything definitive either.

7           Q.    And when you say they, you were

8      talking about both Mr. Rush and Mr. Sweeney?

9           A.    Yes.

10          Q.    Is that the only instance of which you

11     are aware in which someone higher in the hierarchy

12     than Chief Spadafora discussed the step pay plan?

13          A.    Well, I don't know that they were

14     higher than Chief Spadafora, the hierarchy, but

15     they were all in at the upper, upper, the highest

16     level of management in the department.  They all

17     were to that extent.

18          Q.    And was there anyone else in that high

19     level of management in the department you

20     discussed the step pay plan with Chief Spadafora,

21     to best of your knowledge?

22          A.    I really don't know.

23          Q.    We can put that aside.

24               MR. LIEDER:  Let's call up Exhibit 22,

25          please.

117

                              R. Rampino

1

2          Q.    Mr. Rampino, this is a memo from Chief

3    Spadafora to David Zweifler, the director of labor

4    relations, dated April 14, 2015, and it's also

5    concerning the step pay plan proposal.

6                Do you see that?

7          A.    Right.

8          Q.    Did you prepare this memo for Chief

9    Spadafora with his input?

10         A.    Yes.

11         Q.    And why was the decision made to send

12   it to Mr. Zweifler?

13         A.    Well, Mr. Zweifler was the head of

14   labor relations.

15         Q.    And was this in connection with the

16   upcoming, or maybe at that time ongoing, labor

17   negotiations with the union representing the fire

18   protection inspectors for the next collective

19   bargaining agreement?

20         A.    I don't know if that was the

21   facilitating reason.

22         Q.    Do you know any other reason for

23   sending it to Mr. Zweifler, other than that?

24         A.    I can't think of -- I can't think of

25   any.

118

```
1                          R. Rampino
2              MR. LIEDER:  I'm going to take the
3         documents slightly out of order that I had
4         thought I'd take them in.  Could you,
5         Maureen, call up Exhibit 24.
6         Q.    And this, Mr. Rampino, is an email
7    chain of about five emails.
8              I want to just focus, though, on the
9    earliest, so the one at the bottom of the page.
10             MR. LIEDER:  Would you, Maureen, be
11        able to scroll down to the bottom of the
12        page.
13        Q.    You'll see, Mr. Rampino, that this is
14   an email from David Zweifler to Chief Spadafora
15   and to two other people, and then there are
16   several individuals who are CCed.
17             Before we get to the text here, you'll
18   see that one of the recipients, in addition to
19   Chief Spadafora, is Douglas White.
20             What type of role did Douglas White
21   have in 2015?
22        A.    He was a deputy commissioner in the
23   Fire Department.  I think he since has retired.  I
24   think he was in charge of a couple of the bureaus,
25   one of which was the Bureau of Human Resources.
```

119

```
 1                    R. Rampino

 2        Q.    And who is Dorecia Phillip?

 3        A.    I heard the name, but I'm not sure who

 4   she is.

 5        Q.    And on the CC line, we talked about

 6   Carline Germain.  Do you know who Fredda Wigder

 7   is?

 8        A.    I think I know who she is, but I don't

 9   know exactly what role she plays in things.

10        Q.    Let's go down to the text of the

11   email.  You'll see that it says that, "Bargaining

12   has been pushed back to May 5, 2015, so there will

13   be time to discuss our bargaining proposals with

14   OLR before that.  OLR is currently looking over

15   the Fire Department's proposal for a step pay plan

16   for the fire protection inspector series."

17              Do you see that?

18        A.    Where is that?  Is that in the --

19   that's in the last paragraph.

20        Q.    The three-line paragraph in Mr.

21   Zweifler's email?

22        A.    Yeah, okay.  I see it.  All right.

23   Okay.

24        Q.    So regardless of what Mr. Spadafora's

25   purposes were in sending in the step pay plan
```

120

                              R. Rampino

1

2    proposal to David Zweifler, he says that OLR is

3    currently looking over the proposal.

4              What if any feedback did the Bureau of

5    Fire Prevention or Chief Spadafora get from OLR

6    about the proposal?

7              MS. CROUSHORE:  Objection.

8         A.    None that I'm aware of.

9         Q.    Was there any effort that you are

10   aware of to reach out to Mr. Zweifler or others in

11   OLR to find out what was happening with the step

12   pay plan proposal?

13             MS. CROUSHORE:  Objection.

14             You can answer.

15        A.    I don't know.  I don't know.

16        Q.    You don't know?

17        A.    No.

18             MR. LIEDER:  Let's go to Exhibit 23.

19   We can put 24 away.

20        Q.    I should say that I messed up here,

21   just so you know, because otherwise it will be a

22   little bit confusing.

