# EXHIBIT 6

Page 1

1   UNITED STATES DISTRICT COURT

    SOUTHERN DISTRICT OF NEW YORK

2   -------------------------------------------X

    DARRYL CHALMERS, et. al.,

3

                                PLAINTIFFS,

4

                -against-      Case No.:

5                              1:20-cv-03389-AT

6   CITY OF NEW YORK,

7                                DEFENDANT.

    -------------------------------------------X

8

9                              DATE: April 13, 2021

10                             TIME: 10:04 A.M.

11

12

13                  EXAMINATION BEFORE TRIAL of the Plaintiff,

14  DARRYL CHALMERS, taken by the Defendant, held on the above

15  date and time via Zoom, before Tiffany Bando, a Notary Public

16  of the State of New York.

17

18

19

20

21

22

23

24

25

CHALMERS

1      A.    3534.

2      Q.    Have you ever used any other Social Security

3   number?

4      A.    Nope.

5      Q.    What race or ethnicity do you self-identify as?

6      A.    African American, but I also am part Scottish, I

7   have a Scottish background, my grandfather is from Scotland.

8      Q.    And has that always been the way you identified

9   yourself?

10      A.    Yes.

11      Q.    When was the last time you recall being asked to

12   self-identify your race on any forms in connection with your

13   City employment?

14      A.    I can't remember.

15      Q.    But you would have self-identified the same way

16   that we discussed?

17      A.    Um, mostly African American.

18      Q.    What is the highest level of education that you

19   have achieved?

20      A.    Two years in college.

21      Q.    And you graduated from high school?

22      A.    Yes.

23      Q.    When did you graduate from high school?

24      A.    I can't remember, I will be honest with you, it has

25   been that long.

1    was with Ben Strauss Painters.

2         Q.    Could you repeat the name?

3         A.    Ben Strauss Painting Company.

4         Q.    What was your role there?

5         A.    I was a painter.

6         Q.    Do you recall when you started that position?

7         A.    Can't recall.

8         Q.    Do you remember, approximately, how long you were

9    there for?

10         A.    I believe four years I was with them.

11         Q.    Between HPD and FDNY were there any other positions

12    that you held with any other companies?

13         A.    Budget Rent-A-Car was a job I had with them.

14         Q.    That was after HPD?

15         A.    That was -- during HPD, it was part-time.

16         Q.    And you were a sales associate?

17         A.    No, I moved cars back and forth, that was it.  The

18    title was shuttler.

19         Q.    So now I am going to ask you to walk me through

20    your job history at FDNY.  Do you know when you started?

21         A.    November 7, 1991.

22         Q.    What was your title at that time?

23         A.    Fire protection inspector.

24         Q.    What is your current title?

25         A.    Deputy chief inspector.

CHALMERS

1      Q.    Were there any positions that you held or titles

2   you held in between fire protection inspector and deputy

3   chief inspector?

4      A.    Supervising inspector level 2.

5      Q.    And any other than that?

6      A.    That's it.

7      Q.    Were there any salary changes between your

8   promotions?

9      A.    Yes.

10      Q.    Can you tell me about those, is it standard pay

11   moving from one to the other?

12      A.    That's correct.

13      Q.    Do you recall how long you were a fire protection

14   inspection for?

15      A.    I can't remember now, I will be honest with you.

16      Q.    Do you remember, approximately, when you became a

17   supervising inspector level 2?

18      A.    I can't recall that either.

19      Q.    How long have you held your current title of deputy

20   chief inspector?

21      A.    For about eight years now.

22      Q.    So would you say besides the eight years you have

23   been deputy chief inspector, approximately, what percentage

24   of that time were you a fire protection inspector versus a

25   supervising inspector level two?

CHALMERS

Page 35

1       Q.      So the general sort of complaint was that her

2    calling you a drunk was sort of a stereotype because you are

3    African American?

4       A.      That was the gist of it, yes.

5       Q.      Besides that situation have you ever charged anyone

6    or complained of discrimination from anyone else?

7       A.      No, except for right now.

8       Q.      Has anyone filed a charge of discrimination against

9    you?

10      A.      No.

11      Q.      I am going to ask you some questions now about this

12   case.

13              By the way, if you want to take a break at any

14   point, we are approaching sort of an hour, let me know.

15      A.      No, we are good, I just want to take a sip of

16   water.

17      Q.      I am going to ask you some questions about this

18   case now.

19              Do you know this lawsuit is a potential class

20   action?

21      A.      Yes.

22      Q.      What is your understanding of a class action?

23      A.      My understanding of a class action is that I am

24   representing the members of our class based on discrimination

25   with the City.

1    Q.    When I ask what is your understanding of a class

2    action I mean sort of generally your understanding of how a

3    class action lawsuit works, so you said, for example, that

4    you represent a class, could you tell me about that?

5    A.    A class of fire protection inspectors.

6                  MR. LIEDER:  Objection insofar as it calls for

7                  a legal conclusion, but you could go ahead.

8    Q.    I am sorry, Darryl, do you have anything to add?

9    A.    No.

10    Q.    You are a named plaintiff in the lawsuit?

11    A.    Yes.

12    Q.    So you understand you will be representing,

13    potentially hundreds of other plaintiffs?

14    A.    Yes.

15    Q.    Have you ever done that before?

16    A.    No.

17    Q.    What is your understanding about the other people

18    that you might be representing?

