# EXHIBIT 13

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DARRYL CHALMERS, DARREN CONNORS,
GLENN MENDEZ, JAMES NOVA, and
FATIMA Q. ROSEMOND,                        1:20-cv-03389
On behalf of themselves and all
others similarly situated, and
AFSCME DISTRICT COUNCIL 37
LOCAL 2507, on behalf of its
Members

                    Plaintiffs,


        v.


CITY OF NEW YORK,

                    Defendant.

------------------------------------x




                    April 23, 2021
                    10:04 a.m.


            DEPOSITION of CITY OF NEW YORK, the

Defendant herein, by TIMOTHY EDWIN HOGAN, taken by

the attorneys for the Plaintiffs, pursuant to

Notice, held via Web conference at the above date

and time, before Maureen McCormick, a Notary

Public of the State of New York.

34

1                       T. Hogan

2           And would you agree that the core

3    responsibility of building inspectors is ensuring

4    safety and code enforcement?

5           A.    Yes.

6                MS. EARDLEY:  And I'm finished with

7           Exhibit 2.  I'd like to move on to Exhibit

8           3.  Actually, I apologize.  Not Exhibit 3.

9           I won't use an exhibit right now.

10               Can we stop chairing the screen?

11          Thank you.

12          Q.    Mr. Hogan, are the responsibilities of

13   building inspectors set forth in tasks and

14   standards for the Department of Buildings?

15          A.    There are some tasks and standards and

16   requirements of what they're required to do.

17          Q.    I'd like to discuss some tasks and

18   standards with you, as well as just general job

19   responsibilities to see the job responsibilities

20   of building inspectors.

21               Is it the responsibility of building

22   inspectors to prepare reports of inspections and

23   their findings?

24          A.    Yes.

25          Q.    Is it the responsibility of building

35

1                          T. Hogan

2    inspectors to ensure that reports are complete,

3    accurate, detailed and concise?

4           A.    Yes.

5           Q.    Is it the responsibility of building

6    inspectors to ensure that reports and memos are

7    written legibly using the appropriate code

8    terminology?

9           A.    Yes.

10          Q.    And has it the responsibility of

11   building inspectors to ensure that reports are

12   submitted in a timely manner?

13          A.    Yes.

14          Q.    And that recommendations and reports

15   are based on facts?

16          A.    Yes.

17          Q.    Has that been the case for building

18   inspectors from 2012 to the present?

19          A.    Yes.

20               MS. HADAGHIAN:  Objection to form.

21          Q.    Is it also the responsibility of the

22   building inspectors to perform inspections

23   assigned to them to ensure compliance with laws,

24   rules and regulations?

25          A.    Yes.

36

1                         T. Hogan

2        Q.    Has that been the case from 2012 to

3   the present?

4        A.    Yes.

5        Q.    Are building inspectors also

6   responsible for understanding laws, rules and

7   regulations that they enforce?

8        A.    Yes.

9        Q.    And has that been the same from 2012

10  to the present?

11       A.    Yes.

12       Q.    Do building inspectors need to

13  exercise good judgment in identifying hazards or

14  emergency situations and take appropriate action?

15       A.    Yes.

16       Q.    And has that been the case from 2012

17  to the present?

18       A.    Yes.

19       Q.    So now I'd like to ask about

20  communication responsibilities of building

21  inspectors.

22             Are building inspectors expected to

23  maintain themselves in a professional and

24  courteous manner?

25       A.    Yes.

37

1                          T. Hogan

2          Q.    And has that been the same from 2012

3    to the present?

4          A.    Yes.

5          Q.    Are they expected to be courteous with

6    fellow coworkers, as well as members of the

7    public?

8          A.    Yes.

9          Q.    And has that been the same from 2012

10   to the present?

11         A.    Yes.

12         Q.    Are they also supposed to maintain

13   good uniform appearance?

14         A.    Yes.

15         Q.    And has that also been the same from

16   2012 to the present?

17         A.    Yes.

18         Q.    Is it the responsibility of building

19   inspectors under your control to be punctual to

20   all appointments?

21         A.    Yes.

22         Q.    And have you had that same expectation

23   from 2012 through the present?

24         A.    Yes.

25         Q.    Now, I'd like to talk a little bit

38

1                         T. Hogan

2    about preparing summonses or violations.

3              Is it the responsibility of building

4    inspectors under your control to issue violation

5    notices?

6         A.    Yes.

7         Q.    And has that been their responsibility

8    from 2012 to the present?

9         A.    Yes.

10        Q.    Is it also the responsibility of

11   building inspectors to maintain appropriate

12   records and notes?

13        A.    Yes.

14        Q.    Has that been from 2012 to the

15   present?

16        A.    Yes.

17        Q.    Is it the responsibility of building

18   inspectors to meet productivity standards

19   established by the department?

20        A.    We have service levels that we

21   encourage them to meet.

22        Q.    I understand, but those are the goals

23   that you set -- you set goals in terms of

24   productivity for your building inspectors; is that

25   correct?

39

1                              T. Hogan

2          A.     Yes.

3          Q.     So I'd also like to talk about

4     building inspectors with regard to customer needs

5     or questions that arise when talking with the

6     public.

7                 Do you expect your building inspectors

8     to tailor their response to the customers' needs

9     and provide strong solutions to respond?

10         A.     I'm not sure I understand that

11    question.

12         Q.     Maybe let's break it down a little

13    bit.

14                Do you expect building inspectors to

15    give quality referrals to customers?

16         A.     Give them referrals to the sections of

17    the code that they're not complying with, and not

18    allowed to give referrals to people to carry out

19    the duties.

