# EXHIBIT 14




# TASKS AND STANDARDS

EFFECTIVE DATE: 12/31/2009

| EMPLOYEE'S NAME (Last Name, First Name) | EMPLOYEE ID # |
|---|---|
| Fredericks, Michael | 531144 |
| **PRESENT CIVIL SERVICE TITLE** | **OFFICE TITLE** |
| Associate Fire Protection Inspector Level II | Supervising Fire Inspector/Auditor |

**CIVIL SERVICE STATUS:**
☐ PERMANENT   ☐ PROVISIONAL   ☐ PROBATIONARY   ☐ NON-COMPETITIVE   ☐ LABOR CLASS

| BUREAU | DIVISION/UNIT | DATE ASSIGNED TO UNIT |
|---|---|---|
| Fire Prevention | Fire Suppression | 07/10/2006 |

---

**TASK # 1 DESCRIPTION:**

Performs assigned work in a manner consistent with FDNY rules, laws, procedures and regulations.

**STANDARDS:**

1. Demonstrates knowledge of laws, rules and regulations by reporting violations.
2. Exercises good judgement identifying hazards/emergency situations & taking appropriate action.
3. Inspections are performed in accordance with current rules and procedures.

---

**TASK # 2 DESCRIPTION:**

takes necessary corrective action, prepares reports of inspection findings.

**STANDARDS:**

1. NOVs, VOs and summonses are issued in accordance with FP Manual and FDNY procedures.
2. Reports are submitted on a timely manner and are comlete, accurate, detailed and concise.
3. Recommendations in reports are based on fact and are reasonable.

CHALMERS_FPI_LIT-00037583

| TASK # 3 DESCRIPTION: |
| --- |
| Inspector completes assigned work as required. |
| STANDARDS: |
| 1. Is properly equipped to perform all official duties, wears issued PPE.<br>2. Inspector makes efficient use of field time and minimizes travel time.<br>3. Inspector takes criticism well and strives foe improvement. |

| TASK # 4 DESCRIPTION: |
| --- |
| Maintains a professional and courteous manner in the performance of official duties while dealing with the public, contractors and fellow employees. |
| STANDARDS: |
| 1. Displays conduct and dress in a manner which tends to bring credit to the department.<br>2. Is punctual for all assignments and/or schedules.<br>3. Cooperates with the supervisor and fellow employees. |

| TASK # 5 DESCRIPTION: |
| --- |
| Represents the Department in the preparation and enforcement of the Administrative Code and any other section of law under their purview. |
| STANDARDS: |
| 1. Processes all legal requirements in the issuance of summones, violations.<br>2. Maintains a thorough knowledge of the Fire Code, regulations and directives.<br>3. Maintain appropriate records or notes in a legible, organized and accurate manner. |

**EMPLOYEE STATEMENT: MY SIGNATURE BELOW INDICATES THAT I HAVE REVIEWED AND AGREED WITH THE CONTENTS STATED IN THE TASKS AND STANDARDS OF MY POSITION.**

EMPLOYEE'S SIGNATURE: _____ DATE: _____

SUPERVISOR'S SIGNATURE: _____ DATE: _____

REVIEWER'S SIGNATURE: _____ DATE: _____

CHALMERS_FPI_LIT-00037584