# EXHIBIT 15

## Performance Document - NYC Standard Performance Doc
## Tasks and Standards/Performance Evaluation

**Employee:** Darren Connors
**Civil Service Title:** ASSOCIATE FIRE PROTECTION INSP
**Title Level:** 02
**Civil Service Status:** Permanent - Competitive
**Business Title:** ASSOC. FPI
**Dept ID:** 0576541 Public Assembly
**Work Location ID:** 1617 9 Metrotech Center, Brooklyn N
**Status:** Shared with Employee

**Empl ID:** ▮
**Title Entry Date:** 04/06/2009
**Period:** 01/01/2018 - 01/31/2018
**Supervisor:** Bart Aclin
**Document ID:** 77497
**Document Type:** NYC Standard Performance Doc
**Template:** NYC Non-Mgr Perf Eval - Emp

### Section 1 - Instructions

#### Tasks and Standards

Description :Tasks and Standards (T&S) provide a clear roadmap on the performance expectations on which you will be evaluated on an ongoing basis. Instructions: 1. Your supervisor will discuss T&S with you at the beginning of the evaluation period. 2. The T&S will be sent to you electronically for acknowledgement. 3. You will have access to review and/or print the final document at any time via Employee Self-Service.

Created By :   Template                       01/22/2019 12:07PM

#### Performance Evaluations

Description :The performance evaluation document is used by supervisors to review employee's performance based on the job description, tasks and standards, attendance/punctuality (not including protected leaves such as FMLA leave, childcare leave, workers compensation leave, etc.), and other factors applicable to the job. This enables supervisors and employees to discuss employee's areas of strength, areas for improvement, and identify areas of development for employee's job and professional growth. Instructions: 1. At the end of the evaluation period, your supervisor will discuss and send the performance document to you electronically for review and acknowledgement, at which point you may record your comments on the evaluation form. 2. The performance document will be completed and finalized by your supervisor. 3. You have the ability to submit an appeal based on your agency's appeals process (contact your HR office for additional information). 4. You will have access to review and/or print the final document at any time via Employee Self-Service

Created By :   Template                       01/22/2019 12:07PM

### Section 2 - Tasks and Standards

#### Task#1

Description :TASK # 1 DESCRIPTION: Perform technical field inspections to ensure compliance with the New York City Administrative Code, Building Code, and Rules of the City of New York and other regulations related to fire safety and fire protection; with special emphasis on Public Assembly, DOB"s blue print review, TPA, flame proofing, open flame, interior fire alarms, sprinklers/standpipe, emergency lights, exits, aisles, etc. STANDARDS: 1. Recognizes and reports all applicable violations. 2. Follow all rules and regulations regarding Inspections. 3. Correctly identifies hazardous and emergency situations and takes appropriate action.

**Supervisor Comments:**

| | | |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:10PM |

Task#2

Description :TASK # 2 DESCRIPTION: Represent the FDNY in the preparation of all official documents for all Administrative Code enforcement, and all other section of laws being enforced. STANDARDS: 1. Processes all the legal requirements in the issuance of C- summonses, violation orders including but not limited to service and follow-up as required. 2. Maintains a thorough knowledge of the Administrative code, various laws and updates. 3. Maintains appropriate records and notes are legible, accurate.

**Supervisor Comments:**

| | | |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:10PM |

Task#3

Description :TASK # 3 DESCRIPTION: Prepare and submit written reports, prepare inspection's surveys, violations, inspection forms and other related documents. STANDARDS: 1. All documents are complete, accurate, legible and concise. 2. All documents are submitted to the Office Examiner on the first office day after the inspection. 3. Reports and recommendations are reasonable and based upon facts and sound justifications.

**Supervisor Comments:**

| | | |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:11PM |

Task#4

Description :TASK # 4 DESCRIPTION: Inspection productivity is equal to or above standards set by the Department. STANDARDS: 1. Productivity consistently meets targets set for the unit. Inspector makes all required inspections. 2. Inspector maintains accurate time-sheets and minimizes office time by efficient execution of duties. 3. Inspector informs the supervisor of any conditions that will hinder the completion of the set route.

