# EXHIBIT 16

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

DARRYL CHALMERS, DARREN CONNORS,
GLENN MENDEZ, JAMES NOVA, and
FATIMA Q. ROSEMOND,                    1:20-cv-03389
On behalf of themselves and all
others similarly situated, and
AFSCME DISTRICT COUNCIL 37
LOCAL 2507, on behalf of its
Members

                    Plaintiffs,


        v.


CITY OF NEW YORK,

                    Defendant.

-------------------------------------x



                    April 28, 2021
                    10:11 a.m.


            DEPOSITION of CITY OF NEW YORK, the

Defendant herein, by DEBRA PALMIERI-RUSSO, taken

by the attorneys for the Plaintiffs, pursuant to

Notice, held via Web conference at the above date

and time, before Maureen McCormick, a Notary

Public of the State of New York.

30

1                    D. Palmieri-Russo

2              Their units trained them.  We did

3      coordinate some ad hoc safety courses for them, so

4      the role we played was that a unit would ask us

5      for some type of training, and we would procure

6      it, and they would -- we would send the

7      instructor, or they would create a module, and

8      they would deliver it, and they would give us the

9      attendance, and we would track it.

10          Q.   So there was prior to 2012 -- there

11     was no standardized training for all new

12     inspectors?

13          A.   Correct.

14          Q.   And then back to the learning plan.

15     Just so I'm clear, they're created at a unit

16     level, so they're the same for all -- for all

17     inspectors in a unit.  They're not individualized.

18          A.   Correct.

19          Q.   And who creates the learning plans?

20          A.   The unit with the Buildings

21     University.

22          Q.   So talking about new hire training

23     today and the big picture behind it, I want to ask

24     a little bit about the goals behind new hire

25     inspector training.

31

                    D. Palmieri-Russo

1

2              So is it fair to say that a goal of

3       new hire inspector training today is to learn

4       procedures and policies of the department relating

5       to the inspector job title?

6              A.    Yes.

7              Q.    And is it fair to say that another

8       goal is to learn how to complete daily required

9       forms necessary for the completion of inspector

10      field assignments?

11             A.    Yes.

12             Q.    Is it fair to say that another goal of

13      new hire inspector training is to learn code

14      endorsement techniques to ensure proper compliance

15      with New York life safety laws, codes and rules?

16             A.    Yes.

17             Q.    Would you say another goal of training

18      is to understand the New York City Building Code

19      and rules, along with cross enforcement with other

20      New York City codes?

21             A.    I cannot answer that truthfully,

22      because the Building Code enforcement is our

23      Building Code, and I don't -- I don't know that

24      answer if they are cross trained at the academy

25      with another -- another -- another agency's rules.

32

1                          D. Palmieri-Russo

2          Q.    But would you say it's a goal of new

3     hire inspector training to understand the New York

4     City Building Code?

5          A.    Yes.

6          Q.    Would you say a goal of new hire

7     inspector training is to become efficient in

8     research report writing and verbal communication?

9          A.    Yes.

10         Q.    Would you say a goal of new hire

11    inspector training is to understand what customer

12    service means to a New York City employee?

13         A.    Yes.

14         Q.    Would you say a goal of new hire

15    inspector training is to learn basic IT use and

16    policies?

17         A.    Can you repeat that?

18         Q.    Would you say that a goal of new hire

19    inspector training is to learn basic IT or

20    information technology computer use and policies?

21         A.    Yes.

22         Q.    Would you say that a goal of new hire

23    inspector training is to learn the Department of

24    Buildings computerized inspection scheduling and

25    tracking system, like DOB Now?

33

1                    D. Palmieri-Russo

2          A.    Yes.

3          Q.    Are there any other primary goals of

4     new hire inspector training that I have left out?

5          A.    There is a safety component.

6          Q.    Anything else?

7          A.    Excavation, cold form steel.  There

8     are other -- other categories where they are

9     trained in bulging walls, accident investigation.

10              There are many, many, many topics that

11    may potentially slot into the overall questioning

12    you had, but I just wanted to point that out.

13         Q.    For all the goals we just talked about

14    and the topics you just listed, have those all

15    been goals of training, new hire training, since

16    2012?

