# EXHIBIT 18

**Rampino Exhibit 42** — 4/21/21 MM

| | |
|---|---|
| **From:** | Rampino, Robert (FDNY) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROBERT.RAMPINO] |
| **Sent:** | 11/27/2018 6:09:06 PM |
| **To:** | Allocca, Andrea (FDNY) [andrea.allocca@fdny.nyc.gov] |
| **Subject:** | FW: Restructuring the Explosives Unit |
| **Attachments:** | Restructuring the Explosives Unit.docx; Restructuring the Explosives Unit ---The Data.docx; Supervising Blasting Inspectors-Job Specifications Draft- October18th, 2017.docx; BFP Support---The New Needs Program Re the Explosives Unit, Autumn,2015.docx; BFP Support---Personnel Count Re the Explosives Unit.xls; DOB-EXPLO.doc; Prospective Manhattan location for the BFP Explosives Unit.docx |

Andrea,

Note the attached. These are the documents in my Word inventory concerning the Explosives Unit. This does not include a few really ancient documents (except for the attached 21 KB) which I have retained in a hanging folder. I think we should pay particular attention to " BFP Support---The New Needs Program Re the Explosives Unit (17KB)" which speaks to OT usage as you mentioned to me the other day.  Note the DOB-Explo.doc (21 KB) as a point of interest. This was pre-911 when Rudy G. wanted to merge the DOB with the BFP! ☺ ------ Bob

P.S.---Most importantly…I hope things went well yesterday…

---

**From:** Rampino, Robert (FDNY)
**Sent:** Tuesday, November 27, 2018 5:33 PM
**To:** Allocca, Andrea (FDNY)
**Cc:** Meyers, Joseph (FDNY)
**Subject:** Restructuring the Explosives Unit

Andrea,

Note the attached from last year ( I spoke with Joe today) We can discuss in the coming days.---Bob

CHALMERS_FPI_LIT-00038460