# EXHIBIT 19

Rampino Exhibit
48
4/21/21 MM

| | |
|---|---|
| **From:** | McKavanagh, Thomas (FDNY) [/O=CSC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MCKAVAT] |
| **Sent:** | 10/27/2014 10:28:26 AM |
| **To:** | Spadafora, Ronald (FDNY) [ronald.spadafora@fdny.nyc.gov]; Ferrier, Edward (FDNY) [edward.ferrier@fdny.nyc.gov]; Dolan, Thomas (FDNY) [thomas.dolan@fdny.nyc.gov]; Kavanagh, Laura R. (FDNY) [laura.kavanagh@fdny.nyc.gov] |
| **Subject:** | FW: From Adira FW: Small Business First - Additional Information |
| **Attachments:** | Agenda Planning Working Group Kick-off_FINAL.doc; FDNY_NYCBusinessExpress_RetailEndToEnd_2010_04_26.xlsx; Business Acceleration Agency Review.docx; Business Customer Service Roadmap.pdf; Business Customer Service.pdf |

more reading on the subject.
***Thomas E. McKavanagh***
***Assistant Chief of Fire Prevention***
***New York City Fire Department***
***9 Metro Tech Center, Rm 3W1***
***Brooklyn, NY, 11201-3857***
***Office 718-999-2477***
***Fax 718-999-0091***
***mckavat@fdny.nyc.gov***

---

**From:** Woznica, Joseph (FDNY)
**Sent:** Monday, October 27, 2014 10:24 AM
**To:** McKavanagh, Thomas (FDNY)
**Subject:** RE: From Adira FW: Small Business First - Additional Information

Tom,

Don't worry, any time you need help I'm here. It seems there are attempting to consolidate DOB and FDNY functions. If I were you I would contact Robinson Hernandez at SBS and ask to meet with him, Email: RHernandez@nbat.nyc.gov Phone: (212) 618-8704. He started the customer service initiated and can give you a lot of insight as to what is happening. Robinson is a good guy and will be straight with you. If you want you can tell him I said for you to call. I attached a few documents from when the program started. You may get some insight as to what they are trying to accomplish.

---

**From:** McKavanagh, Thomas (FDNY)
**Sent:** Monday, October 27, 2014 7:47 AM
**To:** Woznica, Joseph (FDNY)
**Subject:** Fwd: From Adira FW: Small Business First - Additional Information

Joe,
Sorry to be a pest but were you aware of this Small Business Initiative?
See below, including a bunch of attachments.
If you can provide any insight or suggestions, they'd be appreciated.

Thanks,
Tom McK

Sent from my iPad

Begin forwarded message:

CHALMERS_FPI_LIT-00022952

**From:** "McKavanagh, Thomas (FDNY)" <Thomas.McKavanagh@fdny.nyc.gov>
**Date:** October 25, 2014 at 10:44:44 AM EDT
**To:** "Spadafora, Ronald (FDNY)" <Ronald.Spadafora@fdny.nyc.gov>
**Subject: Fwd: From Adira FW: Small Business First - Additional Information**

For your reading pleasure
See all attachments as well

Sent from my iPhone

Begin forwarded message:

**From:** "Jensen, Thomas (FDNY)" <Thomas.Jensen@fdny.nyc.gov>
**To:** "McKavanagh, Thomas (FDNY)" <Thomas.McKavanagh@fdny.nyc.gov>, "Ferrier, Edward (FDNY)" <Edward.Ferrier@fdny.nyc.gov>
**Subject: FW: From Adira FW: Small Business First - Additional Information**

Tomorrow.

---

From: Ertrachter, Steven (FDNY)
Sent: Tuesday, October 21, 2014 8:09 AM
To: Jensen, Thomas (FDNY)
Subject: From Adira FW: Small Business First - Additional Information

Tom- This is on the table and already in the hands of the Chief of Staff of the First Deputy Mayor. Tom Dolan knows about it. This is time critical    Steve

Small Business First
Proposal 14:  Centralize built-environment permitting functions by merging DOB and FDNY Fire Prevention regulatory processes under one agency.


Brief Description: Merge DOB and FDNY Fire Prevention regulatory processes under one agency.

Agencies Involved:  DOB and FDNY.

Rationale: Significant overlap exists between DOB and FDNY regulatory functions.  A better system which allows for inter-agency collaboration, increased coordination between DOB and FDNY, and the expansion of FDNY's capacity as a permitting agency would benefit many of the Administration's priorities including Housing NY and Universal Pre-K.

Various efforts have already been made to streamline dual agency processes to save time, money, and confusion for customers. For example, in 2013, DOB was eliminated from the process of renewing a Place of Assembly Certificate of Operation in order to make the entire process the responsibility of FDNY – reducing the number of steps and renewal time.

Details: DOB and FDNY both provide permitting, plan review, and inspection functions in relation to spaces. In many areas, they have overlapping or interdependent responsibilities (e.g., fire alarm, place of assembly, fire prevention/emergency action plans, fire suppression systems).

CHALMERS_FPI_LIT-00022953

- There are various options to accomplish the goal of closer collaboration between DOB and FDNY, the streamlining of dual agency processes and enhancing both agencies' ability to meet the needs of businesses:

o   FDNY Fire Prevention functions and personnel can be merged into DOB. Having DOB take over the processing of FDNY permits and employing FDNY staff would allow processes to be engineered in a way that is seamless for the customer. One technology system would be used. A system could be created to allow for training of personnel by FDNY or even assignment of personnel from FDNY, as needed, in order to ensure that staff is appropriately familiar with the "fire prevention function."

o   FDNY Fire Prevention personnel can be co-located with DOB. Each agency would retain its employees, but physical proximity would allow for the re-engineering of process and allow agencies to share information and technology. This option would also allow FDNY Fire Prevention to more easily maintain its connections to other units within FDNY.

o   Continue to identify individual opportunities to streamline dual-agency processes.

- Legal / Legislative: Depending on the method of implementation, some modifications to the law may be required to allow for enforcement of existing Code by a different agency (e.g., allowing a DOB employee to enforce a provision of the Fire Code).

Potential Costs/information needed:

- List of the units within Fire Prevention, including a description of what each unit does, number of employees in each unit, and each employee's functions.

- Current size of space occupied by Fire Prevention (square feet).

---

From: Siman, Adira (SBS) [asiman@nbat.nyc.gov]
Sent: Monday, October 20, 2014 8:46 PM
To: Dolan, Thomas (FDNY); Kavanagh, Laura R. (FDNY); Diaz, Melissa J. (FDNY); Ertrachter, Steven (FDNY); Rush, Stephen (FDNY)
Cc: Pereira, Antonia (SBS); 'Sweeney, Geraldine'; 'Fong, Sabrina'; Quintian, Yvonne (OMB); Ryan, Kristine (OMB); Wittels, Lauren (OMB); Christoff, Lizette (OMB)
Subject: Small Business First - Additional Information

Hi FDNY Team,
Thanks for a productive meeting today. Attached are the additional information pages for the following proposals:
2, 3, 4, 7, 8, 9, 12, 14, 15, 22, 31, 33, 35, 36, 39, 40, 44, 45, 46

Note that this does not include every proposal, but should provide a good guide for those that are most relevant to FDNY. Please let us know if you have any questions or want to schedule some time to discuss further.

Thanks, Adira

Adira M. Siman
Executive Director, Policy and Planning | Business Acceleration
NYC Department of Small Business Services
110 William Street, 2nd Floor | New York, NY 10038
T: 212.513.9266 | C: 917.618.1782 | asiman@sbs.nyc.gov<mailto:epfohman@sbs.nyc.gov>