# EXHIBIT 20



To:      Thomas McKavanagh,
         Acting Chief of Fire Prevention

From:    Robert Rampino,
         Executive Director-Administration & Planning (BFP)

Date:    September 29th, 2016

Subject: **An Overview of the Bureau of Fire Prevention (Revised)**

The Bureau of Fire Prevention (BFP) locates, monitors and inspects various premises, fire and public safety environmental conditions, or equipment that pose a fire safety hazard to life and property within New York City. The BFP is home to multiple, diverse units which perform the functions described in this correspondence. There is currently a headcount of 524 employees in the Bureau of Fire Prevention. This includes 282 field inspectors on staff as well as 20 Uniformed Fire Officers/Firefighters. The remainder includes managers, supervisors and other administrative support staff. The BFP produced just over 221,000 completed inspections in FY 2016. Total incoming revenue to the BFP was over $63,000,000.00 in this period for inspections and administrative services such as technical plan reviews, "Certificates of Fitness" and violation searches.

## Technical Support

- Technology Management Unit-Plan Review: Reviews Fire Protection, Fire Safety, and Emergency Action Plans submitted by building owners to ensure that the plans are comprehensive, properly deployed and meet all current requirements. Typical plans which are reviewed include those which involve the storage and use of flammable and combustible liquids, flammable compressed gases; motor fuel dispensing and paint spray operations. Plans are also reviewed for proposed fire alarm systems, sprinkler, standpipe and other fire suppression systems.
- Technology Management Unit-Engineering: Reviews building systems to ensure Fire Code compliance. Also, reviews variance applications and applications for proposed new materials or equipment. Responds to various technical and administrative inquiries from the public, including professional engineers and architects as well as officials from other government agencies.
- Board of Standards and Appeals Office: Monitors and reports on cases before the City Board of Standards and Appeals (BSA); researches and represents the FDNY and evaluates the impact of BSA decisions on FDNY operations and facilities. Once an officially filed case is decided, the resulting BSA resolution becomes a legal requirement with significant public safety impact.

1

- Public Certification and Testing Services Unit:  Tests and certifies applicants from the private sector to ensure that they possess the technical knowledge to provide critical services, which are mandated by the Fire or Buildings Codes, such as "Fire Safety Director" or "Fire Alarm Systems Inspection, Testing and Service Technician".
- Field/Public Operations Support Unit:  Coordinates complaints and the related information flow between BFP and fire companies; handles general requests for technical assistance in fire related scenarios and assists in the vacating of residential premises, buildings, facilities or other locations.

## Systems Installation Testing and Inspections

- Fire Alarm Inspection Unit:  Witnesses system tests and inspects fire alarm, fire detection and emergency voice communication systems, emergency alarm systems, alternate fire suppression systems and fire pumps. Also monitors and inspects central station connections and conducts annual inspections of central station facility operations for FDNY Approval.
- Fire Suppression Unit: Witnesses system tests and inspects sprinklers, standpipes as well as water-based and non-water chemical fire suppression systems. Also coordinates, inspects and witnesses the testing of fixed piping chemical extinguishing systems of commercial cooking equipment.

## High-Hazard Inspections and Monitoring

- Bulk Fuel Safety Unit:  Inspects the installation of fuel storage facilities and related leak detection and fire suppression systems, and the use of such systems with periodic testing and inspection.  Typical installations include motor fuel dispensing facilities and power plants. Monitors all petroleum pipelines operating within New York City
- Explosives/Special Events Unit:   Monitors the transportation and inspects the storage and use of explosives and pyrotechnic materials in New York City.
- Hazardous Cargo Inspection Unit:  Performs annual permit renewal inspections of tank/cargo vehicles transporting regulated hazardous materials and for operations that are under 30 days in duration.
- Laboratory Inspection Unit:  Inspects research labs where hazardous chemicals and compressed and cryogenic gases are stored, handled or used. Inspects facilities with piped medical gas and commercial gas systems. Also inspects facilities that store and/or use hazardous materials such as toxics, corrosives, oxidizers, etc.

