# EXHIBIT 21

Rampino Exhibit
46
4/21/21  MM

|  |  |
|---|---|
| To: | Thomas Jensen,<br>Chief of Fire Prevention |
| Via: | Richard Tobin,<br>Assistant Chief of Fire Prevention |
| From: | Robert Rampino,<br>Director of Management Support-BFP |
| Date: | June 4th, 2012 |
| Subject: | **Request for Additional Resources in the Bureau of Fire Prevention's LPPA Unit** |

The purpose of this correspondence is to request 11 additional LPPA Unit Field Inspectors and four Community Coordinators with one of these in a supervisory role. This request stems from the need to meet the challenge of the new permit program conversion from the NYC Department of Buildings (DOB) to the Bureau of Fire Prevention. Specifically, the LPPA Unit must incorporate 16,178 public assembly spaces received from this agency. It must accomplish this by converting them into FDNY accounts, field a staff of inspectors and train support personnel to address as many as 8,089 new accounts most of which must then be inspected annually.

The above referenced permit program conversion is based upon an initiative from the Mayor's Office. A bill is presently pending in the City Council which will amend several administrative provisions of the NYC Building Code ( Pertaining to Chapter 1 of Title 28 of the Administrative Code) relating to the issuance of place of assembly certificates of operation by the DOB. The joint agency plan is to roll out the new, streamlined inspection agenda based in the Bureau of Fire Prevention immediately after the start of calendar year 2013. The staffing process which will entail position posting, interviewing, selecting, hiring and finally training will take a total of at least 6 months.

The 11 inspectors will actually be operating as the equivalent of 10, since a team of two inspectors will be operating at night.  They will work a typical 221 days out of a possible 250 work days (or the equivalent). Operations' planning for this group presupposes each inspector will perform 3.76 inspections per day for a total of 831 account inspections annually. Each inspector will spend 60% of each day performing inspections or 4.2 hours during the regular business day. This is characteristic of other citywide units in the Bureau of Fire Prevention (i.e. the Fire Suppression, the Fire Alarm Inspection Unit). The current LPPA Unit Management/Supervisory team is very capable and committed to this goal.

The gross revenue associated with the average LPPA Unit Inspector's activity is $305,548.00 annually. Ten LPPA Inspectors will probably produce just over $3,000,000.00 which is well beyond the cost of the additional human resources of just under $1,000,000.00. See the attached facts sheet which provides additional details pertaining to this 3:1 benefit to cost ratio.

1

The creation of 4 Community Coordinator positions is also requested. These positions entail Customer service duties. This includes, among other tasks, developing outreach to the business community and developing relationships with outside agencies. These liaison type positions have associated duties which parallel those of service managers in the DOB.

The Community Coordinator positions will allow the LPPA Unit to be structured in a manner somewhat symmetrical to the DOB's present operation. The LPPA Unit will be reorganized by borough into 3 sub-units. These will be Brooklyn/S.I., Manhattan and the Bronx/Queens. Each sub-unit will have an apportionment of inspectors, 1 AFPI-II Examiner, 1 Clerical Associate IV and 1 Community Coordinator. The LPPA Unit will be supervised by a Deputy Chief Inspector with the assistance of a Community Coordinator as the lead in that title.

Finally, I believe it would be very practical to purchase 3 automobiles for use by the LPPA Unit. This would greatly assist the implementation of its new responsibilities. These automobiles would probably help net over $500,000.00 in additional revenue over a 3 year period. It would also give flexibility to a unit with night time operations. Historically, an inspector assigned a vehicle can increase his production by 25%. The total cost factor (the initial purchase, maintenance & fuel) has been estimated as of this date (see the attached facts sheet), and would likely be under $85,000.00 in the first year, and less thereafter.

It should be pointed out that the LPPA Unit accounts are established throughout the city. I wrote a comprehensive report on February 25th, 2010 the subject of which was "The Justification for the Permanent Assignment of Three Vehicles to the FAIU" (available upon request). The arguments are even more powerful in favor of the LPPA Unit being assigned permanent vehicles. The Fire Alarm Unit conducts 70% of its operations in Manhattan; this is simply not the case with the LPPA Unit which has accounts spread more or less evenly throughout the city. As you know, public transportation is less dependable in the far reaches of the outer boroughs. Also, the LPPA will now have a public assembly account inspection team of 2 field inspectors operating regularly at night when public transportation scheduling is significantly reduced.

Your careful consideration of this proposal is greatly appreciated. It should be pointed out that the LPPA Unit has been very productive and revenue prolific in the last few years. See the attached chart regarding its present production. I look forward to discussing this with you at your convenience and advice from your office as soon as possible. Thank you for your attention to this matter.

CC: F. Lindsay
    P. PierreCharles

CHALMERS_FPI_LIT-00033407

*Facts Sheet---Request for Additional Resources in the Bureau of FP's LPPA Unit*

Estimated Inspection Totals--------------------------------8,309
Revenue-------------------------------------------$ 3,055,480.00*
Annual Salaries --------------------------------------$978,441.00**
Possible Net Revenue-----------------------------$2,077,039.00

* LPPA Unit Revenue Production per Inspector in FY'2011= $314,313.00
   LPPA Unit Revenue Production per inspector in FY'2012= $296,784.00 (projected from May)
   Average Revenue for 2 years per inspector = $305,548.00 x 10 Inspectors = $3,055,480.00

*See below for an explanation of the above data:*

One Associate Fire Protection Inspector Level II Salary--------$56,702.00
One Community Coordinator Salary------------------------------$45,615.00
One Lead Community Coordinator's Salary----------------------$49,264.00***
Eleven Associate Fire Protection Level II Salaries-------------$623,722.00
Three Community Coordinator Salaries--------------------- ----$136,845.00

**$49,264.00 + $623,722.00+ $ 136,845.00= $978,441.00

***The Lead Community Coordinator is assigned an 8% increase more than the others in the same title. This is consistent with his/her supervisory responsibilities

Notes:

- The current FPIMS database indicates that there are 1.8 public assembly spaces per account. The 16,178 PA spaces cited on page 1 would factor to 8,987 accounts. I reduced this number by 10%. It was determined upon consultation that a number of accounts will inevitably be not accessible or not addressable. More specific data is not presently available.

- The salary cost estimates do not build in any assumptions pertaining to increases over the next 3 years. The Community Coordinator Title does not factor employees with more than 2 years experience.

*Vehicles*:
**Total Cost for 3 Vehicles over 3 years= $82,500.00**
$23,000.00 Vehicle Purchase + $1,800.00 Maintenance + $2,700.00 Fuel Cost = $27,500.00

Purchase Price of 2012 Toyota Prius Hybrid---$22,000.00 to $23,000.00
Annual Maintenance Cost--- $600.00 or $1,800.00 for a 3 year period
Miles Per Gallon---42 miles combined City/Highway use as per the U.S. Dept. of Energy Website
Fuel Costs---200 miles per month/2,400 miles per year estimated usage
2,400 annual miles divided by 42 miles per gallon= 57.14 gallons
57.14 gallons x $4.00 per gallon= $228.56
$228.56 x 1.30= $ 297.12 (a thirty percent upward cost adjustment for 3 years) x 3 years= $891.36 or approximately $900.00 annually for 3 years or $ 2,700.00 for a 3 year period

3

# Bureau of Fire Prevention Revenue Collections
# July 31st, 2011 through April 30th, 2012



CHALMERS_FPI_LIT-00033409