# EXHIBIT 22

| | |
|---|---|
| **From:** | Spadafora, Ronald (FDNY) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RONALD.SPADAFORA] |
| **Sent:** | 9/28/2015 6:38:20 PM |
| **To:** | Spadafora, Ronald (FDNY) [ronald.spadafora@fdny.nyc.gov] |
| **Subject:** | FW: Comparing the Salary Compensation Rates of Inspectors in the DOB & the FDNY-BFP |



Rampino Exhibit 28
4/21/21 MM

**From:** Rampino, Robert (FDNY)
**Sent:** Monday, September 28, 2015 2:03 PM
**To:** Spadafora, Ronald (FDNY)
**Cc:** Ertrachter, Steven (FDNY); Germain, Carline (FDNY)
**Subject:** Comparing the Salary Compensation Rates of Inspectors in the DOB & the FDNY-BFP

Chief,

Note immediately below the pay rates to those of a whole range of Department of Buildings Inspectors (boilers, construction, housing, plumbing, elevators, etc.) working 40 hours a week at the new contractual level effective 6/16/2015. These inspectors are for all practical purposes at the same entry level as BFP- Fire Protection Inspectors. The pay rates provided to DOB Inspectors are much higher than that which would be provided by the proposed step pay plan and the 40 hour work week for Fire Protection Inspectors. Note the following breakdown:

DOB Hiring Rate---------$55,139.
DOB Incumbent Rate---$63,410.
DOB Maximum Rate----$78,637.

The present pay rate for BFP- Fire Protection Inspectors at 35 hours per week is as follows:

FDNY-BFP Hiring Rate---------$39,401.
FDNY-BFP Incumbent Rate---$45,311.
FDNY-BFP Maximum Rate----$55,330.

If the Fire Protection Inspectors were to receive increases that were perfectly consistent with pattern bargaining up to this point of a contract (mid -2015) the rates would be 4.5% greater than they actually are at this time. Note as follows:

FDNY-BFP Hiring Rate---------$41,174.
FDNY-BFP Incumbent Rate---$47,349.
FDNY-BFP Maximum rate-----$57,819.

Now increase the number of hours from 35 to 40 and assume the hourly rate remains the same for the additional 5 hours. This posits to a 14.28% increase. Note:

FDNY-BFP Hiring Rate---------$47,053.
FDNY-BFP Incumbent Rate---$53,772.
FDNY-BFP Maximum Rate----$61,450.

Now compare the rates immediately above to those below of the referenced DOB Inspectors (boilers, construction, housing, plumbing, elevators, etc.) working 40 hours a week at the new contractual level, effective 6/16/2015. Fire Protection Inspectors would still earn significantly less in salary even with a proposed step pay plan integrated within a 40 hour work week.

DOB  Hiring Rate---------$55,139.     FDNY-BFP Proposed Hiring Rate---------$47,053. (-14.67%)

DOB  Incumbent Rate---$63,410.     FDNY-BFP Proposed Incumbent Rate---$53,772.  (-15.20%)
DOB Maximum Rate-----$78,637.     FDNY-BFP Proposed Maximum Rate----$61,450.  (-21.86%)

DOB Inspector positions are limited to only two levels, Associate Inspector I and Associate Inspector II. The DOB pay ranges cited relate to Associate Inspectors, level I, the starting position.  There are 2 titles and 4 levels altogether in the Fire Protection Inspector career series. This speaks to a greater range and complexity of tasks to which Inspectors in the Fire Protection Inspector career series are (or to which they may be) assigned. A DOB Inspector may be hired simply to inspect "boilers",  or perform work related to "construction" or "plumbing". A Fire Protection Inspector career series employee is never pigeonholed in this manner, and may be assigned to inspect sprinkler systems, laboratories, hazardous cargo, bulk fuel terminals, high rise buildings, places of assembly, etc. The list goes on and on. I hope this is of help. The entry level pay for DOB is much greater than that of the Fire Protection Inspector, while the responsibilities of the Fire Protection Inspector are, without doubt, arguably greater.

I wish to add that I believe increases in longevity payments are not an adequate substitute for the 40 hour work week.  I believe they would not help very much with employee morale, retention or recruitment. ---Bob

CHALMERS_FPI_LIT-00033805