# EXHIBIT 25

| | |
|---|---|
| **From:** | Orsino, Michael (FDNY) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL.ORSINO] |
| **Sent:** | 9/11/2015 9:49:42 AM |
| **To:** | Rush, Stephen (FDNY) [stephen.rush@fdny.nyc.gov]; Novello, Fred (FDNY) [fred.novello@fdny.nyc.gov] |
| **CC:** | Zavaglia, Joseph (FDNY) [joseph.zavaglia@fdny.nyc.gov]; Matela, Clarinda (FDNY) [clarinda.matela@fdny.nyc.gov] |
| **Subject:** | RE: FPI Salary Step Proposal |
| **Attachments:** | FY'16 Agency Comparison of Inspectors (HPD, DOB & FD).xlsx |

Hi Steve,

Please see the Agency Comparison of Inspectors file by Clarinda. As you may know, Fred, Joe and Clarinda are currently meeting with OMB.

Thanks,
Mike

---

**From:** Rush, Stephen (FDNY)
**Sent:** Friday, September 11, 2015 09:39
**To:** Novello, Fred (FDNY)
**Cc:** Zavaglia, Joseph (FDNY); Matela, Clarinda (FDNY); Orsino, Michael (FDNY)
**Subject:** RE: FPI Salary Step Proposal

I would stop, but do we know hiring salaries for other agency inspectors?



STEPHEN RUSH
ASSISTANT COMMISSIONER FOR BUDGET & FINANCE
FDNY
9 METROTECH ROOM 8E-11
BROOKLYN, NY 11201

PHONE: 718 -999-2022
FAX:      718-999-0652

---

**From:** Novello, Fred (FDNY)
**Sent:** Friday, September 11, 2015 9:15 AM
**To:** Rush, Stephen (FDNY)
**Cc:** Zavaglia, Joseph (FDNY); Matela, Clarinda (FDNY); Orsino, Michael (FDNY)
**Subject:** FPI Salary Step Proposal

BTW: Should we stop working on this, or you still ned to see Michael/Clarinda's summaries next week?   If this is now  dead, we can stop now.

Thank you.  – Fred-