# EXHIBIT 26

## FY'16 AGENCY COMPARISON - INSPECTOR TITLES
(Housing-806, Dept of Buildings-810 & Fire Dept- 057)

| AGENCY | CODE | TITLE | LINE | DESCRIPTION | UNION | Salary Eff 6/16/15 (2.5% Inc) HIRING | INCUMBENT | MAX | POS | Actuals - FMS 9/9/15 TOTAL | AVE SAL | Compounding 7.19% | less CB AVE SAL | Hourly Rate (40 hrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HPD | 806 | 31670 | 1820/1822 | Inspector (Housing) | ABI ; IUOE Local 211 | $48,410 | $55,671 | $70,715 | 280 | $15,345,281 | $54,804.58 | ($3,940.39) | $50,864 | $24.36 |
| DOB | 810 | 31622 | 1365 | Inspector (Construction) | ABI ; IUOE Local 211 | $48,410 | $55,671 | $70,715 | 69 | $3,833,101 | $55,552 | ($3,994.15) | $51,558 | $24.69 |
| DOB | 810 | 31624 | 1375 | Inspector (Elevators) | ABI ; IUOE Local 211 | $48,410 | $55,671 | $70,715 | 14 | $819,818 | $58,558 | ($4,210.29) | $54,348 | $26.03 |
| DOB | 810 | 31629 | 1390 | Inspector (Plumbing) | ABI ; IUOE Local 211 | $48,410 | $55,671 | $70,715 | 21 | $1,232,736 | $58,702 | ($4,220.59) | $54,481 | $26.09 |

| AGENCY | CODE | TITLE | LINE | DESCRIPTION | UNION | Salary Eff 12/3/08 (4% Inc) HIRING | INCUMBENT | MAX |
|---|---|---|---|---|---|---|---|---|
| HPD/DOB | 806/810 | | | Inspector | ABI ; IUOE Local 211 | $45,162 | $51,936 | $65,971 |

| AGENCY | CODE | TITLE | LINE | DESCRIPTION | UNION | Salary Eff 3/3/09 (4% Inc) HIRING | INCUMBENT | MAX | POS | Actuals - FMS 9/9/15 TOTAL | AVE SAL | Hourly Rate (35 hrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FDNY | 057 | 31661 | 1526 | Fire Protection Inspector | DC 37 Engr/Scientific | $39,401 | $45,311 | $55,330 | 112 | $4,931,308 | $44,030 | $24.10 |



**Rampino Exhibit**

**27**

4/21/21   MM

C:\Users\RealLegal\AppData\Local\Temp\Temp1_OneDrive_1_4-21-2021.zip\CHALMERS_FPI_LIT-00025423-CHALMERS_FPI_LIT-00025423