# EXHIBIT 28

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

DARRYL CHALMERS, DARREN CONNORS,
GLENN MENDEZ, JAMES NOVA, and
FATIMA Q. ROSEMOND,                          1:20-cv-03389-AT
On behalf of themselves and all
others similarly situated, and
AFSCME DISTRICT COUNCIL 37
LOCAL 2507, on behalf of its
Members

                    Plaintiffs,

        v.

CITY OF NEW YORK,

                    Defendant.

-------------------------------------x

                    April 19, 2021
                    9:15 a.m.

          DEPOSITION of CITY OF NEW YORK, the

Defendant herein, by STEPHEN RUSH, taken by the

attorneys for the Plaintiffs, pursuant to Notice,

held via Web conference at the above date and

time, before Maureen McCormick, a Notary Public of

the State of New York.

11

1                           S. Rush

2    City of New York, salaries, overtime, shift

3    differentials, things of that nature, holiday pay.

4              So that is the largest part of the

5    Fire Department's budget.

6         Q.    Among other things, did the budget

7    unit under Mr. Novello monitor the spending on

8    personnel in all of the Fire Department's bureaus

9    and offices?

10        A.    Yes, it did.

11        Q.    Did it also work with the bureau's and

12   offices on their new salary needs for the upcoming

13   fiscal year?

14        A.    Their new staffing needs might be more

15   a better way of saying it.

16              Each year, we would have a chance to

17   review with OMB, the Office of Management &

18   Budget, any particular new needs we might have,

19   and budget services under Fred Novello worked on

20   that.

21        Q.    Did you ultimately need to get the

22   approval of the Office of Management & Budget for

23   meeting these staffing needs?

24        A.    Yes.

25        Q.    If a bureau thought that it had some

12

```
 1                          S. Rush
 2    new needs, including hiring replacement personnel,
 3    did it need to get approval from the budget office
 4    before it could actually hire someone?
 5         A.    So obviously on approving personnel,
 6    replacing vacancies, there would be a two-step
 7    process where we would first go to budget services
 8    to request the filling of the vacancy, and from
 9    there, once the budget services approved it,
10    assuming they approved it, it would go to human
11    resources for the actual posting and recruitment.
12         Q.    And what about if they wanted to add
13    personnel?  What is the process?
14         A.    If we were supplementing our existing
15    budget with a new head count, that would require
16    OMB approval first.
17         Q.    But before it got to OMB ultimately,
18    you would be the one who would have to approve it
19    and approve making the request to OMB?
20         A.    I would make the final recommendation
21    to the commissioner's office to submit whatever
22    additional needs needed to go to OMB.
23         Q.    Is it correct that one of the bureaus
24    in the Fire Department is the Bureau of Fire
25    Prevention?
```

17

1                          S. Rush

2          Q.    And in your response to him, you say,

3    "If that title is HTR."  By HTR, do you mean hard

4    to recruit?

5          A.    Yes.

6          Q.    And was it your understanding that Mr.

7    Novello was also referring to a hard to recruit

8    status?

9          A.    Yes, I think he was.

10          Q.    And what did he mean by or what did

11    you understand he meant by hard to fill, and what

12    did you mean by HTR or hard to recruit?

13          A.    Now, obviously this is 17 years ago,

14    so my memory may fail me here, but I believe in

15    negotiating this 15 percent freeze, if a title

16    could be considered hard to recruit, they might be

17    able to skip the freeze.

18                I can't recall for sure, but that

19    might have been what the point of his email was.

20          Q.    At this time, was it your

21    understanding that the Bureau of Fire Prevention

22    frequently had difficulty filling all their slots

23    for fire protection inspectors?

24          A.    Periodically fire prevention did have

25    issues recruiting, yes.

