# EXHIBIT 29

Rampino Exhibit

**12**

4/21/21   MM

**From:**      Novello, Fred (FDNY) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP
                   (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FRED.NOVELLO]
**Sent:**       6/16/2017 11:32:38 AM
**To:**          Marchant, Charles (OMB) [marchantc@omb.nyc.gov]
**CC:**          Rush, Stephen (FDNY) [stephen.rush@fdny.nyc.gov]; Wittels, Lauren (OMB) [wittelsl@omb.nyc.gov]; Zavaglia,
                   Joseph (FDNY) [joseph.zavaglia@fdny.nyc.gov]
**Subject:**   RE: FY'18 Fire Inspector and Fire Dispatcher classes

hi. In short, this title is so difficult  to recruit that DCAS has been offering yearly civil service  exams instead of the
usual one civil service exam every four years.   The civil service lists generally yield a  low  number of candidates;  a
high number of   unqualified candidates, or candidates that cannot make it through the training program.  The Notice
of Examination  (NOE) was recently changed (for the June 2017 Exam) to lower the qualifications for appointment. We
will watching  to see if  the next  Civil Service List will yield a greater number of  qualified. candidates.      - Fred

---

**From:** Marchant, Charles (OMB)
**Sent:** Friday, June 16, 2017 11:23 AM
**To:** Quintian, Yvonne (OMB); Rush, Stephen (FDNY)
**Cc:** Novello, Fred (FDNY); Brennan, Richard (FDNY); Wittels, Lauren (OMB); Geramita, Michael (OMB); Wu, Liang (OMB)
**Subject:** RE: FY'18 Fire Inspector and Fire Dispatcher classes

I don't have the historical knowledge that I assume some (most?) of the other people on this email have on this
particular topic. I'm happy to discuss it further, perhaps a quick conference call? On its face, the issue being described
below sounds like it is more civil service list related than anything else? Not sure of the relationship between exhausting
candidates from a list versus what sounds like low salaries for FPIs (unless people just aren't interested / gravitate
towards similar titles at other agencies with higher pay).

Charles Marchant
212.788.6370

---

**From:** Quintian, Yvonne (OMB)
**Sent:** Friday, June 16, 2017 11:01 AM
**To:** Rush, Stephen (FDNY)
**Cc:** Novello, Fred (FDNY); Brennan, Richard (FDNY); Marchant, Charles (OMB); Wittels, Lauren (OMB); Geramita, Michael
(OMB); Wu, Liang (OMB)
**Subject:** RE: FY'18 Fire Inspector and Fire Dispatcher classes

I hate to be single-minded but we increased inspection and fine revenue for next year and some of the new hires are
associate FPIs, which only worsens the situation.

I just don't know what to say.

**Yvonne Quintian**
Assistant Director
Miscellaneous Revenue
Office of Management and Budget
quintiany@omb.nyc.gov
(212) 788-6021

---

**From:** Rush, Stephen (FDNY)
**Sent:** Friday, June 16, 2017 9:54 AM
**To:** Quintian, Yvonne (OMB); Marchant, Charles (OMB); Wittels, Lauren (OMB)
**Cc:** Novello, Fred (FDNY); Brennan, Richard (FDNY)
**Subject:** FW: FY'18 Fire Inspector and Fire Dispatcher classes

CHALMERS_FPI_LIT-00026838

This is a problem, it is very difficult to recruit inspectors for BFP – the civil service process is abysmal and lengthy and produces few qualified FPI's and as a result we are spending more and more $$ on overtime – and when the OT faucet gets turned on, it is extremely hard to turn off. And every time we add Associate lines we further deplete the DO lines meaning more OT. The issue has to be salary driven and at some point we are going to have to come to grips with this and perhaps upgrade all FPIS to Assoc. FPI level 1. This is on – going for a bunch of years now.

---

**From:** Novello, Fred (FDNY)
**Sent:** Thursday, June 15, 2017 4:17 PM
**To:** Rush, Stephen (FDNY)
**Cc:** Zavaglia, Joseph (FDNY); Orsino, Michael (FDNY); Brennan, Richard (FDNY)
**Subject:** FW: FY'18 Fire Inspector and Fire Dispatcher classes

**Don't scream!!!  - Fred-**

---

**From:** Quinn-Puppa, Margaret (FDNY)
**Sent:** Thursday, June 15, 2017 4:07 PM
**To:** Novello, Fred (FDNY)
**Cc:** Rubio, Jazmine (FDNY); Zavaglia, Joseph (FDNY); Gallagher, James (FDNY); Queenan, Donay (FDNY)
**Subject:** RE: FY'18 Fire Inspector and Fire Dispatcher classes

Good Afternoon,
Good news and bad news:

We have FADs lists that we can begin working on for you for classes. We can probably give you a class in November 2017.  Please advise on class size.

