# EXHIBIT 30

| | |
|---|---|
| From: | Rush, Stephen [rushs@fdny.nyc.gov] |
| Sent: | 10/27/2005 12:47:13 PM |
| To: | Novello, Fred [novellft@fdny.nyc.gov] |
| Subject: | Re: I think it is a wrap |

Rush Exhibit
3
4/19/21  MM

it will take a crisis - what else.

>>> Fred Novello 10/27/2005 9:29:44 AM >>>
hi!...i thought you did bring up the FPI salary issue, but Jean  Brewer said that FPIs aren't eligible for some reason (there was a prior e-mail on this issue)?............As far as the minimum salaries, Agencies have flexibility with most civilian titles, but with uniformed salaries, there is no flexibility to adjust the minimum salaries- In any case, on the civilian side, i doubt OMB or OLR are monitoring entry level salaries; as a result, the "productivity' savings is inflated, and combined with the annual leave/sick leave productivity  savings, there's a shortfall......Let's see what creative ideas DC-37 has in store for their next contract?.........I think the City is long overdue in revamping health coverage/pension costs............We'll see..........Fred

>>> Stephen Rush 10/27/2005 9:21:10 AM >>0>
1. we never requested FPI be exempt
2. how many have we hired at the new minimum across the board - very few.
3. agree that we are heading toward LCD, but I think less so with firefighters than NYPD.

>>> Fred Novello 10/27/2005 9:04:27 AM >>>
Like that really helped with "hard to fil"l titles, like FPIs- OLR still cut their starting pay- Did they exempt any titles from the 15% starting salary reduction?................I think you can always find candidates with low salaries, but are they the "best" candidates, or does the City readjust its hiring standards to meet the population at large- ?........The Staff Chiefs can sit back and wait for their salaries to be adjusted after the UFOA settles- Will OMB fund this, or take down the headcount-lol
Fred

>>> Stephen Rush 10/27/2005 8:58:57 AM >>>
with respect to NYPD - they had no choice; with respect to the other two unions well at least in our case - we are not objecting to ffs going to 25 as no one believes it will impact recruitment - remains to be seen; I think if the agency balks, OLR listens - so far :-)

ps. when DC37 settled we were prepared to go to OLR and say we need an exemption for ems folks (remember) and guess who was asking - EMS Ops!!!!

>>> Fred Novello 10/27/2005 8:40:17 AM >>>
ok, but then why is OLR keeping in step all the starting salaries: NYPD, FDNY, and Corrections, all at $25,100- are they looking at recruitment issues in each respective Dept, or just saying it's good for all?..... Whatever, the City will have to address the starting salary  issue later, just like it'll have to address Staff Chiefs' Salaries after the UFOA settles its contract......Fred

>>> Stephen Rush 10/27/2005 8:23:40 AM >>>
I think NYPD will have problems recruiting not FDNY; unsure about Corrections, but do know that EMS work si not so popular not only in NYC but elsewhere; why make it more difficult for ourselves; I don't accept the fact that one has to follow instep with other actions.

>>> Fred Novello 10/27/2005 8:18:00 AM >>>
yes, he does complain about the low salaries for EMS, but with FF, NYPD and Corrections'  salaries so low to start, shouldn't EMS also have to take a cut in their  starting salary; otherwise, their starting salaries will be greater than others?...........I guess if the City cut the starting salaries too low for all Uniformed/EMS, they can just raise them later, just liked funding Agencies' budgets for failed assumptions of productivity savings (i.e. DC-37 Contract).............Fred

>>> Stephen Rush 10/27/2005 8:11:04 AM >>>
we still have some issues, EMS unions keep insisting we can lower starting salaries and not have recruitment problems - I'm glad they are so sure and Peruggia seemed to be agreeing. Of course when I point out to him that he is the first one to say we can't recruit because we pay so poorly, he backs off.

>>> Fred Novello 10/27/2005 7:51:11 AM >>>
Any progress on EMS, or don't ask?..............:(          Fred

>>> Stephen Rush 10/27/2005 7:50:30 AM >>>
yes I would agree.

>>> Fred Novello 10/27/2005 7:49:35 AM >>>
ok, so Lynn will be going over with you- I guess the press conference will be today- hopefully, the UFOA can come back to the table next week, and wrap up soon?- I guess the UFOA Contract is now almost guaranteed to run at least four years, at least until 12-31-06    :)                 Fred

>>> Stephen Rush 10/27/2005 7:47:30 AM >>>
incorrect - Hanley's secy Nan is a boob.

>>> Fred Novello 10/27/2005 7:45:09 AM >>>
hi!..............I got notice that the meeting today was cancelled?.............Fred

>>> Stephen Rush 10/27/2005 7:42:29 AM >>>
We did some last minute language on the contract last night so I think we are ready to go today. One down -two to go. Today at 10 will be the closer; maybe they will even cancel the mtg :-).

CHALMERS_FPI_LIT-00039352