# EXHIBIT 31

| | |
|---|---|
| **From:** | Rush, Stephen (FDNY) [/O=CSC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RUSHS] |
| **Sent:** | 10/1/2014 12:04:21 PM |
| **To:** | 'Novello, Fred (FDNY)' [/o=csc/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=novellft] |
| **Subject:** | RE: FPI HIRING |

She is so petty. I think many HR folk in City are similar.

**Rush Exhibit 5**
4/19/21  MM

**From:** Novello, Fred (FDNY)
**Sent:** Wednesday, October 01, 2014 11:43 AM
**To:** Rush, Stephen (FDNY)
**Subject:** RE: FPI HIRING

**I wish Nigro would reassign her, and restore the "Human" component to HR-lol.   - Fred-**

**From:** Rush, Stephen (FDNY)
**Sent:** Wednesday, October 01, 2014 11:39 AM
**To:** Novello, Fred (FDNY)
**Subject:** RE: FPI HIRING

She will get all bitchy – I just told her why does she still have 2 cid temps and she was annoyed. Can you fill in the first blank?

Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

**From:** Novello, Fred (FDNY)
**Sent:** Wednesday, October 01, 2014 11:35 AM
**To:** Rush, Stephen (FDNY)
**Subject:** RE: FPI HIRING

**Excellent- Thank you.   - Fred-**

**From:** Rush, Stephen (FDNY)
**Sent:** Wednesday, October 01, 2014 11:25 AM
**To:** Queenan, Donay (FDNY); Novello, Fred (FDNY)
**Subject:** RE: FPI HIRING

I assume Peg did not discuss with Sam? The point we should try to make is that:

1. We need to hire x FPI's per year.
2. The list provides x candidates (often we don't have a list).
3. Of candidates on list routinely xx do not meet qualifications meaning the list provides x valid candidates.

CHALMERS_FPI_LIT-00039463

Then we could make appeal to either change qualifications or better yet up the entry level salary of FPI. The many vacancies we constantly have create overtime and backlogs in inspections which can lead to unsafe conditions going undetected. The salary seems unduly low given the importance of the position (like EMT, but unfortunately EMT recruitment since merger has always been fine at end of day).

We would ultimately need to make a case to DCAS/OLR/OMB if we think it is viable. That is why I raised this issue in the spring.

Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

---

**From:** Queenan, Donay (FDNY)
**Sent:** Tuesday, September 30, 2014 6:09 PM
**To:** Rush, Stephen (FDNY)
**Subject:** RE: FPI HIRING

New list is just about to be established. Roz is in the middle of investigating EMTs, FPIs, FFs. We will look at it but not at this moment.

Will follow-up though…

---

**From:** Rush, Stephen (FDNY)
**Sent:** Tuesday, September 30, 2014 5:28 PM
**To:** Queenan, Donay (FDNY)
**Subject:** RE: FPI HIRING

Did we ever look further on this issue?

Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

---

**From:** Rush, Stephen (FDNY)
**Sent:** Monday, May 12, 2014 12:54 PM
**To:** Queenan, Donay (FDNY)
**Subject:** RE: FPI HIRING

Very good; thanks.

CHALMERS_FPI_LIT-00039464

**From:** Queenan, Donay (FDNY)
**Sent:** Monday, May 12, 2014 12:33 PM
**To:** Rush, Stephen (FDNY)
**Subject:** FW: FPI HIRING

FYI – Will give you an update later this week.

---

**From:** Quinn-Puppa, Margaret (FDNY)
**Sent:** Monday, May 12, 2014 10:32 AM
**To:** Queenan, Donay (FDNY); Henwood, Roslyn (FDNY)
**Subject:** RE: FPI HIRING

Roslyn and I discussed this Friday and we would like to meet with Sam Asamoah and his team to get their opinions on title spec changes or salary that might help attract a sufficient number of eligible candidates.
We will get back to you by Wednesday, if not sooner.

---

**From:** Queenan, Donay (FDNY)
**Sent:** Friday, May 09, 2014 3:01 PM
**To:** Henwood, Roslyn (FDNY); Quinn-Puppa, Margaret (FDNY)
**Subject:** FW: FPI HIRING

Please opine.

---

**From:** Rush, Stephen (FDNY)
**Sent:** Friday, May 09, 2014 2:14 PM
**To:** Queenan, Donay (FDNY); Benanti, John (FDNY)
**Cc:** Novello, Fred (FDNY)
**Subject:** RE: FPI HIRING

Understood, but if the guys we recruit don't have citizenship, maybe a higher salary would get those with citizenship.

---

**From:** Queenan, Donay (FDNY)
**Sent:** Friday, May 09, 2014 10:59 AM
**To:** Rush, Stephen (FDNY); Benanti, John (FDNY)
**Cc:** Novello, Fred (FDNY)
**Subject:** RE: FPI HIRING

The list you refer to was used and there was a new filing in Feb. There are about 26 left that we are reviewing for the future. We could ask DCAS the names of the current filers. The qualifications (experience) and salary are not the issue. The position requires Peace Officer status which means citizenship; most don't have citizenship and few have convictions. Therefore, it appears that Peace Officer status is the stumbling block.

---

**From:** Rush, Stephen (FDNY)
**Sent:** Friday, May 09, 2014 9:44 AM
**To:** Queenan, Donay (FDNY); Benanti, John (FDNY)
**Cc:** Novello, Fred (FDNY)
**Subject:** FPI HIRING

BTW: The new FPI List only has 57 candidates, and CID will probably disqualify a sizable number.   Given the shortage of FPIs, perhaps it is time to press to petition Labor Relations/DCAS to offer alternatives to the current practice of appointing FPIs?  Are the standards unrealistic?  Should our recruitment methods change?  Maybe we should argue

CHALMERS_FPI_LIT-00039465

that the low FPI salaries are an impediment to hiring? If so, should we then petition OLR/DCAS to establish Levels in the FPI title (similar to the AFPI title?


Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

CHALMERS_FPI_LIT-00039466