# EXHIBIT 32

| | |
|---|---|
| **From:** | Ertrachter, Steven (FDNY) [/O=CSC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ERTRACS] |
| **Sent:** | 9/18/2014 3:09:10 PM |
| **To:** | Rampino, Robert (FDNY) [robert.rampino@fdny.nyc.gov] |
| **Subject:** | FW: FPI Salaries |



Rush Exhibit 9
4/19/21  MM

**From:** Novello, Fred (FDNY)
**Sent:** Thursday, September 18, 2014 3:04 PM
**To:** Ertrachter, Steven (FDNY)
**Cc:** Zavaglia, Joseph (FDNY)
**Subject:** RE: FPI Salaries

**If we are keeping these employees in the FPI title, it raises issues. I can just hear the Acting-Out-of Title concerns from Labor Relations.    Why not use this opportunity to see if OLR will support raising the FPI starting salaries, and the implementation of different Levels (like Assoc FPIs?)   - Fred-**

**From:** Ertrachter, Steven (FDNY)
**Sent:** Thursday, September 18, 2014 2:58 PM
**To:** Novello, Fred (FDNY)
**Cc:** Zavaglia, Joseph (FDNY)
**Subject:** RE: FPI Salaries

Fred-  There will be different duties for those Asc FPI-I and the FPIs.


**From:** Novello, Fred (FDNY)
**Sent:** Thursday, September 18, 2014 2:10 PM
**To:** Ertrachter, Steven (FDNY)
**Cc:** Zavaglia, Joseph (FDNY)
**Subject:** FPI Salaries

**hi!   I brought up the  FPI starting salary issue up to Steve, and while he supports it, and so do I, we cannot approve until I receive  feedback from David Zweilfer.**

     In order to avoid grievance issues, we won't be able to increase the salaries for entry level  FPI, and not incumbents.    Hopefully, David can raise the starting salary issue with OLR since the Inspectors have not yet reached a Labor Agreement  (as far as I know.)

**BFP/HR should start compiling  justification for salary upgrades by showing the difficulty in recruitment/retention of FPIs.   I will need to cc: Chief Jensen on my e-mail to David.  Who else needs to be cc:**


- Fred-

CHALMERS_FPI_LIT-00035987