# EXHIBIT 33

| | |
|---|---|
| **From:** | Rush, Stephen (FDNY) [/O=CSC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RUSHS] |
| **Sent:** | 9/19/2014 12:26:56 PM |
| **To:** | 'Bird, Joseph (OMB)' [BirdJ@omb.nyc.gov] |
| **BCC:** | Novello, Fred (FDNY) [fred.novello@fdny.nyc.gov] |
| **Subject:** | RE: City Looking to Hire New Blacksmith |
| **Attachments:** | fpi.pdf |



These lists are going to be our ruination, but that is civil service. I agree that perhaps better recruitment tools by DCAS could be used that show the many aspects of being a mechanic, working especially in uniformed agencies, but I suspect DCAS spends zip in this regard. We do promote test opportunities on our orders, but perhaps we can do a better job of getting our staff to refer to family, friends by promoting the many benefits of filing for such exams. However, I think for mechanics, we are not so bad off, but consider FPI's where we are likely paying too little so doing other things to promote the position might be worth our while. Recruitment is in fact trying, but check out FPI requirements and pay (start at $36428) – is the City serious.

Appreciate as always your wisdom.


Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

---

**From:** Bird, Joseph (OMB) [mailto:BirdJ@omb.nyc.gov]
**Sent:** Friday, September 19, 2014 12:14 PM
**To:** Rush, Stephen (FDNY)
**Subject:** RE: City Looking to Hire New Blacksmith

No yes that is correct, I thought one of the main issues was there were all poor quality candidates on the list, maybe publicizing the next exam would help? (I think the blacksmith title has a list as well). Just trying to brain storm to fill the vacancies :/

Joseph Bird
NYC Office of Management and Budget
212-788-6375

---

**From:** Rush, Stephen (FDNY) [mailto:Stephen.Rush@fdny.nyc.gov]
**Sent:** Friday, September 19, 2014 12:13 PM
**To:** Bird, Joseph (OMB)
**Subject:** RE: City Looking to Hire New Blacksmith

I think we are using a list, are we not?

Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

---

**From:** Bird, Joseph (OMB) [mailto:BirdJ@omb.nyc.gov]
**Sent:** Friday, September 19, 2014 12:06 PM
**To:** Rush, Stephen (FDNY)
**Subject:** RE: City Looking to Hire New Blacksmith

Have DNA info run an article on slow news days on retiring auto mechanics to spread the word!

Joseph Bird
NYC Office of Management and Budget
212-788-6375

---

**From:** Rush, Stephen (FDNY) [mailto:Stephen.Rush@fdny.nyc.gov]
**Sent:** Friday, September 19, 2014 12:05 PM
**To:** Bird, Joseph (OMB)
**Subject:** RE: City Looking to Hire New Blacksmith

Do what?

Stephen Rush
Assistant Commissioner for Budget & Finance
New York City Fire Department
9 Metrotech Center Room 8e-11
Brooklyn, NY 11201
(P) 718 999-2022
(F) 718 999-0652

---

**From:** Bird, Joseph (OMB) [mailto:BirdJ@omb.nyc.gov]
**Sent:** Wednesday, September 17, 2014 11:47 AM
**To:** Rush, Stephen (FDNY)
**Subject:** City Looking to Hire New Blacksmith

We should do this with auto mechanics...

http://www.dnainfo.com/new-york/20140917/upper-west-side/city-looking-hire-new-blacksmith

Joseph Bird
New York City Office of Management & Budget
255 Greenwich Street, 7th Floor, New York, NY 10007
(212) 788-6375
birdj@omb.nyc.gov