# EXHIBIT 34

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

DARRYL CHALMERS, DARREN CONNORS,
GLENN MENDEZ, JAMES NOVA, and
FATIMA Q. ROSEMOND,                        1:20-cv-03389
On behalf of themselves and all
others similarly situated, and
AFSCME DISTRICT COUNCIL 37
LOCAL 2507, on behalf of its
Members

                    Plaintiffs,

    v.

CITY OF NEW YORK,

                    Defendant.

--------------------------------------x

                  April 30, 2021
                  10:13 a.m.

        DEPOSITION of CITY OF NEW YORK, the

Defendant herein, by SHARON NOREEN NEILL, taken by

the attorneys for the Plaintiffs, pursuant to

Notice, held via Web conference at the above date

and time, before Maureen McCormick, a Notary

Public of the State of New York.

48
1                    S. Neill
2    a lot of other operational changes that are
3    happening within the agency, so we're not really
4    quite there.
5         Q.   It sounds like it was a large change
6    management project that you oversaw for several
7    years; is that correct?
8         A.   Yes.
9         Q.   And it also sounds like you were very
10   proactive in doing internal analyses, and then
11   going to -- I assume that some of this work that
12   you're describing had to be done in tandem with
13   DCAS and OMB and OLR --
14        A.   Yes.
15        Q.   -- so you had to seek out their
16   cooperation to change the titles to address the
17   career path that you wanted, for example.
18        A.   Yes, and the first step was to get the
19   charter amended.
20        Q.   And I want to talk about that, too.
21             I saw in the documents your testimony
22   and efforts related to that.  I just want to be
23   clear about how these processes began.
24             It wasn't as if DCAS or OMB came to
25   you and said, we want you to raise the salaries

                                                              49
1                        S. Neill
2     and improve recruitment of the inspector titles in
3     the Department of Buildings.  The Department of
4     Buildings did its own internal analysis, and then
5     advocated for what it needed with amendments to
6     the charter and working with OMB and OLR and DCAS
7     to get modifications that better suited the needs
8     of the Department of Buildings; is that correct?
9              MS. HADAGHIAN:  Objection to form.
10             You can answer, if you understand, Ms.
11        Neill.
12        A.   Can you restate it, Ellen?
13        Q.   Sure.
14             I'm just trying to understand the flow
15    of what triggered this change management project.
16    So it was your -- it was the Department of
17    Buildings doing some internal assessment of its
18    needs going to OMB, not vice versa, correct?
19        A.   So let me restate it.
20             The agency was charged to implement a
21    mayoral initiative, which was Building One City,
22    to improve its responsiveness and presence in the
23    construction industry, which was booming at the
24    time, which we were accountable to meet these
25    targets that we were charged to accomplish.

```
                                                         50
 1                       S. Neill
 2               As a result of us having some
 3      experience of pushed experience for the first half
 4      of the fiscal year, were seeing that we were
 5      missing those targets in hiring and retention, and
 6      that prompted us to then come back and say we
 7      want -- we want to increase our inspectorial
 8      range, but we're having these challenges, and we
 9      are going to lay out ways to try and address how
10      to overcome these challenges in the inspectorial
11      position job -- you know, in the -- I'm sorry --
12      in the -- in the way that we needed more resources
13      for recruitment, we needed -- we needed to address
14      creating the career ladder, we needed to increase
15      our candidate pool, and then internally, we had
16      this change management where we needed to change
17      our business processes for recruiting and to bring
18      in in a more structured way the inspector units to
19      help actively participate in the recruitment
20      efforts, and that was then outlined to change the
21      job titles and our request to also change
22      salaries.
23         Q.    It sounds like your effort in the
24      Department of Buildings for inspector titles was
25      pretty centralized underneath you; is that
```

58

1                       S. Neill

2       email?

3            A.    Yes.

4            Q.    Could you tell me why?

5            A.    So as I previously mentioned, the

6       department was given a significant amount of new

7       resources that we were expected to hire to

8       increase our work force to meet workload and

9       service level demands in the agency, and this was

10      a conversation with oversight agencies to discuss

11      what some of those challenges were and what our

12      agency was proposing to implement strategies to

13      improve recruitment and retention.

