# EXHIBIT 36

| | |
|---|---|
| **From**: | Sharon Neill (Buildings) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SHARON NEILL2B2] |
| **Sent**: | 1/19/2016 5:49:02 PM |
| **To**: | Renee Campion (OLR) [rcampion@olr.nyc.gov]; Dawn Pinnock (DCAS) [dpinnock@dcas.nyc.gov]; Boirard, Tara (OMB) [boirardt@omb.nyc.gov]; Godiner, Ken (OMB) [godinerk@omb.nyc.gov]; Quintian, Yvonne (OMB) [quintiany@omb.nyc.gov] |
| **CC**: | Gina Betro (Buildings) [gbetro@buildings.nyc.gov]; Edwin Pemberton (Buildings) [epemberton@buildings.nyc.gov]; Barbara Dannenberg (DCAS) [bdannenberg@dcas.nyc.gov]; Rosaura Almonte (Buildings) [ralmonte@buildings.nyc.gov]; Pamela Thomas (OLR) [pthomas@olr.nyc.gov]; Steve Banks (OLR) [sbanks@olr.nyc.gov]; Trisha Munroe (Buildings) [trmunroe@buildings.nyc.gov]; Graham Rabinowitsch (Buildings) [grabinowitsch@buildings.nyc.gov]; Steve Banks (OLR) [sbanks@olr.nyc.gov]; Angela Vaisman (Buildings) [avaisman@buildings.nyc.gov]; Arkady Levi (Buildings) [alevi@buildings.nyc.gov]; Weitzman, Aram (OMB) [weitzmana@omb.nyc.gov]; Johnson, Kathryn (OMB) [johnsonk@omb.nyc.gov]; Hubbard, Carolyn (OMB) [hubbardc@omb.nyc.gov] |
| **Subject**: | DOB Civil Service Classification & Salary Proposal |
| **Attachments**: | DOB Salary and Title Proposal Jan 19 2016 for Discussion.pdf; DOB Recruitment and Retention Plan Discussion 01202016.pdf |

Hello All,

For the meeting tomorrow please find an outline of talking points and tables presenting DOB's proposal for inspector and plan examiner titles.

I will send the draft job specifications under separate email.  These are with DCAS and we expect changes based on their review.  We look forward to your comments and suggestions to improve our civil service classifications and salaries.

Sharon Neill
Deputy Commissioner of Finance & Administration
sneill@buildings.nyc.gov
212 393 2210