# EXHIBIT 37

New York City Department of Buildings Civil Service Classification Proposal — DRAFT - For Discussion 1/20/2016
Inspector Titles

| Current Title and Title Code | Current Salary Schedule ||||  Proposed Title/Change | Proposed Salary Schedule ||||  Proposed Increase vs. Current Max |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Level | Current Hiring Rate | Current Incumbent Rate | Current Max | | Proposed Level | Proposed Hiring Rate | Proposed Incumbent Rate | Proposed Max | |
| 35001 Apprentice Inspector (Boilers) | Min<br>after 1yr<br>after 2yrs | $29,035<br>$31,444 | $33,390<br>$36,161<br>$39,228 | | Apprentice Inspector (Buildings)<br>new title or amend title | Min+<br>1yr+<br>2yr+ | $40,000<br>$45,000 | $50,000 | | |
| 35004 Apprentice Inspector (Electrical) | Min<br>after 1yr<br>after 2yrs<br>after 3yrs<br>after 4yrs | $26,569<br>$28,777 | $29,809<br>$33,094<br>$35,901<br>$38,830<br>$41,757 | | | | | | | |
| Apprentice Inspector (35003 Construction, 35005 Elevator, 35008 Hoists & Rigging) | Min<br>after 1yr<br>after 2yrs | $34,111<br>$36,892 | $39,228<br>$42,426<br>$45,630 | | | | | | | |
| Inspector (31622 Construction, 31620 Boiler*, 31624 Elevator, 31629 Plumbing) | None | $48,410 | $55,671 | $70,715 | Inspector (Construction, etc.)<br>amend salary schedule/update QR | | $55,000 | $63,250 | $77,550 | $ 6,835   10% |
| Associate Inspector (31642 Construction, 31640 Boiler*, 31644 Elevator, 31649 Plumbing) | 1<br>2 | $55,139<br>$61,369 | $63,410<br>$70,574 | $78,637<br>$86,473 | Associate Inspector (Construction, etc.)<br>add task/amend salary schedule<br>Associate Inspector (Construction, etc.)<br>add task/amend salary schedule | 1x<br>2x | $65,000<br>$80,000 | $75,000<br>$92,000 | $91,650<br>$112,800 | $ 13,013   17%<br>$ 26,327   30% |
| 31623 Inspector (Electrical) | None | $50,823 | $58,446 | $70,056 | Inspector Electrical | | $55,000 | $63,250 | $77,550 | $ 7,494   11% |
| 31643 Associate Inspector (Electrical) | 1<br>2 | $57,675<br>$64,193 | $66,326<br>$73,822 | $79,854<br>$87,814 | Associate Inspector (Electrical)<br>Associate Inspector (Electrical) | 1x<br>2x | $65,000<br>$80,000 | $75,000<br>$92,000 | $91,650<br>$112,800 | $ 11,796   15%<br>$ 24,986   28% |
| 31656 Inspector (Multi-Discipline) | 1<br>2<br>3 | $48,410<br>$55,139<br>$61,389 | $55,671<br>$63,410<br>$70,574 | $70,715<br>$78,637<br>$86,473 | Inspector (Multi-Discipline)<br>Inspector (Multi-Discipline)<br>Inspector (Multi-Discipline) | 1<br>2x<br>3x | $55,000<br>$65,000<br>$80,000 | $63,250<br>$75,000<br>$92,000 | $77,550<br>$91,650<br>$112,800 | $ 6,835   10%<br>$ 13,013   17%<br>$ 26,327   30% |
| 31627 Inspector (Hoists & Rigging) | None | $48,410 | $55,671 | $70,715 | Inspector (Hoists & Rigging) | | $65,000 | $74,000 | $87,750 | $ 17,035   24% |
| 31647 Associate Inspector (Hoists & Rigging) | 1<br>2 | $55,139<br>$61,369 | $63,410<br>$70,574 | $78,637<br>$86,473 | Associate Inspector (Hoists & Rigging)<br>Associate Inspector (Hoists & Rigging) | 1x<br>2x | $75,000<br>$88,000 | $86,000<br>$101,000 | $103,000<br>$120,000 | $ 24,363   31%<br>$ 33,527   39% |

**Notes:**
Non Managerial Positions not included (excludes 10073 Administrative Inspector Buildings and 10077 Administrative Inspector Electrical NM titles - formerly M1)
 + Denotes entry level title with adjustment to education and experience requirement
 x Provide promotional path which will improve retention
 * 31671 Inspector (Low Pressure Boiler) and 31676 Associate Inspector (Low Pressure Boiler) are proposed to be consolidated with 31620 Inspector (Boilers) and 31640 Associate Inspector (Boilers), respectively. The qualification requirements for those titles are modified to include education and experience.

