# EXHIBIT 38



Neill Exhibit 4
4/30/21 MM

New York City Department of Buildings
Recruitment and Retention Planning Proposal
DRAFT for Discussion ONLY
January 20, 2016

**Overview:**

DOB is proposing to modify its Civil Service Classification and salary structures to increase staffing and career opportunities for employees who perform inspections, plan examination and compliance monitoring.

- DOB has difficultly hiring employees to perform inspections and plan examination
    o DOB was funded 257 new positions to perform plan examination and inspections
    o DOB needs to improve recruitment and retention
    o past practice was to recruit experienced and licensed employees

- DOB proposes to create additional levels for existing titles to provide:
    o entry level employment opportunities
    o transparent promotional path
    o expanded salary schedules to appropriately compensate employees – at entry level and promotional levels

- DOB will be implementing a new way to organize work based on a model of low to high risk duties
    o work can be organized to staff at various levels of education and experience
    o training will be provided to support new risk based model

**DOB Civil Service Classifications & Salaries Proposal:**

- **Inspector Proposal:**
    o Create or Amend Apprentice Inspector (for Department of Buildings)
        ▪ update qualification and requirements
        ▪ address charter issue – limited promotional path to inspector titles
    o Inspector
        ▪ modernize and standardize language across disciplines, tasks
        ▪ update tasks and responsibilities
        ▪ consolidate low pressure boilers and high pressure boilers inspector titles
        ▪ amend salary schedule to align with market salaries
    o Associate Inspector
        ▪ add task to assignment level 1 to allow additional work assignment (not just supervisory) to oversee complex work, program and/or projects
        ▪ add task to assignment level 2 to oversee inspection audits, criminal enforcement, interagency operations and sweeps
        ▪ amend salary schedules

- **Plan Examination:**
    o Assistant Plan Examiner
        ▪ create three levels
            • level one would be the "intern" equivalent as entry point
            • change education qualification to allow additional degrees

- level three will provide promotional path and supervisory tasks
    - amend salary schedule
  - Plan Examiner
    - Create three levels, amend language, provide promotional path