23             The city produced to us four pages of

24   documents concerning a construction inspector

25   position and a plumbing inspector position, and

140

```
 1                      R. Rampino
 2      comparison of HPD Department of Buildings and Fire
 3      Department inspector pay performed by the budget
 4      office?
 5           A.    No, I don't remember this.
 6           Q.    And did Mr. Novello or anyone, even if
 7      they didn't send a comparison to you, inform you
 8      that they had performed a comparison of HPD, DOB
 9      and Fire Department pay?
10           A.    I don't remember.
11           Q.    If you don't have any information
12      about this, there is no point in questioning you
13      about it, so why don't we put 27 aside.
14                MR. LIEDER:  Could you call up 28,
15           please.
16           Q.    Mr. Rampino, could you please review
17      this document, which is primarily an email from
18      you to Chief Spadafora, copied to Mr. Ertrachter
19      and Ms. Germain?
20           A.    Okay.  Could you scroll up?  Okay.
21           Q.    This is an email that you sent to
22      Chief Spadafora on September 28, 2015?
23           A.    Uh-huh.
24           Q.    You've been --
25           A.    This I remember.
```

141

1                        R. Rampino

2          Q.    I was going to say, you've been

3     wonderful.  You're the only witness I know who's

4     gone four hours before the first uh-huh, but you

5     need to say yes or no.

6                Mr. Rampino, in this email that you

7     sent to Mr. Spadafora, you're comparing the salary

8     compensating rates of DOB inspectors and BFP fire

9     protection inspectors?

10         A.    That's correct.

11         Q.    And you present a number of

12    calculations, and you conclude at the bottom of

13    the page that fire protection inspectors would

14    still earn significantly less in salary even with

15    the proposed step pay plan integrated with a

16    forty-hour week.  Do you see that?

17         A.    That's correct.

18         Q.    And as far as you know, as you sit

19    here today, your calculations that showed that the

20    fire protection inspectors would earn -- looks

21    like about 15 percent less than the DOB inspectors

22    even with a forty-hour week in a proposed step pay

23    plan, as far as --

24         A.    I just maybe make a -- something of a

25    correction.  This doesn't discuss the step pay

142

1                          R. Rampino

2    plan.  This just talks about the hiring rate, the

3    incumbent rate and the maximum rate, and I'm

4    showing how under any circumstances when you -- if

5    they had a similar contractual arrangement, and if

6    you made an adjustment for a forty-hour week, they

7    would still be earning less than the DOB

8    inspectors at the hiring rate.

9               That's what this shows, so the step

10   pay plan doesn't enter into this.

11        Q.    So you're saying that you haven't

12   factored that into your calculations, although you

13   do say in the sentence that they would still earn

14   less even with the proposed step pay plan.

15              Do you see that?

16        A.    Where?

17        Q.    At the bottom of the first page.

18        A.    Okay.  It limits it to only two

19   levels.

20        Q.    I'm actually talking about at the top

21   of the -- I'm sorry, the bottom of previous page,

22   where it says, "Fire protection inspectors will

23   still earn significantly less in salary, even with

24   a proposed step pay plan integrated within a

25   forty-hour work week."  Do you see that?

143

1                          R. Rampino

2          A.     In other words, if they were subject

3     to the same contractual arrangements or similar

4     contractual arrangements, the DOB hiring rate

5     would still come out ahead.  It follows -- it

6     follows in a logical manner arithmetically.

7          Q.     Right.  So when you say, even if they

8     were subject to the same contractual arrangement,

9     you're talking about a forty-hour week?

10         A.     Well, what I'm saying is if they -- if

11    they had -- if they had a forty-hour week, and

12    they received the same contractual agreement as

13    the Department of Buildings inspectors received,

14    and they were able to work a 40-hour workweek,

15    they would still end up earning less than the Fire

16    Department -- fire protection inspectors would

17    still end up earning less than the Department of

18    Building inspectors, and the hiring rate for both

19    would be 55,139 for the DOB, 47,053 for the fire

20    protection inspectors.  It's like a 15 percent

21    difference.

22         Q.     And you're also factoring in when you

23    say the same contractual arrangement, the same

24    increases, consistent with pattern bargaining; is

25    that right?

144

1                        R. Rampino

2          A.    That's what I mean, yes, because at

3     this point, they hadn't yet received a contractual

4     agreement, meaning the fire protection inspectors,

5     whereas the DOB people had.

6          Q.    Before I get to the next paragraph,

7     although you don't present in this memo the

8     calculations based on the proposed step pay plan,

9     did you actually do the math to determine that

10    even with your proposed step pay plan that the

11    fire protection inspectors would be paid less?

12         A.    Well, could you move that?  Could you

13    scroll down a bit, so I can see the rest of that?

14              Well, as you can see, the maximum rate

15    for the DOB is 78,637.  The maximum rate for the

16    Fire Department would be 61,450.  That's quite a

17    bit of difference.

18         Q.    Right?

19         A.    So even if you factored a step pay

20    plan, it would come out to be far less in

21    comparison with the DOB.

22         Q.    And to the best of your knowledge, do

23    any associate fire protection inspectors earn the

24    maximum rate?