19    A.    My understanding is that --

20                  MR. LIEDER:  Objection to form.

21    Q.    Do you have a sense of who you will be

22    representing?

23    A.    Yes.

24    Q.    Could you tell me about your understanding of who

25    they are?

CHALMERS

1      A.      Fire protection inspectors, supervising inspectors

2    who are predominantly minority and also white who are

3    affected by the discrimination.

4      Q.      Could you tell me what you mean by white and are

5    affected by the discrimination?

6      A.      Basically if there is a discrimination by the City,

7    whether you have minorities and whites who work in that

8    field, they still will be affected by the discrimination

9    based on most of the members are minorities.

10      Q.      And how will they be affected?

11      A.      Depending on what the type of discrimination is.

12    Basically salary, stuff with our uniforms, I mean, it's a

13    lot.  You would have to be here for two or three days, so, I

14    don't think you can handle that.

15      Q.      Understood.

16            Do you know of any reason why you should not be a

17    class representative?

18      A.      No.

19      Q.      Is there anything that would make it difficult for

20    you to be a class representative?

21      A.      No.

22      Q.      Have you ever discussed with anyone other than your

23    lawyers whether you should represent the members of this

24    class?

25      A.      I have spoken to some, some inspectors who came to

CHALMERS

1    me about discrimination, yes.

2         Q.    Who were they; if you recall?

3         A.    There are so many of them.  I can't even give the

4    names of everybody.

5         Q.    Around how many people have you spoken about that

6    with?

7         A.    I would say hundreds, because this has been going

8    on for years.

9         Q.    So, generally speaking, the other people that you

10   would speak to about this would be the other FDNY employees?

11        A.    That's correct.

12        Q.    Could you give me a timeframe of sort of when these

13   conversations were taking place, I understand it may have

14   been over a long period of time, but, approximately, how

15   long?

16        A.    I would say in the past, more than 20 years, I

17   would say, and I just want to clarify something for you, is

18   that some of the white inspectors came to me and said that

19   the discrimination is because we are mostly minority, a lot

20   of them said that and they are not minorities that came to

21   me, it was white inspectors that came to me to tell me that.

22        Q.    Do you remember the names of any of those

23   inspectors?

24        A.    Um, you had -- I forgot Nolan's last name and his

25   father, they both work there.  Ed Nolan was one of them.  I

CHALMERS

1    can't recall because some of them retired already.

2        Q.    You recall Ed Nolan, do you remember that

3    conversation at all?

4        A.    Basically he said, Darryl, we are being treated

5    unfairly by this department because we are mostly minority,

6    and he is Irish.

7        Q.    So when you say he said that "we" are being treated

8    unfairly, who is he referring to?

9        A.    All the inspectors.

10       Q.    The fire protection inspectors at the FDNY?

11       A.    That's correct.

12       Q.    Is it that you are being treated unfairly by the

13   FDNY or the City, in general?

14       A.    I would say both.

15       Q.    And how is it that the FDNY is treating you

16   unfairly?

17       A.    Are you ready to be here all day, Jonathan?

18       Q.    I am sorry.

19            In your conversation with Ed Nolan what were the

20   complaints about the FDNY treatment of FPIs?

21       A.    Okay, at the time the City of New York gave

22   everybody uniforms, everybody, including auxiliary police.

23   In fact, I have to correct something.  I was an auxiliary

24   cop, but I didn't think that mattered, but I was an auxiliary

25   cop at the 115 Precinct at Queens, that is why I wasn't sure

CHALMERS

Page 40

1    whether I was going to join the police department or not.

2            So, I had a class A uniform, traffic agents,

3    Buildings Department, HPD, they got uniforms.  At the fire

4    department they wouldn't give us anything.  EMS joined, they

5    gave them full uniforms.  The fire department went to give us

6    a yellow shirt.  We can go on.

7            In fact, the class A uniform I am wearing right now

8    I have been asking the fire department for this class A

9    uniform for over 20 years.  I got this uniform through the

10   Vulcan Society, they are the ones who pushed the City to get

11   me the class A, so now I am wearing the class A, but at the

12   same time I can't wear both ranks of eagle on my neck as

13   firefighters or EMS or traffic agent or school safety or any

14   other City agency, including Buildings Department.