20                They're not allowed to make

21    recommendations about how you fix something, other

22    than to refer them to the code or to have their

23    engineer do a study to figure out how to do it,

24    but they can't tell them, the way you fix this is

25    A, B, C.  It's not their authority to do so.

40

1                          T. Hogan

2          Q.    Understood.

3                Might they also refer them to the

4    appropriate sister agency?

5          A.    Yes.

6          Q.    And relatedly to communication, do you

7    expect your building inspectors to try to take

8    measures to ensure that conflict does not occur?

9          A.    Yes.

10         Q.    And to show patience and courtesy with

11   individuals who are lodging complaints?

12         A.    Yes.

13         Q.    And do you have building inspectors

14   whose responsibility is to supervise other

15   inspectors?

16         A.    Yes.

17         Q.    And are they responsible for reviewing

18   inspection reports for accuracy in the way they

19   are submitted?

20         A.    Yes.

21         Q.    And has that been the same from 2012

22   to the present?

23         A.    Yes.

24         Q.    Are those supervising inspectors

25   responsible for evaluating the work of other

41

1                                    T. Hogan

2    inspectors under their authority?

3            A.    Yes.

4            Q.    And are they also responsible for

5    addressing any backlogs of work?

6            A.    Yes.

7            Q.    And has that been the same from 2012

8    to the present?

9            A.    Yes.

10           Q.    Are they also responsible for

11   addressing inspector call-ins when an inspector

12   calls out?

13           A.    Day-to-day attendance issues, yes.

14           Q.    And does that include conducting

15   random callbacks?

16           A.    Generally, no.

17           Q.    Does that happen sometimes?

18           A.    I'm sure it happens sometimes, but we

19   don't have a requirement they make callbacks to

20   somebody who is on a restriction.  For example,

21   may be a callback that goes to them.

22           Q.    Are they also responsible for

23   understanding the routine office procedures as a

24   supervising inspector?

25           A.    Yes.

42

1                          T. Hogan

2          Q.    And has that been the same from 2012

3    to the present?

4          A.    Yes.

5          Q.    Do supervising inspectors also take

6    responsibility for maybe the more difficult

7    inspections?

8          A.    In some instances, supervisors,

9    assistant chiefs or chiefs will go to the field

10   with particular issues that have arisen.

11         Q.    And does the supervising inspector

12   fill in for their supervisor if their supervisor

13   is absent?

14         A.    In some instances, yes.

15         Q.    And has that generally been the same

16   from 2012 to the present?

17         A.    Yes.

18         Q.    Do supervising inspectors have any

19   responsibility with administration of exams?

20         A.    As far as the DCAS exam is concerned?

21         Q.    Yes.

22         A.    There have been DCAS committees where

23   we have had representatives from different levels

24   who contributed to questions related to exams.

25         Q.    Are there any other examinations that

43

1                         T. Hogan

2     supervising inspectors would assist with?

3          A.    There are some where we do in-service

4     training, where we do quizzes or some type of

5     testing at the end to make sure that they have a

6     general understanding and knowledge of the areas

7     covered, and those are usually developed by

8     supervisors or chiefs and assistant chiefs.

9          Q.    And then they would administer that

10    exam, as well?

11         A.    That's correct.

12         Q.    And is that process of administering

13    that exam been the same from 2012 to the present?

14         A.    It's changed a little bit, because

15    we've expanded some of the field training and

16    service training, but basically it's the same

17    principles.

18         Q.    Do supervising inspectors sometimes

19    perform a post inspection of what an inspector has

20    done?

21         A.    The requirements are that all

22    inspectors, including the supervisors, have a

23    quality assurance quality control inspection done

24    on them a few times a year, and so they will do

25    both a joint inspection with an inspector, or they

44

1                        T. Hogan

2   will do a follow-up inspection to see whether or

3   not an inspector picked up on anything that the

4   supervisor would see, and an evaluation is done as

5   to whether that inspector needs additional

6   training or additional, you know, attention to

7   particular areas he or she may have failed to

8   notice something, and make recommendations from

9   the supervisor where someone needs improvement,

10  and we work with them to try and improve their

11  capabilities and skills.

12       Q.    And is that the same for the -- you're

13  saying expectation for supervising inspectors from

14  2012 through the present?

15       A.    Yes.  Again, with refining of the

16  process, and, you know, make changes to it, but,

17  you know, we have increased the amount of detail

18  that we've expected the supervisory people to do

19  during those inspections.

20       Q.    Would it also be the same for

21  supervising inspectors across the board,

22  regardless of their general specific specialty?

23       A.    Yes, every -- every supervisor is

24  responsible to do QA and QC checks.  Every

25  assistant chief is responsible to check up on the

45

1                          T. Hogan

2    supervisors that work for them to make sure

3    they're doing it, as well as check their

4    implementation of QA QC to make sure it's in

5    compliance, and then the chief's ultimately

6    responsible to make sure that the assistant chiefs

7    are doing their job.

8          Q.    Do building inspectors who are

9    supervisory inspectors assess the performance of

10   inspectors as part of their job duties?

11         A.    Yes.

12         Q.    And has that been the same from 2012

13   to the present?

14         A.    Yes.

15               MS. EARDLEY:  So Madame Court

16         Reporter, I'm now ready to use Exhibit 3,

17         "Tasks and Standards."

18         Q.    Mr. Hogan, do you see what been marked

19   Exhibit 3 on your screen?

20         A.    Yes.

21         Q.    I'm going to scroll through this just

22   generally quickly -- at first quickly so you can

23   see the format of the document and hopefully

24   recognize it.

25               So Mr. Hogan, I have clicked through