**Supervisor Comments:**

|  |  |  |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:11PM |

Task#5

Description :TASK # 5 DESCRIPTION Maintain a professional, polite, courteous and business-like manner while interacting with the public. Report to all appointment on time and provide courteous customer service. STANDARDS: 1. The inspector maintains the Department's dress code and conducts him or herself professionally. 2. The inspector is punctual for all inspections and appointments and completes in required time. 3. The inspector properly prepares, files, processes, serves and follows up on all violations.

**Supervisor Comments:**

|  |  |  |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:12PM |

Task#6

Description :TASK # 6 DESCRIPTION Effective Communication: Communicates with the public in a well-organized, courteous, and effective manner to clients as well as colleagues STANDARDS: 1. Information and direction to customers and colleagues is appropriate, clear, accurate, and complete. 2. Keeps clients informed about their status while seeking relevant information to fulfill the customer's requests. 3. Maintains sensitivity to the needs and efforts of clients. • Gives customers choices so they feel more in control of the interaction • Staff exhibits professional conduct and does not get frustrated or upset when dealing with customers. 4. Adapts communication methods to respond to different audiences • Asks appropriate questions to clarify information 5. Reviews the next steps involved the transaction.

**Supervisor Comments:**

|  |  |  |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:12PM |

Task#7

Description :TASK # 7 DESCRIPTION Recognizes individual customers' needs and provides quality solutions in response. STANDARDS: 1. Customizes the experience for the specific customer. 2. Gives quality referrals to customers. 3. Provides appropriate solutions to customers' problems or needs. 4. Maintains currency on level of professional/technical knowledge. • Takes opportunities to increase knowledge or relevant job skills. 5. Escalates problems or questions to a supervisor, when necessary.

**Supervisor Comments:**

|   |   |   |
|---|---|---|
| Created By : | Bart Aclin | 01/22/2019 12:09PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:13PM |

### Task#8

Description :TASK # 8 DESCRIPTION Professional Demeanor: Represents the department in a professional manner. STANDARDS: 1. Treats clients fairly and without cultural prejudice or bias. 2. Respects clients' time and priorities. 3. Is approachable, empathetic, and responsive to clients. 4. Takes measures to ensure that conflict does not occur. • Shows patience and demonstrates courtesy with complaining customers. • Behaves in way designed to keep problems impersonal.

**Supervisor Comments:**

|   |   |   |
|---|---|---|
| Created By : | Bart Aclin | 01/22/2019 12:09PM |
| Last Modified By : | Bart Aclin | 01/22/2019 12:13PM |

### Tasks and Standards Summary

**Supervisor Rating:** 0-Unratable          0.00

## Section 3 - Attendance/Punctuality

### Attendance/Punctuality

Description :How was Employee's Attendance/Punctuality during the entire Evaluation Period?

|   |   |   |
|---|---|---|
| Created By : | Template | 01/22/2019 12:07PM |

### Attendance/Punctuality Summary

**Supervisor Comments:**

## Section 4 - Other Factors

### Other Factors Summary

**Supervisor Comments:**

## Section 5 - Justify Overall Rating

**Justify Overall Rating Summary**

**Supervisor Rating:** 0-Unratable

**Supervisor Comments:**

## Section 7 - Employee Comments

**Employee Comments:**

## Section 8 - Emp Acceptance of T&S

**Employee Signature**

Description :Please save your selection by clicking on the below Save Button. (Note that the employee's signature below does not indicate agreement with appraisal-only that it has been communicated to the employee)

- I hereby acknowledge my Tasks and Standards and choose to Sign and Accept

Created By :   Template                   01/22/2019 12:07PM

**Tasks & Standards Electronic Signatures & Dates**

| | | |
|---|---|---|
| **Employee Name & Date :** | Darren Connors | 24-JAN-2019 14:29:12 |
| **Supervisor Name & Date :** | Bart Aclin | |
| **Reviewer Name & Date :** | Patrick Mcinerney | |

**Performance Evaluation Electronic Signatures & Dates**

| | |
|---|---|
| **Employee Name & Date :** | Darren Connors |

| Supervisor Name & Date : | Bart Aclin |
| Reviewer Name & Date : | Patrick Mcinerney |

CONFIDENTIAL  CHALMERS_FPI_LIT-00000232