17         A.    No, they have increased steadily.

18         Q.    Meaning the amount of training has

19    increased steadily?

20         A.    The amount of training, and there had

21    been additional topics added over each academy

22    expansion.

23         Q.    I guess what I'm getting at, has the

24    general aims of training, like learning the

25    Building Code, learning the forms you need to

34

```
 1                    D. Palmieri-Russo
 2      complete, learning code enforcement -- have those
 3      general aims of training changed --
 4           A.    No.
 5           Q.    -- or has it just beefed up?
 6                 MS. RICH:  All right.  Maureen, would
 7           you mind pulling up Exhibit 3.
 8           Q.    Ms. Palmieri-Russo, I'm showing you an
 9      email, and then there's some attachments which I
10      will scroll through once the court reporter gives
11      me control of the screen.
12                 I know this is from 2009, and you've
13      indicated that between 2008 and 2012 you are a lot
14      less familiar with the inspection titles, but do
15      you see that your email address is in the CC line
16      of this email?
17           A.    Uh-huh.
18           Q.    I'm going to scroll through the
19      attachment so you kind of see the big picture
20      before I ask you questions.  It's going at a major
21      delay for me, though, so give me a second.
22                 I'm going back up, so this is the
23      first page of the attachment.  Let me know if I'm
24      okay to move on, Ms. Palmieri-Russo.
25                 I'm going to go back up to the top,
```

44

                         D. Palmieri-Russo

1

2        A.    Correct.

3        Q.    Do you know if inspectors were trained

4   on that subject prior to 2012?

5        A.    No, I do not.

6        Q.    Do you know why building inspectors

7   are trained on New York City standpipe and

8   sprinkler systems?

9        A.    So for example, when you are hired

10  into the department, we in the academy don't --

11  don't specifically say, you're a construction

12  inspector, you're a crane inspector, you're

13  plumbing, you're an electrical.

14             Because the academy introduces all of

15  the topics any inspector would need to know, we

16  add in courses that potentially, if you are a

17  plumbing inspector, and you came into that

18  academy, we would introduce that topic.

19       Q.    Okay.  So the purpose of Core 1 is to

20  give every inspector a general grounding --

21       A.    Yes.

22       Q.    -- of the fundamentals of what they

23  need to know as an inspector, not a specific type

24  of inspector.

25       A.    Yes.

45

D. Palmieri-Russo

1    Q.    So I see within the zoning and code

2    then that all inspectors you see, it looks to

3    me -- there's three different courses.  If you add

4    them up, that's 2.5 days.

5         So at this point in time in 2012, all

6    new BIs are getting two and a half days on the

7    Building Code; is that correct?

8    A.    Correct.

9    Q.    And do they get a further grounding in

10   the specific areas of the code that apply to their

11   unit type of inspection once they go on to their

12   unit?

13   A.    That you know -- I'm going to say that

14   is the goal of the unit.

15   Q.    And it looks, if I'm reading this

16   correct, then there is -- enforcement is the

17   introduction to administrative enforcement, and

18   that's five days of course work?

19   A.    Yes.

20   Q.    And does the five days of

21   administrative enforcement training include things

22   like background on notices of violations and

23   summonses?

24   A.    Yes.

1    D. Palmieri-Russo

2    Q.    So I see within the zoning and code

3    then that all inspectors you see, it looks to

4    me -- there's three different courses.  If you add

5    them up, that's 2.5 days.

6         So at this point in time in 2012, all

7    new BIs are getting two and a half days on the

8    Building Code; is that correct?

9    A.    Correct.

10   Q.    And do they get a further grounding in

11   the specific areas of the code that apply to their

12   unit type of inspection once they go on to their

13   unit?

14   A.    That you know -- I'm going to say that

15   is the goal of the unit.

16   Q.    And it looks, if I'm reading this

17   correct, then there is -- enforcement is the

18   introduction to administrative enforcement, and

19   that's five days of course work?

20   A.    Yes.

21   Q.    And does the five days of

22   administrative enforcement training include things

23   like background on notices of violations and

24   summonses?