2

CHALMERS_FPI_LIT-00036590

**Code Enforcement Inspection Services**

- The District Offices:  These are 10 offices located throughout New York City. Fire Protection Inspectors are deployed from these offices to inspect premises which are annually permitted to manufacture, store, handle or use flammable/combustible materials or conduct certain flammable/combustible operations such as motor fuel and fuel oil storage systems, large capacity refrigeration systems and commercial cooking equipment, etc.
- High Rise Inspection Unit:  Inspects commercial buildings, hotels, dormitories, shelters, SROs and hospitals to ensure compliance with prevailing codes and to ensure Fire Safety or Emergency Action Plans are in place. Conducts on-site examinations for the certification of Fire Safety and Emergency Action Plan Directors.
- Public Assembly Inspection Unit: Conducts life-safety inspections at places of assembly with occupancy loads greater than 75 persons (e.g., restaurants, movie theatres, cabarets, catering establishments, sports venues, etc.). Coordinates an interagency and special night team inspection program. Conducts inspections relating to the use of an "open flame" at public gatherings, as well as for "temporary place of assembly" permits.
- Public Buildings Inspection Unit:  Inspects all NYC Day Care Centers, Pre-K locations and public schools as well as hospitals, prisons, nursing and group homes, etc. Works to ensure fire safety code compliance at New York City government agencies and non-jurisdictional locations. This unit has played the lead role in the FDNY inspection of premises in the "Pre-K" program. This is the flagship program of the Mayor's Office. The mission is to ensure the life safety of the young children in this pre-kindergarten program, as well as the life safety of those within day care facilities and summer camps.
- Construction/Demolition/Abatement Inspection Unit:  Conducts inspections of buildings and sites under construction, demolition or asbestos abatement. The CDA Unit performs inspections in connection with permits for hot work operations, reviews notifications for the impairment of fire protection systems and performs all the associated, required inspections. The CDA Unit evaluates variances to the NYC Fire Code relating to the removal of fire protection systems. It works closely with the FDNY Bureau of Operations, as well as the NYC Department of Buildings to ensure life safety and the protection of property.

CHALMERS_FPI_LIT-00036591

**Administrative Services**

- Fire Prevention Information Management System (FPIMS):
  FPIMS is the Bureau of Fire Prevention's legacy system. Action is underway to create a new database that will be named the Fire Prevention Inspection and Revenue Management System. FPIMS currently maintains data on almost 200,000 annual inspection accounts and over 58,000 sprinkler and standpipe system accounts tested and inspected every 5 years. It also maintains accounts which are not cyclical, and may entail only one inspection. Typically, the Fire Alarm Inspection Unit is credited with over 7,000 of these inspections annually. Rangehood (commercial cooking equipment) accounts usually involve over 3,000 non-cyclical inspections annually.

- Management Analysis, Planning & Support:  Develops data-sharing initiatives; reports on BFP indicators, procurement, transportation and reimbursement; and coordinates fleet maintenance and asset inventory. Directly assists the Bureau of Fire Prevention's Executive Management Staff with ad hoc projects upon request. Assists the various units in the Bureau with management analysis, reporting and writing proposals. Provide customer service as it concerns inquiries and complaints transmitted via the Fire Commissioner's office.

**Training**

- The BFP Training Unit instructs incoming Fire Protection Inspectors on the 2014 NYC Fire Code, sections of the 2014 NYC Building Code and the principles of good customer service. This unit also ensures that they receive the necessary certification as NYS Peace Officers. The Training Unit also offers advanced instruction to those inspectors who receive promotions to other BFP units. The Training Unit is preparing to update training agenda based on changes which are planned for CY 2017 in the position qualification specifications for the Fire Protection Inspector Career Series.

**Initiatives in Development**

- The BFP provides first responder access to floor plans. As of this time in FY 2016, floor plans and building information cards for 2,100 building are available. The BFP is seeking to increase this by adding the floor plans of high rise hotels, hospitals and other large occupancies to the inventory.

4

- The Mayor's Office prompted a transfer of duties from the Department of Buildings to the Fire Department in FY 2013. This came to entail the conversion of thousands of DOB Public Assembly Space locations into FDNY Licensed Places of Public Assembly accounts. This program, which streamlines customer service, is in the process of maturation. It has involved successful personnel recruitment, difficulties in work space planning, and ongoing inspection production strategy initiatives.

- The implementation of a new Bureau of Fire Prevention Inspection and Revenue Management system called FIRES is underway. It will replace the aging Fire Prevention Information Management System (FPIMS). The new system will ensure the improved transmission of data as it concerns inspection tracking, indicating fire safety risk categories for building inspections and detailing enforcement history as may be needed for any given premises. Inspection and revenue production planning will be more readily facilitated. Firefighter safety also will be enhanced via efficient data sharing and communications. Interagency and public access to information as it pertains to permits, Certificates of Fitness, enforcement, and inspection scheduling will also be made available.

### Challenges

- Local Law 5 of 1973, Local Law 16 of 1984 & Local Law 26 of 2004 set a standard of fire safety preparedness for high rise buildings. The Bureau of Fire Prevention endeavors to ensure that NYC is better prepared to manage the safety of its citizenry through its interlocking program of licensing and certification, plan review, and inspection and enforcement activity.

R.R.

CHALMERS_FPI_LIT-00036593