20

```
 1                    S. Rush
 2    9:04.
 3         A.    Okay.
 4         Q.    You'll see that he starts out that
 5    email, "Like that really helped with hard to fill
 6    titles like FPIs."  Do you see that?
 7         A.    Yes.
 8         Q.    And it's your understanding that he
 9    was again referring to FPIs as a hard to fill
10    title?
11         A.    He was calling it a hard to fill
12    title, yes.
13         Q.    And he then goes on to say, "OLR still
14    cut their starting pay."
15              What is the reference to OLR, if you
16    know?
17         A.    Office of Labor Relations.
18         Q.    And what is the Office of Labor
19    Relations?
20         A.    They are the city's contract
21    negotiator.  They are sort of -- they're the
22    union -- they work with the labor side on
23    contracts, grievances, things of that nature, so
24    they're the city's representative to labor unions
25    in the city.
```

21

1                           S. Rush

2         Q.    Then he goes on to say, "I think you

3    can always find candidates with low salaries, but

4    are they the 'best' candidates or does the city

5    readjust its hiring standards to meet the

6    population at large?"

7              Do you see that?

8         A.    Yes.

9         Q.    Now, we're going to be going on and

10   seeing later emails in which you and Mr. Novello

11   question the salary levels for fire protection

12   inspectors.

13             Do you have a memory, or either jogged

14   by what you've seen so far or your own independent

15   memories, whether in 2005 you thought that the

16   salaries of fire protection inspectors were too

17   low to get good candidates?

18        A.    I can't speak to whether, you know,

19   the candidates, you know, being good or bad, but

20   again, we did have trouble at times recruiting in

21   fire prevention.

22             Whether that was due to the salary,

23   perhaps.  You know, that's one of my thoughts

24   always.  You look at how salary works, but how

25   well we were recruiting, as well, because we

22

1                    S. Rush

2    didn't spend a lot of time on recruitment.  A

3    civil service test might be given, and that would

4    result in candidates taking the test, but, you

5    know, how well we recruited to try to fill those

6    jobs and get people to take the tests, we weren't

7    doing a good job of that either.

8             So obviously a lot of factors going

9    into it, of which salary in my mind would always

10   play a part.

11        Q.    And do you remember that in 2005 you

12   thought that salary might play a part in the

13   difficulties you faced in recruiting for the fire

14   protection inspector position?

15        A.    Yeah, I mean, you know, issues pop up

16   on our radar from time to time, especially if we

17   had vacancies in fire prevention and inspector

18   titles that we were trying to fill, and then we'

19   have discussions on this on trying to address

20   that, but so -- you know, ultimately when the city

21   froze the starting pay, it became difficult for a

22   number of agencies, including the Police

23   Department, on recruiting personnel with the lower

24   salaries, so obviously salary -- salary levels can

25   play a part in the issue.

23

                          S. Rush

1

2            It may not be the sole part, but they

3    can play a part.

4        Q.    Let's move up to your response of

5    9:21, and your first point is, "We never requested

6    FPI be exempt."  Do you see that?

7            So what would have been the process,

8    to the best of your knowledge, under which the

9    agency, the Fire Department, would have requested

10   the fire protection inspectors to be exempt from

11   the freeze?

12       A.    You know, I don't recall, but, you

13   know, reading above, I assume Fred was saying

14   that, you know, we could speak to labor relations

15   about requesting that, and at the time, my

16   recollection is that we did not request them to be

17   exempt.

18           When I say exempt, exempt from the

19   frozen salary of 15 percent lower for the first

20   two years, and then you graduate to that higher

21   salary anyway, but I assume that's what I was

22   saying on Point No. 1.

23       Q.    When you say looking above, you are

24   referring to Fred Novello's email where he says,

25   "I thought you did bring up the FPI salary issue,

30

1                        S. Rush

2    little bit later.

3           A.    Okay.

4           Q.    Let's start with the earliest email in

5    the chain, which is yours to Donay Queenan and

6    John Benanti of May 9 at 9:44.

7           A.    Okay.

8           Q.    Donay Queenan was at the time the head

9    of personnel or HR; is that right?

10          A.    Correct.

11          Q.    And throughout the period from 2004

12   until early 2019 when she retired, that was her

13   position?

14          A.    Yes.

15          Q.    What position did John Benanti have at

16   that time, 2014?