Unfortunately, we have no viable FPIs on  prior lists and the test was just given on 6/3/2017 for a new list.  DCAS will likely need 6-9 months to provide a new  list from which we can process.  We can revisit a class date again  in a few months when DCAS can give us a better idea of when a list will be ready but I would not project an FPI class before  February/March  2018 at this time.

I hope this helps with the planning.

**Peg Quinn-Puppa** | Deputy Director
Candidate Investigation Division
Fire Department of the City of New York (FDNY)
(718) 999-2169/2179 (718) 999-1163 quinnm@fdny.nyc.gov

---

**From:** Novello, Fred (FDNY)
**Sent:** Tuesday, June 13, 2017 10:16 AM
**To:** Quinn-Puppa, Margaret (FDNY)
**Cc:** Rubio, Jazmine (FDNY); Zavaglia, Joseph (FDNY); Gallagher, James (FDNY)
**Subject:** FW: FY'18 Fire Inspector and Fire Dispatcher classes

hi!  Can you provide us with your thoughts of upcoming classes?    Thank you. – Fred-

---

**From:** Zavaglia, Joseph (FDNY)
**Sent:** Tuesday, June 13, 2017 9:56 AM
**To:** Novello, Fred (FDNY)
**Subject:** FW: FY'18 Fire Inspector and Fire Dispatcher classes

FYI

CHALMERS_FPI_LIT-00026839

**From:** Quinn-Puppa, Margaret (FDNY)
**Sent:** Thursday, May 18, 2017 11:13 AM
**To:** Zavaglia, Joseph (FDNY); Rubio, Jazmine (FDNY)
**Cc:** Novello, Fred (FDNY); Gallagher, James (FDNY); Queenan, Donay (FDNY); Tow, Dean (FDNY); Henwood, Roslyn (FDNY)
**Subject:** RE: FY'18 Fire Inspector and Fire Dispatcher classes

Ok; we'll talk next week.

**Peg Quinn-Puppa** | Deputy Director
Candidate Investigation Division
Fire Department of the City of New York (FDNY)
📞 (718) 999-2169/2179  🖨 (718) 999-1163  ✉ quinnm@fdny.nyc.gov

---

**From:** Zavaglia, Joseph (FDNY)
**Sent:** Thursday, May 18, 2017 8:42 AM
**To:** Quinn-Puppa, Margaret (FDNY); Rubio, Jazmine (FDNY)
**Cc:** Novello, Fred (FDNY); Gallagher, James (FDNY); Queenan, Donay (FDNY); Tow, Dean (FDNY); Henwood, Roslyn (FDNY)
**Subject:** RE: FY'18 Fire Inspector and Fire Dispatcher classes

Yes, that is perfectly fine.

Thank you.

---

**From:** Quinn-Puppa, Margaret (FDNY)
**Sent:** Wednesday, May 17, 2017 5:17 PM
**To:** Zavaglia, Joseph (FDNY); Rubio, Jazmine (FDNY)
**Cc:** Novello, Fred (FDNY); Gallagher, James (FDNY); Queenan, Donay (FDNY); Tow, Dean (FDNY); Henwood, Roslyn (FDNY)
**Subject:** RE: FY'18 Fire Inspector and Fire Dispatcher classes

We are conducting the FF Runs tomorrow and additional scheduling on Friday.  We will try to get you an answer Fri but more likely early next week… Does that work for you?

**Peg Quinn-Puppa** | Deputy Director
Candidate Investigation Division
Fire Department of the City of New York (FDNY)
📞 (718) 999-2169/2179  🖨 (718) 999-1163  ✉ quinnm@fdny.nyc.gov

---

**From:** Zavaglia, Joseph (FDNY)
**Sent:** Wednesday, May 17, 2017 11:38 AM
**To:** Rubio, Jazmine (FDNY); Quinn-Puppa, Margaret (FDNY)
**Cc:** Novello, Fred (FDNY); Gallagher, James (FDNY)
**Subject:** FY'18 Fire Inspector and Fire Dispatcher classes

Hi Jazmine/Peggy,

We're currently working on the upcoming Fiscal year 2018 Spending Plan which includes the mapping out of all our hires by month. We'd like to get a better sense of the hiring timeline for Fire Inspectors and Fire Dispatchers next fiscal year. We know there may be some list issues, among other factors that will drive when the hiring can be accommodated. While we don't need to be exact we would like your input in determining when we should plan for these classes.

CHALMERS_FPI_LIT-00026840

Presently, for simplicity purposes we're assuming the hiring of 2 Fire Inspector and 2 Fire Dispatcher classes in Nov and April. Please let us know if these months are feasible or whether we should push out, especially the projected November date.

Thanks

CHALMERS_FPI_LIT-00026841