14           Q.    And I'm going to show you the next two

15      exhibits, which I believe to be the attachment to

16      this email.  Do you see in this line it says,

17      "Attachment"?

18           A.    Yes.

19           Q.    So do you now see Exhibit 3 on your

20      screen?

21           A.    Yes.

22           Q.    To the best of your knowledge, is this

23      the attachment to Exhibit 2?

24           A.    Yes.

25           Q.    And can you tell me what this document

                                                                59
 1                         S. Neill

 2     is?

 3          A.    This would have been to guide a

 4     discussion about what the current min-maxes are

 5     for the titles that we were having difficulty

 6     hiring in and what we were requesting to be

 7     considered for changes in those min-max rates with

 8     oversight agencies.

 9          Q.    When you say min-max, what do you mean

10     by that?

11          A.    So we typically look at the salary

12     schedule.  The min-max rate is what is the

13     collective bargaining agreement, the minimum

14     salaries for a particular title and title codes

15     where we are not to hire below that rate according

16     to the collective bargaining agreement, and there

17     are non-city incumbents and then city incumbents,

18     so if you hire somebody at the non-city incumbent,

19     then they're able to move up either after a year

20     or two years to the next minimum hiring rate, and

21     then there is a maximum of the rate for the title.

22                So again, this -- this was basically

23     just a conversation in 2016 after we were looking

24     to fill the positions that we were funded for, and

25     we had experience seeing what our ability to hire

                                              60
 1                     S. Neill
 2    was and us trying to become more competitive with
 3    hiring qualified candidates and us seeing that we
 4    had an issue with keeping people, the retention
 5    discussion was, is there a career ladder, and are
 6    we -- how can we exercise the range of the salary
 7    table.
 8          Q.    Is the salary table or salary schedule
 9    the same as the minimum and maximum in the
10    collective bargaining agreement?
11          A.    Yes.
12                The only difference, I think that this
13    wouldn't show, or maybe the -- or the collective
14    bargaining agreement may not show is what are paid
15    by the union for like longevity.  These are like
16    the base salaries.  They're not anything that are
17    given to, like -- like increments to gross.
18                Those -- we would never look at those,
19    because they're contingent upon what is part of
20    the union agreement, not necessarily like what the
21    salary is.  Those are considered additions to base
22    salary.
23          Q.    So at this time in 2016, were the
24    inspector titles for new hires paying at the
25    current hiring rate or were they at a different

                                                                61
1                           S. Neill
2       rate?
3           A.   We were using -- I believe at that
4       time the -- we were using the incumbent rate, and
5       maybe we may have been doing a little bit above
6       the incumbent rate at that time.
7           Q.   For new hires?
8           A.   For new hires.
9           Q.   And why?
10          A.   I think it was a matter of like the
11      current inspectors in the agency were probably
12      making a little bit above the incumbent rate, so
13      when we -- it was a practice that was occurring a
14      bit before I came, I believe.  I can't necessarily
15      validate that, but we -- we were not able to be
16      competitive to hire at the -- at the minimum
17      hiring rate.  We just were not able to get
18      qualified candidates.
19          Q.   I'm going to scroll down to the third
20      page of this exhibit.  It looks like this is some
21      kind of a market analysis.
22               Can you tell me what Page 3 is?
23          A.   So this would have been -- because at
24      the time we were also trying to hire in the
25      technical titles that I mentioned to you, which

                                                               62
 1                       S. Neill
 2    also are professional white collar titles of
 3    engineers and architects.
 4               We were concerned that we were going
 5    to have a difficult time recruiting folks that we
 6    referred to as technical titles for engineers and
 7    architect positions to do plan examinations, so
 8    part of the discussion was also reviewing whether
 9    or not there was an opportunity to consider
10    changing the hiring rates for these hard to
11    recruit titles, as well.
12               So this was just a look to see,
13    because again, we typically are competing directly
14    with the -- with the private sector market for
15    engineers and architects, and this isn't unique to
16    the Department of Buildings.  This is -- I'm sure
17    many agencies would make that case.
18               What ended up happening subsequent to
19    this discussion was, is that we found that we
20    ended up trying to hire more entry-level staff in
21    these titles to see if it would work, and we found
22    that we didn't have as much of a recruitment issue
23    or retention issue once we did hire people in
24    these titles, so I don't believe -- the focus then
25    became more on inspectors than these titles.