Neill Exhibit 3
4/30/21  MM

New York City Department of Buildings Civil Service Classification Proposal  
Plan Examiner Titles

DRAFT - For Discussion 1/20/2016

| Current Title and Title Code | Current Salary Schedule | | | | Proposed Salary Schedule | | | | | Proposed Increase vs. Current Max |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Level | Current Hiring Rate | Current Incumbent Rate | Current Max | Proposed Title | Proposed Level | Proposed Hiring Rate | Proposed Incumbent Rate | Proposed Max | |
| 22405 Assistant Plan Examiner (Bldgs) | None | $53,921 | $62,009 | $80,802 | Assistant Plan Examiner | 1+ | $46,466 | $52,514 | $56,270 | |
| | | | | | Assistant Plan Examiner | 2* | $65,000 | $74,750 | $91,640 | $10,838  13% |
| | | | | | Assistant Plan Examiner | 3x | $76,000 | $87,400 | $108,000 | $27,198  34% |
| 22410 Plan Examiner (Bldgs) | None | $63,573 | $73,109 | $92,441 | Plan Examiner | 1 | $72,000 | $82,800 | $98,960 | $6,519  7% |
| | | | | | Plan Examiner | 2x | $84,000 | $96,600 | $116,000 | $23,559  25% |
| | | | | | Plan Examiner | 3x | $100,000 | $115,000 | $140,000 | $47,559  51% |
| 21205 Architectural Intern, 20202 Civil Engineering Intern, 20302 Electrical Engineering Intern, 20403 Mechanical Engineering Intern | None | $46,466 | $52,514 | $56,270 | Reference | | | | | |
| 21210 Assistant Architect, 20210 Assistant Civil Engineer, 20310 Assistant Electrical Engineer, 20410 Assistant Mechanical Engineer | None | $51,586 | $59,324 | $77,404 | Reference | | | | | |
| 21215 Architect, 20215 Civil Engineer, 20315 Electrical Engineer, 20415 Mechanical Engineer | 1 | $61,237 | $70,422 | $88,686 | Reference | | | | | |
| | 2 | $72,805 | $83,726 | $101,148 | | | | | | |
| | 3 | $81,443 | $93,660 | $110,413 | | | | | | |

**Notes:**  
Non Managerial Positions (excludes 10004 Administrative Architect and 10015 Administrative Engineer NM titles - formerly M1)  
\* Current "base" title is proposed to be the new level 2  
\+ Denotes entry level title with adjustment to education and experience requirement  
x Provide promotional path which will improve retention

**Market Salaries for Technical Titles**                                              DRAFT - For Discussion 1/20/2016

**From PayScale.com - Human Capital**

| Civil Engineer - New York State | Average | -8% | Range with bonuses, etc. | -8% |
|---|---|---|---|---|
| Entry | $59,474 | $54,716 | $42,474 - $87,598 | $39,076 - $80,590 |
| Mid-Career | $74,674 | $68,700 | $51,000 - $108,874 | $46,920 - $100,164 |
| Experienced | $93,310 | $85,845 | $60,554 - $153,437 | $55,710 - $141,162 |
| Late Career | $103,230 | $94,972 | $67,922 - $193,916 | $62,488 - $178,403 |

| Architect - New York State | Average | | Range with bonuses, etc. | |
|---|---|---|---|---|
| Entry | $53,095 | $48,847 | $40,184 - $67,469 | $36,969 - $62,071 |
| Mid-Career | $61,433 | $56,518 | $49,767 - $87,509 | $45,786 - $80,508 |
| Experienced | $88,828 | $81,722 | $64,578 - $111,755 | $59,412 - $102,815 |
| Late Career | $92,131 | $84,761 | $56,000 - $123,871 | $51,520 - $113,961 |

| Assistant Civil Engineer (United States) | $50,628 | $46,578 | | |
|---|---|---|---|---|

**From Engineer Salary.com**

| Civil Engineer - United States | | | | |
|---|---|---|---|---|
| Lowest 10% | $45,780 | $42,118 | | |
| Middle 50% | $57,330 - $90,160 | $52,744 - $82,947 | | |
| Highest 10% | $110,890 | $102,019 | | |
| B.S. entry | $49,540 | $45,577 | | |
| M.S. entry | $59,880 | $55,090 | | |

**Private sector pays an average of 8% more than public sector**

| Survey from College of Engineering - Michigan Tech 2015 - US | | | | |
|---|---|---|---|---|
| Civil Engineer - entry level | $87,130 | $80,160 | | |
| Civil Engineer - top 10% - entry | $128,110 | $117,861 | | |
| Electrical Engineering - entry level | $95,780 | $88,118 | | |
| Electrical Engineering - top 10% - entry | $143,200 | $131,744 | | |

| Bureau of Labor Statistics | | | | |
|---|---|---|---|---|
| Construction Trades - New York 2015 | $93,340 | $85,873 | | |