25         A.    There are none who earn the maximum

145

1                    R. Rampino

2    rate.

3         Q.    Do you know whether any DOB inspectors

4    earn the maximum rate?

5         A.    That I'm not aware of.

6         Q.    Let's go to the -- you're way ahead of

7    me -- the paragraph that says that -- that starts,

8    "DOB inspector positions are limited to only two

9    levels," and you say that starting in the third

10   line, the fact there are two titles and four

11   levels speak to a greater range and complexity of

12   tasks for which inspectors in the fire protection

13   inspector career series are or to which they may

14   be assigned, and then you go on to talk about the

15   DOB inspectors maybe just inspecting boilers or

16   construction or plumbing, and the fire protection

17   inspectors are not so pigeonholed, and you go on

18   that the responsibilities are -- of the fire

19   protection inspectors are without doubt arguably

20   greater.

21              Is that the conclusion of that

22   paragraph?

23        A.    Yes.

24        Q.    The responsibility -- okay.

25              And is that still your belief that the

146

R. Rampino

1    responsibilities of the fire protection inspectors

2    are arguably greater than those of the DOB

3    inspectors?

4

5        A.    Yes.

6            MR. LIEDER:  We can put 28 aside.

7            MS. CROUSHORE:  I'd like to interject

8        an objection to the last question, if

9        possible.

10            MR. LIEDER:  Okay.

11            MS. CROUSHORE:  Thank you.

12        Q.    Mr. Rampino, Exhibit 29 speaks to

13    something called compliance advisers.

14            Are you familiar with compliance

15    advisers?

16        A.    Yes.

17        Q.    What are compliance advisers?

18        A.    They're like public advocates or

19    ombudsmen.  They're a layer of bureaucracy between

20    the client and the agency that is favored by the

21    City Hall or the top level of government in the

22    city, and they want to ensure customer service

23    satisfaction, and so they have this group that

24    works with the agency in order to ensure that the

25    clients are properly served in keeping with the

183

1                        R. Rampino

2        A.    He was a -- he was a -- he was a fire

3    alarm expert who was in charge of code variances

4    regarding special -- as it concerns special

5    projects, and Christopher Afuwah was an expert on

6    fire alarm related matters in particular variances

7    from the code that were being sought by clients,

8    and that's basically what he did.

9              He had nothing to do with fire

10   protection inspectors, and neither did any of the

11   other people on this list.

12             The similar position, Tom Pigott was

13   in charge of the technology management group.  Tom

14   Jensen was the chief of fire prevention at the

15   time, and Tom Meara was a -- is a battalion chief

16   that has a degree in electrical engineering.  He

17   was involved with fire alarms and various types of

18   technology that were of interest to the technology

19   management group.

20        Q.    Good, thank you.

21             MR. LIEDER:  Call we up Exhibit 46,

22        please.

23        Q.    Mr. Rampino, what's been marked as

24   Exhibit 46 is a memo from you to Thomas Jensen,

25   chief of fire prevention at that time, dated June

184

1                    R. Rampino

2    4, 2012, and it's a request for additional

3    resources in the BFP LPPA unit.

4              First, what is LPPA?

5         A.    It means licensed places of public

6    assembly.

7         Q.    And if you go to the second sentence,

8    it says that, "This request, a request for 11

9    additional LPPA unit field inspectors, and four

10   community coordinators, stems from the need to

11   meet the challenge of the new permit program

12   conversion from the New York City Department of

13   Buildings to the Bureau of Fire Prevention."

14             What was the impetus of the new permit

15   program conversion moving from the Department of

16   Buildings to the Bureau of Fire Prevention?

17        A.    I'm not exactly sure what facilitated

18   it, but I think that they look with favor upon --

19   I think the mayor's office historically looked

20   with favor upon the Fire Department, and they

21   wanted us to take over that function.

22        Q.    So this was a function that had been

23   performed, as far as you know, by Department of

24   Buildings inspectors and now was going to be

25   performed by the Bureau of Fire Prevention?

185

1                         R. Rampino

2          A.    I don't know what -- I don't know what

3     function the Department of Buildings was

4     performing.  These were spaces that were going to

5     be evaluated through the lens of the Fire Code,

6     and we were going to determine whether or not they

7     can be public assembly, Fire Department public

8     assembly annual permits, which is what we did.

9          Q.    And then thereafter they would have to

10    be inspected annually?

11         A.    Yes.

12         Q.    And you're saying you don't know how

13    the department -- what the Department of Buildings

14    did and how they staffed it; is that correct?

15         A.    As we're speaking, I'm remembering a

16    little bit more.  This goes back quite a few

17    years.

18               I believe that the Department of

19    Buildings was not inspecting a lot of these

20    spaces.  I don't think they were doing anything

21    with them, and when it was discovered that that

22    was the case, someone somewhere decided the Fire

23    Department should undertake that, the

24    responsibility of doing a review.

25               MR. LIEDER:  We can put that away and