15           The fire department says I must be tagged with BFP

16   fire prevention on my collar and I must wear a fire

17   prevention patch on my uniform, which the Vulcan Society was

18   very upset about because nobody in the fire department does

19   that, they don't do it for EMS or firefighters, but fire

20   prevention inspectors, oh, no, we can't have you like this,

21   we want you to be identified, when fire protection inspectors

22   and firefighters do the same job, use the same paperwork, the

23   only difference between a fire protection inspector is that

24   we don't fight fires, but when it comes to the safety and for

25   captains and lieutenants coming to us asking us questions on

CHALMERS

Page 41

```
1    how do we handle a situation they come straight to fire
2    prevention.  That has been -- that goes on everyday on this
3    job, so those are the -- these are just a little tip of some
4    of the things dealing with FDNY and it is deep.  Jonathan,
5    you would be sitting for a day and you probably would be
6    shaking your head yourself.  And I know you work for the City
7    and I commend you, that is your job as an attorney, but I
8    guarantee you you would look at it and still yourself say, I
9    don't know, something is not right.  I am not saying you
10   would say that because you can't, but you would be surprised.
11       Q.   So that complaint is what you spoke about
12   specifically with Ed Nolan?
13       A.   Yes, Ed was very upset.  Ed came from the military
14   and he really was upset about that because he felt, you know,
15   I know the reason why they are treating us like this is
16   because it is mostly minority here, and he was very clear on
17   that.  In fact, I tried as a human being because I always say
18   none of us knew what race or color we were born, we just woke
19   up and we were here, we have no choice, let's be clear on
20   that, alright, I am born, I was African American, but I am
21   Scottish/Irish background, so my grandfather raised us Irish,
22   so I am pro-Irish, you know, that is just the way my family
23   was brought up, so that is the way I am, but at the same time
24   he opened up my eyes to say, look at how we are being
25   treated, and it is because we are predominantly minority and
```

Page 42

1    I had to look at it and there is so much evidence on it, it

2    is just, it is crazy, to be honest with you, it is really

3    literally crazy.

4             They wanted to give us a yellow shirt when they

5    wanted to give us a uniform they said, let's put them in a

6    yellow shirt with stripes, with brown stripes with the fire

7    department patch on it, right, that is what they wanted to

8    do, that is the uniform they wanted to give us and what

9    happened was Commissioner Von Essen, who was the fire

10   Commissioner at the time said, he came to my cubicle and he

11   put his arms around me and he said, Darryl, I cannot have my

12   inspectors in the field looking like canaries, and he started

13   laughing with me, because he said, no way, I am putting you

14   in blue shirts.  So, I mean, it has been a lot.  Even the

15   Commissioner at that time, Von Essen said, oh, this is crazy,

16   and this is what the other commissioners in fire prevention

17   was saying this is what we want them to wear.

18            Jonathan, we could sit and have coffee and you will

19   probably pass out from stuff, so let me get back to where we

20   are supposed to be.  I just try to keep it real with you,

21   that's all.

22        Q.    Who are your lawyers in this case?

23        A.    Michael Lieder, right there.

24        Q.    Are there any other attorneys that you are working

25   with?

Page 55

1    what we really do then they praise us, then it is like, wow,

2    these guys are the best, we need them.  So that is why I have

3    a lot of lieutenants and chiefs who are friends of mine who

4    say, look, fire prevention is number one, we have to depend

5    on them because without them we can't even fight fires and no

6    building is safe, including the building you work in in

7    Manhattan is not safe, unless we check it for you to make

8    sure it is safe for you and your family and that is why fires

9    are down.  Fires are down the last 18 years because of fire

10   prevention, but the fire commissioner will always say fires

11   are down because of firefighter, EMS and fire dispatchers.

12   Fire dispatchers just make a call.  EMS does nothing but

13   medical, and firefighters do not do fire prevention, so how

14   are fires down because of that, because their jobs are to

15   fight fires and they do not mention the fire inspectors once.

16          When they do ceremonies at headquarters they name

17   the firefighters and the EMS and I know why they name the

18   EMS, because the promotion of firefighters goes to EMS, so

19   half the fire department right now are ex-EMTs so they always

20   praise them and there is nothing wrong with that, but they

21   never mention us, not once at a ceremony do they mention us,

22   and this has been going on for more than 20-something years

23   to this day; that is the truth when it comes to the fire

24   department.

25          I can -- Jonathan, you and I can be here for days,

Page 56

1    I am being honest with you, we could be here.

2              The metal day book with the fire department.  Most

3    of the chiefs in medal day book, they are predominantly white

4    on the fire side, that is understandable, the EMS, most of

5    them are white.  Fire prevention, most of them are black,

6    minority, we are not even in the medal day book, and the

7    Vulcan society says, I don't understand that, how does the

8    group that does firematics that is closer to fire than

9    anybody in the fire department not allowed to be at the medal

10   day ceremony or to be in the book, how is that possible.

11   That's why when we got the class As through the Vulcan

12   Society they said to label them, make sure they put the BFP

13   on the neck and wear the fire prevention patch, even though

14   the firefighters depend on us to do their job everyday,

15   everyday.

16             When they have ceremonies on the dais you have

17   firefighters on the dais, you have EMS on the dais.  Now when

18   I ask can my chief inspectors be on the dais, no, your chief

19   inspectors, you can't be on the dais, you can't be part of

20   the ceremony unit, you can't even be part of this, which is

21   ridiculous.  You have everybody else, EMS and everybody else

22   in the ceremony unit, nah, you guys.  We talked to the

23   commissioner, not fire prevention; it doesn't make sense.  I

24   could go on.

25        Q.    Could you tell me what the medal day book is?

CHALMERS

1        A.      We would be nominated for certain inspections,

2    safety inspections.  We would be awarded based on when you

3    look at some of the awards they give a fire marshal on stuff

4    some of the stuff that we have done, it is like, oh, they

5    definitely deserve an award for that.