25   A.    Yes.

49

1                      D. Palmieri-Russo

2      you've worked, you've completed OJT, you would

3      then -- your next line of training education falls

4      into Core 3, and that's the unit specific.

5           Q.    At what point in the cores are you

6      considered to graduate the Inspector Training

7      Academy?  Is it after the fundamentals?

8           A.    After you complete Core 1 and Core 2,

9      you must complete OJT.  It's a 12-week program

10     today, so it's a full 12 weeks.

11               After OJT, you -- after OJT, you

12     become badged, and then you would start to receive

13     additional training.

14          Q.    When you say it's a 12-week program

15     today, you mean Core 1 plus Core 2 is --

16          A.    Correct, correct.

17          Q.    So Core 3, the applied fundamentals, I

18     see different frequencies.  Some is every three

19     years, some is once, and some is annual.

20               These are trainings that inspectors

21     complete once they're already on the job, correct?

22          A.    Correct, yes.

23          Q.    And are all of these trainings

24     mandatory in Core 3?

25          A.    Yes.

58

1                         D. Palmieri-Russo

2    become obsolete, and that has since been removed,

3    and things have evolved.

4                    As far as the learning plans, they are

5    reviewed each year with the unit and the unit

6    chief, and they will expand or they will delete,

7    and a new plan would be established.  I have not

8    -- I have not looked at this plan obviously for

9    many, many years.  It was a plan.

10        Q.    Has the general, you do Core 1 and

11   Core 2, and then you graduate the academy,

12   changed, fundamentally changed, since 2012?

13        A.    No, it has not fundamentally changed.

14        Q.    Have the categories that were seen for

15   Core 1, the human resources customer service,

16   technology skills, safety, building inspection

17   ops, zoning and codes and enforcement, has that

18   changed fundamentally since 2012?

19        A.    No.

20        Q.    So I will show -- the next document I

21   have is from 2015, so I'll show it to you, and

22   I'll ask if there's any changes that you remember

23   between this set of documents and the 2015

24   document.

25        A.    Okay.

65

1                         D. Palmieri-Russo

2     Core 1 only, the classroom training?  What happens

3     if you get less than 70 percent in your classroom

4     training?

5          A.    We have not had that issue.  It is a

6     collaborative effort.  If we know that someone is

7     not able to grasp the information, we would know

8     that prior to the end, because the 70 percentile

9     is cumulative, so from Day 1 to Day 30 or 35, we

10    would note at midpoint how you're progressing, and

11    then the goal is that the internal subject matter

12    experts, which is our faculty, and my unit would

13    work with that participant to give them additional

14    resources to help them understand the content.

15              These are not -- these are not valid

16    tools.  These are knowledge checks, and the goal

17    is comprehension.

18         Q.    Has that 70 percent requirement for

19    Core 1 existed since 2012?

20         A.    Yes.

21         Q.    And is it still the cut-off for the

22    fundamentals Core 1 courses today?

23         A.    Yes.

24         Q.    So then now let's talk about Core 2,

25    which it also seems -- I'll scroll to Page 2 right

91

1                    D. Palmieri-Russo

2          Exhibit 5, please?

3          Q.    So this document here which starts on

4     Bates 42654 and is entitled, "Unit Chief

5     Information Sheet Inspector Training Academy

6     Milestones."

7               I believe your testimony was that this

8     document has been updated since this version in

9     2015; is that correct?

10         A.    Correct.

11         Q.    And do you know if the updated version

12    of this document would be saved somewhere in the

13    Department of Buildings files?

14         A.    Yes, it would be.

15         Q.    And would that be in that training

16    shared drive?

17         A.    Yes, it would be.

18               MS. RICH:  So now we can stop the

19          share.  I'll give you back control, Maureen.

20         Q.    So we went through a chronology of

21    what new inspector training was like from 2012 to

22    today.