17          A.    John was deputy commissioner, and

18   Donay reported to him.

19          Q.    And you see that you say, "BTW, the

20   new FPI list only has 57 candidates, and CID will

21   probably disqualify a sizeable number."

22                What do you mean by CID will probably

23   disqualify a sizeable number?

24          A.    The Candidate Investigation Division

25   is the one that screens new applicants to make

31

1                          S. Rush

2    sure they meet the requirements for the job, they

3    had the qualifications, whatever those

4    qualifications might be as established by DCAS and

5    FDNY, and we -- the experience was that a lot of

6    times you have a list of candidates, and you might

7    have 57, you might wind up with only you being

8    able to use half of that because of the

9    disqualifications.

10        Q.    And -- sorry, were you not finished?

11        A.    That was just disqualifications due to

12   not meeting the qualifications required.  Sorry.

13        Q.    And do you understand that from the

14   language of your email that you were concerned

15   that there were not going to be sufficient FPIs

16   hired to meet the needs of the Bureau of Fire

17   Prevention?

18        A.    I was certainly concerned.

19        Q.    And you go on to say, "Perhaps it's

20   time to petition Labor Relations/DCAS to offer

21   alternatives to the current practice of appointing

22   FPIs."  Do you see that?

23        A.    Yes.

24        Q.    What role would DCAS have in the

25   practices of appointing FPIs?

35

1                           S. Rush

2     resources, we decided we should also put an

3     increased focus on other areas of the department

4     where we have titles that we need to fill, and

5     that would include fire protection inspectors, so

6     I think there was an increased, enhanced effort in

7     this regard post -- you know, in the second half

8     of the 2010s.

9         Q.    And then the last sentence is -- maybe

10    not last sentence, last question, "Maybe we should

11    argue that the low FPI salaries are an impediment

12    to hiring?"  Do you see that?

13        A.    Yes.

14        Q.    Do you know, was this the first time

15    that you had raised to human resources and to Mr.

16    Benanti the possibility that fire protection

17    inspector salaries were too low?

18        A.    I don't know if this was the first

19    time.  Obviously, this was the discussion that

20    would come up periodically if we couldn't fill the

21    ranks, the salary.

22              You know, obviously, I spoke to two

23    other issues that could be at play, standards and

24    recruitment methods, but, you know, I would always

25    throw in there are the salaries competitive, so

36

1                          S. Rush

2     that we can recruit, and that, you know -- I don't

3     know if I have had that discussion with Donay

4     prior to this.

5                I can't be sure.  Probably, but, you

6     know, I don't remember for sure.

7          Q.    When you say Donay, that would be

8     Donay Queenan?

9          A.    Yes.  Sorry.  The assistant

10    commissioner for human resources, Donay Queenan.

11         Q.    And then you say, "If so, should we

12    position OLR/DCAS to establish levels in the FPI

13    title similar to the AFPI title?"

14                What do you mean by levels?

15         A.    The AFPI title, which is the associate

16    fire protection inspector, has three levels, Level

17    1, Level 2, Level 3, and I was saying maybe we

18    needed to have an FPI level 1, Level 2, Level 3,

19    you know, so it would give them an opportunity to

20    advance.

21                Normally, you know, these things would

22    really play out in contract negotiations, which

23    labor relations is mainly the top player.

24    Sometimes it can happen outside the negotiations,

25    but largely it happens as part of contract

```
 1                        S. Rush
 2   negotiations.
 3        Q.    And with the opportunity to advance
 4   from, let's say, Level 1 to Level 2 and then from
 5   Level 2 to Level 3, there would also be, in your
 6   mind, increases in pay; is that correct?
 7        A.    Yes, sort of like a step plan, so that
 8   you would see your salary grow.
 9              I mean, the way it was set up was that
10   you come in at the hiring rate, and your salary
11   would grow after two years by 15 percent, but
12   there were -- we were challenged at times on
13   filling the positions, so that's why I was raising
14   this among potential solutions.
15              Yes, there could have been a variety
16   of solutions to this problem.  That was just one
17   that I raised among three.
18        Q.    You say challenged at times in filling
19   the position.
20              Do you recall, were there times during
21   the period from 2004 and '5 that we looked at
22   earlier and 2014 when the Fire Department was not
23   finding it difficult to fill the position?
24        A.    I have to believe that was the case,
25   because if this was going on all the time, and we
```