63

1                      S. Neill
2        Q.    Now, I'm going to show you Exhibit 4.
3    I think this is also an attachment to Exhibit 2,
4    that first email.  Do you agree?
5        A.    Yes.
6        Q.    What is this Exhibit 4?
7        A.    So these would have just been what the
8    guiding discussion was for the meeting, was to
9    kind of outline that we were asking if we were
10   able to modify the civil service classification
11   for inspectors and for the technical titles as
12   well as the salary structures to increase the
13   staffing and career opportunities that were
14   performing these functions, so this basically
15   outlines the issues that I already mentioned,
16   which was that we were being asked to hire a
17   significant number of new employees, and that we
18   were looking to improve our retention and
19   recruitment, and that in the technical titles
20   many, many of the managers that oversaw the
21   technical work that's being done in the agency
22   were often reluctant to hire engineers and
23   architects that were at different levels in the
24   past.
25             They -- many of them only wanted to

64

1                        S. Neill
2     hire licensed or registered -- licensed engineers
3     or registered architects, which made the hiring
4     even more difficult, and we ended up looking at
5     different ways to hire at different levels for the
6     technical titles.
7              We were not really able to do that in
8     the inspectorial titles, because we felt that the
9     apprentice title wasn't really going to meet the
10    needs of the agency, so that then started the
11    discussion about the civil service classification
12    issues that we were having with the inspectorial
13    titles.
14         Q.   So it seems like you met on January
15    20.  Do you remember that meeting?
16         A.   Yeah.
17         Q.   Do you remember any outcomes?
18         A.   I think it was to kind of formulate
19    like what the steps were that we needed to take.
20              I felt -- I think we were feeling at
21    the time the priority was to meet our hiring
22    target, so a lot of the discussion was about how
23    to increase our hiring pools, which was a
24    discussion about what the options were with the
25    entry-level inspector title.  We felt that

67

1                        S. Neill
2    what the pros and cons were for having separate
3    titles or levels within titles and what our agency
4    would need to do to move forward to address the
5    civil service reclassification.
6                    On the salaries, in terms of the
7    actual changing the salaries, we were told that it
8    would have to be something that would have to be
9    addressed during bargaining, so it was -- it was
10   kind of a nonstarter in terms of officially
11   changing the min-max of the salary ranges, because
12   we were told that that would be something that
13   would be addressed during collective bargaining,
14   but we did indicate that we were seeking to
15   increase the hiring rate, and then that ended up
16   turning into a budget impact discussion, which was
17   later discussed with OMB, because we have to -- we
18   had to balance whether or not we were able to
19   afford changing the hire rate and then what that
20   potentially would end up being in terms of making
21   sure there was a new hire rate for the next level,
22   right?
23                   So if you're an inspector, and you
24   have a supervisor that oversees the unit, the
25   expectation would be that the supervisor is not