6            It would even take other people in the media who

7    were at the scene to find out about it to do a story about it

8    and then after they do the story the fire department had no

9    choice but to comment, where if it was a firefighter, and I

10   am not knocking firefighters, because a lot of them are my

11   friends, in fact, my cousin is one for the FDNY, so that is

12   not the point I am making.  The point I am making is that it

13   would take a reporter who was at the scene of the propane to

14   say, I need to do a story about this, and then because they

15   already did the story then FDNY would have to comment.  Now

16   if the reporter wasn't there, FDNY wouldn't say one word

17   about what we found when it comes to propane, a blocked exit

18   or a building where firefighters couldn't get water to fight

19   a fire, they wouldn't even mention it unless a news reporter

20   had the story and because it was put out, like I said before,

21   then they would have to comment.

22       Q.    So it sounds like you are talking about, like sort

23   of public statements about FPIs, but specifically with

24   respect to the medal ceremony is that true there as well,

25   that it is sort of              only -- FPIs who sort of get

CHALMERS

Page 63

1    notoriety for the press can win awards?

2         A.    You are 100 percent correct, Jonathan.  Now for

3    some of those things that have been in the newspaper if it

4    was a firefighter there would be a medal day, that is the

5    point I am making.  We are not allowed to be in medal day, in

6    fact, the Vulcan Society was very upset about that, I don't

7    know why they don't have fire protection inspectors, and I am

8    not saying every inspector has to be there, but you show the

9    command of firefighters and EMS, why isn't the command of the

10   deputy chiefs and chief inspectors of fire prevention in that

11   book; it doesn't make sense.  If you talk about inclusion and

12   they are so loving and we are so together as a family at the

13   fire department, why if that is the case then show it all,

14   that is my makeup and that is the way the rest of the guys

15   feel, how come we are not part of that; you understand?

16        Q.    Understood.

17        A.    And firefighters feel that way too, you guys should

18   be in the medal book, what is going on here.

19        Q.    So we are going to move on from here and I am going

20   to ask you now about Glenn Mendez.  Do you know who he is?

21        A.    Yes, I do.

22        Q.    How long have you known                    Mr.

23   Mendez?

24        A.    I have known him, probably, Mendez, probably maybe

25   ten years or something like that.  To be honest with you, I

CHALMERS

1  working in the field or whatever.  Just your reaction when

2  you walk in the building you feel it, especially when you are

3  wearing this.

4      Q.    But there were no specific instances that you

5  recall him mentioning to you?

6      A.    No, not that I can recall.

7      Q.    Next I am going to ask you about Fatima Rosemond.

8      A.    Uh-hum.

9      Q.    How long have you known            Miss Rosemond?

10     A.    Just for a couple of years.

11     Q.    Do you know her personally?

12     A.    No.

13     Q.    Have you worked with her before?

14     A.    No.

15     Q.    So she is not part of your unit?

16     A.    No.

17     Q.    What is her title?

18     A.    Fire protection inspector.

19     Q.    Have you discussed with her that you are attending

20  this deposition today?

21     A.    No.

22     Q.    Have you had any conversations with her about why

23  she is participating in this lawsuit?

24     A.    Yes.

25     Q.    Do you recall specifically any reasons that she

CHALMERS

Page 69

1   gave in those conversations?

2       A.    Um, basically she felt because she is in a special

3   task force that you have seen on the media when it comes to

4   propane and illegal conversions, she is in the illegal

5   conversions task force and it seems like -- it is not seems,

6   it is, when they find certain things they say the

7   firefighters did it or the fire marshals did it and the

8   inspectors are not even mentioned.

9             I believe she was very highly upset about this type

10  of stuff and it has been happening, like I said, for years.

11  I believe she is new, she has been here for a couple of

12  years, but she can see it clear as day, and they even gave

13  light to the Buildings inspectors, where with the task force

14  we are the lead and the Building Department follows behind us

15  all the time, the Building Department inspectors, but they

16  give light to -- they don't give any light to us at all, so

17  you would have to talk to her about that, though.

18      Q.    In your conversations you remember her expressing

19  her belief that that lack of acknowledgement was due to the

20  racial composition of the FPI?

21      A.    Yes.

22      Q.    So I am going to ask you some questions about the

23  allegations in this case now.  What is your understanding of

24  what sort of the basic claim that you are making is?

25      A.    The basic claim is that fire protection inspectors

CHALMERS

Page 70

```
 1   and Buildings Department inspectors, we basically do the same
 2   work, in fact, the CDA unit for Buildings Department, and we
 3   have a CDA unit for the fire department.  You have the task
 4   force with the March Program, the fire department
 5   participates in the March Program.  The job we do is more
 6   intense than the Buildings Department inspectors, but at the
 7   same time they are making a lot more money than we are and
 8   they are predominantly -- they have more whites in their
 9   units and with us it is more predominantly minority, so the
10   problem is how is it that I am on the scene of a job with
11   firefighters and Buildings          Department -- in
12   fact, I can recall the scene where you had the four
13   construction workers who were overtaken by carbon monoxide
14   poisoning at the construction site.  I show up at the scene,
15   DOB is there, they don't know what to do, but they are called
16   in.  I am there, the fire chiefs are there, the fire marshals
17   are there, PD is there; I end up taking over the whole scene.
18   I am not saying that because it is me, I am saying that
19   because I know my job.  So DOB is there, but they are making
20   more money.  We are the task force, we are the lead, the fire
21   protection inspectors are the lead on those task forces.  DOB
22   waits for us to get entry and get an understanding of the
23   fire safety and then they come and they write for their
24   violations basically on how people live in overcrowding and
25   stuff like that, but we are the leads when it comes to
```

CHALMERS

Page 71

1    systems making sure it is available to work for firefighters.