23               So now I just want to confirm that I

24    know what new hire training is like today.  So

25    today it's still structured as classroom

92

                              D. Palmieri-Russo
1
2      fundamentals plus on-the-job training, and then
3      you graduate; is that correct?
4           A.    Yes.
5           Q.    And that's the same basic structure
6      for all inspector titles?
7           A.    Yes.
8           Q.    So that same structure has been the
9      structure in place since 2012?
10          A.    Yes.
11          Q.    And today, how many weeks is it from
12     start to graduation for new inspectors?
13          A.    It's a range.  It can go, depending on
14     how many new courses have been added to expand the
15     curriculum, so it -- potentially it could be at
16     this point more than 40 plus days in the
17     classroom, and it's always going to be from a
18     baseline perspective 25, so I can estimate a range
19     from maybe 40 plus days to, let's say, maybe up to
20     70 days today, because we expanded it to include
21     numerous courses.
22          Q.    When you say it, you are referring to
23     the Core 1 fundamentals, correct?
24          A.    Correct, correct.
25          Q.    So you're not sure, but today it might

93

1                         D. Palmieri-Russo

2    be 40 days of fundamentals.

3           A.    Yes, we recently added several new

4    modules.

5           Q.    And what are those new modules?

6           A.    Retaining walls, cold form steel,

7    bulging, bulging walls, excavation, accident

8    investigation.  Those are some of them, there

9    could be more.

10          Q.    When you say recently added, can you

11   give me a time frame?

12          A.    Probably within the last year.

13          Q.    Why were they added?

14          A.    Recommendation by leadership SMEs,

15   code, rule of law, things that happen in the

16   industry.  A whole host of events could have

17   predated or predated that concept.

18          Q.    So talking just about those four Core

19   1 fundamentals, is Core 1 still taught primarily

20   in a classroom setting?

21          A.    Yes.

22          Q.    And I want to talk a little bit about

23   the methods of teaching that are employed.

24                So do instructors use things like

25   Power Points?

94

1                          D. Palmieri-Russo

2          A.    Yes, they use Power Points, yes.

3          Q.    Has that been the case since 2012?

4          A.    Yes, it has been.

5          Q.    Do they use things like lectures?

6          A.    Yes.

7          Q.    Has that been the case since 2012?

8          A.    Yes.

9          Q.    And you told me about the knowledge

10    assessments.  Have things like knowledge

11    assessments been deployed since 2012?

12         A.    Yes.

13         Q.    Is a knowledge assessment basically a

14    quiz?

15         A.    Yes, it's a quiz.  It's a series of

16    questions around that topic that day.  It's not a

17    valid tool, because we're not testing.  We're not

18    test makers, so it's a knowledge check to fully

19    vet that that group has qualified that they

20    understand what happened in that classroom.

21         Q.    Have the inspectors used things like

22    writing exercises in the classroom setting?

23         A.    Yes.

24               There is a very specific course called

25    report writing.  There is a -- writing does occur

1                    D. Palmieri-Russo

2      in administrative enforcement, which is the

3      violation.

4          Q.    And has that been the case since 2012?

5          A.    No.  Not a hundred percent sure.  The

6      report writing may have happened in 2013.  Writing

7      has been increased over the course of several

8      academies.

9          Q.    You told me about the field day where

10     inspectors go see an inspector do their job in the

11     field.  I forget.  Does that exist today?

12         A.    Yes, field observation days, yes.

13     They're field days, correct, as part of the

14     classroom training.

15         Q.    And then what about role-playing

16     exercises?

17         A.    Role-playing exercise may occur based

18     on an instructor's style, such as in a very

19     specific course like sensitivity training.  Role

20     play does happen, because it's very, very

21     important to the integration of the class -- the

22     classroom theory and the application of the

23     participant, so that would potentially happen in

24     that type of training, and/or it may happen in

25     customer service training, as well.

1                  D. Palmieri-Russo

2                  Other scenarios may occur, depending

3       on the content and the instruction -- instructor's

4       approach.

5           Q.    Are you able to say whether or not

6       that -- whether or not role-playing exercises have

7       been in use by --

8           A.    I can say yes, they have been in use.

9           Q.    Ms. Palmieri-Russo, I'm going to

10      remind you that there is a court reporter.  I need

11      her to take down my full question for the record,

12      so just let me finish.

13                  I was just going to ask if

14      role-playing exercises have been in use by

15      instructors since 2012.

16                  And could you please answer so we have

17      a complete question and answer on the record.