42

1               S. Rush

2               For the record, who was Steven

3    Ertrachter?

4         A.    Steven Ertrachter worked in the Bureau

5    of Fire Prevention.  He served as their human

6    resources liaison at the time, although he had

7    primary responsibility for running certificates of

8    fitness unit, which basically tested and gave out

9    certificates for members of the public who were

10   required to do certain Fire Code enforcement

11   duties, and they would need a certificate of

12   fitness for various things under the Fire Code,

13   but he -- in this role, he served as the human

14   resources liaison for fire prevention.

15        Q.    And what type of position did Joseph

16   Zavaglia have in 2014?

17        A.    He was one of Fred Novello's deputy

18   directors.

19        Q.    And you'll see that Mr. Novello says,

20   "I brought up the FPI starting salary issue up to

21   Steve, and while he supports it, and so do I, we

22   cannot approve until I receive feedback from David

23   Zweilfer."  I think there is a misspelling here.

24   I think it's Zweitler.

25        A.    That's correct, Zweitler.

43

1                              S. Rush

2          Q.      And do you remember having a

3    conversation around this time with Fred Novello

4    about fire protection inspectors starting

5    salaries?

6          A.      I only remember by looking at these

7    emails.  I don't remember otherwise, honestly.

8          Q.      Do you remember having discussions

9    about starting salary where there was something

10   that you might approve an adjustment in starting

11   salaries if you got positive feedback from David

12   Zweitler?

13         A.      No.  I don't recall this, honestly.  I

14   do know -- I'm trying to figure from here, but

15   actually, no.  I don't know what David would have

16   been able to do.  I know from some of the other

17   emails, which I guess we can wait till we get to,

18   we can talk about those other emails, but Fred was

19   suggesting at one point -- and you can see it in

20   here -- hiring above the minimum rate, but he

21   realized that wouldn't work, because it would

22   create other labor relations issues, so we

23   abandoned that thought, so...

24         Q.      So Zweitler was the head of Fire

25   Department's OLR; is that right?  Or not OLR, Fire

44

1                          S. Rush

2      Department's labor section management.

3            A.     Yes, David Zweitler was the director

4      of the FDNY Office of Labor Relations.

5            Q.     And the idea that Mr. Novello was

6      expressing was increasing the salaries for, not

7      just the entry-level FPIs, but also incumbent

8      FPIs; is that right?

9            A.     I don't -- I don't know that's what

10     he's saying.  I thought it was more along the

11     lines of how do we do something for the starting

12     pay to let FPIs in.

13                  We were in contract negotiations,

14     which were -- so raising it under the umbrella of

15     contract negotiations would be something to talk

16     about.

17           Q.     Now, at least when you were talking

18     about Fred Novello, you weren't talking about just

19     raising the rates for entry-level FPIs, with

20     certain characteristics.  You were talking about

21     raising up for all entry-level FPIs; is that

22     right?

23           A.     We would discuss different methods,

24     you know.  We talked about hiring above the

25     minimum, and I think that was dismissed, and we

45

                            S. Rush

1

2    talked about proposing a step plan for fire

3    protection inspectors, and that would require

4    labor relations consent and bargaining with the

5    unions, so we talked about different things on

6    trying to address what we thought was potentially

7    a roadblock to recruitment of hiring new

8    inspectors so...

9        Q.    But each of these ideas -- whether it

10   was hiring above minimum or step pay -- would

11   apply to all of the FPIs, not just people in a

12   particular subunit or people with more years or

13   less years of experience.

14             It was across the board changes that

15   you were speaking about; is that right?

16       A.    Yes, for the title of fire protection

17   inspector.

18       Q.    And I believe you said in one of your

19   earlier answers that it was decided that you or

20   the department couldn't hire at above minimum

21   levels, negotiated levels; is that right?