93

1                    S. Neill
2      60,000 and to increase the candidate pool by
3      changing the qualification and experience
4      requirements for inspectors.
5               Now, whether or not that -- the civil
6      service qualification item was identified as a
7      different phase, I can't recall.
8          Q.   Phase 1 signals to me that it was the
9      first priority; is that correct?  The first
10     priority that you had was to increase the hire
11     rate.
12         A.   It was something that I could have
13     accomplished sooner.  The other initiatives had
14     other action items that would have required a
15     longer time to accomplish.
16         Q.   Looking down at the bottom of this
17     email, it says, "Current DOB hiring rate,
18     $52,000," so it looks to me like the Department of
19     Buildings was seeking to raise inspector titles
20     $8,000 for new hires; is that correct?
21         A.   I don't know if the 52 was the
22     non-city min hiring rate, but we were actually
23     hiring a bit above the city incumbent rate at that
24     time, so I'm not quite sure what the notes
25     represent on this chart.

```
                                                     94
 1                        S. Neill
 2        Q.    And why were you hiring above the city
 3   incumbent rates at the time?
 4        A.    Again, we were having difficulties
 5   recruiting.  We may have also had staff who were
 6   performing the same job duties and functions that
 7   may have -- that we -- we always try to -- since
 8   I've been here to try to keep consistency of the
 9   salaries of people performing the same job duties
10   and functions.
11        Q.    So now I'm going to show you an
12   exhibit that has not been previously marked.
13             MS. EARDLEY:  This document will be
14        marked Neill Exhibit 46.
15             (Neill Exhibit 46, Documents Bearing
16        Bates Nos. CHALMERS_FPI_LIT-00028559, marked
17        for identification.)
18        Q.    I'm going to show you a couple of
19   pages of Neill Exhibit 46.  You'll see that in the
20   bottom we've put this Bates number
21   CHALMERS_FPI_LIT-00028559.
22             I'm going to represent to you that it
23   is a PDF of an Excel file that plaintiffs received
24   from the City of New York counsel.
25             Ms. Neill, does this look familiar to
```

```
                                                      97
 1                      S. Neill
 2      vacancies" --
 3           A.    Yeah.
 4           Q.    The document reads, "Increased
 5      vacancies, all inspectors to 60K."  What is this?
 6           A.    So the first box is that at this
 7      particular point in time there were 67 budgeted
 8      positions that would need to be adjusted
 9      budgetarily up by the 533 number, and then to
10      increase the actives would have affected 166
11      active employees who were in the construction
12      titles by 863,000.
13                 The next group are assuming that there
14      would be some increase, because if you were going
15      to increase the base inspector title, that the
16      subsequent levels would also have a range.  When
17      you look at the salary schedules, I believe
18      there's like a 15 percent difference between each
19      title level, so I believe that's where the 15
20      percent change comes from.
21           Q.    That's very helpful.
22           A.    Yeah.
23           Q.    The next document I'm going to show
24      you has been premarked Exhibit 15.
25                 Do you recognize this document?
```

```
                                                      113
 1                       S. Neill
 2      DOB team to increase inspector salaries to the max
 3      salary?
 4              MS. HADAGHIAN:  Objection to form.
 5         A.   I would say -- I would say we had many
 6      conversations internally about how to address
 7      salary ranges as it pertained to their job
 8      function and title, but again, these were many
 9      working conversations that we had internally.
10              Ultimately we never implemented other
11      adjustments to these titles, other than increasing
12      the hiring rates.  I actually -- I think that this
13      worksheet was in discussion of -- can you go down
14      to the next page?
15         Q.   Sure.
16         A.   Yeah, my -- without having some other
17      context to this, I believe it may have been to try
18      to differentiate which positions would potentially
19      be part of that senior inspector title as the
20      associate inspector, but I can't really recall for
21      sure.  Could you go up further?
22         Q.   Sure.
23         A.   Yeah, again it would have been a
24      working document.
25         Q.   Do you know if any of the inspector
```

139

1                        S. Neill
2         Q.   With regard to paying the hiring rate
3    above the minimum, was that within the Department
4    of Buildings' authority?
5         A.   We made that decision in consultation
6    with OMB because of the fiscal impact that it was
7    going to have.
8         Q.   And what factors did the DOB look at
9    in deciding to pay the hiring rate above the
10   minimum?
11        A.   We looked at our -- the prevailing
12   rate within the construction industry, and we --
13   we made some incremental adjustments to see if
14   there was a change in the qualified recruitment
15   pool, so when we made the decision to make the
16   hiring rate 60, we did see that we were -- we were
17   able to attract qualified candidates, and then
18   when subsequent collective bargaining adjustments
19   occurred, we did make some adjustments to that
20   rate, but then at some point we didn't continue to
21   press the increasing the hiring rate, because we
22   felt that we were able to attract qualified
23   candidates, so there were working discussions
24   about increasing it more than what we had
25   increased it.