2    DOB just checks to make sure the proper company was used with

3    the piping or whatever, but we are the ones that actually we

4    have to witness the test to make sure that it is working

5    before firefighters get there.

6             So DOB and us, we do basically the same work on a

7    lot of task forces and working together, but at the same time

8    they make more money than us, which doesn't make sense.  A

9    lot of DOB inspectors said, I wish I could come to the fire

10   department to work for FDNY instead of DOB, but you guys

11   don't make enough money; that is a major problem, so it is

12   what it is.

13            It is like you as a lawyer working for the City and

14   then you hear of some other guy, you are doing the same type

15   of work and you are like, wait a minute, why is this guy

16   getting paid.  You understand what I am saying, because it is

17   because their group is predominantly white and our group is

18   predominantly minority.

19   Q.   So you said your work as FPIs is more intense than

20   the work of the DOB inspectors, could you tell me what you

21   mean by that?

22   A.   Okay, DOB inspectors, when they come to a

23   construction site they want to look at signs, the first thing

24   they want to do is do you have the proper signs.  We do the

25   same thing.  They want to look at the proper signage, make

Page 74

1    understand this and I don't understand that, they said, the

2    plate on the fire escape, why do you guys check that, because

3    that is what keeps the fire escape together.  So just from

4    working with them all the time this is what happens.

5        Q.    You mentioned working with them, how often do you

6    work with DOB inspectors?

7        A.    Well, with CDA my guys are in the field, they work

8    with them all the time if they see them at the construction

9    site with them when I was at the vacate desk I would work

10    with them all the time.  If there was a vacate of the

11    building it would be the firefighters, me, and the Buildings

12    Department inspector would be there at the scene.  If there

13    was an emergency or collapse, the crane collapse, perfect

14    example, when that crane collapsed in Manhattan I was one of

15    the lead guys with the chief of the department walking around

16    checking out the crane and checking people and DOB was there

17    too and I was with DOB DOI, but it was the DOI of the DOB

18    because they were doing the investigation on what caused the

19    collapse, but with the vacate desk I worked with them all the

20    time in the years I used to work with them in the vacate desk

21    with DOB.

22        Q.    So you mentioned a special task force or joint task

23    force?

24        A.    Uh-hum.

25        Q.    If you could tell me more about that.

CHALMERS

Page 75

1       A.      That, um, that is the joint task force that you

2   would see with Fatima, she works in that task force with me.

3   The March Program, guys in public assembly, they work with

4   them a lot, DOB.  You would have fire department, Buildings

5   Department, if they -- sometimes they have the Health

6   Department working together and the Police Department was

7   always with us and we would go in, we would do safety

8   inspections, but DOB was always, they always work with us a

9   lot.  In fact, if there is a vacate now today, which I don't

10  understand, we're the experts on vacates, I don't know where

11  this new ruling came with the fire department, they tell them

12  to call the Department of Buildings.  Department of Buildings

13  doesn't know anything about fire safety or as much as we do,

14  they know the basics, but they don't know as much as we do.

15          Somebody in the fire department changed it, don't

16  call the guys from fire prevention, let's call DOB.  We don't

17  know why.  A lot of fire captains and lieutenants don't

18  understand it.  If anybody is experts, we need fire

19  prevention here, but these are some of the moves they pull.

20      Q.    Specifically about that decision, to sort of

21  elevate DOB with respect to vacate orders, do you know who

22  made that decision?

23      A.    I am not -- to be honest with you, Jonathan, I am

24  really not sure, and a lot of us are perplexed on it, like

25  why would they do something like that.  In fact, like I said,

CHALMERS

Page 79

1   stability, if it's structural stability then DOB would

2   definitely take the lead, but most vacates you get with the

3   City is done by basically overcrowding a blocked exit, there

4   is no fire protection so that would be the reason why we

5   would vacate the building.  So we were always the lead when

6   it came to that.  DOB was always there because they were

7   Department of Buildings and they would also write a

8   Department of Buildings violation against the owner, so would

9   we.

10       Q.    So it sounds like what you are saying is that in

11  either case with the joint task force it doesn't sound like

12  one group reports to the other, it is that you are both

13  reporting to each other on the individual work that you are

14  doing?

15       A.    Yeah, but the work is similar.  Remember, they are

16  writing a violation on overcrowding, we are writing a

17  violation on overcrowding, alright, so they would do their --

18  if you look at any vacate you will see their violation is

19  similar to ours, but when it came to the rest of their

20  violations in the building, when it came to fire safety we

21  would always take the lead.  Like they would write one

22  violation, we would be writing five; do you understand what I

23  am saying, that is the type of work we would do.

24       Q.    So you said that you each had, sort of different

25  violations that you write; correct?