18          A.    I -- yes.  I can say yes.

19          Q.    What about case studies?  Are those

20      used today?

21          A.    Yes.

22          Q.    And have case studies been used to

23      teach new inspectors since 2012?

24          A.    I cannot answer on 2012 exactly.  I do

25      know that there has been a progression in growth

97

1                    D. Palmieri-Russo

2      and expansion in the academy curriculum, so I'm

3      confident to say at the very least at least by

4      2013.

5           Q.    Have the methods of classroom teaching

6      substantially changed in any way since 2012?

7           A.    Yes.

8                 Due to technology, more on-line

9      learning, self-studies, with -- with an instructor

10     leading that, so it became more -- more

11     independent at times, and then at other times more

12     collaborative, so styles do change and progress as

13     things organically change in training.

14          Q.    As of today, does the new inspector

15     fundamental training include courses in the human

16     capital category?

17          A.    Yes.

18          Q.    Does it still include courses in the

19     professional development category?

20          A.    I'm not clear when you say

21     professional development, so all training would be

22     considered professional development, but I don't

23     -- in the category of maybe looking at something

24     that had listed write emails and successful work

25     place communications, which was a plan which was

98

1                    D. Palmieri-Russo

2     -- I do not believe was delivered as part of the

3     academy.  It may have been a recommendation at

4     that time.  Is that what you're referring to?

5          Q.    Yes.  Here I'm going to grab -- I was

6     referring to I believe the universal inspector

7     learning plan from 2017.  It had professional

8     development courses of verbal judo video,

9     successful workplace communication and writing

10    effective and efficient emails.

11                So am I understanding you correctly

12    that that was like a planned proposal, but wasn't

13    adopted?

14         A.    The verbal judo has always been part

15    of the academy.  The other two courses may have

16    been a request and on a plan.

17                I do not recall offering them to the

18    academy.

19         Q.    So in terms of professional

20    development, by which I meant those types of

21    courses, that's how they had been on a previous

22    plan.  The only course still offered today in that

23    category is verbal judo?

24         A.    Correct, as part of the inspector

25    training academy; however, outside of the academy,

99

1                          D. Palmieri-Russo

2      we run a robust training program that inspectors

3      can participate in.  We currently offer all types

4      of professional development they may, with the

5      approval of their supervisor, attend.

6                    We currently offer email writing,

7      resume writing, presentation skills, a series of

8      -- any type of series of professional development

9      topic they can elect to participate in.

10          Q.    Meaning it's not mandatory, but they

11     can take it --

12          A.    Correct.

13          Q.    -- if they want to.

14          A.    Correct.

15          Q.    What is verbal judo?

16          A.    Sensitivity training.  It's -- it

17     trains them on how to interact with the public

18     appropriately.

19          Q.    But it's separate from customer

20     service training?

21          A.    Yes, it is.  Yes, it's more -- it's a

22     role-play scenario with conflict management tools.

23          Q.    And has verbal judo been offered since

24     2012?

25          A.    I cannot recall if it's on the

                          D. Palmieri-Russo

1

2    calendar for 2012, but if not, there would have

3    been another course in its place in terms of

4    communication skills and conflict resolution, so I

5    am not a hundred percent sure in 2012, but I

6    believe in 2013 that going forward it had been on

7    the calendar.  I cannot --

8         Q.    Sorry I interrupted you.  Go ahead.

9         A.    I cannot honestly say it's on the 2012

10   calendar, but some form of that type of training

11   would have been on the calendar, and we may have

12   transitioned to a different style.

13        Q.    Today are customer service courses

14   offered to new building inspectors?

15        A.    Yes.

16        Q.    And that's part of the fundamental

17   Core 1?

18        A.    Yes.

19        Q.    And has customer service training been

20   offered to all new building inspectors since 2012?

21        A.    Yes.

22        Q.    What about safety courses?  Are those

23   offered to new building inspectors today?

24        A.    Yes.

25        Q.    And have those always been offered as

1                    D. Palmieri-Russo

2    Core 1 courses since 2012?

3            A.    Yes, they have been.

4            Q.    As part of Core 1, are all new

5    building inspectors given courses on technology

6    skills?