22             MS. CROUSHORE:  Objection.

23       A.    That's correct.

24       Q.    And why was that?

25             What's the basis for saying that the

49

```
 1                        S. Rush

 2   because there's a higher cost factor going on

 3   here.

 4             This really becomes the province of

 5   contract negotiations, and I think around this

 6   period of time probably contract negotiations were

 7   underway between the city and EMS, which

 8   represented the fire protection inspectors and

 9   still represents them.

10        Q.    Let's return to Exhibit 9 and move up

11   to Mr. Novello's later email from September 18 at

12   3:04, and he says, "Why not use this opportunity

13   to see if OLR will support raising the FPI

14   starting salaries and the implementation of

15   different levels like associate FPIs?"

16             Do you know whether there was outreach

17   at this point to OLR to see if it would do -- give

18   that type of support?

19        A.    I think the issues were raised as part

20   of negotiations.  There were several things raised

21   in that round of bargaining, a 40-hour work week,

22   for example, since they were 35-hour employees.

23   That was raised, and ultimately the contract

24   mechanism how the raise they received were

25   negotiated between the parties.
```

50

1                        S. Rush

2        Q.    To your understanding in the

3    negotiations, did OLR support the raising of FPIs'

4    starting salaries and the implementation of

5    different --

6              MS. CROUSHORE:  Objection.

7        Q.    -- levels?

8        A.    I don't recall OLR's position on the

9    particular matter of levels.

10             I do know we did have discussions

11   about the pay for fire protection inspectors.  I

12   know the Fire Department did raise the issue.  I

13   think the commissioner was even interested in the

14   issue, but I'm not being -- there was no setting

15   up of levels for fire protection inspectors in

16   that round of bargaining.

17             I think they did ultimately receive an

18   increase due to increased work week that went from

19   35 hours, 37 and a half hours, and they received

20   some other items, but the city negotiates under

21   pattern bargaining, meaning the pattern they set

22   for one union is how they negotiate raises for all

23   of the other unions, and to receive raises above

24   that pattern, you'd have to negotiate givebacks,

25   so to speak, and ultimately how -- I don't

51

```
 1                          S. Rush
 2    remember all the terms of the contract, but there
 3    were certain compensation increases outside of
 4    salary that the fire protection inspectors
 5    bargained for in that round of bargaining,
 6    including a 7 percent increase in pay due to a
 7    longer work week.
 8                   MR. LIEDER:  Could we next turn to
 9          Exhibit 4, please.
10          Q.    Mr. Rush, this is a series of emails,
11    but I'm only going to ask you about the last --
12    the most recent one, the one on the top, which is
13    your email of September 19, 2014, at 12:26:56 to
14    Joseph Bird with a copy to Fred Novello.
15          A.    Just the first email?
16          Q.    Yes.
17          A.    Okay.
18          Q.    First, who is Joseph Bird, or what was
19    his position as of September 2014?
20          A.    He was our task force counterpart at
21    the Office of Management & Budget, OMB, so OMB has
22    different task forces that oversee the various
23    agencies in the city, and Joe Bird was the task
24    force leader at OMB that oversaw the Fire
25    Department, so we dealt with him all the time on
```

52

```
 1                         S. Rush
 2   numerous issues.
 3        Q.    So I want to focus, given time
 4   constraints, just on the last sentence of the main
 5   paragraph of this email, that says, "Recruitment
 6   is in fact trying, but check out FPI requirements
 7   and pay start at 36,428.  Is the city serious?"
 8              What did you mean by, "Check Out FPI
 9   requirements and pay, start at 36428, is the city
10   serious?"
11        A.    I think in looking at the requirements
12   -- and I can't recall looking at them, but I must
13   have looked at them -- that it seemed to me they
14   were for a pay -- pay level of $36,000, they
15   seemed overly ambitious.
16        Q.    That it was going to -- it was hard to
17   recruit people to fill the positions when the
18   starting salary was 36428?
19        A.    Given what the -- I'm sorry.
20              Given what the city's qualifications
21   were, it appeared that that salary appeared low,
22   given the qualifications of the job.  That's why I
23   said check out their -- the FPI requirements to be
24   hired, so they seemed overly difficult
25   requirements for a pay of 36,000.
```

53

1                          S. Rush

2          Q.    And were you looking at other jobs and

3     their starting salary and their requirements in

4     order to come up with the opinion that the 36,428

5     was low?