CHALMERS

1      A.      Uh-hum.

2      Q.      You wouldn't be citing a violation for load

3   capacity, like a load capacity violation even on the joint

4   task force where you are working together, that would be the

5   Department of Buildings?

6      A.      No, we would both write it.  They would write for

7   load, because the load would be on the Department of

8   Buildings certificate.  They would write the load occupancy

9   and we would write for overcrowding, which is also still a

10  load, we call it overcrowding, they would call it load.  They

11  would write the same violation, but on the Buildings

12  Department they would use their determination and the fire

13  department would use the word overcrowded, which is the same

14  thing.  We can't have a space where you have overcrowding

15  without the proper exits where, God forbid, if there is

16  smoke, remember, fire doesn't kill anybody, it is always the

17  smoke, the smoke takes you out within seven to eight seconds,

18  carbon monoxide, so our issues, we always look at the

19  overcrowding of people rushing to an exit and DOB would do

20  the same thing saying, well, they have passed the Certificate

21  of Occupancy of the load of the building, Certificate of

22  Occupancy says 250 people.  We do the same thing, we look at

23  the same Department of Buildings Certificate of Occupancy and

24  we say, you are overcrowded.  So they would write theirs that

25  way and we would write our violation this way, it is the same

CHALMERS

Page 81

1   violation, but it is their terminology and we would use ours;

2   you could check the records yourself.

3       Q.    When you say they are the same violation with

4   different terminology, is the basis for the violation the

5   same thing, and if I can just sort of give you an example so

6   that you understand what I mean by this, if you are citing a

7   violation for overcapacity are you looking at it from the

8   perspective of it is unsafe, there might be a trampling

9   event, where they are looking at it as the structural

10  integrity of this building might not hold up?

11      A.    No, they are looking at it the same way we are

12  looking at it, they are looking at the same thing.

13              MR. LIEDER:  Objection to form.

14      Q.    So to go back to, sort of like the underlying

15  allegations of this lawsuit, your contention is that despite

16  doing the same thing, FPIs are paid less because of the

17  racial makeup of the group?

18      A.    True.

19      Q.    And do you know who is responsible for the decision

20  to pay DOB more than FPI?

21      A.    Um, that could be, I believe the City of New York.

22              Let me explain something to you.  Joe Corso used to

23  be the union rep for Department of Buildings and, ironically,

24  Joe Corso was my boss when I was at HPD, so Joe Corso said he

25  didn't understand why we were paid less than Department of

Page 82

1    Buildings, especially when the fire inspectors have to learn

2    -- we have to learn the Building Code.  You can look at our

3    NOVs, we have to learn the Building Code, we got to learn the

4    HPD Code, we have to learn the Multiple Dwelling Law because

5    we write those violations too, you can look that up yourself.

6    So I don't know why basically is that they were a monopoly,

7    their group is predominantly white and they pay them more

8    money than they do us, that is probably the City of New York.

9            I know the fire department had an opportunity under

10   Chief Spadafora, God rest his sole, who died from cancer from

11   9/11, Chief Spadafora came up with a plan to give us,

12   basically the same money with step pay that would have saved

13   -- given the fire inspectors -- and he was the chief at the

14   time -- to give us a nice salary, but it was shot down from

15   some of the tops in the fire department, I don't know why

16   they did that, he doesn't know why they did it, but I can

17   give you a statement that he said, and this is a fact, I

18   wouldn't lie to you about this.  Chief Spadafora said, the

19   reason why fire prevention is treated like that is because

20   they are racist, the fire department is racist and because it

21   is mostly minority.  Chief Spadafora told me that himself in

22   his office, that is a fact.  In fact, he had to sue them

23   himself being Italian when he was jumped over the list over

24   an Irish guy and he won his lawsuit, but he said, we are

25   treated like this because we are mostly minority, he said it,

CHALMERS

1    and the fire department is just racist, because he was angry

2    when they shot that down.

3           Now I don't know if the fire department is going to

4    admit that to you, but I am telling you the truth.  I

5    wouldn't lie to you, Jonathan, about that.

6       Q.    Did he give you any names of people that he claimed

7    were racist?

8       A.     Well, I know that that came from -- he named Steven

9    Rush shot it down, he named, I think the chief of the

10   department at the time, I forgot his name, what was his name

11   because he retired, but I know Steve Rush had a lot to do it

12   with it because he was the budget guy and he shot it down and

13   Spadafora said, look, I did the numbers, this works, this

14   gives the inspectors a nice raise and it doesn't really even

15   cost the City any money; it was the way he had it set up.

16   They said no and he was very angry about that.

17      Q.    Did he say that Steve Rush in making that decision

18   was doing it for racist reasons?

19      A.    He said that the fire department is racist; those

20   were his exact words.

21      Q.    But he never pointed to a specific racist decision?

22      A.    He felt that that decision what I just said to you

23   as far as the money, giving the raise, they shot it down and

24   he believes it is because of racism, he said because the fire

25   department is just racist and he was angry.

CHALMERS

1          (Whereupon, a lunch recess was taken from 12:55

2          p.m. till 1:35 p.m.)

3     Q.    I just remind you you are still under oath.

4     A.    Yes, yes.

5     Q.    So I want to follow-up on a line of questioning or

6     something we touched on earlier before lunch.  You had said

7     that Chief Spadafora developed a step pay plan, could you

8     tell me a little bit about that?

9     A.    Um, I don't know the full details of it, but I know

10    he set up a step pay plan that he came up with, he did the

11    numbers and I know, he worked on it with, I believe Bob

12    Rampino was his exec at the time in fire prevention, he

13    worked on it with him, so that I know.