7            A.    Yes.

8            Q.    And have they been given courses on

9    technology skills since 2012?

10           A.    Yes.

11           Q.    Today are all new building inspectors

12   given courses on zoning and codes?

13           A.    Yes.

14           Q.    And have they been given courses on

15   zoning and codes since 2012?

16           A.    Yes.

17           Q.    Today are all new building inspectors

18   given courses on general building inspection?

19           A.    I'm not understanding when you say

20   general building inspection, because there's not a

21   specific course that comes to mind for me when the

22   entire ITA program prepares them for that, that

23   general building inspection, once they get to OJT.

24           Q.    So on the universal learning inspector

25   plan, it was called -- the category was called

102

                          D. Palmieri-Russo

1

2      building inspection, and it included classes like

3      a day in the life of a building inspector.  That's

4      what I was referring to, that category.

5              A.    Okay.

6              Q.    Has that category of courses, which

7      includes a day in the life of a building

8      inspector, blueprint reading, building failures,

9      work applications and permits, press operation,

10     those kind of courses -- is that currently

11     offered?

12             A.    Yes, it's currently offered.

13             Q.    And has that same grouping of courses

14     been offered since 2012?

15             A.    Yes.

16             Q.    Have there been any other -- I went

17     over the basic categories that I've seen used in

18     the plans.

19             Have there been any categories added

20     or subtracted in recent history?

21             A.    Not that I can recall.

22             Q.    And then in today's iteration of

23     training, is it still -- we had talked -- we

24     looked at the universal learning plan and the 2012

25     learning plan, both of which showed 2.5 days of

103

1                        D. Palmieri-Russo

2      zoning and code training.

3                        Is it still 2.5 days of zoning and

4      code training today?

5            A.    I don't have the exact, but I'm going

6      to say it is.  I can't exactly confirm it's 2.5.

7      I would have to go back and look at a calendar.

8            Q.    By calendar, you mean one of the

9      recent training calendars --

10           A.    Correct.

11           Q.    -- that we talked about.

12                       And we talked a little bit about

13     enforcement training.  I just want to clarify.

14                       In previous iterations it was five

15     days enforcement.  Then you told me it had at some

16     point changed to something like three days in

17     class and one and a half day application.

18                       What is in play today?

19           A.    It would be three days of instructor

20     led, and then they would have a day and a half, or

21     could be two days -- I don't have the durations in

22     front of me -- of self-study.  They would prepare

23     for it, but they have three days instructor led.

24                       It's a five-day program basically, and

25     it could have been reduced -- again, it could have

104

                         D. Palmieri-Russo

1

2      been reduced to 4 1/2 days at this point.

3           Q.    In terms of the code, is the same

4      general structure to give an overview in Core 1

5      and then rely upon the units to give a more in

6      depth on the area of the code that they enforce?

7           A.    Yes.

8           Q.    And that's been the same since 2012,

9      correct?

10          A.    Yes.  It's called navigating the

11     Building Code.  The inspectors learn at the

12     academy and overview how to navigate.  Once you go

13     to the unit, it's the unit's responsibility based

14     on the specific inspection type to then encourage

15     and foster the development of code analysis.

16          Q.    So navigating the Building Code, that

17     does not go -- it doesn't go dive into each

18     chapter in depth or anything, does it?

19          A.    To my knowledge, it teaches them how

20     to navigate very specific code areas that they

21     would need to know.  I couldn't tell you if one

22     instructor focuses on Chapter 33 or another aspect

23     of it.

24          Q.    Asking a little bit about specific

25     courses, today do all new building inspectors

1                         D. Palmieri-Russo

2       receive a new hire orientation?

3               A.      Yes.

4               Q.      Has that been the same since 2012?

5               A.      It may have changed a little bit by

6       adding different topics into this, but it's

7       basically -- it's basically introduction to the

8       program, and it's basically human capital, which

9       was formerly in 2012 human resources, that they

10      would talk about benefits, they would talk about

11      different timekeeping, talking about compensation.

12      They would talk about anything related to HR

13      practices.