6          A.    No, but, I mean, I think at this point

7     I was just looking at the fire protection

8     inspector requirements and saying, you know, they

9     seem like they're asking for a lot for a pay that

10    starts with $36,000.

11              That's just a lay person's review.  I

12    don't do job requirements, so I have no real

13    expertise, but it just seemed that there were

14    unduly higher requirements for the job, which I

15    think were later changed.

16         Q.    If the job had been designated as hard

17    to recruit, would it have been easier to increase

18    the starting salary?

19         A.    Perhaps.  I'm not sure.  I really --

20    I'm not sure how the mechanics of that work.

21         Q.    Do you know -- we looked back at 2004

22    and '5 and referenced hard to fill, hard to

23    recruit.

24              Do you know, was there any effort

25    between 2005 and 2014 to designate the fire

56

1                          S. Rush

2    discussions started to happen independently of my

3    office with fire prevention.

4         Q.    So at this point, you have been

5    involved in discussions with human resources, with

6    OMB -- and when I say you, it's you or Mr.

7    Novello -- with the Bureau of Fire Prevention, and

8    to some extent with OLR all about these issues,

9    and other than in the labor negotiations that

10   you've already talked about, are you aware of any

11   efforts that came out to increase the salaries of

12   the fire protection inspectors?

13        A.    No.

14              MR. LIEDER:  Could we now turn to

15        Exhibit 6.

16        Q.    This is a chain of emails that starts

17   between you and Fred Novello, and also that

18   includes Mario Manna, that you had mentioned

19   earlier.

20              I want to go down to the start with

21   the first email in the chain, but why don't you

22   review the chain and let me know when you're

23   ready.

24        A.    Okay.

25        Q.    You'll see that Mr. Novello starts off

72

1                          S. Rush

2    hiring since the 2018 hiring of the class of 50

3    candidates?

4         A.    I do not believe -- you know, I don't

5    know what happened since I've left, but there was

6    because -- first of all, we were over the quota

7    that we needed.  I don't believe there was many

8    hiring, and then the COVID shut down basically

9    everything, so I assume things are picking up now,

10   but I can't -- you know, I'm no longer there.

11              Just to be sure, I don't remember

12   hiring post that time.  More to do with COVID and

13   the budget situation than anything else.

14        Q.    I'm already two minutes over, so I'm

15   going to just ignore most of the summary questions

16   I was planning to ask you.  I want to ask this one

17   summary question.

18              We've seen various emails where you

19   were thinking that what needed to be done, or one

20   of the things that needed to be done, was

21   increasing the salary of new hires for fire

22   protection inspectors.

23              Was there any other job title within

24   the Fire Department of New York that you thought

25   salaries should be increased across the board as

73

```
 1                    S. Rush
 2    you are -- for all new hires as you did with fire
 3    protection inspectors?
 4              MS. CROUSHORE:  Objection.
 5              THE WITNESS:  Can I answer?
 6              MS. CROUSHORE:  Yes, you can answer.
 7         A.   I mean, we've had many discussions
 8    over the years about EMS and their starting pay,
 9    and that's right now going on, and we've been
10    having the discussions as part of contract
11    negotiations for the better part of -- from 2020,
12    and it's still ongoing, so I think EMS would be
13    the other area, I would say.
14              MR. LIEDER:  You've been very helpful,
15         Mr. Rush.  I have no other questions.
16              MS. CROUSHORE:  I have no questions.
17              I'd like to order the transcript.
18              MR. LIEDER:  And plaintiffs would like
19         the order the transcript, and I think we
20              (Continued on next page.)
21
22
23
24
25
```