14    Q.    You said that you were discussing the plan with him

15    in his office and you said that the reason the FDNY

16    inspectors get paid less is because, I believe this is a

17    quote, I might be slightly off, the FDNY is racist and the

18    FPI is mostly minorities; is that correct?

19    A.    No, let me clarify.  What he started to explain to

20    me about the step pay plan that he was trying to implement

21    and he said they said no to it and he was very upset and he

22    said, this place is just, you know, just racist.  So he

23    didn't imply because -- I don't want to say -- I know what he

24    meant when he said, this place is racist, because for him to

25    talk about the race for mostly the minority inspectors and

CHALMERS

1    all of a sudden is pissed off and discussed and said, this

2    place is just racist; I know what he is implying.  I mean,

3    why would you say that unless you are implying about us

4    because you just got finished saying it was knocked down and

5    then you are angry and you said, this place is just racist,

6    so that is what he was implying.  I don't want to put words

7    he said something and it is not true.

8        Q.    Did he say the FDNY is racist?

9        A.    Yeah.

10       Q.    And you took that to mean he was talking about the

11   pay disparity with the FPI?

12       A.    Yes.

13       Q.    But he didn't specifically say that?

14       A.    He didn't specifically say that, but because he was

15   talking about how he was shut down on doing the step pay that

16   he was working on and he said, they said no to me, and he

17   said, this place is just racist.  So, Jonathan, there is no

18   other explanation for you to not conclude, and I know you

19   have to do it as an attorney, but there is no other

20   conclusion to do it to understand that is what he meant.

21           I will give you a perfect example, just to be

22   clear.  I don't know what your background is, I don't know

23   whether you are part Irish or whatever, but I do have part

24   Irish because my grandfather was raised in Ireland, so I am

25   kind of pro-Irish to an extent, so Ellis was one time in the

CHALMERS

1    office when we first started and she started talking about

2    Irish people like dogs, they are drunks, boom, boom, boom,

3    and stuff like that.  Now she is just going on saying that

4    Irish firemen are stupid, a whole bunch of stuff, so I got

5    upset and I told her, I wish you would stop talking about

6    Irish people like that because it is very offensive, and she

7    asked why and I told her, because my grandfather was

8    Scottish/Irish, so I don't appreciate that because my

9    grandfather took care of my family in the Caribbean and I

10   don't appreciate it, and she meant what she said that was

11   coming out of her heart when she made that statement, so when

12   Spadafora is talking about the issue about the salaries and

13   about how it was knocked down and then he said, this place is

14   just racist, that is what he was talking about, because of

15   the way the group is predominantly minority.  You can't use

16   the word racist in that statement if the group was

17   predominantly white, because you can't say that, but the

18   group is predominantly minority, so he used this word, this

19   place is racist, after making the statement it was shut down;

20   do you understand, Jonathan?

21        Q.    I understand.

22              This sentiment was communicated to you verbally in

23   conversation?

24        A.    Yes, in his office.

25        Q.    Was anybody else present for this conversation?

CHALMERS

1       A.      Oh, no, it was just Chief Spadafora and I, but you

2   can probably find out about it being shut down from Bob

3   Rampino because he was around, he was working on it with

4   Chief Spadafora, I don't know whether he will say that type

5   of statement that Spadafora said, I don't know if Spadafora

6   ever mentioned that to him, but he will tell you it was shot

7   down.

8       Q.      When you say it was shot down, you are talking

9   about the step pay plan?

10      A.      Uh-hum, yes, yes.  I got to be clear, I am sorry.

11  I shook my head, I am sorry, Jonathan, sorry, Tiffany.

12      Q.      It happens, thank you for noting it.

13              So you were the only person present for that

14  remark?

15      A.      Yes, uh-hum, yes.

16      Q.      Do you know about how long ago this conversation

17  took place?

18      A.      I would say this conversation, maybe two years

19  before he passed away.

20      Q.      So he is deceased?

21      A.      Yes, he is, yeah.

22      Q.      So he would not be able to corroborate this

23  conversation took place?

24      A.      No, no.

25      Q.      And no one else that you know of would be able to

CHALMERS

1    corroborate this?

2         A.    Um, I don't know, maybe he said something to Bob

3    Rampino about it, I am not really sure, because they were the

4    two working on it, so that I am not sure.

5         Q.    But you don't know of anyone specifically?

6         A.    No.

7         Q.    Chief Spadafora at the time, he was a mandatory

8    reporter?

9         A.    No, he was the chief of fire prevention at the

10   time.

11        Q.    What I mean is certain positions in organizations

12   are considered mandatory reporters, so if they see something

13   they are required to report it.

14        A.    Uh-hum.

15        Q.    Do you understand that?

16        A.    Yeah, like if you see something like the EEO or

17   whatever, they are supposed to report something if they see

18   something, that is basically where you are going, Jonathan.

19        Q.    Yes.

20        A.    Yes, I understand.

21        Q.    So as the chief, Chief Spadafora was a mandatory

22   reporter; is that your understanding?

23        A.    Yes.

24        Q.    And --

25              MR. LIEDER:   Objection.

CHALMERS

Page 98

1      Q.     You were in a supervisory role at the time also, so

2   do you know if you were a mandatory reporter at that time?

3      A.     Um, yeah, I was supervising deputy chief, yes.

4      Q.     So you had a responsibility to report certain

5   workplace issues?

6      A.     Yes, if I saw any -- any time there was a problem

7   with workplace issues, which was EEO, I would definitely

8   report that, if I had to, I mean, if I saw something I would

9   have to.