14                      And that would be the orientation.

15      They -- things may have changed along the way.  We

16      don't use paper time cards.  We use City Time, so

17      in, you know, very rudimentary form it has been

18      the basic concept, and along the way it's more to

19      include other things that human capital may choose

20      to bring into the orientation.

21              Q.      So as part of those sort of human

22      capital courses, are building inspectors today

23      given right-to-know training?

24              A.      Yes.

25              Q.      And has that been the case since 2012?

106

1                     D. Palmieri-Russo

2          A.     Yes.

3          Q.     And are they given EEO or Department

4     of Investigation integrity training?

5          A.     Yes.

6          Q.     Has that been the case since 2012?

7          A.     Yes.

8          Q.     And does that specific training

9     include training on conflicts of interest?

10         A.     Yes.

11         Q.     Does it include training on bribery?

12         A.     Yes.

13         Q.     And does it include training on gift

14    taking?

15         A.     Yes.

16         Q.     And have all those topics been trained

17    on since 2012?

18         A.     Yes.

19         Q.     And you mentioned this in passing, but

20    building inspectors today are trained on

21    timekeeping, which is City Time, correct?

22         A.     Correct.

23         Q.     And but they -- it might not have

24    always been City Time, but they have always been

25    trained on timekeeping, or at least since 2012,

107

1                          D. Palmieri-Russo

2     they have been.

3          A.    Correct.

4          Q.    They have always been -- or sorry.

5     Today they are given an intro to the Department of

6     Buildings?

7          A.    Yes.

8          Q.    Has training since 2012 included an

9     intro to the Department of Buildings?

10         A.    Yes.

11         Q.    And does that introduction include

12    info on how the agency is organized?

13         A.    Yes.

14         Q.    Does it include information on the

15    chain of command?

16         A.    Yes.

17         Q.    Does it include training on what the

18    different inspector units do?

19         A.    At one point various units came in and

20    described what those units did, because at one

21    point we were very different.  There were more

22    different types of units.

23               Couple of years back we went into a

24    development and an enforcement, so today the head

25    of enforcement comes in and speaks to them at

1                    D. Palmieri-Russo

2    great length about what occurs in the enforcement

3    areas, and then we had a development person come

4    in and talk about the role of development, so yes.

5         Q.    So the content has slightly -- has

6    changed given the changes in the Department of

7    Buildings, but they still have been trained on how

8    the Department of Buildings units are organized

9    generally.

10        A.    Yes.

11        Q.    Has that intro to the Department of

12   Buildings included training on the roles and

13   responsibilities of inspectors?

14        A.    I'm not understanding the question as

15   it relates to the modules.

16        Q.    Are Department of Buildings inspectors

17   as part of the fundamentals training trained on

18   what it means to be a building inspector and what

19   their core responsibilities will be as a building

20   inspector?

21        A.    In general terms, yes.

22        Q.    Has that been a part of training since

23   2012?

24        A.    Yes.

25        Q.    Do inspectors today receive OSHA

109

1                    D. Palmieri-Russo

2       safety training?

3            A.    Yes.

4            Q.    Have they received OSHA safety

5       training since 2012?

6            A.    Yes.

7            Q.    Do inspectors today receive customer

8       service training?

9            A.    Yes.

10           Q.    And that's been a part of training

11      since 2012?

12           A.    Yes.

13           Q.    Do they receive specific -- sorry,

14      communications skills training?

15           A.    Yes, in the form of verbal judo.

16           Q.    And we talked about some version of

17      that sort of course given since 2012?

18           A.    Yes.

19           Q.    Do inspectors received conflict

20      resolution training?

21           A.    Yes, in the form of verbal judo.

22           Q.    And that would have been part of the

23      precursor to verbal judo in 2012?

24           A.    I don't recall if verbal judo began in

25      2012 or if there was some form of communication

110

D. Palmieri-Russo

1    program that incorporated conflict resolution or

2    not, but they would have received something, no

3    matter what, in 2012.

4    

5              I can't exactly say if I had that

6    vendor in 2012; however, I believe going into

7    2013.  I'm trying to -- I'm trying to remember

8    that verbal judo had been on the calendar, but

9    they did in fact receive a form of training.

10         Q.    Are inspectors today trained on Web

11    navigation and research?