10     Q.     In response to Chief Spadafora saying that the FDNY

11  is racist, do you know if there were any incidents that he

12  reported around that time specifically or if he was talking

13  about any specific person, comment, action, or if he was

14  talking more generally?

15     A.     He was talking basically general.

16     Q.     And you don't know if he reported any specific

17  actions in connection with that statement?

18     A.     No, I don't.

19     Q.     And you didn't make any reports as a result of that

20  statement?

21     A.     No, I didn't, because he was just making a general

22  statement.

23     Q.     Understood.

24            So I am going to ask you some questions, I am going

25  to go back to the joint task forces that you spoke about

CHALMERS

1    earlier.

2        A.    Uh-hum.

3        Q.    One of the allegations in the Complaint is that

4    sometime FPIs and AFPIs work on joint tasks forces with other

5    inspectors from other agencies and I believe we spoke about

6    that before.

7        A.    Yes.

8        Q.    And you have worked on joint task forces like this;

9    correct?

10       A.    Yes.

11       Q.    Do you know how many joint task forces you have

12   worked on?

13       A.    The vacate desk and the complaint desk, I have

14   worked on both those task forces.

15       Q.    Do those task forces have specific names or is

16   there a way to identify them or is it just sort of the joint

17   task force?

18       A.    Okay, the task force, since the mayor's office are

19   the ones who put the task forces together, so what happens is

20   the mayor's office would get complaints and they would say,

21   we have a problem of overcrowding, SRO situation where people

22   are living on top of each other, we need the Buildings

23   Department, Police Department and the fire inspectors to go

24   there to that site, so they would send us in teams.  It would

25   be maybe three fire protection inspectors, two Building

CHALMERS

Page 100

```
 1    Department inspectors, or if it was vacate it would be two
 2    fire inspectors and maybe two Buildings Department inspectors
 3    and it would be a team, mostly of four, and then we would
 4    show up at the scene and work.  So I did it with the vacate
 5    desk plenty of times and as need be they would ask me to work
 6    with the task force because I have had experience so
 7    sometimes.  I haven't worked in a while, but I have worked
 8    with DOB a lot.
 9        Q.    So when you worked at the vacate desk and the
10    complaint desk what percentage of your time was spent doing
11    joint task force work?
12        A.    The whole full seven hours that we were in the
13    field or if it was in, like I had worked my regular shift,
14    then in the evening they would say, I need you to work the
15    task force, and then I would work my overtime, what, four
16    hours, four, five hours possibly with the task force.
17              You were with DOB all the time.  DOB would show up
18    with their Department of Buildings car and we would show up
19    with a fire department car that we have to get on loan
20    because most of the DOB inspectors have cars, but the fire
21    inspectors don't have cars, we don't, and some of the cars
22    they recently have taken away and gave to a fire chief or
23    firefighter recently, but that is another story, but that is
24    usually what happens, but most of the DOB inspectors usually
25    have their own car.
```

CHALMERS

Page 101

1          You would have two DOB inspectors at the scene, one

2     is driving his car and the other is driving his car.  The

3     fire inspector, some of us would have to drive our own

4     personal car to the scene; you could check that yourselves.

5          Q.    I guess to sort of hone in on my question a little

6     bit more --

7          A.    Go ahead.

8          Q.    -- it sounds like when you are working on a joint

9     task force matter you are working on it sort of full-time,

10    but throughout the year, like what percentage, how often

11    throughout the year would you work on a joint task force

12    matter, was this once a month, twice a year, how often would

13    you say you worked on a joint task force assignment?

14         A.    I am speaking for me only.  For me, when I was in

15    the vacate desk, any time we had a vacate I was working with

16    DOB.  The joint task force, let's say past couple of years I

17    may have done a joint task force maybe once a week.

18          Now the actual legal task force that you have in

19    the fire department with inspectors, they work with DOB

20    everyday.  My guys in CDA, in construction demolition and

21    abatement unit, they work with DOB everyday, they will show

22    up at the construction site, DOB will show up, they will have

23    a little quick conversation and they go perspectively doing

24    their inspection and we are doing the same inspection, but

25    mainly checking the standpipe system to make sure

CHALMERS

Page 102

1    firefighters can get water at the building if there is a fire

2    at the construction site or any building we go to.  So the

3    task force is where Fatima, she works with DOB everyday in

4    that task force most of the time and that is around everyday,

5    365 days.

6        Q.    So was everybody in the vacate unit on the task

7    force or was this something you had to sort of sign up for?

8        A.    No, that was part of our job.  With the vacate desk

9    if there was a vacate, like I said before, Jonathan, we would

10   have to respond, an inspector and I would have to respond to

11   that scene, because the administrative company or engine

12   company or truck company called and asked for fire prevention

13   to be there and they would ask for Department of Buildings to

14   be there, so we would work together.

15       Q.    So I believe earlier we spoke about civil service

16   exams that you have taken.

17       A.    Uh-hum.

18       Q.    Did you ever take an exam for the Department of

19   Buildings?

20       A.    No, I took only HPD, I never took an exam for

21   Department of Buildings, no.

22       Q.    Have you ever applied for an inspector position

23   with the Department of Buildings?

24       A.    No.  My brother did, he took a test for Department

25   of Buildings and he was a Buildings Department inspector, my