12         A.    Yes.

13         Q.    Would they have been trained on that

14    back in -- have they been trained on this since

15    2012?

16         A.    Yes.

17         Q.    Are new building inspectors trained on

18    the computer and tech based platforms that they

19    will need to used to their jobs?

20         A.    Yes.

21         Q.    Have they been trained on the computer

22    and tech based platforms that they will need to

23    use as part of the fundamental training since

24    2012?

25         A.    Yes.

1                    D. Palmieri-Russo

2          Q.    Do new inspectors receive a general

3     training on the forms they will need to use to

4     document their inspectors and issue violations?

5          A.    Yes and no.

6                 Each unit specific OJT or inspector

7     type form is unique.  They may see a

8     representation as part of their tech training;

9     however, when they go to the unit, the unit will

10    produce that route sheet and what inspection type

11    and form to be used as per the unit.

12                In terms of violation writing, they

13    will see violation writing examples, and they may

14    participate in doing a corrective action on a

15    sample.

16         Q.    So in terms of forms, has that same --

17    does this description apply to all training since

18    2012?

19         A.    Yes.

20         Q.    And now in terms of writing a

21    violation, does that same description of training

22    today apply since 2012?

23         A.    Yes.

24         Q.    Does administrative enforcement

25    training today include training on the -- on

112

1                        D. Palmieri-Russo

2      writing reports?

3              A.      It's a separate course.

4              Q.      That's the report writing course you

5      told me about?

6              A.      Correct.

7              Q.      And that hasn't existed since 2012.

8      That's been added in more recent history; am I

9      correct?

10             A.      I can't believe it was -- I am not a

11     hundred percent sure it was listed on 2012.  It

12     may have been added in 2013.  I don't have the

13     exact date.

14             Q.      Does administrative enforcement today

15     include the background on -- I think they call

16     them oath summonses.

17                     So does the administrative enforcement

18     training today give new inspectors backgrounds on

19     NOVs and criminal and civil summonses?

20             A.      They do receive that training;

21     however, I am not a hundred percent sure it is

22     embedded into the administrative enforcement

23     program.  They do receive it, and again, this can

24     relate to an operations schedule.

25                     There is a training such as NOV and

113

<pre>
 1                      D. Palmieri-Russo

 2    oath summons that all inspectors take, so if it is

 3    being offered during the time they are in the

 4    academy, they would receive it.  If it is being

 5    offered the time they have been released from the

 6    academy, and they are with their unit, they will

 7    receive it at that time.

 8         Q.    So in terms of fundamentals today,

 9    what does the course training include?

10         A.    It includes -- it includes the

11    introduction to the NOV.  It will include

12    introduction to oath and with the summons, and it

13    will include samples of how to write a violation.

14               Other than that, I don't have all of

15    the modules outlined in my head right now, but

16    basically that's the -- that's the protocol.

17         Q.    Do you know if it includes background

18    on serving NOVs and summonses?

19         A.    I know that course is offered, but I

20    cannot honestly say it's part of the three days in

21    classroom portion or if it's part of the four-hour

22    summons course.

23         Q.    Is the four-hour summons course

24    something different than the enforcement refresher

25    you told me about that was a half-day refresher?
</pre>

119

1                     D. Palmieri-Russo

2          Q.    Does that mean -- sorry, I just want

3      to clear with my question.

4                 Are building inspectors today trained

5      on any code other than the Building Code?

6          A.    Not to my knowledge, not in the

7      academy.

8          Q.    Have they at any point since 2012 been

9      trained on -- during the academy on any code,

10     other than the Building Code?

11         A.    No.   Not to my knowledge, no.

12         Q.    Today do all inspectors still receive

13     the 25-day baseline of on-the-job training?

14         A.    Yes.

15         Q.    And does it still vary unit by unit in

16     terms of how long it actually ends up being?

17         A.    Yes.

18         Q.    Does it vary by inspector within the

19     unit, as well as by unit?

20         A.    Yes.

21         Q.    And do all inspectors still currently

22     receive unit specific training?

23         A.    Yes, based on the plan availability of

24     funds and scheduling.

25         Q.    So just because something is listed as