# EXHIBIT 40



THE CITY OF NEW YORK

# OFFICE OF LABOR RELATIONS

40 Rector Street, New York, N.Y.  10006

http://nyclink.org/html/olr/

**JAMES F. HANLEY**
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*

TO:       HEADS OF CONCERNED CITY DEPARTMENTS AND AGENCIES

FROM:    JAMES F. HANLEY, COMMISSIONER

SUBJECT·   EXECUTED CONTRACT: CITYWIDE AGREEMENT

TERM:     JANUARY 1, 1995 THROUGH JUNE 30, 2001

     Attached for your information and guidance is a copy of the executed contract entered into by the Commissioner of Labor Relations on behalf of the City of New York and District Council 37 on behalf of the incumbents of positions listed in Article I of said contract.

     The contract incorporates terms of an agreement reached through collective bargaining negotiations and related procedures.

DATED:      May 19, 2000

```
OFFICE OF LABOR RELATIONS
        REGISTRATION
OFFICIAL            CONTRACT




NO:                    DATE:
00001              May 19, 2000
```

# 1995 - 2001 CITYWIDE AGREEMENT

## CONTENTS:

ARTICLE I - UNION RECOGNITION ON CITYWIDE MATTERS ........................................... 1

ARTICLE II - WORK WEEK ................................................................................................ 3

ARTICLE III - SHIFT DIFFERENTIAL AND HOLIDAY PREMIUM ...................................... 3

ARTICLE IV - OVERTIME ................................................................................................... 5

ARTICLE V - TIME AND LEAVE ....................................................................................... 10

ARTICLE VI - TIME AND LEAVE VARIATIONS ............................................................... 23

ARTICLE VII - HEALTH INSURANCE ............................................................................... 25

ARTICLE VIII - CAR ALLOWANCES ................................................................................ 26

ARTICLE IX - PERSONNEL AND PAY PRACTICES ....................................................... 27

ARTICLE X - EVALUATIONS AND PERSONNEL FOLDERS .......................................... 33

ARTICLE XI - CIVIL SERVICE, CAREER DEVELOPMENT ............................................ 34

ARTICLE XII - UNION RIGHTS ......................................................................................... 35

ARTICLE XIII - WELFARE FUNDS ................................................................................... 37

ARTICLE XIV - OCCUPATIONAL SAFETY AND HEALTH ............................................. 41

ARTICLE XV - ADJUSTMENT OF DISPUTES ................................................................. 42

ARTICLE XVI - DISCIPLINARY PROCEDURE FOR PROVISIONAL EMPLOYEES ....... 46

ARTICLE XVII - JOB SECURITY ..................................................................................... 46

ARTICLE XVIII - VDT OPERATORS ................................................................................ 50

ARTICLE XIX - NO STRIKE .............................................................................................. 52

ARTICLE XX - FINANCIAL EMERGENCY ACT .............................................................. 52

ARTICLE XXI - RESOLUTION .......................................................................................... 52

ARTICLE XXII - SAVINGS CLAUSE ................................................................................ 52

APPENDIX A ..................................................................................................................... 54

APPENDIX B ..................................................................................................................... 85

APPENDIX C ..................................................................................................................... 86

APPENDIX D ..................................................................................................................... 89

APPENDIX E ..................................................................................................................... 90

APPENDIX F ..................................................................................................................... 91

APPENDIX G ..................................................................................................................... 93

00001

CHALMERS FPI LIT-00001368

# 1995 - 2001 CITYWIDE AGREEMENT

**COLLECTIVE BARGAINING AGREEMENT** entered into this ____ day of _____ by and between the City of New York and related public employers pursuant to and limited to their respective elections or statutory requirement to be covered by the New York City Collective Bargaining Law ("NYCCBL") and their respective authorizations to the City to bargain on their behalf and the New York City Health and Hospitals Corporation (hereinafter referred to jointly as the "Employer"), and District Council 37, AFSCME, AFL-CIO (the "Union"), for the period from January 1, 1995 – June 30, 2001.

## WITNESSETH:

**WHEREAS**, the parties hereto have entered into collective bargaining and desire to reduce the results thereof to writing,

**NOW, THEREFORE**, it is mutually agreed as follows:

## ARTICLE I - UNION RECOGNITION ON CITYWIDE MATTERS

### Section 1.

The Employer recognizes the Union as the sole and exclusive collective bargaining representative on citywide matters which must be uniform for the following employees:

i.      Mayoral agency employees subject to the Career and Salary Plan.

ii.     Employees of the Health and Hospitals Corporation with the exception of Group 11 employees and interns and residents.

iii.    Employees of the Off-Track Betting Corporation and the New York City Housing Authority pursuant and limited to the extent of their respective elections to be covered by the NYCCBL.

iv.     Employees of the Comptroller, the District Attorneys, the Borough Presidents, and the Public Administrators, who are subject to the Career and Salary Plan, pursuant and limited to the terms of their respective elections to be covered by the NYCCBL, and any museum, library, zoological garden or similar cultural institution for employees whose salary is paid in whole from the City Treasury, pursuant and limited to the election of said cultural institution to be covered by this Agreement.

### Section 2. Exclusions

a.      Prevailing rate employees are excluded from the coverage of this Agreement.

b.      Managerial, confidential, exempt civil service employees, and other employees ineligible for collective bargaining are excluded from the coverage of this Agreement.

### Section 3.

The Employer recognizes the Union as the sole and exclusive collective bargaining representative for employees included in the New York City Employees' Retirement System on pension matters which must be uniform for all such employees pursuant to Section 1173-4.3(a)(5) of the NYCCBL. In the event that the current prohibition against bargaining for retirement benefits is discontinued, the parties agree to reopen negotiations on this matter.

00001

CHALMERS FPI LIT-00001369

Section 4.

For the purposes of this Agreement, the term "employee" shall mean a full-time per annum worker, unless otherwise specifically indicated herein.

Section 5.

Effective January 1, 2000, and each April 1st, July 1st, October 1st, or January 1st thereafter, any per diem employee who has worked the appropriate number of hours in the normal full-time week established for such per annum title as listed in Appendix A of this Citywide Agreement for at least eighteen (18) continuous months immediately preceding the beginning of said quarter, and who continues to meet the above-stated conditions without a break in service of more than 31 days, shall be deemed to be an "employee" under Article I, Section 4 of the Citywide Agreement, subject to the conditions listed below.

a.    The following sections of the Citywide Agreement shall not be applicable: Article V, Sections 18 (summer hours) and 19 (per diem accrual leave rates); and Article VI, Section 8 (summer hours).

b.    Seniority for eligibility for benefits pursuant to this Section 5 shall be computed from the date 18 months prior to the date such employee becomes covered by this Section 5.

c.    These provisions shall not apply to employees hired pursuant to Rule 5.6 of the Personnel Rules and Regulations of the City of New York.

d.    Notwithstanding the provisions of this Section 5, an employee, who at the time of appointment to a title is assigned to regularly work the normal full-time work week established for such per annum title as listed in Appendix A must continue to work such on a full-time basis for at least 2 years without a break in service of more than 31 days, to be covered by Article XVI (Disciplinary Procedure For Provisional Employees), subject to the conditions listed below.

    i.    The employee must have been serving provisionally in such competitive class position on a full-time per annum or full-time per diem basis.

    ii.    Prior provisional service followed by permanent service may not be aggregated with current provisional service (e.g. prior provisional service as a temporary or seasonal "step-up" followed by permanent service may not be counted towards meeting the service requirement in an employee's current provisional position)

e.    For the purposes of this Section 5, Article IX, Section 24 and Article XVI the following unpaid time in excess of 31 days will not be deemed a break in service or be counted as service:

    i.    for maternity/childcare leave;

    ii.    for military leave;

    iii.    jury duty;

    iv.    for union business pursuant to Executive Order 75;

    v.    while pending workers' compensation determination;

    vi.    while on workers' compensation option 2;

    vii.    due to illness or exhaustion of paid sick leave; and

    viii.    due to family illness.

00001

CHALMERS FPI LIT-00001370

# ARTICLE II - WORK WEEK

## Section 1.

The normal work week for employees in each of the titles covered by this Agreement shall be listed in the attached Appendix A. If a title covered by this Agreement is inadvertently omitted from the attached list, the number of hours in the normal work week for employees in such title shall be determined by the parties in accordance with the number of hours being worked by a majority of employees in the affected title and added to Appendix A. The hours in the normal work week for employees in any newly established title which is created during the term of this Agreement and is covered by this Agreement shall be determined by the Employer and added to Appendix A.

## Section 2.

Wherever practicable, the normal work week shall consist of five (5) consecutive working days separated by two (2) consecutive days off. This shall not, however, constitute a bar to the investigation and implementation by the Employer with the Union's participation and consent of flexible work weeks, flexible work days or other alternative work schedule(s).

# ARTICLE III - SHIFT DIFFERENTIAL AND HOLIDAY PREMIUM

This Article is applicable to all employees except those in classes of positions certified by the Board of Certification in Decision No. 50-73 [Doctors Council] and subsequent amendments to said certification.

## Section 1.

a.  There shall be a shift differential of ten percent (10%) for all employees covered by this Agreement for all scheduled hours worked between 6 P.M. and 8 A.M. with more than one hour of work between 6 P.M. and 8 A.M. This provision shall not apply to employees in the titles of Houseparent and Senior Houseparent.

   i.   For all employees *newly* hired after July 14, 1996, this provision shall apply to scheduled hours of work between **8:00 P.M.** and 8:00 A.M.

   ii.  For employees covered by Unit Agreements that expire March 31, 2000, subsection 1(a)(i) shall be in effect from July 15, 1996 to March 31, 2000.

   iii. For employees covered by Unit Agreements that expire December 31, 1999, subsection 1(a)(i) shall be in effect from July 15, 1996 to December 31, 1999.

b.  An employee working overtime shall only receive a shift differential if the employee is receiving straight time cash compensation. In such cases the shift differential shall be calculated separately from the overtime compensation. In all other cases, the employee shall receive only the compensatory time or premium overtime pay provided for in Article IV.

00001

CHALMERS FPI LIT-00001371

**Section 2.**

a.    If an employee is required to work on any of the holidays listed in Section 9 of Article V, the employee shall receive a fifty percent (50%) cash premium for all hours worked on the holiday and shall, in addition, receive compensatory time off at the employee's regular rate of pay. Compensatory time off earned pursuant to this Section may be scheduled by the agency either prior to or after the day on which the holiday falls.

b.    If the holiday designated pursuant to this Agreement falls on a Saturday or a Sunday the following provisions shall apply:

    i.    The fifty percent (50%) cash premium and compensatory time off at the employee's regular rate of pay shall be paid to all employees who work on the actual holiday only.

    ii.    Employees required to work on the Friday or Monday day of observance designated pursuant to Article V, Section 9 shall receive compensatory time only.

    iii.    For an employee scheduled to work on both the Saturday or Sunday holiday and the day designated for observance the following shall apply:

        (1)    If the employee is required to work on only one of such days, the employee shall be deemed to have received compensatory time off and shall receive the fifty percent (50%) cash premium only when required to work on the actual holiday.

        (2)    If the employee is required to work on both such days, the employee shall receive the fifty percent (50%) cash premium and compensatory time off at the employee's regular rate of pay only for all hours worked on the actual holiday.

c.    i.    If an employee is required to work on a holiday which falls on the employee's scheduled day off, the employee may choose whether such holiday work is to be compensated by the fifty percent (50%) cash premium and compensatory time off provided for above, or if the employee is otherwise eligible, by the overtime provisions of Article IV.

    ii.    An employee shall not receive for the same hours of work both (1) overtime pay and (2) the fifty percent (50%) cash premium and compensatory time off.

    iii.    Regardless of whether the holiday falls on a regular working day or on a scheduled day off, if the number of hours worked on such holiday exceeds the employee's normal daily tour of duty, all hours of work in excess of such normal daily tour of duty shall be covered by the provisions of Article IV.

d.    Shifts which begin at 11 P.M. or later on the day before the holiday shall be deemed to have been worked entirely on the holiday, and shifts which begin at 11 P.M. or later on the holiday shall be deemed not to have been worked on the holiday.

00001

CHALMERS FPI LIT-00001372

e.     As an alternative to the methods of compensation provided in subsections 2(a), 2(b), and 2(c), an employee may elect in writing to receive compensation either entirely in cash or entirely in compensatory time for any such holiday worked. Such election shall be subject to the approval of the agency head, executive director of a hospital, or the Chief of Personnel in the Police Department, or their designee whose decision shall be final. In no case shall the compensation under this provision exceed or be less than the value of the compensation provided under subsections 2(a), 2(b), or 2(c).

## Section 3.

a.     An employee may receive both a shift differential and holiday premium pay for the same hours of work, but in such cases each shall be computed separately according to subsection 3(b), below.

b.     Shift differentials and holiday premium pay shall in all cases be computed on the individual employee's hourly rate of pay as determined in Section 6 of Article IV.

## Section 4.

Part-time per annum, hourly, per diem, per session and seasonal employees shall be covered by the terms of this Article.

# ARTICLE IV - OVERTIME

In the event of any inconsistency between this Article and standards imposed by Federal or State Law, the Federal or State Law shall take precedence unless such Federal or State Law authorizes such inconsistency.

## Section 1.

For purpose of the overtime provisions of this Agreement, all time during which an employee is in full pay status, whether or not such time is actually worked, shall be counted in computing the number of hours worked during the week. However, where the Fair Labor Standards Act ("FLSA") provides for more beneficial compensation than the overtime provisions of this Agreement such benefits shall be calculated on the basis of time actually worked.

## Section 2.

a.     "Authorized voluntary overtime" and "authorized voluntary standby time" shall be defined as overtime or standby time for work authorized by the agency head or the agency head's designee, which the employee is free to accept or decline.

b.     "Ordered involuntary overtime" and "ordered involuntary standby time" shall be defined as overtime or standby time which the employee is directed in writing to work and which the employee is therefore required to work. Such overtime or standby time may only be authorized by the agency head or a representative of the agency head who is delegated such authority in writing.

00001

CHALMERS FPI LIT-00001373

## Section 3.

a.      Ordered involuntary overtime which results in an employee working in excess of forty (40) hours in any calendar week shall be compensated in cash at time and one half (1-1/2 times).

b.      For those employees whose normal work week is less than forty (40) hours, any such ordered involuntary overtime worked between the maximum of that work week and forty (40) hours in any calendar week, shall be compensated in cash at straight time (1x). For employees granted a shortened work day under Section 18 of Article V, compensatory time for work performed between thirty (30) and thirty-five (35) hours a week when such shortened schedule is in effect shall be granted at the rate of straight time (1 time), but such work shall not be considered overtime.

c.      Upon the written approval of an employee's request by the agency head or designee, an employee who works ordered involuntary overtime shall have the option of being compensated in time off at the applicable rates provided in Sections 3(a) and 3(b) provided that the exercise of such option does not violate the provisions of ("FLSA").

d.      There shall be no rescheduling of days off and/or tours of duty to avoid the payment of overtime compensation. Any work performed on a scheduled day off shall be covered by this Article.

e.      Employees who are paid in cash or who are compensated in time at the rate of time and one-half ($1\frac{1}{2}$X) for overtime pursuant to subsection c of this Section or the Fair Labor Standards Act may not credit such time for meal allowance.

## Section 4.

a.      Authorized voluntary overtime which results in any employee working in excess of the employee's normal work week in any calendar week shall be compensated in time off at the rate of straight time (1x).

b.      For employees covered by the provisions of FLSA, voluntary overtime actually worked in excess of forty hours in a calendar week shall be compensated at the rate of time and one-half ($1\frac{1}{2}$x) in time provided that the total unliquidated compensatory hours credited to an employee pursuant to this provision may not exceed 240 hours. If an employee has reached the 240 hour maximum accrual for FLSA compensatory time, all subsequent overtime earned under this provision must be compensated in cash at time and one-half ($1\frac{1}{2}$x).

## Section 5.

a.      No credit shall be recorded for unauthorized overtime. Credit for all authorized overtime beyond the normal work week shall accrue in units of one-quarter (¼) hour to the nearest one-quarter (¼) hour and, except for an employee covered by the provisions of FLSA who has actually worked in excess of forty hours in said calendar week, only after one (1) hour. Effective July 15, 1996, credit for all authorized overtime, beyond the normal work week, shall accrue in units of **one-half (½) hour** to the nearest **one-half (½) hour.**

00001

CHALMERS FPI LIT-00001374

i.    For employees covered by Unit Agreements that expire March 31, 2000, subsection 5(a)(i) shall be in effect from July 15, 1996 to March 31, 2000.

ii.   For employees covered by Unit Agreements that expire December 31, 1999, subsection 5(a)(i) shall be in effect from July 15, 1996 to December 31, 1999.

## Section 6.

The hourly rate of pay shall be determined by taking the below indicated fractional part of the affected employee's annual regular salary:

a.    For employees whose basic work week is thirty-five (35) hours:

$$\frac{1}{1827} \quad or \quad \frac{1}{261 \times 7}$$

b.    For employees whose basic work week is thirty-seven and one-half (37½) hours:

$$\frac{1}{1957.5} \quad or \quad \frac{1}{261 \times 7.5}$$

c.    For employees whose basic work week is forty (40) hours:

$$\frac{1}{2088} \quad or \quad \frac{1}{261 \times 8}$$

d.    For employees in the titles of Houseparent or Senior Houseparent, the hourly basic rate shall be calculated by multiplying the "basic annual rate (excluding overtime)" set forth in the Social Services and Related Titles Agreement by:

$$\frac{1}{3132} \quad or \quad \frac{1}{261 \times 12}$$

For all hours in excess of 40 hours per week, such employees shall be compensated at the rate of time and one-half (1½X) of the hourly basic rate.

e.    Payment shall be computed and paid on a basis of quarter hour units actually worked beyond the normal scheduled work week, provided at least one (1) full hour is compensable in a calendar week (unless such employee is covered by the provisions of the FLSA and has actually worked in excess of forty hours in said calendar week). "Annual regular salary" shall in addition to all payments included in an employees basic salary include all educational, assignment, and longevity differentials, and, when mandated to be included by FLSA, such other additions to gross that are regularly part of an employee's salary.

## Section 7. Overtime Cap

a.    These overtime provisions, including recall and standby provisions, shall apply to all covered employees including those working more than half-time, and with permanent, provisional or temporary status, whose annual gross salary including overtime, all differentials and premium pay is not in excess of the amount set forth in subsections 7(d) and 7(e) for eligibility for cash compensated overtime (the "cap").

00001

CHALMERS FPI LIT-00001375

b.   When an employee's annual gross salary including overtime, all differentials and premium pay is higher than the cap, compensatory time at the rate of straight time shall be credited for authorized overtime except as may be proscribed by FLSA. The gross salary shall be computed on an annual calendar year basis and for the purposes of this Section shall mean basic annual salary plus any monies earned.

c.   Employees who are not covered by FLSA whose annual gross salary including overtime, all differentials and premium pay is in excess of the cap shall be required to submit periodic time reports at intervals of not less than one week, but shall not be required to follow daily time clock or sign-in procedures. Employees covered by the overtime provisions of FLSA shall be required to follow daily time clock or sign-in procedures. The periodic time report shall be in such form as is required by the Agency.

d.   Effective January 1, 1995, the cap shall be **$45,805.**

e.   Effective November 28, 1999, the cap shall be increased to **$54,549.** Thereafter, unless otherwise agreed by the parties, the cap amount shall be adjusted by future collective bargaining increases. Each time the cap is adjusted, an interpretive memorandum or similar document shall be issued setting forth the new amount.

## Section 8.

a.   Effective as indicated below employees who work authorized overtime, except as set forth in Section 3(e) of this Article, shall be entitled to the following meal allowances:

| | Effective 1/1/1995 | Effective 11/26/'99 |
|---|---|---|
| For two continuous hours of overtime | $ 7.50 | $ 8.25 |
| For five continuous hours of overtime | $ 8.00 | $ 8.75 |
| For seven continuous hours of overtime | $10.00 | $10.75 |
| For ten continuous hours of overtime | $11.00 | $11.75 |
| For fifteen continuous hours of overtime | $12.00 | $12.75 |

b.   Time off for meals shall not be computed as overtime. However, such time off shall not affect the continuity requirement for the above meal allowances.

## Section 9.

Employees recalled from home for authorized ordered involuntary overtime work, shall be guaranteed overtime payment in cash for at least four (4) hours, if eligible for cash payment under Section 7 of this Article. When an employee voluntarily responds to a request to come from home for voluntary authorized overtime work, such overtime shall be compensated in time off on an hour-for-hour basis but with minimum compensatory time of four (4) hours.

a.   Effective July 15, 1996, for all employees who are recalled from home for authorized ordered involuntary overtime work, the minimum guaranteed cash overtime payment shall be **two (2) hours**.

b.   For employees covered by Unit Agreements that expire March 31, 2000, subsection 9(a) shall be in effect from July 15, 1996 to March 31, 2000.

c.   For employees covered by Unit Agreements that expire December 31, 1999, subsection 9(a) shall be in effect from July 15, 1996 to December 31, 1999.

00001

CHALMERS FPI LIT-00001376

**Section 10.**

a.  Compensatory time off for voluntary overtime work as authorized in this Article shall be scheduled at the discretion of the agency head but the agency head shall not schedule its use without the consent of the employee within the thirty (30) calendar days following its earning.  However, all compensatory time off must be taken by the affected employee within the four (4) months following its earning.  Except for the time described in subsection 10b(ii) below, any such compensatory time not so used by the employee's choice shall be added to the employee's sick leave balance.  If the agency head calls upon an employee not to take the compensatory time off or any part thereof within the four (4) months, that portion shall be carried over until such time as it can be liquidated.  This subsection shall not apply to compensatory time accrued pursuant to FLSA.

b.  For employees covered by the Fair Labor Standards Act, accrued compensatory time usage shall be charged in the following manner and order:

   i.    First, Pre-FLSA Compensatory Time Bank

   ii.   Second, Post-April 14, 1986 FLSA Compensatory Time Bank

   iii.  Third, Post-April 14, 1986 non-FLSA Compensatory Time Bank

c.  If compensatory time off is charged to an employee's Post-April 14, 1986 FLSA Compensatory Time Bank and as a result the employee will not be able to take his/her accrued Post-April 14, 1986 non-FLSA compensatory time within the four (4) month period provided in subsection 10(a) above, the period of time in which the equivalent amount of time in the Post-April 14, 1986 non-FLSA Compensatory Time Bank which must be taken shall be extended in writing by the agency head an additional four months.

**Section 11.**

a.  Employees who volunteer to stand by in their homes, as authorized by competent authority, shall receive compensatory time credit on the basis of one-half (1/2) hour for each hour of standby time.

b.  Employees who are required, ordered and/or scheduled on an involuntary basis to stand by in their homes subject to recall, as authorized by the agency head or the agency head's designated representative shall receive overtime payment in cash for such time on the basis of one-half (1/2) hour paid overtime for each hour of standby time.  Employees who reside on the work premises or are in post-graduate training status shall not be included in this provision.

**Section 12.**

Employees who are required to carry communication devices (or "beepers") shall not be restricted in their ability to travel.  Notwithstanding the above, they may be required to call in or may make other mutually agreeable accommodations with the agency.

00001

CHALMERS FPI LIT-00001377

### Section 13.

The Employer and the Union may agree to apply a variation of the overtime provisions of this Agreement.

### Section 14.

Except in an emergency situation, when authorized and ordered by an agency head, a Hospital Executive Director or a designated representative, no employee shall be required to actually work more than two (2) consecutive normal work shifts in any twenty-four (24) hour period nor shall said employee be required to work more than two (2) consecutive work shifts for more than two (2) consecutive weeks.

## ARTICLE V - TIME AND LEAVE

### Section 1.

a.    All provisions of the Resolution approved by the Board of Estimate on June 5, 1956 on "Leave Regulations for Employees Who Are Under the Career and Salary Plan" (hereinafter "Leave Regulations") and amendments, and official interpretations relating thereto, in effect on the effective date of this Agreement and amendments which may be required to reflect the provisions of this Agreement shall apply to all employees covered by the Agreement.

Interpretations shall be defined as those rulings issued by the Commissioner of Citywide Administrative Services pursuant to Section 6.6 of the Leave Regulations and which are printed in the official Leave Regulations.

This Section shall not circumscribe the authority of the Commissioner of Citywide Administrative Services to issue new interpretations subsequent to the effective date of this Agreement. Such new interpretations shall be subject to the grievance and arbitration provisions of this Agreement.

b.    The annual leave allowance for Employees in a title or an agency covered by the Leave Regulations shall accrue as follows: *

| Work Week | Years of Service | Monthly Accrual | Allowance |
|---|---|---|---|
| | Beginning of 15th year | 27:00 hours | 324:00 hours |
| | Beginning with 8 year | 25:00 hours | 300:00 hours |
| 60 | Beginning with 5 year | 20:00 hours | 240:00 hours |
| | First Year | 15:00 hours | 180:00 hours |
| | Beginning of 15th year | 18:00 hours | 216:00 hours |
| | Beginning with 8 year | 16:40 hours | 200:00 hours |
| 40 | Beginning with 5 year | 13:20 hours | 160:00 hours |
| | First Year | 10:00 hours | 120:00 hours |
| | Beginning of 15th year | 16:53 hours | 202:30 hours |
| | Beginning with 8 year | 15:38 hours | 187:30 hours |
| 37½ | Beginning with 5 year | 12:30 hours | 150:00 hours |
| | First Year | 9:23 hours | 112:30 hours |
| | Beginning of 15th year | 15:45 hours | 189:00 hours |
| | Beginning with 8 year | 14:35 hours | 175:00 hours |
| 35 | Beginning with 5 year | 11:40 hours | 140:00 hours |
| | First Year | 8:45 hours | 105:00 hours |

---

* Refer to prior Citywide Agreement for accrual rate in effect prior to July 1, 1991. 00001

CHALMERS FPI LIT-00001378

## Section 2.

a. Employee requests for annual leave made pursuant to agency policy or collective bargaining agreement, shall be in writing on a form supplied by the agency. Approval or disapproval of the request shall be made on the same form by a supervisor authorized to do so by the agency.

Decisions on requests for annual leave or for leave with pay shall be made within seven (7) working days of submission except for requests which cannot be approved at the local level or requests for leave during the summer peak vacation period or other such periods for which the Employer has established and promulgated a schedule for submission and decision of leave requests. Once a leave request has been approved, the approval may not be rescinded except in writing by the agency head, Executive Director of a Hospital or Chief of Personnel in the Police Department.

If any agency head, Executive Director of a Hospital, or Chief of Personnel in the Police Department calls upon an employee to forego the employee's requested annual leave or any part thereof in any year, it must be in writing and that portion shall be carried over until such time as it can be liquidated.

b. In order to allow employees to make advanced plans, decisions on requests for annual leave in amounts of at least 5 consecutive work days or tours falling during an agency's designated summer peak vacation period shall be made not less than thirty (30) days prior to the scheduled commencement of said peak vacation period. Such requests must be made no later than forty-five (45) days or tours prior to the commencement of the summer peak vacation period or by the designated submission date for such requests, whichever is earlier. The summer peak vacation period shall be the period designated by an Agency as such, provided such period does not commence prior to Memorial Day Weekend or extend past September 30th. Nothing contained herein shall preclude employees from making annual leave requests in accordance with the other provisions of this Agreement.

c. Where an employee has an entitlement to accrued annual leave and/or compensatory time, and the City's fiscal condition requires employees who are terminated, laid off or who choose to retire in lieu of layoff, be removed from the payroll on or before a specific date because of budgetary considerations, the Employer shall provide the monetary value of accumulated and unused annual leave and/or compensatory time allowances standing to the employee's credit in a lump sum. Such payments shall be in accordance with the provisions of Executive Order 30, dated June 24, 1975, and the FLSA.

## Section 3.

a. Approved sick leave and annual leave may be used in units of one (1) hour. Any employee who has completed four (4) months of service may be permitted to take approved annual leave as it accrues.

b. Except as provided below, employees shall be credited with one day of sick leave per month. Approved sick leave may be used as it accrues. This section shall not alter the provisions of any existing unit agreement which contains a more beneficial procedure.

00001

CHALMERS FPI LIT-00001379

i.  For all employees *newly* hired after July 14, 1996, a maximum sick leave accrual of eleven (11) days per annum for the first three (3) years of service shall apply.

ii.  For employees covered by Unit Agreements that expire March 31, 2000, subsection 3(a)(i) shall be in effect from July 15, 1996 to March 31, 2000.

iii.  For employees covered by Unit Agreements that expire December 31, 1999, subsection 3(a)(i) shall be in effect from July 15, 1996 to December 31, 1999.

c.  It shall be the policy of the employer to allow employees to use during their current leave year the amount of annual leave accruable during that year, provided they have sufficient available leave balances. This provision shall be subject to the leave regulations referenced in Section 1 of this Article V and the needs of the agency. Exceptions to this policy shall be on a reasonable and case-by-case basis.

## Section 4.

By June 1st of each year all employees shall be given an annual statement of all leave balances as of the preceding April 30th (sick leave, annual leave, compensatory time, holiday leave credits).

## Section 5.

a.  i.  Except as provided in Section 5(a)(ii), sick leave shall be used only for personal illness of the employee. Approval of sick leave in accordance with the Leave Regulations is discretionary with the agency and proof of disability must be provided by the employee, satisfactory to the agency within five (5) working days of the employee's return to work. However, the employer may request proof of disability when an employee has been on sick leave for five or more consecutive working days. Such proof satisfactory to the agency must be submitted within five working days of such request.

ii.  (1)  Notwithstanding the provisions of Section 5(a)(i), Employees may use one day per year from their sick leave balances for the care of ill family members.

(2)  Effective July 15, 1996, employees may use two (2) days per year from their sick leave balances for the care of ill family members.

(3)  Approval of such leave is discretionary with the agency and proof of disability must be provided by the employee satisfactory to the agency within five (5) working days of the employee's return to work.

(4)  The provisions of Article V, Section 5(a)(ii) shall apply to part-time per annum, hourly, per diem, per session and seasonal employees who work at least one half the regular hours of full time employees in the same title and who have worked for at least one month on a regular basis and accrue sick leave pursuant to Article V, Section 19(b).

00001

CHALMERS FPI LIT-00001380

(5)    The use of sick leave for care of ill family members shall be limited to a maximum of one-sixth (1/6) of the amount of sick leave hours accruable by an eligible employee during the current leave year or one-sixth (1/6) of the sick leave hours accruable by a full time employee in the same title during a leave year, whichever is less. Approved usage of sick leave for care of ill family members may be charged in units of one (1) hour.

(6)    Family member shall be defined as: spouse; natural, foster or step parent; child, brother or sister; father-in-law; mother-in-law; any relative residing in the household; and domestic partner, provided such domestic partner is registered pursuant to the terms set forth in the New York City Administrative Code Section 3-240 *et seq.*

b.    The provisions of Section 5(a) above notwithstanding, the agency may waive the requirement for proof of disability underline{unless}:

i.    An employee requests sick leave for more than three (3) consecutive work days; or

ii.    An employee uses undocumented sick leave more than five (5) times in a "sick leave period." Employees hired during a "sick leave period" shall be subject to the terms of this subsection commencing with the next complete "sick leave period"; or

iii.    An employee uses undocumented sick leave more than four (4) times in a "sick leave period" on a day immediately preceding or following a holiday or a scheduled day off. Employees hired during a "sick leave period" shall be subject to the terms of this subsection commencing with the next complete "sick leave period."

c.    For the purposes of Sections 5(b)(ii) and 5(b)(iii) above, the calendar year shall be divided into two (2), six (6) month "sick leave periods." They shall be: (1) January 1 to June 30, inclusive; and (2) July 1 to December 31, inclusive. An employee who exceeds the allowable number of undocumented absences in any "sick leave period" pursuant to Sections 5(b)(ii) and 5(b)(iii) above shall thereafter, commencing with the next "sick leave period," be required to submit medical documentation, satisfactory to the agency head, before further sick leave may be approved. The requirement for such documentation shall continue in effect until the employee has worked a complete "sick leave period" without being on sick leave more than two (2) times.

d.    For the purposes of this Section 5 "one time" shall mean the consecutive use of one-half (½) or more work days for sick leave. Sick leave taken in units of less than one-half (½) work day shall be counted as "one time" on sick leave when the cumulative total of such sick leave amounts to one-half (½) day.

00001

CHALMERS FPI LIT-00001381

e.    The provisions of Section 5(b) above notwithstanding, the agency shall have the discretion to waive the medical documentation required pursuant to Sections 5(b)(ii), 5(b)(iii) and 5(c), for employees who have completed their third year of employment and thereafter have a current sick leave balance commensurate with the number of years of employment as follows:

| | | | |
|---|---|---|---|
| 3 years | 21 days | 7 years | 49 days |
| 4 years | 28 days | 8 years | 56 days |
| 5 years | 35 days | 9 years | 63 days |
| 6 years | 42 days | 10 years or more | 70 days |

f.    It is not the intent of Sections 5(b) and 5(e) for an agency to regularly require proof of disability under normal circumstances.

g.    Any employee who anticipates a series of three (3) or more medical appointments, which will require a repeated use of sick leave in units of one day or less shall submit medical documentation indicating the nature of the condition and the anticipated schedule of treatment.  Sick leave taken pursuant to said schedule of treatment shall be deemed documented.

h.    The medical documentation required by this Section shall be from a health practitioner licensed by the state in which she/he practices to diagnose and certify illness or disability. When an employee has been recommended for relief from duty by a medical practitioner acting in behalf of the Employer's Health Service, the time granted shall be considered documented sick leave for the day of the relief from duty only, unless otherwise specified by the Employer's practitioner.

## Section 6.

The number of sick leave allowance days permitted to accumulate shall be unlimited.

## Section 7.

a.    An employee's annual leave shall be changed to sick leave during a period of verified hospitalization.  When an employee is seriously disabled but not hospitalized while on annual leave, after the employee submits proof of such disability which is satisfactory to agency head, such leave time may be charged to sick leave and not to annual leave at the employee's option.

b.    Employees on approved sick leave who have exhausted their sick leave balances shall be placed on annual leave unless otherwise requested in writing for the duration of that absence, subject to continued proof of disability satisfactory to the agency.

## Section 8.

Employees who are on agency approved work-study paid leave of absence shall not have annual leave credits deducted unless they actually request and take such annual leave, provided that annual leave accruals do not exceed the maximum permitted in this Agreement.

00001

CHALMERS FPI LIT-00001382

**Section 9.**

a.    The regular holidays with pay shall be as follows:

| | |
|---|---|
| New Year's Day | January 1st |
| Martin Luther King, Jr. Day | Third Monday in January |
| Lincoln's Birthday * | February 12th |
| Washington's Birthday | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | July 4th |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans' Day | November 11th (or other date established by NYS Legislature) |
| Election Day | First Tuesday following the First Monday in November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | December 25th |

    *   See Section 9(c)

b.    When a holiday falls on a Saturday, it shall be observed on the preceding Friday. When a holiday falls on a Sunday, it shall be observed on the following Monday. However, when an agency head deems it necessary to keep facilities open on both Monday and Friday, employees may be scheduled to take time off on either the Monday or Friday. When either the holiday, or the day designated for observance, occurs on an employee's scheduled day off and the employee does not work on such day, the employee shall be entitled to one compensatory day off in lieu of the holiday.

c.    Effective January 1, 1997, an Employee shall be entitled to one floating holiday in each calendar year during which the employee is in active pay status with the Employer prior to Lincoln's Birthday of such calendar year, subject to the following conditions:

    i.    The floating holiday shall be taken at the employee's discretion, subject to the needs of the employing agency. Employees must request to use their floating holiday in writing at least 30 days in advance on a form supplied by the agency. Approval or disapproval of the request shall be made on the same form by a supervisor authorized to do so by the agency. Decisions shall be made within ten (10) working days of submission.

    ii.   Employees wishing to use their floating holiday to observe Lincoln's Birthday shall file such requests prior to January 15. Approval shall not be unreasonably denied. For the purposes of this subsection, the day of observance for employees of Mayoral agencies assigned to Board of Education facilities shall be on the day set by the Board.

    iii.  Once a floating holiday request has been approved, the approval may not be rescinded except in writing by the agency head, Executive Director of a Hospital or Chief of Personnel in the Police Department. If an employee is required to work on a floating holiday once the request for it has been approved, the employee shall receive a fifty percent (50%) cash premium for all regularly scheduled hours worked on the floating holiday and shall, in addition, receive compensatory time off at the employee's regular rate of pay.

00001

CHALMERS FPI LIT-00001383

iv.    The floating holiday must be used in the calendar year in which it is earned and may not be carried over to a succeeding year or cashed out upon separation of service. If the agency head calls upon an employee not to take the floating holiday by the end of the calendar year, the floating holiday shall be carried over to the following calendar year only.

v.    For employees assigned to perform work at facilities which are normally closed on Lincoln's Birthday, such as, but not limited to, State Courts or Department of Sanitation garages, Lincoln's Birthday shall continue to be observed as an official holiday and the floating holiday provisions set forth in this subsection c, shall not apply.

## Section 10. Line of Duty Injury Due to Assault

Upon the determination by the head of an agency that an employee has been physically disabled because of an assault arising out of and in the course of the employee's employment, the agency head will grant the injured employee a leave of absence with pay not to exceed eighteen (18) months. No such leave with pay shall be granted unless the Worker's Compensation Division of the Law Department advises the head of the agency in writing that the employee's injury has been accepted by the Division as compensable under the Worker's Compensation Law, or if such injury is not accepted by the Division as compensable under such law, unless the Worker's Compensation Board determines that such injury is compensable under such law.

If a permanent employee who has five (5) years or more of service does not have sufficient leave credit to cover the employee's absence pending a determination by the Worker's Compensation Division of the Law Department, the agency head shall advance the employee up to forty-five (45) calendar days of paid leave. In the event the Worker's Compensation Division of the Law Department does not accept the injury as compensable under the law or the Worker's Compensation Board determines that such injury is not compensable under such law, the employee shall reimburse the City for the paid leave advance.

If an employee is granted a leave of absence with pay pursuant to this Section, the employee shall receive the difference between the employee's weekly salary and the employee's compensation rate without charge against annual leave or sick leave. The employee shall, as a condition of receiving benefits under this Section, execute an assignment of the proceeds of any judgment or settlement in any third party action arising from such injury, in the amount of the pay received pursuant to this Section and medical disbursements, if any, made by the Employer, but not to exceed the amount of such proceeds. Such assignment shall be in the form prescribed by the Corporation Counsel. The injured employee shall undergo such medical examinations as are requested by the Worker's Compensation Division of the Law Department and the employee's agency, and when found fit for duty by the Worker's Compensation Board shall return to the employee's employment.

No benefits shall be paid while an employee is suspended pending disciplinary action, or if an employee is subsequently found culpable of having commenced the assault or unnecessarily continuing the assault.

00001

CHALMERS FPI LIT-00001384

Benefits provided under this Section shall be in addition to but not concurrent with benefits provided under Section 7.0 and 7.1 of the Career and Salary Plan Leave Regulations.

## Section 11. Line of Duty Injury Other than Assault

For employees who do not come under the provisions of Section 10 of this Article but who are injured in the course of employment, upon determination by the head of an agency that an employee has been physically disabled because of an injury arising out of and in the course of the employee's employment, through no fault of the employee, the agency head will grant the injured employee an extended sick leave with pay not to exceed three (3) months after all the employee's sick leave and annual leave balances have been exhausted. This additional leave must be taken immediately following the exhaustion of such balances. No such leave with pay shall be granted unless the Worker's Compensation Division of the Law Department advises the agency head in writing that the employee's injury has been accepted by the Division as compensable under the Worker's Compensation Law, or if such injury is not accepted by the Division as compensable under such law, unless the Worker's Compensation Board determines that such injury is compensable under such law. If an employee is granted extended sick leave with pay pursuant to this Section, the employee shall receive the difference between the employee's weekly salary and the employee's compensation rate for the period of time granted The employee shall, as a condition of receiving benefits under this Section, execute an assignment of the proceeds of any judgment or settlement in any third party action arising from such injury, in the amount of the pay and medical disbursements received pursuant to this Section, but not to exceed the amount of such proceeds. Such assignment shall be in the form prescribed by the Corporation Counsel. The injured employee shall undergo such medical examinations as are requested by the Worker's Compensation Division of the Law Department and the employee's agency, and when found fit for duty by the Worker's Compensation Board shall return to the employee's employment.

Benefits provided under this Section shall be in addition to but not concurrent with benefits provided under Sections 7.0 and 7.1 of the Career and Salary Plan Leave Regulations.

## Section 12.

Within forty-five (45) days of the receipt by the Worker's Compensation Division of the Law Department of a claim for Worker's Compensation, the City shall notify the claimant of the approval or disapproval of the claim.

Failure to notify the employee within the forty-five (45) day time limit may be grieved at Step III of the grievance procedure without resort to previous steps.

## Section 13.

Pursuant to Executive Order No. 34, dated March 26, 1971, "Regulations Governing Cash Payments for Accrued Annual Leave and Accrued Compensatory Time on Death of an Employee while in the City's Employ," if an employee dies while in the Employer's employ, the employee's beneficiary or if no beneficiary is designated, then the employee's estate, shall receive payment in cash for the following.

00001

CHALMERS FPI LIT-00001385

a.    All unused accrued annual leave to a maximum of fifty-four (54) days credit.

b.    All unused accrued compensatory time earned subsequent to March 15, 1968 and retained pursuant to this Agreement, verifiable by official agency records, to a maximum of two hundred (200) hours.

## Section 14.

If an employee dies during the term of this Agreement because of an injury arising out of and in the course of the employee's employment through no fault of the employee, and in the proper performance of the employee's duties, a payment of twenty-five thousand dollars ($25,000) will be made from funds other than those of the Retirement System in addition to any other payment which may be made as a result of such death.  Such payment shall be made to the same beneficiary designated for the purposes of Section 13 of this Article, or if no beneficiary is so designated, payment shall be made to the employee's estate.

## Section 15.

If while in covered employment under the terms of this Agreement an employee dies, the Employer shall notify the beneficiary designated by the employee in the personnel folder as to what benefits may be available t or the employee and as to where claims may be initiated for such benefits.  If no beneficiary is designated, the public administrator of the county in which the employee last resided shall be notified.

The employing agency shall promptly notify the appropriate retirement system and request it communicate with the beneficiary designated in the system's records.

## Section 16.

a.    Every employee is obligated to report for work as scheduled.

b.    Except for the employees described in subsection c below, there shall be a grace period of five minutes at the beginning of the work shift.  When an employee's lateness extends beyond the five-minute grace period, the full period of time between the scheduled reporting time and the actual reporting time shall be charged against such employee (e.g. an employee whose starting time is 9:00 a.m. who reports to work at 9:05 a.m. would not be "late," but such an employee with such a starting time who reports to work at 9:06 a.m. would be charged with six (6) minutes of lateness).

c.    The following employees shall not be entitled to the five-minute grace period described in subsection b above:

    i.    Emergency personnel, including, but not limited to, Fire Alarm Dispatchers, Police Communication Technicians, Emergency Medical Services Specialists. The City shall furnish the Union with a full list of such positions.

    ii.    Employees whose positions require, in the event of late reporting for work, that another be held over from a previous shift or be called in to substitute for the late employee, at premium rates of pay.

    iii.    Employees subject to flexible work schedules.

00001

CHALMERS FPI LIT-00001386

d.  Lateness beyond the five-minute grace period shall be classified as "excused" or "not excused" and excused lateness shall not be charged against the employee. Lateness found by the agency head or the individual designated by the agency head to have been caused by unforeseen public transportation delays or other circumstances which arise after an employee leaves for work which cannot be anticipated (e.g. elevator breakdowns or private transportation breakdowns) which are beyond the ability of the tardy employee to control shall be excused. Such findings shall be reasonably made; and the tardy employee may be required to furnish proof satisfactory to the agency head of the cause of the lateness. A request for excusal shall not be unreasonably denied. A refusal to excuse a lateness may be appealed to the Commissioner of Labor Relations whose decision shall be final.

e.  Deduction for unexcused lateness shall be made on a minute for minute basis from any compensatory time standing to an employee's credit and then, if there is no such credited time, from the employee's annual leave balances.

f.  The City reserves the right and power appropriately and for just cause to discipline or to discharge an employee for excessive lateness.

g.  Contractual provisions or agency policies regarding lateness, grace or excusal periods or lateness penalties inconsistent with the uniform lateness policy set forth in this Section shall be superseded by this Section 16.

h.  Latenesses caused by a verified major failure of public transportation, such as a widespread or total power failure of significant duration or other catastrophe of similar severity, shall be excused.

i.  Each agency will prepare contingency plans for operation during a major failure of public transportation which would cause disabled employees, as defined in the Americans with Disabilities Act, great difficulty in reaching their regular work location. Such plans will include, where practicable and productive, provisions assigning disabled employees to report to agency locations closer to their homes. Such plans shall also include provisions for excusal by the agency head of absences on an individual basis for disabled employees. Decisions of the agency head with respect to absences under such plans shall not be subject to the grievance procedure.

## Section 17.

a.  Effective January 1, 1975, the terminal leave provision for all employees except as provided in subsections b. and c., below shall be as follows:

Terminal leave with pay shall be granted prior to final separation to employees who have completed at least ten (10) years of service on the basis of one (1) day of terminal leave for each two (2) days of accumulated sick leave up to a maximum of one hundred-twenty (120) days of terminal leave. Such leave shall be computed on the basis of work days rather than calendar days.

00001

CHALMERS FPI LIT-00001387

b.      Any employee who as of January 1, 1975 had a minimum of fifteen (15) years of service as of said date may elect to receive upon retirement a terminal leave of one (1) calendar month for every ten (10) years of service pro-rated for a fractional part thereof in lieu of any other terminal leave. However, any sick leave taken by such employees subsequent to July 1, 1974 in excess of an average annual usage of six (6) days per year shall be deducted from the number of days of terminal leave to which the employee would otherwise be entitled at the time of retirement, if the employee chooses to receive terminal leave under this subsection.

c.      In the case where an employee has exhausted all or most of the employee's accrued sick leave due to a major illness, the agency head, in the agency head's discretion, may apply two and one-fifth (2 1/5) work days for each year of paid service as the basis for computing terminal leave in lieu of any other terminal leave. An employee's request for the application of this subsection shall not be unreasonably denied. The denial of an employee's request may be appealed solely to the Commissioner of Labor Relations.

d.      Where an employee has an entitlement to terminal leave and the City's fiscal situation requires that employees who are terminated, laid off or retired be removed from the payroll on or before a specific date, because of budgetary considerations, the Employer shall provide a monetary lump sum payment for terminal leave in accordance with the provisions of Executive Order 31, dated June 24, 1975.

## Section 18.

a.      Shortened workday schedules or heat days in lieu thereof for employees who have traditionally enjoyed shortened workday schedules or heat days in lieu thereof shall begin on July 1 and terminate on Labor Day. Employees who are entitled to receive heat days in lieu of shortened workdays shall receive three (3) such days.

b.      Shortened workday schedules and heat days in lieu thereof shall be abolished for employees who work in air-conditioned facilities and for outdoor and field employees. However, outdoor and field employees who traditionally enjoyed such benefits and who are required to return to an office location before the end of the workday shall be entitled to the same summer schedules enjoyed by office employees at such location on such day.

c.      Outdoor and field employees include, but are not limited to, law enforcement personnel, Traffic Enforcement Agents, Traffic Device Maintainers, Motor Vehicle Operators, Inspectors, Engineers, Assessors, Appraisers, Investigators, Quality Control Specialists and Public Health Nurses. Homemakers and employees in equivalent titles, who are assigned to work in clients' homes which are not air-conditioned and who traditionally enjoyed shortened workday schedules or heat days in lieu thereof, shall continue to be so entitled.

d.      No shortened workday schedules or heat days in lieu thereof, shall be granted to any employee until the employee has completed one year of service.

00001

CHALMERS FPI LIT-00001388

e.   Employees who work shortened workday schedules as described in this Section are entitled to the meal allowances set forth in Section 8 of Article IV, provided that such employees work a minimum of three (3) hours beyond the shortened workday schedule. An employee who qualifies for a meal allowance pursuant to this subsection shall not count the first hour worked after the shortened workday schedule in computing the amount of the meal allowance to which the employee is entitled.

## Section 19.

a.   Part-time per annum, hourly, per diem, per session and seasonal employees who work at least one half the regular hours of full time employees in the same title and who have worked for at least one month on a regular basis shall accrue leave credits as set forth below: *

| Years of Service | Accrual |
|---|---|
| At the beginning of the 1st year | 1 hour for 15 hours worked (154 hours maximum) |
| At the beginning of the 5th year | 1 hour for 11 hours worked (210 hours maximum) |

b.   Sick leave: One (1) hour of sick leave for every twenty (20) hours actually worked with no maximum accrual.

   i.   For all employees *newly* hired after July 14, 1996, shall accrue at the rate of 1 hour of sick leave for each 22 hours actually worked for the first three (3) years of service.

   ii.   For employees covered by Unit Agreements that expire March 31, 2000, subsection 19(b)(i) shall be in effect from July 15, 1996 to March 31, 2000.

   iii.   For employees covered by Unit Agreements that expire December 31, 1999, subsection 19(b)(i) shall be in effect from July 15, 1996 to December 31, 1999.

c.   If no full-time equivalent title exists then the minimum number of hours required in order to receive registered leave credits pursuant to this Section shall be based on the nature of employment as follows:

   White Collar Employment   -   17 1/2 hours per week
   Blue Collar Employment   -   20 hours per week

## Section 20.

a.   A child care leave of absence without pay shall be granted to any employee (male or female) who becomes the parent of a child up to four years of age (or whose domestic partner registered pursuant to the New York City Administrative Code Section 3-240 et seq.) becomes the parent of a child up to four years of age), either by birth or by adoption, for a period of up to forty-eight (48) months. The use of this maximum allowance will be limited to one instance only. All other child care leaves of an employee shall be limited to a thirty-six (36) month maximum.

---

* Refer to prior Citywide Agreement for accrual rate in effect prior to July 1, 1991.

0 0 0 0 1

CHALMERS FPI LIT-00001389

b.   Prior to the commencement of child care leave, an employee shall be continued in pay status for a period of time equal to all of the employee's unused accrued annual leave and compensatory time (including FLSA compensatory time).

c.   Employees, who initially elect to take less than the forty-eight (48) month maximum period of leave or the thirty-six (36) months, may elect to extend such leave by up to two extensions, each extension to be a minimum of six (6) months. However, in no case may the initial leave period plus the one or two extensions total more than forty-eight (48) months or thirty-six (36) months.

d.   This provision shall not diminish the right of the Agency Head or the Personnel Director, as set forth in Rule 5.1 of the Leave Regulations, to grant a further leave of absence without pay for child care purposes.

### Section 21.

a.   Bereavement leave shall be granted for the death of an employee's spouse; "domestic partner," as defined in the New York Administrative Code Section 1-112(21); natural, foster or step parent; child; brother or sister; father-in-law; mother-in-law; or other relative residing in the household.

b.   Effective November 26, 1999, bereavement leave shall be granted for the death of a grandchild.

c.   When a death in an employee's family occurs while the employee is on annual or sick leave, such time as is excusable for death in the family shall not be charged to annual or sick leave.

### Section 22.

Individual employee grievants shall be granted leave with pay for such time as is necessary to testify at arbitration hearings.

Leave with pay shall be granted to three (3) employees who are named grievants in a group arbitration proceeding for such time as is necessary for them to testify at their group arbitration hearings.

Leave with pay for such time as is necessary to testify at their hearings shall be granted to employees who, after final adjudication of proceedings under Section 210 paragraph 2(h) of the Civil Service Law, are determined not to have been in violation of Section 210.

### Section 23.

If at any time during the period of this Agreement the parties agree that it is impracticable to recruit for certain titles covered by this Agreement, the employer with the agreement of the Union may apply a variation of the provisions contained in Article V and Article VI of this Agreement for those titles.

00001

CHALMERS FPI LIT-00001390

# ARTICLE VI - TIME AND LEAVE VARIATIONS

This Article shall apply only to employees who work other than a regularly scheduled standard work week consisting of five (5) seven (7) hour, seven and one-half (7½) hour or eight (8) hour days.

## Section 1.

A "holiday leave bank" shall be established for each employee covered under this Article. The bank shall be credited with holiday leave time equal to one-fifth (1/5) the number of hours in the respective employee's work week as each holiday occurs.

No employee shall receive credit for more than twelve (12) holidays per annum.

## Section 2.

a.   When an employee does not work on one of the regular holidays, a number of hours equal to the number of hours in the employee's regularly scheduled work day shall be subtracted from the employee's "holiday leave bank."

b.   An employee who works on any of the regular holidays shall be compensated in accordance with Section 3 of this Article or the overtime provisions of this Agreement whichever is applicable.

c.   When either the holiday or the day designated for observance occurs on an employee's scheduled day off and the employee does not work on such day, the employee shall accrue credits pursuant to Section 1 of this Article, but no credits shall be deducted from the employee's "holiday leave bank."

## Section 3.

a.   If an employee is required to work on any of the holidays listed in Article V, Section 9 of this Agreement, the employee shall receive a fifty percent (50%) cash premium for all hours worked on the holiday, and there shall be no deduction from the employee's "holiday leave bank."

b.   If a holiday falls on a Saturday or Sunday, the fifty percent (50%) cash premium shall apply only to those employees who are required to work on the Saturday or Sunday holiday. Employees required to work on the Monday or Friday designated by the Employer for holiday observance shall not have any time charged against their "holiday leave bank" as a result of the Saturday or Sunday holiday, but shall not receive premium pay.

c.   With respect to an employee who is scheduled to work on both the Saturday or Sunday holiday and the day designated for observance: (1) if the employee is required to work on only one of such days, the employee's "holiday leave bank" shall be charged the equivalent of one day. Such employee shall receive the fifty percent (50%) cash premium when required to work on Saturday or Sunday; or (2) if the employee is required to work on both such days, the employee shall receive the fifty percent (50%) cash premium for all hours worked on the Saturday or Sunday holiday without any charge to the employee's "holiday leave bank."

00001

CHALMERS FPI LIT-00001391

d.   However, if the employee is required to work on a holiday which falls on the employee's scheduled day off, the employee may choose whether such holiday work is to be compensated by the fifty percent (50%) cash premium without charge to the employee's leave bank, or, if otherwise eligible, by the overtime provisions of Article IV.

e.   An employee shall not receive for the same hours of work both (1) overtime pay and (2) the fifty percent (50%) cash premium without charge to the employee's "holiday leave bank." However, regardless of whether the holiday falls on a regular working day or on a scheduled day off, if the number of hours worked on such holiday exceeds the employee's normal daily tour of duty, all hours of work in excess of such normal daily tour of duty shall be covered by the overtime provisions of Article IV.

f.   Shifts which begin at 11 P.M. or later on the day before the holiday shall be deemed to have been worked entirely on the holiday, and shifts which begin at 11 P.M. or later on the holiday shall be deemed not to have been worked on the holiday.

## Section 4.

An employee may be advanced holiday leave credits consistent with the maximums set forth in Section 1 of this Article. Any resulting negative leave balance shall be charged against subsequent holiday accruals. If as of May 1 of any year an employee's "holiday leave bank" has a negative balance, said balance shall be charged against the employee's annual leave.

## Section 5.

The "Annual Leave Allowance" shall accrue on an hourly basis. The rate of accrual shall be based on the number of hours in the work week and the number of years of service of the respective employee as follows: *

| Work Week | Years of Service | Allowance | Monthly Accrual |
|---|---|---|---|
| 60 | Beginning of 15th year | 324:00 hours | 27:00 hours |
| | Beginning of 8th year | 300:00 hours | 25:00 hours |
| | Beginning of 5th year | 240:00 hours | 20:00 hours |
| | First Year | 180:00 hours | 15:00 hours |
| 40 | Beginning of 15th year | 216:00 hours | 18:00 hours |
| | Beginning of 8th year | 200:00 hours | 16:40 hours |
| | Beginning of 5th year | 160:00 hours | 13:20 hours |
| | First Year | 120:00 hours | 10:00 hours |
| 37½ | Beginning of 15th year | 202:30 hours | 16:53 hours |
| | Beginning of 8th year | 187:30 hours | 15:38 hours |
| | Beginning of 5th year | 150:00 hours | 12:30 hours |
| | First Year | 112:30 hours | 9:23 hours |
| 35 | Beginning of 15th year | 189:00 hours | 15:45 hours |
| | Beginning of 8th year | 175:00 hours | 14:35 hours |
| | Beginning of 5th year | 140:00 hours | 11:40 hours |
| | First Year | 105:00 hours | 8:45 hours |

---

* Refer to prior Citywide Agreement for accrual rate in effect prior to July 1, 1991.

00001

CHALMERS FPI LIT-00001392

**Section 6.**

The "Sick Leave Allowance" shall accrue on an hourly basis. The monthly accrual of sick leave shall be equal to one-fifth the number of hours in the respective employee's work week.

a.    For all employees *newly* hired after July 14, 1996, the monthly accrual of sick leave shall be equal to 11/60$^{th}$s of the number of hours in the respective employee's work week .for the first three (3) years of service.

b.    For employees covered by Unit Agreements that expire March 31, 2000, subsection 6(a) shall be in effect from July 15, 1996 to March 31, 2000.

c.    For employees covered by Unit Agreements that expire December 31, 1999, subsection 6(a) shall be in effect from July 15, 1996 to December 31, 1999.

**Section 7.**

Where, for record keeping purposes, daily leave balances are converted to hourly leave balances, such conversion shall be based on one-fifth (1/5) the number of hours in the respective employee's regular work week for each day of leave credited to the employee's leave balance, pro-rated for fractional days.

**Section 8.**

a.    Employees who are otherwise entitled to receive heat days pursuant to Article V, Section 18 of this Agreement shall receive compensatory time for said heat days. The number of hours credited for each heat day shall be equal to one-fifth (1/5) the number of hours in the respective employee's work week.

b.    Employees who are otherwise entitled to a shortened workday schedule pursuant to Article V, Section 18 of this Agreement shall be credited with five (5) hours of compensatory time, in lieu of any shortened workday schedule, for each week actually worked while shortened schedules are in effect.

## ARTICLE VII - HEALTH INSURANCE

**Section 1.**

The Labor-Management Health Insurance Policy Committee, with representation from the Municipal Labor Committee and from the Employer, for the purpose of consultation on policy only shall be continued.

**Section 2.**

a.    Retirees shall continue to have the option of changing their previous choice of Health Plans. This option shall be:

i.      a one-time choice;

ii.     exercisable only after one year of retirement; and

iii.    exercisable at any time without regard to contract periods.

00001

CHALMERS FPI LIT-00001393

Such changes to a new plan shall be effectuated as soon as practicable but no later than the first day of the month three months after the month in which the application has been received by the New York City Employee Health Benefits Program.

b.    Effective with the reopener period for health insurance subsequent to January 1, 1980 and every two years thereafter, retirees shall have the option of changing their previous choice of health plans. This option shall be exercised in accordance with procedures established by the Employer. The Union will assume the responsibility of informing retirees of this option.

## Section 3.

If an employee has filed for any disability retirement and, prior to the approval of the application makes direct payment pursuant to the Comprehensive Omnibus Budget Reconciliation Act ("COBRA") to prevent discontinuation of the basic health insurance coverage, upon approval of the disability application the Employer shall request the basic health insurance carrier to reimburse the employee in the amount of the direct premiums paid by the employee which premiums were also paid by the Employer. The Employer shall upon request provide the employee with a letter to the carrier indicating the effective dates of coverage under the New York City Employee Health Benefits Program.

## Section 4.

If an employee is laid off, on leave, or disabled, and has City contributions for basic health insurance discontinued, the Union may make direct COBRA payments on behalf of such employee to the New York City Employee Health Benefits Program carriers at 102 percent of the group rate for such coverage for a maximum period of thirty-six (36) months from the date of discontinuance.

## Section 5.

The Commissioner of Labor Relations and the Commissioner of Citywide Administrative Services will recommend to the New York City Employee Health Benefits Program that retirees be permitted to add dependents to such retirees' coverage under the New York City Employee Health Benefits Program on the same terms and conditions as active employees.

## Section 6.

At the present time, the Employer is providing certain electronic data processing tapes and other relevant information necessary for the administration of certain supplemental health and welfare plans. The cost of supplying such tapes and information will be borne by the entity requesting same.

# ARTICLE VIII - CAR ALLOWANCES

## Section 1.

Employees who are receiving a per diem allowance in lieu of a mileage allowance for authorized and actual use of their own cars may elect reimbursement on a standard mileage basis. Such election shall be irrevocable.

00001

CHALMERS FPI LIT-00001394

### Section 2.

Effective as of the dates set forth below, compensation to employees for authorized and required use of their own cars shall be at the indicated rate. There shall be a minimum guarantee of thirty (30) miles for each day of authorized and actual use. Said mileage allowance is not to include payment for the distance traveled from the employee's home to the first work location in a given day or from the last work location to the employee's home unless the employee is authorized and required to carry special equipment or materials which cannot feasibly be transported via mass transit.

| Effective January 1, 1995 | 25¢ per mile |
| Effective November 26, 1999 | 28¢ per mile |

## ARTICLE IX - PERSONNEL AND PAY PRACTICES

### Section 1.

All regular paychecks of City employees shall be itemized to include overtime, additional wage benefits (including back pay), and differentials.

### Section 2.

Upon transfer of a permanent employee from one agency covered by the sick leave and annual leave provisions of this Agreement to another agency so covered, or appointment of any employee to another agency so covered from an eligible list promulgated by the Commissioner of Citywide Administrative Services immediately following continuous City service, all sick leave and annual leave balances shall be transferred with the employee.

### Section 3.

a.    When a transfer is accomplished with the consent of the employee, all compensatory time due for overtime worked shall be granted to the employee prior to the effective date of the transfer except where:

    i.    the receiving agency agrees in writing to accept the transfer of these accrued compensatory time balances in whole or in part to its records,

    ii.   or the employee requests in writing that these accrued compensatory time balances be converted to sick leave credits as of the date of the transfer.

Initiation of action to liquidate this compensatory time shall be the responsibility of the transferring employee.

b.    When an employee is subjected to a functional or involuntary transfer, all the employee's accrued compensatory time balances shall be transferred to the records of the receiving agency.

c.    When a current employee is appointed to another City agency from a list promulgated by the New York City Department of Citywide Administrative Services, all compensatory time shall be transferred to the records of the appointing agency.

00001

CHALMERS FPI LIT-00001395

## Section 4.

a.  The Employer shall furnish identification cards to all employees who have served continuous.y for six (6) months.

b.  Each employee who is a member of the New York City Employee's Retirement System (NYCERS) as of the effective date of this Agreement shall receive a Tax-Pension Identification Card showing the name, withholding tax number, pension number, pension plan, and the date the last membership in the System began. Employees joining the NYCERS during the life of this Agreement shall be given a Tax-Pension Identification Card wh⋅ the employing agency is notified ⋅y the System of the date membership was granted the pension number assigned. In the discretion of an agency head, the identification card required by subsection 4(a) above may be combined with the Tax-Pension Identification Card.

c.  Lost cards shall be reported immediately and replaced at cost to the employee. Upon separation from service, an employee shall not receive the employee's final paycheck until the employee has returned the identification card issued, or has submitted an appropriate affidavit of loss.

## Section 5.

Any employee who is promoted or who is affected by an individual change in title or rate of compensation of an adverse nature shall be notified in writing no later than two (2) weeks after the effective date of such promotion, change in title, or rate of compensation. Present agency agreements on this subject shall not be affected by this Section.

## Section 6.

Consistent with, and subject to security requirements, paychecks shall be released on the preceding day as soon as possible after 3:00 P.M. for all employees who would not normally receive their paychecks during their working hours on the scheduled payday.

## Section 7.

Agencies shall be authorized to establish and maintain imprest funds for the reimbursement to employees of all necessary carfare, telephone, automobile and meal expenses and such other types of expenses as the Comptroller may approve. The funds shall be administered in accordance with the rules and regulations of the Comptroller. Authorized carfare and telephone expenses shall be reimbursed within one month of submission of an appropriate claim for reimbursement.

## Section 8.

a.  In the event of an overpayment to an employee which is agreed by both parties to be erroneous, the employer shall not make wage deductions for recoupment purposes in amounts greater than: 10% if the employee's gross pay is under $17,500. 15% if the employee's gross pay is $17,500 or over and under $32,500, and 25% if the employee's gross pay is $32,500 or more. In the event the employee disputes the alleged erroneous overpayment, the employee or the union, except as provided in Section 8(b), may appeal to the Office of Labor Relations ("OLR") within 20 days of a notice by the employer of

00001

CHALMERS FPI LIT-00001396

its intent to recoup the overpayment and no deduction for recoupment shall be made until OLR renders a decision, which decision shall be final. Nothing contained above shall preclude the parties or affected individuals from exercising any rights they may have under law.

b.  In the event of a dispute by an employee of the Health and Hospitals Corporation ("HHC") concerning an alleged erroneous overpayment, the employee shall send notice of the appeal to both OLR and HHC's Office of the Vice President for Human Resources within 20 days of the notice by HHC of its intent to recoup said overpayment.

HHC will attempt within 21 days to resolve the dispute and execute a stipulation of settlement. Copies of any such stipulation of settlement shall be sent to the employee, the Union, and the OLR. If after 21 days the dispute remains unresolved or upon notification by HHC that no resolution can be reached, the OLR shall render a decision pursuant to Section 8(a).

c.  Any recoupment shall be limited to the period up to six years prior to the commencement of such proceedings for recoupment.

d.  In lieu of wage deductions for recoupment purposes, the Employer may, with the consent of the employee, make deductions from the employee's annual leave or compensatory leave banks.

## Section 9.

Any employee who is required to take a medical examination to determine if the employee is physically capable of performing the employee's full duties, and who is found not to be so capable, shall, as far as practicable, be assigned to in-title and related duties in the same title during the period of the employee's disability. If a suitable position is not available, the Employer shall offer the employee any available opportunity to transfer to another title for which the employee may qualify by the change of title procedure followed by the New York City Department of Citywide Administrative Services pursuant to Rule 6.1.1 of the Personnel Rules and Regulations of the City of New York or by noncompetitive examination offered pursuant to Rule 6.1.9 of the Personnel Rules and Regulations of the City of New York.

If such an employee has ten (10) years or more of retirement system membership service and is considered permanently unable to perform all the duties of the employee's title and no suitable in-title position is available, the employee shall be referred to the New York City Employee's Retirement System and recommended for ordinary disability retirement.

## Section 10.

a.  Interest on wage increases shall accrue at the rate of three percent (3%) per annum from one hundred-twenty (120) days after execution of the applicable agreement or one hundred-twenty (120) days after the effective date of the increase, whichever is later, to the date of actual payment.

00001.

CHALMERS FPI LIT-00001397

b.    Interest on shift differentials, holiday and overtime pay, shall accrue at the rate of three percent (3%) per annum from one hundred twenty (120) days following their earning or one hundred twenty (120) days after the execution of this Agreement, whichever is later, to the date of actual payment.

c.    Interest accrued under subsections 10(a) or 10(b) shall be payable only if the amount of interest due to an individual employee exceeds five dollars ($5.00).

## Section 11.

The Employer shall make every reasonable effort to provide adequate notice of employee salary garnishments.

## Section 12.

No employee shall receive a lower basic salary rate following promotion than the basic salary rate received preceding the promotion.

## Section 13.

The Employer shall not withhold entire paychecks when an employee has no leave balance to cover absences without pay, due to illness, up to a maximum of five (5) days, provided the affected employee has five (5) years of service as a member of the New York City Employee's Retirement System.    Appropriate deductions shall be made in a subsequent paycheck. Employees with a negative leave balance shall not be covered by this Section.

## Section 14.

For the purposes of this Agreement employees in all classes of positions not yet classified by the appropriate competent body shall be presumptively covered by the terms of this Agreement pending final classification of the affected class of positions.

## Section 15.

The Employer shall provide a copy of this Agreement to all covered agencies.

## Section 16.

Employees who purchase meals served in any facility run by the Employer shall pay fifty percent (50%) of the then total direct costs of such meals.

## Section 17.

The Employer shall distribute material describing pension benefits and provisions under the Coordinated-Escalator Retirement Plan (CO-ESC Plan) to all newly hired employees at the time of appointment by the employing Agency.

## Section 18.

a.    If an employee's paycheck is lost by the Employer, the Employer shall secure a handwritten replacement check for the employee within three (3) working days after receipt of an affidavit by the employee stating that he/she has not received the lost check or any proceeds from it.

00001

**1995-2001 CITYWIDE AGREEMENT**          30          **DISTRICT COUNCIL 37 AFSCME**

CHALMERS FPI LIT-00001398

b.   If the paycheck of an employee who is already on payroll is withheld as the result of an error which is solely the fault of the Employer, the Employer shall make payment in (4) four working days except when the large effort of paying retroactive monies is involved.

## Section 19.

When a permanent employee is summoned to an interview which may lead to a disciplinary action and which is conducted by someone outside the normal supervisory chain of command, the following procedure shall apply:

a.   Employees who are summoned to the appropriate office of their agency shall be notified, whenever feasible, in writing at least two (2) work days in advance of the day on which the interview or hearing is to be held, and a statement of the reason for the summons shall be attached, except where an emergency is present or where considerations of confidentiality are involved.

b.   Whenever such an employee is summoned for an interview or hearing for the record which may lead to disciplinary action, the employee shall be entitled to be accompanied by a Union representative or a lawyer, and the employee shall be informed of this right. Upon the request of the employee and at the discretion of the Inspector General, the Inspector General may agree to the employee being accompanied by a lawyer and a Union representative. Such permission shall not be unreasonably denied. If a statement is taken, the employee shall be entitled to a copy.

c.   Wherever possible, such hearings and interviews shall be held in physical surroundings which are conducive to privacy and confidentiality.

d.   This Section shall not alter the provisions of any existing unit Agreement which contains a more beneficial procedure.

## Section 20.

a.   Upon the conclusion of an investigation conducted pursuant to Executive Order 16, dated July 26, 1978, the summoned employee shall be entitled, upon request, to a copy of any sworn statement the employee has given to an Inspector General or the Inspector General's designee or representative.

b.   Upon the conclusion of an investigation conducted pursuant to Executive Order 16, dated July 26, 1978, an employee who has been notified that he or she has been the subject of said investigation, shall, upon the employee's request, be advised of its disposition.

## Section 21.

Certified Unions shall be provided with a copy of the applicable personnel rules, regulations, policies and procedures as distributed by the agency.

## Section 22.

At the time of the final approval of an agreement, the Employer shall notify NYCERS of an adjustment in compensation to be included in retirement benefits.

00001

CHALMERS FPI LIT-00001399

## Section 23.

Employees who have retired or left employment for other reasons shall be paid negotiated increases, premium pay, shift differential, overtime, and any other monies due them as soon as possible.

## Section 24. Full-time Per Diem Employees

The Alternative Career and Salary Pay Plan shall be amended to permit employees appointed on a full-time per diem basis to receive their base salary (including salary increment schedules) and/or additions-to-gross payments in the same manner as a full-time per annum employee, subject to the conditions listed below:

a.  In order to qualify, a per diem employee must, at the time of appointment, be assigned to regularly work the normal full-time work week established for such per annum title as listed in Appendix A of the Citywide Agreement ("full-time basis") and *must* continue to regularly work the normal full-time work week established for such per annum title.

b.  For the purpose of salary increment schedules or additions-to-gross payments based on active service (including: experience differentials, longevity differentials, longevity increments, recurring increment payments and service increments), the qualifying service for these provisions shall commence with the original date of appointment on a full-time basis, provided the employee has no break in service * of more than 31 days. Employees with a break in service shall be deemed newly hired and only service subsequent to such break shall be credited.

c.  Except as may otherwise be provided by an agreement applicable to the employee's title, assignment differer us, certification differentials, educational differentials, license differentials, uniform allowances and uniform maintenance allowances shall be paid from the original date of appointment on a full-time basis.

d.  For purposes of calculating the seniority of employees appointed prior to December 5, 1999, the seniority date shall be deemed their original date of appointment on a full-time basis. However, no benefits granted in this Section 24 are payable prior to December 5, 1999.

e.  These provisions shall only apply to an employee hired on a temporary basis pursuant to Rule 5.4 of the Personnel Rules and Regulations of the City of New York if such employee has worked he normal full-time work week established for the per annum title for one full year (52 weeks) without a break in service* of more than 31 days, and continues to regularly work such normal full-time work without a break in service of more than 31 days.

f.  These provisions shall take effect December 5, 1999.

---

* See Article I, Section 5(e).

00001.

CHALMERS FPI LIT-00001400

**Section 25.  Notice of Major Renovations**

Effective November 26, 1999, Agencies shall give the Union notice two weeks in advance of the commencement of any major renovation (i.e., funded through the Capital Budget) of an agency facility

**Section 26.  Functional Transfers**

a.        For the purposes of Article XVI (Disciplinary Procedure for Provisional Employees), time served immediately prior to a functional transfer of a provisional employee in the employee's former agency shall count as time served in  the  employee's new agency.

b.        For the purposes of Article XVII (Job Security), time served immediately prior to a functional transfer of a non-competitive or labor class employee in the employee's former agency shall count as time served in  the  employee's new agency.

**Section 27.  Metrocards**

As soon as administratively feasible, the City with the Union's participation shall implement procedures enabling employees to purchase Metrocards through pre-tax payroll deductions.

**Section 28.  Conflict of Interest Board Submissions**

When permitted by law, the Employer may withhold the final paycheck of an employee who is required by law to file a report with the Conflict of Interest Board upon the termination of employment until the employee has submitted such report.

## ARTICLE X - EVALUATIONS AND PERSONNEL FOLDERS

**Section 1.**

An employee shall be required to accept a copy of any evaluatory statement of the employee's work performance or conduct prepared during the term of this Agreement if such statement is to be placed in the employee's permanent personnel folder whether at the central office of the agency or in another work location.  Prior to being given a copy of such evaluatory statement, the employee must sign a form which shall indicate only that the employee was given a copy of the evaluatory statement but that the employee does not necessarily agree with its contents.  The employee shall have the right to answer any such evaluatory statement filed and the answer shall be attached to the file copy.  Any evaluatory statement with respect to the employee's work performance or conduct, a copy of which is not given to the employee, may not be used in any subsequent disciplinary actions against the employee.   At the time disciplinary action is commenced, the Employer shall review the employee's personnel folder and remove any of the herein-described material which has not been seen by the employee.

An employee shall be permitted to view the employee's personnel folder once a year and when an adverse personnel action is initiated against the employee by the Employer.  The viewing shall be in the presence of a designee of the Employer and held at such time and place as the Employer may prescribe.

0 0 0 0 1

CHALMERS FPI LIT-00001401

**Section 2.**

If an employee finds in the employee's personnel folder any material relating to the employee's work performance or conduct in addition to evaluatory statements prepared after July 1, 1967 (or the date the agency came under the provisions of the Citywide Agreement, whichever is later), the employee shall have the right to answer any such material filed and the answer shall be attached to the file copy.

# ARTICLE XI - CIVIL SERVICE, CAREER DEVELOPMENT

**Section 1.**

When vacancies in promotional titles covered by this Agreement are authorized to be filled by the appropriate body and the agency with such vacancies decides to fill them, a notice of such vacancies shall be posted in all relevant areas of the agency involved at least five (5) working days prior to filling except when such vacancies are to be filled on an emergency basis. Present agency agreements on this subject shall not be affected by this Section.

**Section 2.**

a. The duly certified union representative shall be given a copy of proposed changes in job specifications for any title certified to such union for its perusal at least seven (7) working days in advance of the final approval of such changes.

b. Notice of final revisions shall be distributed to all affected agencies and shall be posted in appropriate areas for thirty (30) days.

**Section 3.**

The Employer's contribution to all existing and any newly negotiated Training Fund agreements may be applied, by the agreement of the parties, to a mutually agreed upon Training Trust Fund for the purpose of establishing and administering a plan to provide opportunities for training and education for covered employees beyond those provided by the Department of Citywide Administrative Services. The Training Trust Fund shall plan, administer, and coordinate all training programs to be financed by the Training Fund. Such training programs shall be designed to increase the effectiveness and efficiency of employees covered by the agreement and to prepare such persons for advancement and upgrading.

The Training Trust Funds and training programs shall be subject to fiscal audit by the Comptroller of the City of New York and to prior approval and performance audit by the Department of Citywide Administrative Services.

All factual data necessary to evaluate the programs shall be furnished to the Department of Citywide Administrative Services by the Training Trust Fund. The Department of Citywide Administrative Services shall respond within thirty (30) days stating its objection, if any, to the proposed program.

00001

CHALMERS FPI LIT-00001402

## Section 4.

After promotion, if an employee is returned to his/her former title in accordance with existing Personnel Rules and Regulations of the City of New York, the employee may request of the Employer a conference to discuss the basis for the employee's return to the former title. The Employer's decision is neither arbitrable nor reviewable under the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation.

## Section 5.

An employee on a promotion list who is on a leave of absence without pay shall be notified prior to promotions being made past the employee's list number at the last address of record on file with the City Department of Citywide Administrative Services or the Office of Personnel Management of the Health and Hospitals Corporation.

## Section 6.

Time served by an employee in a higher assignment level of the employee's permanent title shall count towards the lock-in of the employee's salary at a lower level of that title.

## Section 7.

The hiring agency or Department of Citywide Administrative Services, as applicable, shall notify all eligibles at least one week in advance of scheduled hiring or promotional pools or interviews from civil service lists.

# ARTICLE XII - UNION RIGHTS

## Section 1.

a.    Where orientation kits are supplied to new employees, unions certified to represent such employees shall be permitted to have included in the kits union literature, provided such literature is first approved for such purpose by the Office of Labor Relations.

b.    The Employer shall distribute to all newly hired employees information regarding their union administered health and security benefits, including the name and address of the fund that administers said benefits, provided such fund supplies the Employer the requisite information printed in sufficient quantities.

c.    The Employer shall distribute information regarding the New York City Employee Health Benefits Program and enrollment forms to eligible employees prior to the completion of thirty (30) days of employment.

## Section 2.

Each certified union shall have reasonable access to its dues check-off authorization cards in the custody of the Employer.

00001

CHALMERS FPI LIT-00001403

## Section 3.

When an employee transfers from one agency to another, but remains in the same bargaining unit, the employee shall continue to be covered by the same dues check-off authorization card and not be required to sign another authorization card. The agency where the employee was formerly employed shall transfer the check-off authorization card to the employee's new agency.

The Employer will issue an appropriate administrative instruction to all agencies to insure compliance with this Section.

## Section 4.

When an employee is promoted or reclassified to another title certified to the same union as the employee's former title, the dues check-off shall continue uninterrupted. The Employer will issue an appropriate administrative instruction to all agencies to insure compliance with this Section.

## Section 5.

When an employee returns from an approved leave of absence without pay, is reappointed or temporarily appointed from a preferred list to the same agency in the same title or in another title represented by the same certified union, any dues check-off authorization in effect prior to the approved leave or the layoff shall be reactivated. The Employer will issue an appropriate administrative instruction to all agencies to insure compliance with this Section.

## Section 6.

The Employer shall furnish to a certified union, once a year between March 15 and July 1, a listing of employees by Job Title Code, home address when available, Social Security Number and Department Code Number, as of December 31st of the preceding year. This information shall be furnished to a certified union through the Municipal Labor Committee.

## Section 7.

a.    District Council 37 or any other certified union represented by D.C. 37 for the purposes of this Agreement which elects to participate in a separate segregated fund established pursuant to applicable law, including Title 2 USC, Section 441b, to receive contributions to be used for the support of candidates for federal office shall have the exclusive right in conformance with applicable law to the checkoff for such political purposes in a manner as described in a supplemental agreement hereby incorporated by reference into this Agreement.

b.    Any eligible employee covered by this Agreement may voluntarily authorize in writing the deduction of such contributions from the employee's wages for such purpose in an authorization form acceptable to the employer which bears the signature of the employee.

c.    A copy of the Summary Annual Report to the Federal Elections Commission ("FEC") of each fund shall be submitted by the appropriate participating union to the Comptroller and OLR at the time of its submission to the FEC.

00001

CHALMERS FPI LIT-00001404

# ARTICLE XIII - WELFARE FUNDS

## Section 1.

a.   Welfare fund contributions shall remain uniform for those employees whose respective certified unions have elected to receive the uniform contributions provided by this Article.  Upon the execution of an election, welfare fund contributions shall be made uniform for those employees whose respective certified unions have not heretofore elected the uniform contributions.  Under such election, welfare fund contributions shall be permanently reserved for citywide bargaining. This shall not, however, preclude the right of any certified union to bargain for welfare fund coverage for groups of employees not now included in welfare fund agreements.

b.   Effective January 1, 1979, District Council 37 or any of its affiliated locals or any other certified union which elects to be covered by this Section, shall be entitled to receive such separate contributions as may be provided in this Agreement for welfare, training and legal services benefits, as a single contribution.  This contribution shall be paid by the Employer into a trusted administrative Benefits Fund Trust and shall be held by the trustees of that fund for the exclusive purpose of providing, through other funds, welfare, training and legal service benefits for the employees so covered as well as any other benefits as the Employer and the certified union may agree upon.  Such administrative Benefits Fund Trust contribution by the Employer shall be subject to a separate agreement between the Employer and the union.  Such agreement shall include among its provisions that the Employer shall continue to have the right to review and approve the distribution of funds to and the level of benefits provided by the individual funds. The individual funds shall also continue to be subject to a separate agreement between the Employer and the union.

In those instances where the contributions for welfare, training and legal service benefits derive from more than one unit agreement and those unit agreements are not uniform as to each other with respect to the aforesaid contributions, the Employer shall have no obligation to comply with the immediately above paragraph unless and until each particular unit agreement contains a provision agreeing to waive the relevant contribution provided for in the unit agreement in question.

## Section 2. Full-Time Employees:

a.   For those full-time employees who are in a welfare fund whose certified union has elected the uniform contribution rates pursuant to Section 1 of this Article XIII, the Employer shall contribute in the pro-rata annual amounts set forth below, effective the dates indicated below, per full-time employee for remittance to the Welfare Fund, subject to a signed separate trusted fund agreement between the Employer and the Union.

| Effective Date: | Amount: |
|---|---|
| July 1, 1995 | $1,125 [1] |
| July 1, 1996 | $1,125 |
| March 1, 1998 [2] | $1,200 |
| June 1, 1999 [3] | $1,275 |

1.  The contribution paid to each applicable welfare fund on behalf of full-time per annum employees shall be reduced by a one-time amount of one hundred dollars ($100) for each such full-time per annum employee who was eligible for welfare fund benefits on July 1, 1995.

2.  For employees covered by Unit Agreements with a commencement date of January 1, 1995 the effective date shall be December 1, 1997.

3.  For employees covered by Unit Agreements with a commencement date of January 1, 1995 the effective date shall be March 1, 1999.

*00001.*

CHALMERS FPI LIT-00001405

b.    Effective July 31, 1999 the Employer shall make a one hundred dollar ($100) one-time payment to each Welfare Fund on behalf of each full-time per annum employee who, pursuant to Section 2(a), is receiving benefits on July 31, 1999.

## Section 3.

a.    For each part-time per annum, hourly, per diem, per session and seasonal employee who is covered by a welfare fund whose certified union has elected the uniform contribution rates pursuant to Article XIII, Section 1 of the Citywide Agreement, and who works on a regular basis at least one half the regular hours of full-time employees in the same title [1] and who is not otherwise eligible for a welfare fund contribution in said employee's behalf, the Employer shall contribute in the pro-rata annual amounts set forth below, effective the dates indicated below, per employee for remittance to the Welfare Fund, subject to a signed separate trusted fund agreement between the Employer and the Union.

| Effective Date: | Amount: |
| --- | --- |
| July 1, 1995 | $642.86 [1] |
| July 1, 1996 | $642.86 |
| March 1, 1998 [2] | $685.71 |
| June 1, 1999 [3] | $728.57 |

1.  The contribution paid to each applicable welfare fund on behalf of part-time per annum, hourly, per diem, per session and seasonal employees shall be reduced by a one-time amount of $57.14 for each such part-time per annum, hourly, per diem, per session and seasonal employee who was eligible for welfare fund benefits on July 1, 1995.

2.  For employees covered by Unit Agreements with a commencement date of January 1, 1995 the effective date shall be December 1, 1997.

3.  For employees covered by Unit Agreements with a commencement date of January 1, 1995 the effective date shall be March 1, 1999

b.    Effective July 31, 1999, the Employer shall make a fifty-seven dollar and fourteen cents ($57.14) one-time payment to each Welfare Fund on behalf of each part-time per annum, hourly, per diem, per session and seasonal employee who, pursuant to Section 3(a), is receiving benefits on July 31, 1999.

c.    If no full time equivalent title exists, then the minimum number of hours required to be eligible to receive a contribution pursuant to this Section shall be based on the nature of employment as follows:

White Collar Employment        17 1/2 hours per week
Blue Collar Employment         20 hours per week

## Section 4.

a.    For employees separated from service subsequent to June 30, 1970 who were in a welfare fund subject to the provisions of the above Sections 2 and 3 at the time of such separation, the Employer shall, subject to a signed separate agreement between the Employer and the Union, contribute to the Welfare Fund on the same contributory basis as incumbent employees.

00001

CHALMERS FPI LIT-00001406

b.     The per annum contribution rates paid on behalf of employees separated from service to a welfare fund which covers such employees and the one-time lump sum payment (for such employees who are receiving benefits on July 31, 1999) shall be adjusted in the same manner as the per annum contribution rates for other employees are adjusted pursuant to Sections 2 and 3.

c.     Contributions shall be made only for such time as said individuals remain primary beneficiaries of the New York City Employee Health Benefits Program and are entitled to benefits paid for by the Employer through such Program or are retirees of the New York City Employee's Retirement System who have completed at least five (5) years of full-time service with the City.

**Section 5.**

For those employees who are covered by any other welfare fund and whose certified union elects the uniform contributions provided in this Article, the Employer shall make an equal contribution for remittance to such welfare fund subject to a separate agreement between the Employer and such Union.

**Section 6.**

a.     District Council 37 and certified unions which elect to be covered by the uniform contributions provided for in this Article shall make every reasonable effort to publicize and disseminate to all employees covered under their respective welfare funds, whether members of the Union or not, full and complete information concerning the provisions thereof, including but not limited to, the following matters:

i.     benefits provided and eligibility requirements

ii.    procedures including the filing of applications, and

iii.   where and when information may be obtained concerning such benefits.

b.     District Council 37 and the other certified unions which elect to be covered by this Article shall furnish information and applications readily and expeditiously to all covered employees on an equal basis.

**Section 7.**

District Council 37 or a certified union which elects to be covered by this Article may allow the welfare fund to utilize an amount not to exceed ten dollars ($10) per employee per year from welfare fund contributions to help defray the costs of health insurance and pension counseling for such employees.

**Section 8.**

a.     When a title not previously covered by any welfare fund becomes certified to a union, welfare fund payments shall be made to the appropriate union welfare fund pursuant to the terms of this Article effective the January 1st or July 1st next following the date of petition for certification.

00.00.1.

CHALMERS FPI LIT-00001407

b.   When a title or titles previously covered by the same welfare fund are reclassified, broadbanded, or consolidated into new title(s), welfare fund payments shall continue to be made to said welfare fund pursuant to the terms of this Article pending the final decision of the Board of Certification as to the bargaining status of the new title(s).

c.   When there is a certification dispute involving a title not previously covered by any welfare fund or titles previously covered by different welfare funds which have been reclassified, broadbanded, or consolidated into new title(s), such title(s) shall be covered by the Management Benefits Fund pending the final decision of the Board of Certification as to the bargaining status of the title(s).

d.   When a title has been covered by the Management Benefits Fund or a different union welfare fund prior to becoming certified to a union, welfare fund payments shall be made to the appropriate union welfare fund pursuant to the terms of this Article effective the first day of the month sixty (60) days subsequent to the date of actual certification.

### Section 9.

District Council 37 or a certified union which elects to be covered by this Article may, pursuant to a separate agreement between the Employer and the certified union, utilize a portion of its welfare fund contributions to provide prepaid legal services for employees.

### Section 10.

a.   Training trust funds and welfare funds shall be audited by a certified public accountant to be selected by the trustees of such fund and at the expense of the respective fund. The results of such audits shall be submitted promptly to the Comptroller of the City of New York and such funds shall be subject to further audit by the Comptroller.

b.   In lieu of the annual report to the Comptroller required by the separate welfare fund agreement between the Employer and the certified union, the welfare fund may submit a copy of its ERISA filing.

### Section 11.

Where an employee is suspended without pay for disciplinary reasons and is subsequently restored to full pay status as of the effective date of the suspension, the Employer shall make any necessary contributions to the welfare fund covering such employee to permit said employee to receive full welfare fund and New York City Employee Health Benefits Program Insurance coverage for the period of the suspension.

### Section 12.

The Unions have agreed to provide welfare fund benefits to domestic partners of covered employees in the same manner as those benefits are provided to spouses of married covered employees.

00001

CHALMERS FPI LIT-00001408

# ARTICLE XIV - OCCUPATIONAL SAFETY AND HEALTH

<u>Section 1.</u>

The Employer shall establish a Citywide Occupational Safety and Health Committee, the members of which shall be appointed by the Mayor and shall include union representation. The Director of the Citywide Office on Safety and Health shall serve, *ex officio*, as Chairperson of this Committee.

The Citywide Occupational Safety and Health Committee shall recommend citywide employee safety and health policy to the Mayor and shall assume the duties and responsibilities of the Occupational Safety and Health Planning Task Force created by Mayor's Executive Order No. 58, dated May 6, 1976, and shall also assume the citywide safety responsibilities of the City Director of Personnel contained in Mayor's Executive Order No. 109, dated August 28, 1969. In addition, this Committee shall act as the City's liaison with Federal and State Agencies, in efforts to obtain grants to finance City employee safety and health programs and shall perform any additional tasks assigned by the Mayor.

<u>Section 2.</u>

a.   Adequate, clean, structurally safe and sanitary working facilities shall be provided for all employees.

b.   Motor vehicles and power equipment which are in compliance with minimum standards of applicable law shall be provided to employees who are required to use such devices.

c.   Where necessary, first aid chests, adequately marked and stocked, shall be provided by the Employer in sufficient quantity for the number of employees likely to need them and such chests shall be reasonably accessible to the employees.

d.   A Labor Management Health and Safety Committee shall be established in each agency. Each committee shall be composed of not less than three nor more than five labor representatives designated by the Union and not more than an equivalent number of management representatives designated by the agency. The appropriate number of such representatives shall be determined jointly. If agreement on the number cannot be reached such number shall be determined by the Commissioner of Labor Relations.

The Committee shall meet at least quarterly and shall meet at the written request of the labor or the management representatives for the purpose of discussing health and safety problems in the agency and making recommendations for their resolution to the agency head. The written request for such a meeting shall indicate the specific condition for which the meeting is called.

In addition to the above described committee, sub-committees may be established on an ad hoc basis upon agreement of the parties.

e.   The sole remedy for alleged violations of this Section shall be a grievance pursuant to Article XV of this Agreement. Any employee who withholds services as a means of redressing or otherwise protesting alleged violations of this Section shall be docked pay for any unauthorized non-performance of work and may be subject to any appropriate disciplinary action.

0 0 0 0 1.

CHALMERS FPI LIT-00001409

f.    In construing this Section, an arbitrator shall initially have the power only to decide whether the subject facilities meet the standards of subsection (a) of this Section 2 but may not affirmatively direct how the Employer should comply with this Section.  If the arbitrator determines that the Employer is in violation of this Section, the Employer shall take appropriate steps to remedy the violation.  If in the opinion of the Union the Employer does not achieve compliance within a reasonable period of time, the Union may reassert its claim to the arbitrator.  Upon such second submission, if the arbitrator finds that the Employer has had a reasonable time to comply with the terms of this Section and has failed to do so, then and only then, the arbitrator may order the Employer to follow a particular course of action which will effectuate compliance with the terms of this Section.  However, such remedy shall not exceed appropriations available in the current budget allocation for the involved agency for such purposes.

g.    In any enclosed facility where employees are assigned to work, the Employer shall make reasonable efforts to provide for the personal security of employees while they are working.

h.    When the Employer becomes aware of a safety hazard which the Employer considers an imminent physical danger to employees at a worksite, the Employer shall remove the employees from the affected area.

i.    The Employer shall provide to the Municipal Labor Committee a copy of the results of environmental testing by the City of a City worksite and statistics resulting from special medical testing of employees.

## ARTICLE XV - ADJUSTMENT OF DISPUTES

### Section 1.

The term "grievance" shall mean a dispute concerning the application or interpretation of the terms of this Agreement.

### Section 2.

The grievance procedure shall be as follows:

STEP I    The employee and/or the Union shall present the grievance in writing to the person designated by the agency head for such purpose, not later than one hundred twenty (120) days after the date on which the grievance arose.  The employee may also request an appointment to discuss the grievance.  The person designated to hear the grievance shall take any steps necessary to a proper disposition of the grievance and shall reply in writing by the end of the third work day, following the date of submission.

STEP II    An appeal from an unsatisfactory determination at STEP I shall be presented in writing to the agency head or the agency head's designated representative, who shall not be the same person designated in STEP I.  The appeal must be made within five (5) working days of the receipt of the Step I determination.  The agency head or the agency head's designated representative if any, shall meet with the employee and/or the Union for review of the grievance and shall issue a written determination by the end of the tenth work day following the date on which the appeal was filed.

00001

CHALMERS FPI LIT-00001410

STEP III      An appeal from an unsatisfactory determination at STEP II shall be presented by the employee
              and/or the Union to the Commissioner of Labor Relations in writing, within ten (10) working days
              of the receipt of the STEP II determination. Copies of such appeals shall be sent to the agency
              head. The Commissioner of Labor Relations, or the Commissioner's designee shall review all
              such appeals from STEP II determinations and shall make and issue a written determination within
              fifteen (15) working days following the date on which the appeal was filed.

STEP IV       An appeal from an unsatisfactory determination at STEP III may be brought solely by the Union to
              the Office of Collective Bargaining for impartial arbitration within fifteen (15) working days of
              receipt of the STEP III determination. In addition, the Employer shall have the right to bring
              directly to arbitration any dispute between the parties concerning any matter defined herein as a
              "grievance." The Employer shall commence such arbitration by submitting a written request
              therefor to the Office of Collective Bargaining. A copy of the notice requesting impartial
              arbitration shall be forwarded to the opposing party. The arbitration shall be conducted in
              accordance with the Title 61 of the Rules of the City Of New York (formerly referred to as the
              Consolidated Rules of the Office of Collective Bargaining). The costs and fees of such arbitration
              shall be borne equally by the Union and the Employer.

              A transcript of all arbitration hearings shall be taken unless the taking of a transcript is waived by
              both parties. The cost of one copy of the transcript for each party and for the arbitrator shall be
              borne equally by the parties.

              Both the Employer and the Union will request the arbitrator to make every reasonable effort to
              issue the decision within thirty (30) days. The arbitrator's decision, order or award shall be limited
              to the application and interpretation of this Agreement, and the arbitrator shall not add to, subtract
              from or modify this Agreement. The arbitrator's award shall be final and binding and enforceable
              in any appropriate tribunal in accordance with Article 75 of the Civil Practice Law and Rules. An
              arbitrator may provide for and direct such relief as the arbitrator deems necessary and proper,
              subject to the limitations set forth above and any applicable limitations of law.

## Section 3.

As a condition to the right of a Union to invoke impartial arbitration set forth in this Article, the
employee or employees and the Union shall be required to file with the Director of the Office of
Collective Bargaining a written waiver of the right, if any, of the employee or employees and the
Union to submit the underlying dispute to any other administrative or judicial tribunal except for
the purpose of enforcing the arbitrator's award.

## Section 4.

Any grievance of a general nature affecting a large group of employees and which concerns the
claimed misinterpretation, inequitable application, violation or failure to comply with the
provisions of this Agreement shall be filed at the option of the Union at STEP III of the grievance
procedure, without resort to previous steps.

## Section 5.

If a decision satisfactory to the Union at any level of the grievance procedure is not implemented
within a reasonable time, the Union may re-institute the original grievance at STEP III of the
grievance procedure; or if a satisfactory STEP III determination has not been so implemented, the
Union may institute a grievance concerning such failure to implement at Step IV of the grievance
procedure.

## Section 6.

If the Employer exceeds any time limit prescribed at any step in the grievance procedure, the
grievant and/or the Union may invoke the next step of the procedure, except, however, that only
the Union may invoke impartial arbitration under STEP IV.

0 0 0 0 1.

CHALMERS FPI LIT-00001411

## Section 7.

The Employer shall notify the Union in writing of all grievances filed by employees, all grievance hearings, and all determinations. The Union or a public employee organization which has been designated by the Union to represent the grievant or grievants shall have the right to have a representative present at any grievance hearing and shall be given forty-eight (48) hours' notice of all grievance hearings.

## Section 8.

Each of the steps in the grievance procedure, as well as time limits prescribed at each step of this grievance procedure, may be waived by mutual agreement of the parties.

## Section 9.

The grievance and arbitration procedure contained in this agreement shall be the exclusive remedy for the resolution of disputes defined as "grievances" herein. This shall not be interpreted to preclude either party from enforcing the arbitrator's award in court. This Section shall not be construed in any manner to limit the statutory rights and obligations of the Employer under Article XIV of the Civil Service Law.

## Section 10. FLSA Dispute Procedure

a.   Any dispute, controversy or claim concerning or arising out of the application or interpretation of the Fair Labor Standards Act ("FLSA Controversy") shall be submitted by a claimant in accordance with this section.

b.   Any FLSA Controversy must be presented in writing and in the form prescribed by the FLSA Panel no later than sixty days after the date on which such FLSA Controversy arose.

c.   i.   Any FLSA Controversy arising out of a claimed wrongful computation of benefits shall be submitted by an employee in writing to the applicable agency head or designee for review and resolution. A copy shall also be submitted to the Office of Labor Relations and to the Union. The agency shall have thirty days to resolve the matter and issue a written decision; such period may be extended by mutual agreement of the parties.

   ii.   If the matter is not satisfactorily resolved at the agency level, the claimant may, within two weeks after receipt of the agency determination, appeal the matter to the FLSA Panel in writing.

d.   The FLSA Panel shall consist of a representative designated by the Municipal Labor Committee and a representative designated by the Commissioner of the Office of Labor Relations of the City of New York. The FLSA Panel shall establish appropriate forms and procedures to promptly review and resolve all FLSA Controversies submitted to it.

e.   Any FLSA Controversy arising out of the classification of a position or group of positions as exempt or non-exempt from the FLSA shall be submitted by an employee in writing to the FLSA Panel.

   A copy of any FLSA Controversy concerning a HHC title which is submitted to the FLSA Panel pursuant to this Section 10(e) shall be forwarded immediately by the Panel to the HHC's Office of Vice President for Human Resources. If the Panel deems it necessary to the proper resolution of said FLSA Controversy, it shall consult with HHC prior to issuance of its determination.

0 0 0 0 1

CHALMERS FPI LIT-00001412

The Panel shall take any steps necessary for a proper disposition of any FLSA Controversy and shall issue a written determination within sixty days following the date of submission thereof. The FLSA Panel's time may be extended by mutual agreement of the parties. The decision of the Panel shall be final.

f.  Notwithstanding the provisions of this Section 10, the submission of a dispute by an employee under this procedure shall not constitute a waiver of the employee's rights under the FLSA.

## Section 11. VDT Operators Dispute Procedure

For purposes of this Section 11, the term "grievance" shall mean a dispute concerning the application or misinterpretation of Article XVIII. Employees may at any time informally discuss with their supervisors a matter which may become a dispute. If the results of such a discussion are unsatisfactory, the Union may present the grievance at STEP 1.

STEP 1    The Union shall present the grievance in the form of a memorandum to the person designated for such purpose by the Commissioner of Labor Relations no later than 120 days after the date on which the dispute arose except a dispute concerning employees of the Health and Hospitals Corporation shall be filed directly at STEP 1(a) of this dispute procedure. The Commissioner of Labor Relations or the Commissioner's designee shall investigate the grievance and shall issue a determination within thirty (30) work days of the receipt of the grievance, except, a determination involving a dispute arising pursuant to subsections 5(f) and 5(g) of Article XVIII or an appeal from STEP 1(a) shall be issued within fifteen (15) work days following the date of its receipt.

   STEP 1(a)   Health and Hospitals Corporation Only:
   The Union shall present the grievance in the form of a memorandum to the person designated for such purpose by the New York City Health and Hospitals Corporation's Vice President for Human Resources no later than 120 days after the date on which the dispute arose. The Vice President for Human Resources or the Vice President's designee shall investigate the grievance and shall issue a determination within thirty (30) work days of the receipt of the grievance. An appeal from an unsatisfactory determination at STEP 1(a) shall be presented in writing to the Commissioner of Labor Relations or the Commissioner's designee within ten (10) work days of the receipt of the STEP 1(a) determination.

STEP 2    An appeal from an unsatisfactory determination at STEP 1 may be brought by the Union to the Office of Collective Bargaining for impartial arbitration within fifteen (15) work days of receipt of the STEP 1 determination. In addition, the Employer shall have the right to bring directly to arbitration any dispute between the parties concerning any matter defined herein as a "grievance". The Employer shall commence such arbitration by submitting a written request therefor to the Office of Collective Bargaining. A copy of the notice requesting impartial arbitration shall be forwarded to the opposing party. The arbitration shall be conducted in accordance with the Consolidated Rules of the Office of Collective Bargaining. The costs and fees of such arbitration shall be borne equally by the Union and the Employer.

   Both the Employer and the Union will request the arbitrator to make every reasonable effort to issue the decision within thirty (30) days. The arbitrator's decision, order or award (if any) shall be limited to the application and interpretation of the Article XVIII and the arbitrator shall not add to, subtract from or modify said Article. The arbitrator's award shall be final and binding and enforceable in any appropriate tribunal in accordance with Article 75 of the Civil Practice Law and Rules. The arbitrator may provide for and direct such relief as the arbitrator deems necessary and proper, subject to the limitations set forth above and any applicable limitations of law.

Each of the steps in the dispute procedure, as well as the time limits prescribed at each step of this dispute procedure, may be waived by mutual agreement of the parties.

0 0 0 0 1

CHALMERS FPI LIT-00001413

# ARTICLE XVI - DISCIPLINARY PROCEDURE FOR PROVISIONAL EMPLOYEES

When a claimed wrongful disciplinary action has been taken against a provisional employee who has served for two years * in the same or similar title or related occupational group in the same agency, the following procedure shall govern upon service of written charges of incompetency or misconduct:

STEP A    Following the service of written charges, a conference with such employee shall be held with respect to such charges by the person designated by the agency head to review a grievance at STEP I of the Grievance Procedure set forth in Article XV of this Agreement. The employee may be represented at such conference by a representative of the Union. The person designated by the agency head to review the charges shall take any steps necessary to a proper disposition of the charges and shall issue a determination in writing by the end of the fifth day following the date of the conference.

STEP B(i)    If the employee is not satisfied with the determination at STEP A above, then the employee may choose to proceed in accordance with the Grievance Procedure set forth in Article XV of this Agreement through STEP III. The Union, with the consent of the employee, shall have the right to proceed to binding arbitration pursuant to STEP IV of such Grievance Procedure. The period of an employee's suspension without pay pending hearing and determination of charges shall not exceed thirty (30) days.

STEP B(ii)    An appeal from the determination of STEP A above shall be made to the agency head or designated representative. The appeal must be made in writing within five (5) work days of the receipt of the determination. The agency head or designated representative shall meet with the employee and the Union for review of the grievance and shall issue a determination to the employee and the Union by the end of the tenth work day following the day on which the appeal was filed. The agency head or designated representative shall have the power to impose the discipline, if any, decided upon, up to and including termination of the accused employee's employment. In the event of such termination or suspension without pay totaling more than thirty (30) days, the Union with the consent of the grievant may elect to skip STEP C of this Section and proceed directly to STEP D.

STEP C    If the grievant is not satisfied with the determination of the agency head or designated representative the grievant or the Union may appeal to the Commissioner of Labor Relations in writing within ten (10) days of the determination of the agency head or designated representative. The Commissioner of Labor Relations shall issue a written reply to the grievant and the Union within fifteen (15) work days.

STEP D    If the grievant is not satisfied with the determination of the Commissioner of Labor Relations, the Union with the consent of the grievant may proceed to arbitration pursuant to the procedures set forth in STEP IV of the Grievance Procedure set forth in Article XV of this Agreement.

# ARTICLE XVII - JOB SECURITY

## Section 1. General Layoff Provisions

Where layoffs are scheduled affecting full-time employees in competitive class, non-competitive class, and labor classes the following procedures shall be used:

---

* See Article I, Section 5(e).

0 0 0 0 1

CHALMERS FPI LIT-00001414

a.    Notice shall be provided by the Office of Labor Relations to the appropriate union(s) not less than thirty (30) days before the effective dates of projected layoffs. Such notification(s) shall apply to all proposed layoffs and shall include a summary by layoff unit of the number of affected positions by title (including title code number and civil service status) and shall also include in addition to the above information the name, social security number, city start date, and title start date of each affected employee.

It is understood by the parties that such notice is considered to be preliminary and is subject to change during the 30 days notice period. However, if new title(s) which were not part of the original notice are added to the proposed layoff notice or the number of employees in title(s) contained in the original notice is increased beyond the number in the original notice, an additional 30 days notice will be given to the affected union(s) covering solely such additional title(s) or numbers, except, such additional 30 days notice shall not apply to employees displaced by the "bumping" provisions mandated by the Civil Service Law or by appointments from special transfer, preferred, or other civil service lists. The parties may waive such additional notice by mutual consent.

b.    Within such 30-day period designated representatives of the Employer will meet and confer with the designated representatives of the appropriate union with the objective of considering feasible alternatives to all or part of such scheduled layoffs, including but not limited to:

   i.    the transfer of employees to other agencies with retraining, if necessary, consistent with Civil Service law but without regard to the Civil Service title,

   ii.   the use of Federal and State funds whenever possible to retain or re-employ employees scheduled for layoff,

   iii.  the elimination or reduction of the amount of work contracted out to independent contractors, and

   iv.   encouragement of early retirement and the expediting of the processing of retirement applications.

c.    After meeting and conferring with the designated representatives of the appropriate union, the Employer shall have the right, when necessary, to transfer any employee, in lieu of layoff, from one agency to another provided such transfer is within title (and the employee meets all the legal requirements of the new position) and is being made without loss in pay, benefits, or seniority to the affected employee. The following procedure shall govern:

   i.    Volunteers in order of title seniority.

   ii.   Non-volunteers in order of title seniority among those who would otherwise have to be laid off in the agency from which the transfer is being made.

00001

CHALMERS FPI LIT-00001415

## Section 2. Competitive Class Preferred Lists

a.    When a layoff occurs, the Employer shall provide to the appropriate bargaining representative a list of permanent competitive class employees who are on a preferred list with the original date of appointment utilized for the purpose of such layoff.

b.    A laid off employee who is returned to service in the employee's former title or in a comparable title from a competitive class preferred list, shall receive the basic salary rate that would have been received by the employee had the employee never been laid off, up to a maximum of two (2) years of general salary increases.

## Section 3. Non-Competitive Class and Labor Class Layoff Procedures

a.    If budgetary restrictions, consolidations or abolition of functions or other curtailment of activities result in the abolition of non-competitive class or labor class positions, the suspension among the incumbents in the same class of positions shall be made in inverse order of their original appointment to the agency in the subject class of positions.

b.    The date of original appointment shall be the first date of appointment followed by continuous service up to the time of the abolition or reduction of positions.

c.    An employee who had been terminated from the subject class of positions and who was reappointed in the affected class of positions within one year thereafter shall for the purposes of this Section be deemed to have continuous service.

d.    A period of an authorized leave of absence without pay or any period during which an employee is suspended from the employee's position pursuant to this Section shall not constitute an interruption of continuous service for the purposes of this Section.

e.    In the case of non-competitive or labor class employees, the Employer may determine the layoff unit (agency, unit of appropriation, department, bureau, division, or other clearly identifiable subdivision). In such case, layoff shall be made from among incumbents in the same class of positions in each such layoff unit.

f.    If the Employer designates a subdivision smaller than a unit of appropriation, department, bureau, or division as a non-competitive layoff unit or smaller than a unit of appropriation as a labor class layoff unit, the affected union may appeal such designation within 3 days of the receipt of the layoff notice to Commissioner of Citywide Administrative Services who will issue a final and binding determination within 3 days of the receipt of such appeal.

g.    Employees in affected titles in the layoff unit shall be laid off in the following order:

    i.    All employees in probationary status in the same title. Among them, layoff shall be in inverse order to date of original appointment.

    ii.    All employees who have satisfactorily completed their probationary periods in the same title. Among them, layoff shall be in inverse order to date of original appointment.

00001

CHALMERS FPI LIT-00001416

## Section 4. Non-Competitive Class and Labor Class Recall Procedures

**a.**    In the event of layoff the Employer shall place the names of affected non-competitive or labor class employees on a recall list.

**b.**    **i.**    The Employer shall certify such recall list for filling non-competitive vacancies in the same class of positions in the unit of appropriation from which the suspensions were made, and for labor class vacancies in the same class of positions in the agency from which the suspensions were made, and for which the Commissioner of Citywide Administrative Services determines they qualify. The parties may waive the terms contained in this paragraph by mutual consent.

**ii.**    Effective November 26, 1999, the following subsection shall supercede subsection 4(b)(i):

For filling non-competitive vacancies in the same class of positions from which the layoffs were made and for which the Commissioner of Citywide Administrative Services determines such laid off employees are qualified, the Employer shall certify such recall list to the agency from which the layoffs were made. For filling labor class vacancies in the same class of positions from which the layoffs were made, the Employer shall certify such recall list on a citywide basis. The parties may waive the terms contained in this paragraph by mutual consent.

**c.**    Persons on the recall list shall be called for reinstatement in the order of their original date of appointment and upon the occurrence of a vacancy in an appropriate position in the recall unit shall be certified in seniority order. The eligibility for reinstatement of a person on such a recall list shall not continue for a period longer than four years from the date of separation.

**d.**    No person suspended or demoted prior to completing his/her probationary term shall be certified for reinstatement until the exhaustion of all other eligibles on the recall list and shall be required to complete his/her probationary term upon reinstatement.

**e.**    Failure or refusal to accept reinstatement from recall lists to vacancies in the same class of positions shall be deemed relinquishment of eligibility and the employee's name shall be removed from the list.

**f.**    A person reinstated from a recall list to his/her former class of positions shall receive at least the same salary he/she was receiving at the time of suspension.

**g.**    Notwithstanding any other provisions of this Section, the Employer may, to the extent permissible by law, disqualify for reinstatement and remove from a recall list the name of any eligible who is physically or mentally disabled for the performance of the duties of the position for which such list is established, or who has been guilty of such misconduct as would result in dismissal.

## Section 4. Applicability

These procedures shall not apply in those agencies where layoff procedures already exist unless specifically agreed to by the Union and affected agencies.

00.00.1

CHALMERS FPI LIT-00001417

# ARTICLE XVIII - VDT OPERATORS

## Section 1. Applicability:

Except as otherwise specifically indicated in this Article XVIII, the terms "employee" and "employees shall mean only a full-time worker who regularly and for continuous periods of time operate VDT terminals 20 hours or more per week.

## Section 2. Alternative Work Break:

Employees covered by this Article shall not be required to *continuously* operate a VDT terminal for more than two (2) consecutive hours without an assignment to alternative work of a visually less demanding nature for a period of not less than fifteen (15) minutes. Meal periods and any previously established rest periods shall count towards meeting the requirement for alternative work, but this provision shall not be construed as providing any additional non-work break time. The provisions of this Section shall also apply to part time employees subject to the terms of the Citywide Agreement who regularly and for continuous periods of time operate VDT terminals 20 hours or more per week.

## Section 3. Alternative Work:

a.    Upon submission of proof satisfactory to the agency head or the agency head's designee that an employee covered by this Article is physically incapable from operating a VDT terminal due to injury, disability, or pregnancy, the Employer shall make every effort to assign such employee to appropriate, alternative duties in the same title for the period of such disability, provided that such temporary assignments shall not be required to exceed one year. If a suitable position is not available, the Employer shall offer the employee any available opportunity to transfer to another title for which the employee may qualify by the change of title procedure followed by the New York City Department of Citywide Administrative Services pursuant to Rule 6.1.1. of the Personnel Rules and Regulations of the City of New York or by non-competitive examination offered pursuant to Rule 6.1.9. of the Personnel Rules and Regulations of the City of New York or Rule 4.1.8 of the Health and Hospitals Corporation Personnel Rules and Regulations.

b.    If such an employee has ten (10) or more years of retirement system membership service and is considered permanently unable to perform all the duties of the employee's title and no suitable in-title position is available, the employee shall be referred to the New York City Employee's Retirement System and recommended for ordinary disability retirement.

## Section 4. Training:

The Citywide Office of Occupational Safety and Health, and the Union shall jointly develop a module on VDT operational safety for inclusion in agency orientational training programs. In the Health and Hospitals Corporation, such training module shall be developed by Human Resources (in conjunction with the Corporate Office of Occupational and Environmental Health Services) and the Union. Such training module shall also be offered to current employees as part of any regular Right to Know Training given in the normal course of business. The provisions of this Section 4 shall apply to all employees subject to the terms of the Citywide Agreement regardless of the number of hours of employment.

00001

CHALMERS FPI LIT-00001418

## Section 5. VDT and Related Equipment:

a.    A standing VDT Sub-Committee of the Citywide Occupational Safety and Health Committee instituted pursuant to Article XIV, Section 1 of this Agreement, shall be established with joint Employer and Union membership. Such sub-committee shall study, issue, and periodically review procurement and ergonomic standards for VDT's and ancillary furniture and equipment. The joint sub-committee's initial report and recommendations shall be issued within three months of the execution of this Agreement. A separate labor-management committee shall be established in the Health and Hospitals Corporation for such purposes.

b.    Procurement and ergonomic standards shall be implemented by Mayoral directive. In the Health and Hospitals Corporation such standards shall be implemented in accordance with existing procedures. Agencies and facilities of the Health and Hospitals Corporation shall purchase new equipment and ancillary furniture and equipment in compliance with the then current Mayoral directive or Health and Hospital Corporation procedure.

c.    Agencies shall advise the Union of the installation and proposed utilization of new VDT equipment, and shall make service logs available on a reasonable basis to qualified, authorized Union personnel.

d.    Employees may at any time informally discuss alleged violation(s) of this Section with their supervisors. The Union may also seek to resolve any alleged violation(s) of this Section through the agency Labor Management Health and Safety Committees.

e.    If a complaint alleging violation(s) of this Section cannot be resolved pursuant to sub-section 5(d), such complaint may be filed by the Union in writing with the Director of the Citywide Office of Occupational Safety and Health or the Director's designee, or, in the Health and Hospitals Corporation, the Director of Occupational Health and Environmental Services or the Director's designee, who will investigate such alleged violation(s) and issue a determination within forty-five (45) days of the receipt of the complaint. Upon determination by the Director or the Director's designee that violation(s) has occurred, the affected agency or agencies shall be notified of the nature of the violation(s) and directed to take steps to correct the violation(s) within sixty (60) days. A complaint pursuant to the sub-section must be brought within sixty (60) days of the initial occurrence of the alleged violation(s).

f.    A dispute concerning a determination by the Director of the Office of Citywide Occupational Health and Safety or the Director's designee, or, in the Health and Hospitals Corporation, the Director of Occupational Health and Environmental Services or the Director's designee may be appealed by the Union in writing to the Commissioner of Labor Relations within ten (10) work days of its issuance for resolution pursuant to Article XV, Section 11 of this Agreement.

g.    A complaint concerning failure by an agency or agencies to comply with a determination issued by the Director of the Office of Citywide Occupational Health and Safety or the Director's designee, or, in the Health and Hospitals Corporation, the Director of Occupational Health and Environmental Services or the Director's designee may be filed with the Commissioner of Labor Relations within ten (10) working days of the expiration of the time limits set forth in sub-section 5(e) for resolution pursuant to Article XV, Section 11 of this Agreement.

00001

CHALMERS FPI LIT-00001419

b.  The provisions of this Section 5 shall apply to all employees subject to the terms of the Citywide Agreement regardless of the number of hours of employment.

**Section 6. Eye Examinations and Corrective Lenses:**

a.  The parties shall form a joint sub-committee to develop a program related to the provision of eye examinations and corrective lenses for VDT operators. It is understood that said sub-committee shall be charged with developing a program which will operate in the most cost efficient manner possible.

b.  The guidelines under which the sub-committee shall study the issues are:

  i.  The provision of a base line examination with a follow-up examination every second year.

  ii.  The provision of corrective lenses if necessary due to the operation of a VDT terminal.

  iii.  Establishment of a cap on the costs of providing the examinations and lenses.

  iv.  Allowance by the Employer to covered employees of up to two (2) hours of time to take the baseline examination and follow-up examinations.

## ARTICLE XIX - NO STRIKE

The terms of the no strike provisions contained in separate collective bargaining agreements covering employees also covered under this Agreement are deemed fully incorporated at length herein.

## ARTICLE XX - FINANCIAL EMERGENCY ACT

The provisions of this Agreement are subject to applicable provisions of law, including the New York State Financial Emergency Act for the City of New York, as amended.

## ARTICLE XXI - RESOLUTION

This Agreement shall constitute and be deemed a complete adjustment and settlement of all demands and items presented, and as to all of such demands and items there shall be no further collective bargaining for effectiveness during the period of time from January 1, 1995 to June 30, 2001. Nor, during the foregoing period of time, shall the Union engage in any activity for the enactment of any law, the effect of which would increase the monetary cost to the Employer beyond the benefits granted under this Agreement.

## ARTICLE XXII - SAVINGS CLAUSE

In the event that any provision of this Agreement is found to be invalid, such invalidity shall not impair the validity and enforceability of the remaining provisions of this Agreement.

00001

CHALMERS FPI LIT-00001420

WHEREFORE, we have hereunto set our hands and seals this _19th_ day _May_ of 2000.

**FOR THE CITY OF NEW YORK:**

BY _James F. Hanley_
James F. Hanley
Commissioner of Labor Relations

**FOR DISTRICT COUNCIL 37
AFSCME, AFL-CIO:**

BY _Lee Saunders_
Lee Saunders
Administrator

**FOR THE NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION:**

BY _Pamela S. Silverblatt_
Pamela S. Silverblatt
Senior Assistant Vice President
Human Resources & Workforce Development

**APPROVED AS TO FORM**

BY _Jeffery D. Friedlander_
Jeffery D. Friedlander
Acting Corporation Counsel

**DATE CERTIFIED TO THE FINANCIAL CONTROL BOARD:** _____

**UNIT:**  Citywide

**TERM:**  January 1, 1995 – June 30, 2001

```
OFFICE OF LABOR RELATIONS
        REGISTRATION
OFFICIAL          CONTRACT



NO:                        DATE:
00001
                    May 19, 2000
```

00001

53

# APPENDIX A

## Citywide Title Code Numbers

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Account Clerk | 10105 | 35 |
| Accountant | 40510 | 35 |
| Actuary | 40710 | 35 |
| Actuarial Specialist Level I | 40731 | 35 |
| Addiction Specialist | 56070 | 35 |
| Addiction Specialist (Methadone) | 56071 | 35 |
| Administrative Assistant | 10125 | 35 |
| Administrative Assistant (EDP) | 11023 | 35 |
| Administrative Assistant (Secretarial) | 10122 | 35 |
| Administrative Assistant (Campaign Finance Board) | 06603 | 35 |
| Administrative Associate | 10130 | 35 |
| Administrator of Youth Services | 51452 | 35 |
| Administrator of Youth Services (Research) | 51450 | 35 |
| After School Program Specialist (Youth Board) | 52602 | 35 |
| Agency Attorney | 30087 | 35 |
| Agency Attorney Interne | 30086 | 35 |
| Air Pollution Control Engineer | 20610 | 35 |
| Air Pollution Control Engineering Intern | 20602 | 35 |
| Air Pollution Control Engineering Trainee | 20604 | 35 |
| Air Pollution Inspector | 31315 | 35 |
| Alcoholism Counselor | 95437 | 35 |
| Ambulance Technician | 53057 | 3″5 |
| Analyst (Campaign Finance Board) | 06601 | 35 |
| Appraiser (Real Estate) | 40410 | 35 |
| Appraiser Trainee (Real Estate) | 40401 | 35 |
| Apprentice Inspector (Boilers) | 35001 | 40 |
| Apprentice Inspector (Cement Test) | 35002 | 40 |
| Apprentice Inspector (Construction) | 35003 | 40 |
| Apprentice Inspector (Electrical) | 35004 | 40 |
| Apprentice Inspector (Elevator) | 35005 | 40 |
| Apprentice Inspector (Heating and Ventilation) | 35006 | 40 |
| Apprentice Inspector (Highways and Sewers) | 35007 | 40 |
| Apprentice Inspector (Hoists and Rigging) | 35008 | 40 |
| Apprentice Inspector (Housing) | 35009 | 40 |
| Apprentice Inspector (Steel Construction) | 35010 | 40 |
| Apprentice Rehabilitation Specialist (Buildings) | 35141 | 40 |
| Architect | 21215 | 35 |
| Architect (Materials Research and Specifications) | 21216 | 35 |
| Architectural Intern | 21205 | 35 |
| Architectural Specialist | 06106 | 35 |
| Area Services Coordinator | 22557 | 35 |
| Arts Program Analyst | 60904 | 35 |
| Arts Programs Specialist | 60495 | 35 |
| Asbestos Handler | 31313 | 40 |
| Asbestos Handler Supervisor | 31314 | 40 |
| Asbestos Hazard Investigator | 31312 | 35 |
| Assessor | 40210 | 35 |

00001

CHALMERS FPI LIT-00001422

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Assistant Accountant | 40505 | 35 |
| Assistant Actuary | 40705 | 35 |
| Assistant Administrator of Youth Services | 51448 | 35 |
| Assistant Air Pollution Control Engineer | 20605 | 35 |
| Assistant Architect | 21210 | 35 |
| Assistant Area Services Coordinator | 22556 | 35 |
| Assistant Attorney | 30110 | 35 |
| Assistant Attorney (Taxes) | 30091 | 35 |
| Assistant Bio-Medical Equipment Technician | 21561 | 35 |
| Assistant Bridge Operator | 91105 | 40 |
| Assistant Bridge Operator Trainee | 91101 | 40 |
| Assistant Building Custodian | 80605 | 40 |
| Assistant Chemical Engineer | 20510 | 35 |
| Assistant Chemist | 21810 | 35 |
| Assistant Chemist (Toxicology) | 21811 | 35 |
| Assistant City Assessor | 40201 | 35 |
| Assistant City Assessor Trainee | 40200 | 35 |
| Assistant City Highway Repairer | 90692 | 40 |
| Assistant Civil Engineer | 20210 | 35 |
| Assistant Community Liaison Worker | 56092 | 35 |
| Assistant Coordinating Manager | 10236 | 35 |
| Assistant Coordinator of Highway Transport Studies | 22360 | 35 |
| Assistant Director of Bureau of Public Health Education | 51175 | 35 |
| Assistant Director of Rehabilitation | 60385 | 35 |
| Assistant Director of Technical Services (Air Pollution Control) | 20612 | 35 |
| Assistant Director of Technical Services (EI-SS) | 20603 | 35 |
| Assistant Economist | 40905 | 35 |
| Assistant Electrical Engineer | 20310 | 35 |
| Assistant Engineer (Accounting) | 20710 | 35 |
| Assistant Engineering Technician | 20112 | 35 |
| Assistant Geologist | 21910 | 35 |
| Assistant Health Facilities Planner | 22081 | 35 |
| Assistant Highway Transportation Specialist | 22305 | 35 |
| Assistant Institutional Teacher (DJJ) | 60370 | 35 |
| Assistant Landscape Architect | 21310 | 35 |
| Assistant Laundry Supervisor | 80810 | 40 |
| Assistant Maintenance Supervisor | 80682 | 35 |
| Assistant Mechanical Engineer | 20410 | 35 |
| Assistant Media Services Technician | 90621 | 35 |
| Assistant Physicist | 22010 | 35 |
| Assistant Physicist (Electronics) | 22011 | 35 |
| Assistant Physicist (Isotopes) | 22012 | 35 |
| Assistant Physicist (Radiation) | 22013 | 35 |
| Assistant Plan Examiner (Buildings) | 22405 | 35 |
| Assistant Planner | 22110 | 35 |
| Assistant Planning & Operations Officer (CD) | 22112 | 35 |
| Assistant Principal Custodial Supervisor | 80560 | 40 |
| Assistant Printing Press Operator | 92122 | 40 |
| Assistant Printing Press Operator | 92122 | 40 |
| Assistant Program Specialist (DOC) | 60947 | 35 |
| Assistant Project Coordinator | 22420 | 35 |

00001

CHALMERS FPI LIT-00001423

| TITLE | TITLE CODE | WORK WEEK |
|-------|-----------|-----------|
| Assistant Project Development Coordinator | 22515 | 35 |
| Assistant Project Services Specialist | 22516 | 35 |
| Assistant Public Health Adviser (CDC) | 51190 | 35 |
| Assistant Purchasing Agent | 12120 | 35 |
| Assistant Real Estate Repairer | 81706 | 35 |
| Assistant Real Estate Repairer (DCAS) | 82021 | 35 |
| Assistant Retirement Benefits Examiner | 40491 | 35 |
| Assistant Scientist (Radiation Control) | 21511 | 35 |
| Assistant Signal Circuit Engineer | 20311 | 35 |
| Assistant Space Analyst | 80181 | 35 |
| Assistant Statistician | 40605 | 35 |
| Assistant Stock Handler | 12207 | 35 |
| Assistant Superintendent of Bridge House | 52276 | 35 |
| Assistant Superintendent of Construction and Repairs | 91355 | 35 |
| Assistant Superintendent of Welfare Shelters | 52275 | 35 |
| Assistant Supervising Real Estate Manager | 80136 | 35 |
| Assistant Supervisor of Electrical Installations | 34208 | 35 |
| Assistant Supervisor of Mechanical Installations | 34209 | 35 |
| Assistant Supervisor of Youth Services | 51442 | 35 |
| Assistant Supervisor of Youth Services (Research) | 51440 | 35 |
| Assistant Surveyor | 21010 | 35 |
| Assistant Surveyor Trainee | 21005 | 35 |
| Assistant Systems Analyst (Finance) | 12646 | 35 |
| Assistant Urban Designer | 22092 | 35 |
| Assistant Workers' Compensation Benefits Examiner | 40481 | 35 |
| Assistant Youth Services Specialist | 51436 | 35 |
| Associate Accountant | 40517 | 35 |
| Associate Arts Programs Analyst | 60491 | 35 |
| Associate Arts Programs Specialist | 60496 | 35 |
| Associate Attorney | 30126 | 35 |
| Associate Attorney (Taxes) | 30097 | 35 |
| Associate Bookkeeper | 40527 | 35 |
| Associate Business Promotion Coordinator | 60861 | 35 |
| Associate Chemist | 21822 | 35 |
| Associate City Planner | 22123 | 35 |
| Associate Contract Specialist | 40562 | 35 |
| Associate Correctional Counselor | 51274 | 35 |
| Associate Engineering Technician | 20118 | 35 |
| Associate Fingerprint Technician | 71141 | 35 |
| Associate Fire Protection Inspector | 31662 | 35 |
| Associate Fraud Investigator | 31118 | 35 |
| Associate Graphic Artist | 91416 | 35 |
| Associate Housing Development Specialist | 22508 | 35 |
| Associate Human Rights Specialist | 55038 | 35 |
| Associate Inspector (Boilers) | 31640 | 40 |
| Associate Inspector (Construction) | 31642 | 40 |
| Associate Inspector (DCA) | 33996 | 35 |
| Associate Inspector (Electrical) | 31643 | 40 |
| Associate Inspector (Elevator) | 31644 | 40 |
| Associate Inspector (Highways and Sewers) | 31645 | 40 |
| Associate Inspector (Hoists and Rigging) | 31647 | 40 |

00001.

CHALMERS FPI LIT-00001424

| TITLE | TITLE CODE | WORK WEEK |
|-------|-----------|-----------|
| Associate Inspector (Housing) | 31675 | 40 |
| Associate Inspector (Low Pressure Boilers) | 31676 | 40 |
| Associate Inspector (Plastering) | 31648 | 40 |
| Associate Inspector (Plumbing) | 31649 | 40 |
| Associate Inspector (Steel Construction) | 31650 | 40 |
| Associate Investigator | 31121 | 35 |
| Associate Juvenile Counselor | 52300 | 35 |
| Associate Laboratory Microbiologist | 21514 | 35 |
| Associate Landmarks Preservationist | 92238 | 35 |
| Associate Management Auditor | 40503 | 35 |
| Associate Market Agent | 33973 | 35 |
| Associate Mortgage Analyst | 40551 | 35 |
| Associate Operations Communications Specialist | 20272 | 35 |
| Associate Parking Control Specialist | 41122 | 40 |
| Associate Personnel Investigator | 31122 | 35 |
| Associate Program Officer (DFTA) | 51455 | 35 |
| Associate Project Manager | 22427 | 35 |
| Associate Public Health Epidemiologist | 51183 | 35 |
| Associate Public Health Sanitarian | 31220 | 40 |
| Associate Public Information Specialist | 60816 | 35 |
| Associate Public Records Officer | 60217 | 35 |
| Associate Quality Assurance Specialist | 34190 | 35 |
| Associate Quality Assurance Specialist (Foods) | 34192 | 35 |
| Associate Quality Assurance Specialist (Fuel) | 34193 | 35 |
| Associate Quality Assurance Specialist (Lumber) | 34194 | 35 |
| Associate Quality Assurance Specialist (Metals) | 34195 | 35 |
| Associate Quality Assurance Specialist (Pupil Transportation) | 34196 | 35 |
| Associate Quality Assurance Specialist (Building Repairs) | 34191 | 35 |
| Associate Quality Assurance Specialist (Textiles) | 34197 | 35 |
| Associate Real Property Manager | 80122 | 35 |
| Associate Rehabilitation Specialist (HPD) | 31685 | 40 |
| Associate Reporter/Stenographer (DA) | 10213 | 35 |
| Associate Retirement Benefits Examiner | 40493 | 35 |
| Associate Sanitation Enforcement Agent | 71682 | 40 |
| Associate Space Analyst | 80183 | 35 |
| Associate Special Officer (Aqueduct Patrol) | 70502 | 40 |
| Associate Staff Analyst | 12627 | 35 |
| Associate Supervisor of School Security | 60821 | 40 |
| Associate Tax Auditor | 40522 | 35 |
| Associate Taxi and Limousine Inspector | 35143 | 40 |
| Associate Traffic Enforcement Agent | 71652 | 40 |
| Associate Urban Designer | 22124 | 35 |
| Associate Urban Park Ranger | 60422 | 40 |
| Associate Water Use Inspector | 34620 | 35 |
| Associate Word Processor | 10303 | 35 |
| Associate Workers' Compensation Benefits Examiner | 40483 | 35 |
| Attendant | 81710 | 40 |
| Attorney | 30115 | 35 |
| Attorney (Law Librarian) | 30113 | 35 |
| Attorney (Taxes) | 30092 | 35 |
| Attorney at Law | 30085 | 35 |

00001

CHALMERS FPI LIT-00001425

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Attorney Trainee | 30101 | 35 |
| Audio-Visual Aide Technician | 90613 | 35 |
| Audiologist | 51238 | 35 |
| Audiologist (DOH) | 51237 | 35 |
| Auditor of Accounts | 40810 | 35 |
| Auditor of Printing | 12135 | 35 |
| Auto Body Worker | 92501 | 40 |
| Automotive Service Worker | 92508 | 40 |
| Automotive Specialist | 20130 | 35 |
| Baker | 90211 | 35 |
| Bio-Medical Equipment Technician | 21562 | 35 |
| Bio-Medical Equipment Technician Trainee | 21560 | 35 |
| Blasting Inspector | 31815 | 35 |
| Blueprinter | 11110 | 35 |
| Bookbinder | 92105 | 35 |
| Bookbinder's Seamstress | 92106 | 35 |
| Bookkeeper | 40526 | 35 |
| Bookkeeping Machine Operator | 11505 | 35 |
| Bridge Operator | 91110 | 40 |
| Bridge Operator-in-Charge | 91135 | 40 |
| Building Custodian | 80610 | 40 |
| Business Promotion Coordinator | 60860 | 35 |
| Buyer (Drugs, Chemical & Scientific Equipment) | 12127 | 35 |
| Buyer (Electrical Equipment) | 12126 | 35 |
| Buyer (Foods) | 12128 | 35 |
| Buyer (Hardware, Tools, & Metal) | 12129 | 35 |
| Buyer (Instructional Material ) | 12130 | 35 |
| Buyer (Paper & Paper Products) | 12131 | 35 |
| Buyer (Printing) | 12132 | 35 |
| Buyer (School & Office Furniture) | 12133 | 35 |
| Buyer (& Approved Specialties) | 12135 | 35 |
| Cartographer (C.D.) | 71411 | 35 |
| Case Aide | 52291 | 35 |
| Case Management Nurse (Correction) | 06240 | 35 |
| Case Management Nurse (Fire Department) | 50959 | 35 |
| Case Management Nurse (Police Department) | 50958 | 35 |
| Case Management Nurse (Sanitation) | 09968 | 35 |
| Caseworker | 52304 | 35 |
| Caseworker Trainee | 52301 | 35 |
| Cashier | 10605 | 35 |
| Chemical Engineer | 20515 | 35 |
| Chemical Engineering Intern | 20503 | 35 |
| Chemical, Biological & Radiological Officer (C.D.) | 71435 | 35 |
| Chemist | 21815 | 35 |
| Chemist (Biochemistry) | 21816 | 35 |
| Chemist (Clinical Chemistry) | 21820 | 35 |
| Chemist (Food & Water) | 21821 | 35 |
| Chemist (Narcotic Analysis) | 21819 | 35 |
| Chemist (Sanitary) | 21817 | 35 |
| Chemist (Toxicology) | 21818 | 35 |
| Chemist Trainee | 21801 | 35 |

0 0 0 0 1

CHALMERS  FPI  LIT-00001426

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Chief Clerk | 01190 | 35 |
| Chief Dietician | 50370 | 35 |
| Chief Dockmaster | 81665 | 40 |
| Chief Law Stenographer | 10221 | 35 |
| Chief Marine Engineer (DC) | 91524 | 35 |
| Chief Office Assistant | 10118 | 35 |
| Chief Psychologist | 52170 | 35 |
| Chief of Resources Management (CD) | 71477 | 35 |
| Chief Supervisor of Mechanical Installations | 34265 | 35 |
| Child Protective Specialist | 52366 | 35 |
| Child Protective Specialist Supervisor | 52367 | 35 |
| Child Welfare Specialist | 52369 | 35 |
| Child Welfare Specialist Supervisor | 52370 | 35 |
| Children's Counselor | 51510 | 35 |
| City Assessor | 40202 | 35 |
| City Attendant | 90647 | 40 |
| City Custodial Assistant | 90644 | 40 |
| City Debris Remover | 90699 | 40 |
| City Elevator Operator | 90648 | 40 |
| City Park Worker | 90641 | 40 |
| City Parking Meter Service Worker | 90642 | 40 |
| City Pest Control Aide | 90643 | 35 |
| City Planner | 22122 | 35 |
| City Planning Technician | 22121 | 35 |
| City Research Scientist | 21744 | 35 |
| City Security Aide | 90650 | 40 |
| City Tax Auditor | 40523 | 35 |
| Civil Engineer | 20215 | 35 |
| Civil Engineer (Building Construction) | 20216 | 35 |
| Civil Engineer (Highway Traffic) | 20217 | 35 |
| Civil Engineer (Sanitary) | 20318 | 35 |
| Civil Engineer (Structural) | 20219 | 35 |
| Civil Engineer (Water Supply) | 20220 | 35 |
| Civil Engineering Drafter | 20205 | 35 |
| Civil Engineering Intern | 20202 | 35 |
| Civil Engineering Trainee | 20201 | 35 |
| Claim Specialist | 30726 | 35 |
| Clerical Aide | 10250 | 35 |
| Clerical Associate | 10251 | 35 |
| Clerk | 10106 | 35 |
| Clerk (Community Action Activities) | 10133 | 35 |
| Clerk (Income Maintenance) | 10098 | 35 |
| Clinician | 52810 | 35 |
| Commissary Manager | 54910 | 35 |
| Community Assistant [3] | 56056 | 40 |
| Community Associate | 56057 | 35 |
| Community Coordinator | 56058 | 35 |
| Community Liaison Trainee | 56091 | 35 |
| Community Liaison Worker | 56093 | 35 |
| Community Organization Specialist (Urban Renewal) | 22116 | 35 |
| Community Planning Board Coordinator | 22117 | 35 |

00001.

CHALMERS FPI LIT-00001427

| TITLE | TITLE CODE | WORK WEEK |
|-------|-----------|-----------|
| Compliance Agent (Sanitation) | 05260 | 35 |
| Computer Aide | 13620 | 35 |
| Computer Associate (Operations) | 13621 | 35 |
| Computer Associate (Software) | 13631 | 35 |
| Computer Associate (Technical Support) | 13611 | 35 |
| Computer Facilities Maintainer (FISA) | 91603 | 40 |
| Computer Operator | 13511 | 35 |
| Computer Programmer | 13530 | 35 |
| Computer Programmer Analyst | 13651 | 35 |
| Computer Programmer Analyst Trainee | 13650 | 35 |
| Computer Service Technician | 13615 | 35 |
| Computer Specialist (Applications Programming) | 13662 | 35 |
| Computer Specialist (Data Base Administration) | 13681 | 35 |
| Computer Specialist (Operations) | 13622 | 35 |
| Computer Specialist (Software) | 13632 | 35 |
| Computer Specialist (Software) | 13632 | 35 |
| Computer Specialist (Systems Specialist) | 13672 | 35 |
| Confidential Secretary (Kings County D.A.) | 12804 | 35 |
| Construction Project Manager | 34202 | 35 |
| Construction Project Manager Intern | 34201 | 35 |
| Consultant (Day Camp) | 51614 | 35 |
| Consultant (Early Childhood Education) | 51611 | 35 |
| Consultant (Mental Health Standards and Services) | 51000 | 35 |
| Consultant (Public Health Social Work) | 51613 | 35 |
| Consultant Public Health Nurse | 51020 | 35 |
| Consultant Public Health Nurse (Child Health) | 51015 | 35 |
| Consultant Public Health Nurse (Communicable Diseases) | 51014 | 35 |
| Consultant Public Health Nurse (Hospital Services) | 51017 | 35 |
| Consultant Public Health Nurse (Mental Hygiene) | 51012 | 35 |
| Consultant Public Health Nurse (Nursing Education) | 51021 | 35 |
| Consultant Public Health Nurse (Rehabilitation) | 51018 | 35 |
| Consumer Affairs Inspector | 33991 | 35 |
| Continuity Writer | 60612 | 35 |
| Contracting Agent | 06627 | 35 |
| Contract Reviewer (Office of Labor Services) | 40563 | 35 |
| Contract Specialist | 40561 | 35 |
| Cook [3] | 90210 | 40 |
| Correction Administrative Aide | 70400 | 35 |
| Correctional Counselor | 51273 | 35 |
| Counselor (Addiction Treatment) | 51214 | 35 |
| Crew Chief (Pest Control) | 90501 | 35 |
| Criminalist | 06728 | 35 |
| Curator of Jumel Mansion | 81709 | 35 |
| Custodial Assistant | 82015 | 40 |
| Custodial Assistant (JDC) | 82018 | 40 |
| Custodial Supervisor | 80510 | 40 |
| Custodial Supervisor (JDC) | 80515 | 40 |
| Custodian | 80609 | 40 |
| Day Care Eligibility Worker | 52305 | 35 |
| Debris Remover | 81902 | 40 |
| Decedent Property Agent | 10142 | 35 |

00.001.

CHALMERS FPI LIT-00001428

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Decedent Property Agent (Queens Co ) | 06665 | 35 |
| Demolition Inspector | 32415 | 35 |
| Dental Assistant | 50101 | 35 |
| Dental Hygienist | 50102 | 35 |
| Dentist | 50210 | 35 |
| Department Librarian | 60210 | 35 |
| Department Library Aide | 60101 | 35 |
| Department Principal Librarian | 60265 | 35 |
| Department Senior Librarian | 60235 | 35 |
| Department Supervising Librarian | 60260 | 35 |
| Deputy Director of Motor Equipment Maintenance (Sanitation) | 95251 | 40 |
| Deputy Sheriff Level I | 30305 | 40 |
| Deputy Sheriff Level II | 30310 | 40 |
| Dietary Aide [3] | 81801 | 40 |
| Dietary Aide (DOC) | 05256 | 40 |
| Dietitian | 50310 | 35 |
| Director of Intersection Traffic Control | 22347 | 35 |
| Director of Puppetry | 60416 | 35 |
| Director (Television) | 60666 | 35 |
| District Supervising Public Health Nurse | 51065 | 35 |
| Dockmaster (Rule XI) | 81610 | 40 |
| Economist | 40910 | 35 |
| Editorial Assistant | 12503 | 35 |
| Electrical Engineer | 20315 | 35 |
| Electrical Engineer (Electronics) | 20316 | 35 |
| Electrical Engineer (Radio) | 20317 | 35 |
| Electrical Engineer (Radio and Television) | 20320 | 35 |
| Electrical Engineer (Railroad Signals) | 20318 | 35 |
| Electrical Engineering Drafter | 20305 | 35 |
| Electrical Engineering Intern | 20302 | 35 |
| Electrical Engineering Trainee | 20301 | 35 |
| Electrocardiograph Technician | 51512 | 35 |
| Electroencephalograph Technician | 51513 | 35 |
| Elevator Operator | 80910 | 40 |
| Elevator Starter | 80935 | 40 |
| Eligibility Specialist | 10104 | 35 |
| Emergency Medical Specialist-EMT | 53053 | 37.5 |
| Emergency Medical Specialist-Paramedic | 53054 | 37.5 |
| Emergency Medical Specialist Trainee | 53052 | 37.5 |
| Engineer (Accounting) | 20715 | 35 |
| Engineer (College Equipment & Specs) | 20815 | 35 |
| Engineer - Assessor (Gas) | 20915 | 35 |
| Engineer - Assessor (Railroad) | 20916 | 35 |
| Engineer - Assessor (Structural) | 20917 | 35 |
| Engineer - Assessor (Telephone) | 20918 | 35 |
| Engineer - Assessor (Utility) | 20919 | 35 |
| Engineering Aide | 20101 | 35 |
| Engineering Specialist | 06019 | 35 |
| Engineering Technician | 20113 | 35 |
| Engineering Technician | 20114 | 35 |
| Engineering Technician | 20115 | 35 |

00001

CHALMERS FPI LIT-00001429

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Engineering Technician Trainee | 20111 | 35 |
| Engineering Work Study Trainee | 20100 | 35 |
| Environmental Control Technician | 90971 | 35 |
| Environmental Health Technician | 51380 | 35 |
| Estimator (Electrical) | 20121 | 35 |
| Estimator (General Construction) | 20122 | 35 |
| Estimator (Mechanical) | 20123 | 35 |
| Evidence and Property Control Specialist | 71022 | 35 |
| Exterminator | 90510 | 35 |
| Family Preservationist (Juvenile Justice) | 51595 | 35 |
| Field Investigation Specialist (LD) | 06426 | 35 |
| Film Editor | 90312 | 35 |
| Film Manager | 90313 | 35 |
| Fingerprint Technician | 71110 | 35 |
| Fingerprint Technician Trainee | 71105 | 35 |
| Fire Alarm Dispatcher | 71010 | 40 |
| Fire Prevention Inspector | 31615 | 35 |
| Fire Protection Inspector | 31661 | 35 |
| Fitness Instructor | 51225 | 35 |
| Food Service Administrator (DC) | 06593 | 35 |
| Food Service Manager | 05058 | 35 |
| Food Service Supervisor | 90238 | 35 |
| Forensic Analyst (OCME) | 06524 | 35 |
| Forensic Scientist (OCME) | 06525 | 35 |
| Forester | 81361 | 35 |
| Fraud Investigator | 31113 | 35 |
| Fraud Investigator (DOSS) | 05148 | 35 |
| Furniture Specifications Writer | 12134 | 35 |
| General Supervisor of Building Maintenance (Construction) | 91673 | 35 |
| General Supervisor of Building Maintenance (Electrical ) | 91674 | 35 |
| General Supervisor of Building Maintenance (Mechanical) | 91675 | 35 |
| General Superintendent of Construction and Repairs | 91396 | 35 |
| Geologist | 21915 | 35 |
| Geologist Trainee | 21901 | 35 |
| Graphic Artist | 91415 | 35 |
| Head Clerk | 01568 | 35 |
| Head Dietitian | 50335 | 35 |
| Head Juvenile Counselor | 52399 | 35 |
| Head Nurse | 50935 | 40 |
| Head Nurse (Sanitation) | 06124 | 40 |
| Health Aide | 51102 | 35 |
| Health Care Program Planner/Analyst | 83051 | 35 |
| Health Facilities Planner | 22082 | 35 |
| Health Resource Coordinator | 51111 | 35 |
| Hearing Admin. Services Coordinator (PVB) | 10171 | 35 |
| Highway Transportation Specialist | 22315 | 35 |
| Highways and Sewers Inspector | 31626 | 35 |
| Home Aide | 52404 | 35 |
| Home Economist | 50510 | 35 |
| Home Economist Trainee | 50501 | 35 |
| Homemaker | 52405 | 35 |

00.00.1.

CHALMERS FPI LIT-00001430

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Hostler | 81901 | 40 |
| Housekeeper | 80710 | 35 |
| Housekeeping Aide [3] | 81802 | 40 |
| Houseparent | 52437 | 60 |
| Housing Development Specialist | 22507 | 35 |
| Housing Development Specialist Trainee | 22506 | 35 |
| Hull & Machinery Inspector | 33315 | 35 |
| Human Resources  Aide | 56001 | 35 |
| Human Resources Specialist | 56020 | 35 |
| Human Resources Specialist (EDT) | 56021 | 35 |
| Human Resources Technician | 56006 | 35 |
| Human Resources Technician (EDT) | 56007 | 35 |
| Illustrator | 91410 | 35 |
| Information Assistant | 60805 | 35 |
| Industrial Hygienist | 31305 | 35 |
| Inspector (Boilers) | 31620 | 40 |
| Inspector (Cement Test) | 31621 | 40 |
| Inspector (Construction) | 31622 | 40 |
| Inspector (DCA) | 33995 | 35 |
| Inspector (Electrical) | 31623 | 40 |
| Inspector (Elevator) | 31624 | 40 |
| Inspector (Heating and Ventilation) | 31625 | 40 |
| Inspector (Hoists and Rigging) | 31627 | 40 |
| Inspector (Housing) | 31670 | 40 |
| Inspector (Housing Construction) | 31690 | 40 |
| Inspector (Low Pressure Boilers) | 31671 | 40 |
| Inspector (Plastering) | 31628 | 40 |
| Inspector (Plumbing) | 31629 | 40 |
| Inspector (Steel Construction) | 31630 | 40 |
| Inspector of Fire Alarm Boxes | 34315 | 40 |
| Inspector of Ports & Terminals | 33985 | 35 |
| Institutional Aide [3] | 81803 | 40 |
| Institutional Aide (DOC) | 06469 | 40 |
| Institutional Band Music Instructor | 60310 | 35 |
| Institutional Farming Instructor | 60311 | 35 |
| Institutional Garment Worker | 90112 | 35 |
| Institutional Inspector | 31415 | 35 |
| Institutional Instructor | 60309 | 35 |
| Institutional Seamstress | 90112 | 35 |
| Institutional Tailor | 90113 | 35 |
| Institutional Teacher (DJJ) | 60371 | 35 |
| Institutional Trades Instructor | 60312 | 35 |
| Institutional Trades Instructor (Carpentry) | 60314 | 35 |
| Institutional Trades Instructor (Tailoring) | 60313 | 35 |
| Interpreter, Chinese (Cantonese, Mandarin, Taiwanese ) | 31017 | 35 |
| Interpreter (Spanish) | 31013 | 35 |
| Interpreter (Spanish & Italian) | 31010 | 35 |
| Investigator | 31105 | 35 |
| Investigator (CCRB) | 06157 | 35 |
| Investigator (Discipline) | 06316 | 35 |
| Investigator Trainee | 31101 | 35 |

00001

CHALMERS FPI LIT-00001431

| TITLE | TITLE CODE | WORK WEEK |
|-------|-----------|-----------|
| Investment Analyst | 40925 | 35 |
| Investment Analyst Trainee | 40924 | 35 |
| Junior Architect | 21206 | 35 |
| Junior Bacteriologist | 21605 | 35 |
| Junior Building Custodian | 80601 | 40 |
| Junior Chemist | 21805 | 35 |
| Junior Civil Engineer | 20206 | 35 |
| Junior Drafter | 20102 | 35 |
| Junior Electrical Engineer | 20306 | 35 |
| Junior Geologist | 21905 | 35 |
| Junior Health Facilities Planner | 22080 | 35 |
| Junior Mechanical Engineer | 20406 | 35 |
| Junior Medical Examiner (OCME) | 53865 | 35 |
| Junior Public Health Officer (District Health Administration) | 52800 | 35 |
| Junior Public Health Officer (Medical Services) | 52801 | 35 |
| Juvenile Counselor | 52295 | 35 |
| Keypunch Operator | 10907 | 35 |
| Laboratory Associate | 21512 | 35 |
| Laboratory Helper | 82107 | 35 |
| Laboratory Helper (Competitive) | 82104 | 35 |
| Laboratory Microbiologist | 21513 | 35 |
| Laboratory Technician | 21508 | 35 |
| Landmarks Preservation Specialist | 92242 | 35 |
| Landmarks Preservationist | 92237 | 35 |
| Landscape Architect | 21315 | 35 |
| Landscape Architectural Intern | 21306 | 35 |
| Latent Print Examiner | 71140 | 35 |
| Laundry Supervisor | 80860 | 40 |
| Laundry Worker | 90110 | 37.5 |
| Law Clerk | 30109 | 35 |
| Lead Abatement Worker | 31311 | 40 |
| Legal Coordinator | 30081 | 35 |
| Legal Secretarial Assistant | 10229 | 35 |
| Legal Secretary | 01665 | 35 |
| Licensed Barber (DOC) | 90116 | 35 |
| Maintenance Supervisor | 80684 | 35 |
| Management Analyst (DOP) | 06244 | 35 |
| Management Auditor | 40502 | 35 |
| Management Auditor Trainee | 40501 | 35 |
| Marine Maintenance Mechanic | 92587 | 35 |
| Market Agent | 33972 | 35 |
| Market Aide | 33971 | 35 |
| Meat Cutter | 90213 | 35 |
| Mechanical Engineer | 20415 | 35 |
| Mechanical Engineer (Air Conditioning) | 20418 | 35 |
| Mechanical Engineer (Cars) | 20416 | 35 |
| Mechanical Engineer (Salvage) | 20417 | 35 |
| Mechanical Engineering Drafter | 20405 | 35 |
| Mechanical Engineering Intern | 20403 | 35 |
| Media Services Technician | 90622 | 35 |
| Medical Clerk | 10108 | 35 |

00001

CHALMERS FPI LIT-00001432

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Medical Equipment Repair Technician | 90690 | 35 |
| Medical Equipment Specialist | 90691 | 35 |
| Medical Investigator | 53864 | 35 |
| Medical Records Librarian | 50811 | 35 |
| Medical Specialist | 52895 | 35 |
| Medical Subspecialist (DOH) | 06637 | 35 |
| Medicolegal Investigator (OCME) | 53299 | 40 |
| Mental Health Worker | 51262 | 35 |
| Messenger | 12005 | 35 |
| Microbiologist | 21670 | 35 |
| Microbiologist (Bacteriology) | 21671 | 35 |
| Microbiologist (Cytology) | 21672 | 35 |
| Microbiologist (Hematology) | 21673 | 35 |
| Microbiologist (Histology) | 21674 | 35 |
| Microbiologist (Immunohematology) | 21675 | 35 |
| Microbiologist (Mycology) | 21676 | 35 |
| Microbiologist (Parasitology) | 21677 | 35 |
| Microbiologist (Serology) | 21678 | 35 |
| Microbiologist (Virology) | 21679 | 35 |
| Mortgage Analyst | 40550 | 35 |
| Mortgage Tax Examiner | 30505 | 35 |
| Mortuary Technician | 52015 | 35 |
| Motion Picture Operator | 90611 | 35 |
| Motor Vehicle Operator | 91212 | 40 |
| Motor Vehicle Supervisor | 91232 | 40 |
| Multiple Dwelling Specialist (Buildings) | 22401 | 40 |
| Nurse's Aide [3] | 50901 | 40 |
| Nurse's Aide (DOC) | 06415 | 40 |
| Nurse's Aide (Handicapped Children) [3] | 50905 | 40 |
| Nurse-Midwife | 50912 | 40 |
| Nurse Practitioner (DOH) | 06611 | 40 |
| Nurse Practitioner (Sanitation) | 06068 | 40 |
| Nutrition Consultant | 50415 | 35 |
| Nutritionist | 50410 | 35 |
| Nutritionist (P/T) | 50411 | 35 |
| Nutritionist Trainee | 50405 | 35 |
| Occupational Therapist | 51210 | 35 |
| Office Aide | 10109 | 35 |
| Office Appliance Operator | 11705 | 35 |
| Office Assistant | 10115 | 35 |
| Office Associate | 10112 | 35 |
| Office Machine Aide | 11702 | 35 |
| Office Machine Associate | 11703 | 35 |
| Oil Burner Specialist | 91237 | 40 |
| Operations Assistant (C.D.) | 71488 | 35 |
| Operations Communications Specialist | 20271 | 35 |
| Orderly | 81804 | 40 |
| Painting Inspector | 32815 | 35 |
| Paralegal Aide | 30080 | 35 |
| Paralegal Aide Trainee | 30076 | 35 |
| Parking Enforcement Agent | 71612 | 40 |

00001

CHALMERS FPI LIT-00001433

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Parking Control Specialist | 41120 | 40 |
| Parking Control Specialist Trainee | 41117 | 40 |
| Pediatric Nurse Associate | 95440 | 35 |
| Personnel Investigator | 31107 | 35 |
| Pest Control Aide | 90500 | 35 |
| Pharmacist | 50610 | 37.5 |
| Photographer (Rule XI) | 90610 | 35 |
| Photographer and Photostat Operator | 90615 | 35 |
| Physical Therapist | 51211 | 35 |
| Physician | 53010 | 35 |
| Physician's Assistant | 52700 | 37.5 |
| Physicist | 22015 | 35 |
| Physicist (Electronics) | 22016 | 35 |
| Physicist (Isotopes) | 22017 | 35 |
| Physicist (Radiation) | 22018 | 35 |
| Physicist Trainee | 22001 | 35 |
| Pipe Laying Inspector | 33415 | 35 |
| Plan Examiner (Buildings) | 22410 | 35 |
| Planner Trainee | 22107 | 35 |
| Planning & Operations Officer (C.D.) | 22113 | 35 |
| Planner: Production Control & Scheduling (EMS Motor Transport) | 83032 | 35 |
| Playground Associate | 06664 | 35 |
| Poison Information Specialist (DOH) | 06663 | 35 |
| Police Administrative Aide | 10144 | 35 |
| Police Attendant | 90202 | 40 |
| Police Communications Technician | 71012 | 35 |
| Primary Care Physician (Communicare) | 06608 | 37.5 |
| Principal Administrative Associate | 10124 | 35 |
| Principal Air Pollution Control Engineer | 20620 | 35 |
| Principal Air Pollution Inspector | 31360 | 35 |
| Principal Chemical Engineer | 20550 | 35 |
| Principal Chemist | 21835 | 35 |
| Principal Chemist (Sanitary) | 21836 | 35 |
| Principal Chemist (Toxicology) | 21837 | 35 |
| Principal Chief Dietitian | 50373 | 35 |
| Principal Children's Counselor | 51565 | 35 |
| Principal Civil Engineer | 20250 | 35 |
| Principal Civil Engineer (Water Supply) | 20260 | 35 |
| Principal Community Liaison Worker | 56095 | 35 |
| Principal Computer Operator | 13514 | 35 |
| Principal Computer Programmer | 13550 | 35 |
| Principal Construction Inspector | 32260 | 35 |
| Principal Consumer Affairs Inspector | 33994 | 35 |
| Principal Correctional Counselor | 51277 | 35 |
| Principal Custodial Supervisor | 80561 | 40 |
| Principal Electrical Engineer (Railroad Signals) | 20351 | 35 |
| Principal Electrical Engineer | 20350 | 35 |
| Principal Electrical Inspector | 32960 | 35 |
| Principal Engineer | 20620 | 35 |
| Principal Engineer | 21130 | 35 |
| Principal Fingerprint Technician | 71165 | 35 |

00001

CHALMERS FPI LIT-00001434

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Principal Home Economist | 50565 | 35 |
| Principal Housing Inspector | 31560 | 35 |
| Principal Illustrator | 91460 | 35 |
| Principal Institutional Inspector | 31465 | 35 |
| Principal Juvenile Counselor | 52297 | 35 |
| Principal Mechanical Engineer | 20450 | 35 |
| Principal Microbiologist | 21690 | 35 |
| Principal Mortuary Technician | 52017 | 35 |
| Principal Multiple Dwelling Specialist (Buildings) | 22402 | 40 |
| Principal Nutrition Consultant | 50416 | 35 |
| Principal Nutritionist | 50465 | 35 |
| Principal Pharmacist | 50660 | 37.5 |
| Principal Physicist | 22030 | 35 |
| Principal Police Communications Technician | 71014 | 35 |
| Principal Public Health Sanitarian | 31260 | 35 |
| Principal Research Scientist (Biological Science) | 21770 | 35 |
| Principal Retirement Benefits Examiner | 40495 | 35 |
| Principal Senior Citizen Specialist | 09223 | 35 |
| Principal Shorthand Reporter | 10420 | 35 |
| Principal Special Officer (HRA) | 70820 | 40 |
| Principal Statistician | 40625 | 35 |
| Principal Telephone Operator | 10825 | 35 |
| Principal Title Examiner | 30820 | 35 |
| Principal Veterinarian | 50765 | 35 |
| Probation Assistant | 51800 | 35 |
| Probation Officer | 51810 | 37.5 |
| Probation Officer Trainee | 51801 | 37.5 |
| Process Server | 30205 | 35 |
| Procurement Analyst | 12158 | 35 |
| Program Announcer | 60636 | 35 |
| Program Coordinator (DJJ) | 51597 | 35 |
| Program Producer | 60621 | 35 |
| Program Officer (DFTA) | 51454 | 35 |
| Program Research Analyst [1] | 60945 | 35 |
| Program Specialist (DOC) | 60948 | 35 |
| Project Coordinator | 22421 | 35 |
| Project Development Coordinator | 22525 | 35 |
| Project Development Coordinator Trainee | 22504 | 35 |
| Project Manager | 22426 | 35 |
| Project Manager Intern | 22425 | 35 |
| Project Services Specialist | 22526 | 35 |
| Psychologist | 52110 | 35 |
| Public Health Adviser (CDC) | 51191 | 35 |
| Public Health Assistant | 81805 | 35 |
| Public Health Educator | 51110 | 35 |
| Public Health Educator Trainee | 51105 | 35 |
| Public Health Epidemiologist | 51181 | 35 |
| Public Health Nurse | 51011 | 35 |
| Public Health Physician (PHA) | 52713 | 35 |
| Public Health Sanitarian | 31215 | 40 |
| Public Health Sanitarian Trainee | 31211 | 40 |

00001

CHALMERS FPI LIT-00001435

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Public Records Aide | 60215 | 35 |
| Public Records Officer | 60216 | 35 |
| Public Relations Assistant | 60810 | 35 |
| Puppeteer | 60414 | 35 |
| Purchase Inspector | 34115 | 35 |
| Purchase Inspector (Automotive Equipment) | 34116 | 35 |
| Purchase Inspector (Drugs & Chemicals) | 34117 | 35 |
| Purchase Inspector (Equipment) | 34118 | 35 |
| Purchase Inspector (Foods) | 34119 | 35 |
| Purchase Inspector (Fuel & Supplies) | 34120 | 35 |
| Purchase Inspector (Fuel) | 34132 | 35 |
| Purchase Inspector (Furniture) | 34121 | 35 |
| Purchase Inspector  (Lumber) | 34123 | 35 |
| Purchase Inspector (Mill Steel) | 34129 | 35 |
| Purchase Inspector (Piano) | 34124 | 35 |
| Purchase Inspector (Pipes & Castings) | 34125 | 35 |
| Purchase Inspector (Printing & Stationery) | 34126 | 35 |
| Purchase Inspector (Repairs & Supplies) | 34127 | 35 |
| Purchase Inspector  (School Bus Service) | 34128 | 35 |
| Purchase Inspector (Shop Steel) | 34130 | 35 |
| Purchase Inspector (Textiles) | 34131 | 35 |
| Purchasing Agent | 12121 | 35 |
| Quality Assurance Specialist | 34171 | 35 |
| Quality Assurance Specialist (Automotive Equipment) | 34172 | 35 |
| Quality Assurance Specialist (Building Repairs) | 34173 | 35 |
| Quality Assurance Specialist (Drugs & Chemicals) | 34174 | 35 |
| Quality Assurance Specialist (Equipment) | 34175 | 35 |
| Quality Assurance Specialist (Foods) | 34176 | 35 |
| Quality Assurance Specialist (Fuel) | 34177 | 35 |
| Quality Assurance Specialist (Fuel & Supplies) | 34178 | 35 |
| Quality Assurance Specialist (Furniture & Supplies) | 34179 | 35 |
| Quality Assurance Specialist (Lumber) | 34180 | 35 |
| Quality Assurance Specialist (Metals) | 34181 | 35 |
| Quality Assurance Specialist (Printing & Stationery) | 34182 | 35 |
| Quality Assurance Specialist (Pupil Transportation) | 34183 | 35 |
| Quality Assurance Specialist (Textiles) | 34184 | 35 |
| Quality Assurance Specialist Trainee | 34170 | 35 |
| Radio & Television Operator | 90411 | 35 |
| Real Estate Manager | 80110 | 35 |
| Real Estate Repairer | 81707 | 35 |
| Real Property Assistant | 80102 | 35 |
| Real Property Manager | 80112 | 35 |
| Recreation Assistant | 60407 | 35 |
| Recreation Director | 60430 | 35 |
| Recreation Director (Part-Time) | 60431 | 35 |
| Recreation Supervisor | 60440 | 35 |
| Rehabilitation Counselor | 51213 | 35 |
| Rehabilitation Specialist (HPD) | 31680 | 40 |
| Relocation Aide | 80097 | 35 |
| Repair Crew Chief (HDA) | 90573 | 35 |
| Repair Crew Worker (HDA) | 90571 | 35 |

00001

CHALMERS FPI LIT-00001436

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Repair Shop Manager (HDA) | 90576 | 35 |
| Reporter/Stenographer (DA) | 10212 | 35 |
| Research Assistant | 60910 | 35 |
| Research Assistant (Behavioral Sciences) | 21740 | 35 |
| Research Scientist | 21755 | 35 |
| Retirement Benefits Examiner | 40492 | 35 |
| Right of Way Negotiator | 40430 | 35 |
| Safety Officer | 31617 | 35 |
| Safety Specialist | 31310 | 35 |
| Salvage Appraiser | 12175 | 35 |
| Sanitation Compliance Agent | 71685 | 35 |
| Sanitation Enforcement Agent | 71681 | 40 |
| Satisfaction Clerk | 30405 | 35 |
| Scientist (Radiation Control) | 21516 | 35 |
| Scientist (Water Ecology) | 21538 | 35 |
| Script Writer | 60613 | 35 |
| Secretary | 10252 | 35 |
| Secretary | 10216 | 35 |
| Security Officer (Civil Defense) | 71415 | 35 |
| Senior Accountant | 40515 | 35 |
| Senior Actuary | 40715 | 35 |
| Senior Actuary (Group Chief) | 40725 | 35 |
| Senior Addiction Specialist | 56075 | 35 |
| Senior Addiction Specialist (Methadone) | 56072 | 35 |
| Senior Air Pollution Control Engineer | 20615 | 35 |
| Senior Air Pollution Inspector | 31335 | 35 |
| Senior Appraiser (Real Estate) | 40415 | 35 |
| Senior Architect | 21225 | 35 |
| Senior Architect (M R & S) | 21226 | 35 |
| Senior Area Services Coordinator | 22558 | 35 |
| Senior Attorney | 30125 | 35 |
| Senior Attorney (Taxes) | 30093 | 35 |
| Senior Audio Visual Aid Technician | 90637 | 35 |
| Senior Auditor of Accounts | 40815 | 35 |
| Senior Automotive Service Worker | 92509 | 40 |
| Senior Automotive Specialist | 20131 | 35 |
| Senior Bacteriologist | 21525 | 35 |
| Senior Bacteriologist (Serology) | 21526 | 35 |
| Senior Baker | 90236 | 35 |
| Senior Bio-Medical Equipment Technician | 21563 | 35 |
| Senior Blasting Inspector | 31835 | 35 |
| Senior Boiler Inspector | 31935 | 35 |
| Senior Building Custodian | 80635 | 40 |
| Senior Buyer | 12140 | 35 |
| Senior Buyer (Drugs) | 12142 | 35 |
| Senior Buyer (Foods) | 12143 | 35 |
| Senior Buyer (Hardware) | 12144 | 35 |
| Senior Buyer (Instructional Materials) | 12145 | 35 |
| Senior Buyer (Mechanical Equipment) | 12149 | 35 |
| Senior Buyer (Paper & Paper Products) | 12146 | 35 |
| Senior Buyer (Printing) | 12147 | 35 |

00001

CHALMERS FPI LIT-00001437

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Senior Buyer (School & Office Furniture) | 12148 | 35 |
| Senior Buyer ( & Approved Specialties) | 12140 | 35 |
| Senior Case - Management Nurse (Sanitation) | 05207 | 35 |
| Senior Chemical Engineer | 20525 | 35 |
| Senior Chemist | 21825 | 35 |
| Senior Chemist (Biochemistry) | 21826 | 35 |
| Senior Chemist (Clinical Chemistry) | 21830 | 35 |
| Senior Chemist (Food & Water) | 21831 | 35 |
| Senior Chemist (Microanalysis) | 21827 | 35 |
| Senior Chemist (Sanitary) | 21828 | 35 |
| Senior Chemist (Toxicology) | 21829 | 35 |
| Senior Chief Dietitian | 50372 | 35 |
| Senior Children's Counselor | 51535 | 35 |
| Senior Citizen Specialist I (DFTA) | 02735 | 35 |
| Senior Citizen Specialist II (DFTA) | 02899 | 35 |
| Senior Citizen Specialist II (JOP) | 09538 | 35 |
| Senior Civil Engineer (Approaches & Arterial Connections) | 20226 | 35 |
| Senior Civil Engineer (Building Construction) | 20232 | 35 |
| Senior Civil Engineer (Highway Traffic) | 20231 | 35 |
| Senior Civil Engineer (Railroad Valuation) | 20227 | 35 |
| Senior Civil Engineer (Sanitary) | 20228 | 35 |
| Senior Civil Engineer( Structural) | 20229 | 35 |
| Senior Civil Engineer (Water Supply) | 20230 | 35 |
| Senior Civil Engineer | 20225 | 35 |
| Senior Clerk | 10111 | 35 |
| Senior Clerk (Income Maintenance) | 10099 | 35 |
| Senior Clinician | 52835 | 35 |
| Senior Community Liaison Worker | 56094 | 35 |
| Senior Community Organization Specialist (Urban Renewal) | 22126 | 35 |
| Senior Construction Inspector | 32235 | 35 |
| Senior Consultant (Early Childhood Education) | 51636 | 35 |
| Senior Consultant (Mental Health Standards and Services) | 54810 | 35 |
| Senior Consultant (Psychiatric Nursing) | 51019 | 35 |
| Senior Consultant (Public Health Social Work) | 51638 | 35 |
| Senior Consumer Affairs Inspector | 33902 | 35 |
| Senior Cook [3] | 90235 | 40 |
| Senior Counselor (Addiction Treatment) | 51216 | 35 |
| Senior Crew Chief (Pest Control) | 90502 | 35 |
| Senior Custodial Assistant | 82016 | 40 |
| Senior Custodial Supervisor | 80535 | 40 |
| Senior Demolition Inspector | 32435 | 35 |
| Senior Dentist | 50235 | 35 |
| Senior Deputy Sheriff | 30310 | 40 |
| Senior Economist | 40915 | 35 |
| Senior Electrical Engineer | 20325 | 35 |
| Senior Electrical Engineer (RR Signals) | 20327 | 35 |
| Senior Electrical Engineer (Radio & TV) | 20329 | 35 |
| Senior Elevator Inspector | 33035 | 35 |
| Senior Engineer (Accounting) | 20725 | 35 |
| Senior Engineer (Cranes) | 20234 | 35 |
| Senior Engineer (Safety) | 20825 | 35 |

00001

CHALMERS FPI LIT-00001438

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Senior Engineer Assessor | 20920 | 35 |
| Senior Engineering Technician | 20114 | 35 |
| Senior Engineering Technician (Drafting | 20116 | 35 |
| Senior Environmental Control Technician | 90972 | 35 |
| Senior Estimator (Electrical) | 20126 | 35 |
| Senior Estimator (General Construction) | 20127 | 35 |
| Senior Estimator (Mechanical) | 20128 | 35 |
| Senior Fingerprint Technician | 71135 | 35 |
| Senior Fire Prevention Inspector | 31635 | 35 |
| Senior Geologist | 21925 | 35 |
| Senior Health Facilities Planner | 22083 | 35 |
| Senior Health Care Program Planner/Analyst | 83052 | 35 |
| Senior Health Resource Coordinator | 51112 | 35 |
| Senior Highway Transportation Specialist | 22325 | 35 |
| Senior Hoists & Rigging Inspector | 33235 | 35 |
| Senior Homemaker | 52407 | 35 |
| Senior Housekeeper | 80735 | 35 |
| Senior Houseparent | 52438 | 60 |
| Senior Housing Inspector | 31535 | 35 |
| Senior Hull and Machinery Inspector | 33335 | 35 |
| Senior Human Resources Specialist | 56030 | 35 |
| Senior Human Resources Specialist (EDT) | 56031 | 35 |
| Senior Human Resources Technician | 56011 | 35 |
| Senior Industrial Engineer | 20625 | 35 |
| Senior Inspector of Fire Alarm Boxes | 34335 | 40 |
| Senior Inspector of Ports & Terminals | 33986 | 35 |
| Senior Institutional Inspector | 31435 | 35 |
| Senior Institutional Trades Instructor | 60330 | 35 |
| Senior Institutional Trades Instructor (Tailoring) | 60331 | 35 |
| Senior Intergroup Relations Officer | 55015 | 35 |
| Senior Investment Analyst | 40926 | 35 |
| Senior Juvenile Counselor | 52296 | 35 |
| Senior Key Punch Operator | 10916 | 35 |
| Senior Key Punch Operator | 10917 | 35 |
| Senior Key Punch Operator | 11009 | 35 |
| Senior Laboratory Technician | 21509 | 35 |
| Senior Laboratory Technician (OCME) | 21510 | 35 |
| Senior Landscape Architect | 21325 | 35 |
| Senior Laundry Supervisor | 80861 | 40 |
| Senior Laundry Worker | 90135 | 37.5 |
| Senior Meat Cutter | 90237 | 35 |
| Senior Mechanical Engineer (Including specialties) | 20425 | 35 |
| Senior Mechanical Engineer (Including spec.) | 20426 | 35 |
| Senior Mechanical Engineer (Including spec.) | 20427 | 35 |
| Senior Mechanical Engineer (Including spec.) | 20428 | 35 |
| Senior Medical Record Librarian | 50836 | 35 |
| Senior Medical Specialist | 52896 | 35 |
| Senior Mental Health Worker | 51263 | 35 |
| Senior Meteorologist | 21950 | 35 |
| Senior Mortuary Technician | 52016 | 35 |
| Senior Motor Vehicle Supervisor | 91233 | 40 |

00001

CHALMERS FPI LIT-00001439

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Senior Occupational Therapist | 51235 | 35 |
| Senior Office Appliance Maintainer | 90836 | 35 |
| Senior Painting Inspector | 32835 | 35 |
| Senior Parking Enforcement Agent | 71622 | 40 |
| Senior Pharmacist | 50635 | 40 |
| Senior Photographer | 90635 | 35 |
| Senior Physical Therapist | 51236 | 35 |
| Senior Physicist | 22025 | 35 |
| Senior Physicist (Electronics) | 22026 | 35 |
| Senior Physicist (Isotopes) | 22027 | 35 |
| Senior Physicist (Radiation) | 22028 | 35 |
| Senior Physicist (Spectroscopy) | 22029 | 35 |
| Senior Pipe Laying Inspector | 35435 | 35 |
| Senior Plan Examiner (Buildings.) | 22411 | 35 |
| Senior Planner | 22125 | 35 |
| Senior Plumbing Inspector | 33635 | 35 |
| Senior Police Administrative Aide | 10147 | 35 |
| Senior Probation Officer | 51835 | 37.5 |
| Senior Program Specialist (DOC) | 60949 | 35 |
| Senior Project Coordinator | 22422 | 35 |
| Senior Project Development Coordinator | 22530 | 35 |
| Senior Project Services Specialist | 22531 | 35 |
| Senior Psychologist | 52135 | 35 |
| Senior Public Health Adviser (Communicable Disease Control) | 51192 | 35 |
| Senior Public Health Educator | 51135 | 35 |
| Senior Public Health Officer (District Health Administration) | 52804 | 35 |
| Senior Public Health Officer (Medical Services) | 52805 | 35 |
| Senior Public Health Sanitarian | 31235 | 40 |
| Senior Rehabilitation Counselor | 51215 | 35 |
| Senior Rent Examiner | 30765 | 35 |
| Senior Repair Crew Chief (HDA) | 90574 | 35 |
| Senior Right of Way Negotiator | 40431 | 35 |
| Senior Salvage Appraiser | 12176 | 35 |
| Senior Satisfaction Clerk | 30410 | 35 |
| Senior Scientist(Radiation Control) | 21526 | 35 |
| Senior Secretary | 10220 | 35 |
| Senior Service Inspector (DOT) | 35766 | 35 |
| Senior Special Officer | 70815 | 40 |
| Senior Statistician | 40615 | 35 |
| Senior Student Legal Specialist (Law Department) | 06517 | 35 |
| Senior Supervisor (Exterminators) | 90560 | 35 |
| Senior Supervisor of Mechanical Installations | 34235 | 35 |
| Senior Systems Analyst | 12648 | 35 |
| Senior Tabulator Operator | 11033 | 35 |
| Senior Taxi & Limousine Inspector | 35134 | 35 |
| Senior Title Examiner | 30810 | 35 |
| Senior Traffic Control Inspector | 31735 | 35 |
| Senior Transportation Inspector | 35135 | 35 |
| Senior Urban Designer | 22094 | 35 |
| Senior Water Use Inspector | 34635 | 35 |
| Senior Waterfront Construction Inspector | 34535 | 35 |

00001

CHALMERS FPI LIT-00001440

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Senior X-Ray Technician | 51335 | 35 |
| Service Inspector (DOT) | 33765 | 35 |
| Shoemaker | 90740 | 35 |
| Shop Clerk | 10132 | 35 |
| Social Worker | 52613 | 35 |
| Special Officer | 70810 | 40 |
| Special Officer (Aqueduct Patrol) | 70501 | 40 |
| Speech Pathologist (DOH) | 51252 | 35 |
| Speech and Hearing Therapist | 51212 | 35 |
| Staff Analyst | 12626 | 35 |
| Staff Analyst Trainee | 12749 | 35 |
| Staff Audiologist | 51239 | 35 |
| Staff Nurse | 50910 | 40 |
| Staff Nurse (Dept. for the Aging) | 05490 | 40 |
| Staff Speech Pathologist | 51253 | 35 |
| Statistical Secretary (OMB) | 5363 | 35 |
| Statistician | 40610 | 35 |
| Stenographer | 10205 | 35 |
| Stenographic/Secretarial Associate | 10211 | 35 |
| Stenographer/Secretary | 10206 | 35 |
| Stenographic Specialist | 10217 | 35 |
| Stockman | 12210 | 35 |
| Stock Worker | 12200 | 35 |
| Student Legal Specialist (Kings D.A.) | 05310 | 35 |
| Student Legal Specialist (Law Department) | 05072 | 35 |
| Superintendent of Adult Institutions | 52279 | 35 |
| Superintendent Bridge House | 52281 | 35 |
| Superintendent of Construction and Repairs | 91375 | 35 |
| Superintendent of Laundries | 80880 | 40 |
| Supervising Accountant | 40520 | 35 |
| Supervising Air Pollution Inspector | 31355 | 35 |
| Supervising Appraiser (Real Estate) | 40420 | 35 |
| Supervising Area Services Coordinator | 22559 | 35 |
| Supervising Assessor | 40220 | 35 |
| Supervising Audiologist | 51240 | 35 |
| Supervising Auditor of Accounts | 40820 | 35 |
| Supervising Blasting Inspector | 31840 | 35 |
| Supervising Bookbinder | 92170 | 35 |
| Supervising Clerk | 10120 | 35 |
| Supervising Computer Operator | 13513 | 35 |
| Supervising Consumer Affairs Inspector | 33993 | 35 |
| Supervising Computer Service Technician | 13616 | 35 |
| Supervising Correctional Counselor | 51275 | 35 |
| Supervising Counselor (Addiction Treatment) | 51217 | 35 |
| Supervising Custodian of Children | 52298 | 35 |
| Supervising Demolition Inspector | 32455 | 35 |
| Supervising Deputy Sheriff | 30315 | 40 |
| Supervising Dockmaster | 81660 | 40 |
| Supervising Economist | 40920 | 35 |
| Supervising Emergency Medical Service Specialist | 53055 | 35 |
| Supervising Environmental Control Technician | 90973 | 35 |

00001

CHALMERS FPI LIT-00001441

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Supervising Fire Alarm Dispatcher | 71060 | 40 |
| Supervising Fire Prevention Inspector | 31655 | 35 |
| Supervising Health Resource Coordinator | 51113 | 35 |
| Supervising Home Economist | 50560 | 35 |
| Supervising Housekeeper | 80760 | 35 |
| Supervising Hull and Machinery Inspector | 33355 | 35 |
| Supervising Human Resources Specialist | 56040 | 35 |
| Supervising Human Resources Specialist (Auditing) | 56044 | 35 |
| Supervising Human Resources Specialist (Community Programs) | 56042 | 35 |
| Supervising Human Resources Specialist (EDT) | 56043 | 35 |
| Supervising Human Resources Specialist (Management) | 56041 | 35 |
| Supervising Institutional Inspector | 31455 | 35 |
| Supervising Investment Analyst | 40927 | 35 |
| Supervising Laundry Worker [3] | 71494 | 40 |
| Supervising Medical Records Librarian | 50837 | 35 |
| Supervising Mental Health Worker | 51264 | 35 |
| Supervising Nutritionist | 50460 | 35 |
| Supervising Parking Meter Collector | 41112 | 35 |
| Supervising Parking Meter Service Worker | 41113 | 40 |
| Supervising Pharmacist | 50650 | 37.5 |
| Supervising Police Communications Technician | 71013 | 35 |
| Supervising Probation Officer | 51860 | 37.5 |
| Supervising Public Health Adviser (CDC) | 51193 | 35 |
| Supervising Public Health Nurse | 51060 | 35 |
| Supervising Public Health Sanitarian | 31255 | 40 |
| Supervising Special Officer | 70817 | 40 |
| Supervising Speech Pathologist | 51254 | 35 |
| Supervising Taxi & Limousine Inspector | 35140 | 35 |
| Supervising Therapist | 51241 | 35 |
| Supervising Traffic Control Inspector | 31750 | 35 |
| Supervising Water Use Inspector | 34655 | 35 |
| Supervisor (Exterminators) | 90535 | 35 |
| Supervisor (Methadone Treatment Center) | 51247 | 35 |
| Supervisor (Pest Control) | 90505 | 35 |
| Supervisor I (Social Work) | 52631 | 35 |
| Supervisor II (Social Work) | 52632 | 35 |
| Supervisor III (Social Work) | 52633 | 35 |
| Supervisor I (Welfare) | 52311 | 35 |
| Supervisor II (Welfare) | 52312 | 35 |
| Supervisor III (Welfare) | 52313 | 35 |
| Supervisor of Bridge Operations | 91160 | 40 |
| Supervisor of Building Custodians | 80660 | 40 |
| Supervisor of Child Care | 52315 | 35 |
| Supervisor of Electrical Installations and Maintenance | 34205 | 35 |
| Supervisor of Ironwork | 92376 | 40 |
| Supervisor of Mechanical Installations and Maintenance | 34221 | 35 |
| Supervisor of Mechanics (Mechanical Equipment) | 92575 | 40 |
| Supervisor of Motor Transport | 91279 | 40 |
| Supervisor of Nurses [3] | 50960 | 40 |
| Supervisor of Office Machine Operations | 11704 | 35 |
| Supervisor of Radio & Television Operations | 90436 | 35 |

00001

CHALMERS FPI LIT-00001442

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Supervisor of School Security | 60820 | 40 |
| Supervisor of Stock Workers | 12202 | 35 |
| Supervisor of Traffic Device Maintainers | 90904 | 40 |
| Supervisor of Traffic Safety Education | 60818 | 35 |
| Supervisor of X-Ray Technician Services | 51360 | 35 |
| Supervisor of Youth Services | 51444 | 35 |
| Supervisor of Youth Services (Research) | 51446 | 35 |
| Surveyor | 21015 | 35 |
| Systems Administrator (CFB) | 06602 | 35 |
| Systems Analyst | 12647 | 35 |
| Tabulator Operator | 11032 | 35 |
| Tax Auditor | 40521 | 35 |
| Taxi & Limousine Inspector | 35116 | 35 |
| Teacher (DOC) | 00101 | 35 |
| Technical Support Aide | 13610 | 35 |
| Telecommunications Associate | 20243 | 35 |
| Telecommunications Specialist | 20245 | 35 |
| Telephone Operator | 10805 | 35 |
| Television Equipment Operator | 90311 | 35 |
| Television Lighting Technician | 90310 | 35 |
| Tests & Measurement Intern | 12700 | 35 |
| Tests & Measurement Specialist | 12704 | 35 |
| Title Examiner | 30805 | 35 |
| Traffic Control Inspector | 31715 | 35 |
| Traffic Device Maintainer | 90910 | 40 |
| Traffic Enforcement Agent | 71651 | 40 |
| Training Coordinator ( C.D. ) | 71496 | 35 |
| Training Development Specialist | 12618 | 35 |
| Training Development Specialist Trainee | 12616 | 35 |
| Transcribing Typist | 10308 | 35 |
| Transportation Inspector | 35115 | 35 |
| Typist | 10305 | 35 |
| Urban Archeologist | 92248 | 35 |
| Urban Designer | 22093 | 35 |
| Urban Park Ranger | 60421 | 35 |
| Veterinarian | 50710 | 35 |
| Washer | 90111 | 37.5 |
| Watch Person | 81010 | 40 |
| Water Meter Reader | 34600 | 35 |
| Water Plant Operator | 91010 | 40 |
| Water Use Inspector | 34615 | 35 |
| Water Use Inspector Trainee | 34601 | 35 |
| Waterfront Construction Inspector | 34515 | 35 |
| Watershed Maintainer | 91011 | 40 |
| Window Cleaner | 90749 | 40 |
| Word Processor | 10302 | 35 |
| Workers' Compensation Benefits Examiner | 40482 | 35 |
| X-Ray Technician | 51310 | 35 |
| Youth Coordinator (Youth Services) | 51402 | 35 |
| Youth Services Specialist | 51438 | 35 |

00001

CHALMERS FPI LIT-00001443

## New York City Health & Hospital Corporation Title Codes

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Accountant | 405100 | 35 |
| Activity Therapist | 004780 | 35 |
| Addiction Counselor - Level I | 000550 | 35 |
| Addiction Counselor - Level II | 000530 | 35 |
| Addiction Specialist | 560700 | 35 |
| Ambulance Technician | 001060 | 37.5 |
| Ambulatory Care Technician | 001850 | 37.5 |
| Anesthetist | 531010 | 35 |
| Architect | 212150 | 35 |
| Architectural Intern | 212050 | 35 |
| Assistant Accountant | 405050 | 35 |
| Assistant Addiction Counselor | 000540 | 35 |
| Assistant Architect | 212100 | 35 |
| Assistant Bio-Medical Equipment Technician | 215610 | 35 |
| Assistant Chemist | 218100 | 35 |
| Assistant Civil Engineer | 202100 | 35 |
| Assistant Community Liaison Worker | 560920 | 35 |
| Assistant Coordinating Manager | 003820 | 35 |
| Assistant Electrical Engineer | 203100 | 35 |
| Assistant Head Nurse | 000480 | 37.5 |
| Assistant Health Care Program Planner/Analyst | 000300 | 35 |
| Assistant Health Facilities Planner | 220810 | 35 |
| Assistant Laundry Supervisor | 808100 | 37.5 |
| Assistant Mechanical Engineer | 204100 | 35 |
| Assistant Media Services Technician | 005020 | 35 |
| Assistant Physicist | 220100 | 35 |
| Assistant Physicist (Electronics) | 220110 | 35 |
| Assistant Physicist (Isotopes) | 220120 | 35 |
| Assistant Physicist (Radiation) | 220130 | 35 |
| Assistant Planning-Scheduling Analyst | 039660 | 35 |
| Assistant Printing Press Operator | 921220 | 40 |
| Assistant Purchasing Agent | 963400 | 35 |
| Assistant Statistician | 406050 | 35 |
| Assistant Stock Handler | 122070 | 35 |
| Assistant Systems Analyst | 039270 | 35 |
| Assistant Systems Analyst (EDP) | 040010 | 35 |
| Assistant Systems Analyst (Finance) | 039310 | 35 |
| Associate Accountant | 405170 | 35 |
| Associate Bookkeeper | 405270 | 35 |
| Associate Chemist - Level I | 963010 | 35 |
| Associate Chemist - Level II | 963020 | 35 |
| Associate Chemist - Level III | 963030 | 35 |
| Associate Engineering Technician - Level I | 961710 | 35 |
| Associate Engineering Technician - Level II | 961720 | 35 |
| Associate Laboratory Microbiologist - Level I | 962910 | 35 |
| Associate Laboratory Microbiologist - Level II | 962920 | 35 |
| Associate Laboratory Microbiologist - Level III | 962930 | 35 |
| Associate Medical Record Specialist | 508360 | 35 |
| Associate Nurse Midwife - Level A | 965130 | 37.5 |

OU0001

CHALMERS FPI LIT-00001444

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Associate Nurse Midwife - Level B | 965140 | 37.5 |
| Associate Nurse Practitioner - Level I | 966410 | 37.5 |
| Associate Nurse Practitioner - Level II | 966420 | 37.5 |
| Associate Pharmacist - Level I | 985110 | 37.5 |
| Associate Pharmacist - Level II | 985120 | 37.5 |
| Associate Pharmacist - Level III | 985130 | 37.5 |
| Associate Pharmacist - Level IV | 985140 | 37.5 |
| Associate Radiographer - Level I | 966110 | 35 |
| Associate Radiographer - Level II | 966120 | 35 |
| Associate Respiratory Therapist - Level I | 980210 | 35 |
| Associate Respiratory Therapist - Level II | 980220 | 35 |
| Associate Staff Analyst [1] | 126270 | 35 |
| Associate Staff Anesthetist - Level A | 965110 | 35 |
| Associate Staff Anesthetist - Level B | 965120 | 35 |
| Associate Staff Audiologist - Level I | 965910 | 35 |
| Associate Staff Audiologist - Level II | 965920 | 35 |
| Associate Staff Speech Pathologist - Level I | 966010 | 35 |
| Associate Staff Speech Pathologist - Level II | 966020 | 35 |
| Associate Supervising Dietitian Level A | 962310 | 35 |
| Associate Supervising Dietitian Level B | 962320 | 35 |
| Associate Supervisory Radiographer - Level I | 966310 | 35 |
| Associate Supervisory Radiographer - Level II | 966320 | 35 |
| Associate Ultrasound Technologist | 005050 | 35 |
| Attending Physician (Approved Specialties) - Level I | 970210 | 37.5 |
| Attending Physician (Approved Specialties) - Level II | 970220 | 37.5 |
| Attending Physician (Approved Specialties) - Level III | 970230 | 37.5 |
| Audiology Clinician | 003800 | 35 |
| Automotive Service Worker | 925080 | 40 |
| Beautician | 001360 | 37.5 |
| Bio-Medical Equipment Technician | 215620 | 35 |
| Bio-Medical Equipment Technician Trainee | 215600 | 35 |
| Bookkeeper - Level I | 405260 | 35 |
| Bookkeeper - Level II | 405360 | 35 |
| Caseworker | 523040 | 35 |
| Cashier | 106050 | 35 |
| Central Supply Assistant | 004560 | 37.5 |
| Certified Occupational Therapy Assistant | 003430 | 35 |
| Certified Physical Therapy Assistant | 003840 | 35 |
| Certified Respiratory Therapy Technician | 003350 | 35 |
| Chemist | 218150 | 35 |
| Chief Dietician | 503700 | 35 |
| Chief Psychologist | 521700 | 35 |
| Children's Counselor | 515100 | 35 |
| City Custodial Assistant | 906440 | 40 |
| Civil Engineer | 202150 | 35 |
| Civil Engineering Intern | 202020 | 35 |
| Clerical Associate - Level Ia | 102510 | 35 |
| Clerical Associate - Level Ib | 102610 | 35 |
| Clerical Associate - Level II | 102620 | 35 |
| Clerical Associate - Level III | 102630 | 35 |
| Clerical Associate - Level IV | 102640 | 35 |

00001

CHALMERS FPI LIT-00001445

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Clerical Associate - Level IVa | 102650 | 35 |
| Clinical Dietetic Technician | 966610 | 35 |
| Community Assistant [2] | 560560 | 40 |
| Community Associate | 560570 | 35 |
| Community Coordinator | 560580 | 35 |
| Community Liaison Trainee | 560910 | 35 |
| Community Liaison Worker | 560930 | 35 |
| Computer Aide - Level I | 961410 | 35 |
| Computer Aide - Level II | 961420 | 35 |
| Computer Associate (Operations) - Level I | 961310 | 35 |
| Computer Associate (Operations) - Level II | 961320 | 36 |
| Computer Associate (Operations) - Level III | 961330 | 35 |
| Computer Associate (Software) - Level I | 963110 | 35 |
| Computer Associate (Software) - Level II | 963120 | 35 |
| Computer Associate (Software) - Level III | 963130 | 35 |
| Computer Associate (Technical Support) - Level I | 961210 | 35 |
| Computer Associate (Technical Support) - Level II | 961220 | 35 |
| Computer Associate (Technical Support) - Level III | 961230 | 35 |
| Computer Programmer Analyst - Level I | 961110 | 35 |
| Computer Programmer Analyst - Level II | 961120 | 35 |
| Computer Programmer Analyst Trainee | 961500 | 35 |
| Computer Specialist (Software) - Level I | 966710 | 35 |
| Computer Specialist (Software) - Level II | 966720 | 35 |
| Construction Management Assistant | 001030 | 35 |
| Construction Project Manager - Level I | 962510 | 35 |
| Construction Project Manager - Level II | 962520 | 35 |
| Construction Project Manager - Level III | 962530 | 35 |
| Consultant Public Health Nurse (Child Health) | 510150 | 35 |
| Consultant Public Health Nurse (Hospital Services) | 510170 | 35 |
| Cook | 902100 | 37.5 |
| Custodial Assistant | 820150 | 40 |
| Dental Assistant | 501010 | 35 |
| Dental Hygienist | 501020 | 35 |
| Dentist - Level A | 963910 | 35 |
| Dentist - Level B | 963920 | 35 |
| Dentist - Level I | 964410 | 35 |
| Dentist - Level II | 964420 | 35 |
| Dentist | 502100 | 35 |
| Department Librarian | 602100 | 35 |
| Department Senior Librarian | 602350 | 35 |
| Department Supervising Librarian | 602600 | 35 |
| Dietary Aide | 818010 | 37.5 |
| Dietitian - Level I | 503100 | 35 |
| Dietitian - Level II | 503350 | 35 |
| Dietitian - Level III | 962310 | 35 |
| Dietitian - Level IV | 962320 | 35 |
| Discharge Planning Assessment Specialist - Level I | 005100 | 35 |
| Discharge Planning Assessment Specialist - Level II | 005200 | 35 |
| District Supervising Public Health Nurse | 510650 | 35 |
| Electrical Engineer | 203150 | 35 |
| Electrical Engineer (Electronics) | 203160 | 35 |

00001

CHALMERS FPI LIT-00001446

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Electrical Engineering Intern | 203020 | 35 |
| Electrocardiograph Technician | 513120 | 35 |
| Electroencephalograph Technician | 515130 | 35 |
| Elevator Operator | 809100 | 37.5 |
| Elevator Starter | 809350 | 37.5 |
| Emergency Medical Specialist - EMT | 002220 | 37.5 |
| Emergency Medical Specialist - Paramedic | 002240 | 37.5 |
| Emergency Medical Specialist Cadet Trainee | 005030 | 37.5 |
| Engineering Technician - Level I | 961610 | 35 |
| Engineering Technician - Level II | 961620 | 35 |
| Engineering Technician Trainee | 201110 | 35 |
| Equipment Control Planner (Hospitals) | 000780 | 35 |
| Exterminator | 905100 | 35 |
| Food Service Supervisor | 902380 | 35 |
| Foreman of Gardeners | 002720 | 37.5 |
| Gardener | 002710 | 37.5 |
| Head Dietitian | 503350 | 35 |
| Head Nurse | 509350 | 37.5 |
| Health Care Program Planner/Analyst | 000310 | 35 |
| Health Facilities Planner | 220820 | 35 |
| Home Health Aide | 004860 | 37.5 |
| Hospital Care Investigator | 523420 | 35 |
| Hospital Payroll Accounts Manager | 039030 | 35 |
| Hospital Security Officer | 708300 | 37.5 |
| Housekeeper | 807100 | 35 |
| Housekeeping Aide | 818020 | 37.5 |
| Illustrator | 914100 | 35 |
| Institutional Aide | 818030 | 37.5 |
| Institutional Garment Worker | 901120 | 35 |
| Institutional Tailor | 901130 | 35 |
| Instrument Maker (Radiology) | 907220 | 35 |
| IV Technician | 005000 | 35 |
| Junior Architect | 212060 | 35 |
| Junior Bacteriologist | 216050 | 35 |
| Junior Chemist | 218050 | 35 |
| Junior Civil Engineer | 202060 | 35 |
| Junior Electrical Engineer | 203060 | 35 |
| Junior Health Facilities Planner | 220800 | 35 |
| Junior Mechanical Engineer | 204060 | 35 |
| Laboratory Assistant | 004960 | 35 |
| Laboratory Associate - Level I | 962710 | 35 |
| Laboratory Associate - Level II | 962720 | 35 |
| Laboratory Microbiologist - Level I | 962810 | 35 |
| Laboratory Microbiologist - Level II | 962820 | 35 |
| Laboratory Technician | 215080 | 35 |
| Laundry Supervisor | 808600 | 37.5 |
| Laundry Worker | 901100 | 37.5 |
| Licensed Barber | 901140 | 37.5 |
| Licensed Practical Nurse | 003150 | 37.5 |
| Maintenance and Control Planner | 039770 | 35 |
| Maintenance Control Scheduler | 039760 | 35 |

00001

CHALMERS FPI LIT-00001447

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Maintenance Planning and Control Supervisor | 039780 | 35 |
| Maternal and Childcare Technician | 001860 | 37.5 |
| Meat Cutter | 902130 | 35 |
| Mechanical Engineer | 204150 | 35 |
| Mechanical Engineering Intern | 204030 | 35 |
| Media Services Technician - Level I | 966910 | 35 |
| Media Services Technician - Level II | 966920 | 35 |
| Medical Equipment Repair Technician | 906900 | 35 |
| Medical Equipment Specialist | 906910 | 35 |
| Medical Record Specialist | 508110 | 35 |
| Medical Utilization Review Analyst | 001210 | 35 |
| Medical Waste Technician | 005060 | 35 |
| Medicine-Surgery Technician | 001890 | 37.5 |
| Mental Health Assistant | 001610 | 35 |
| Midwife | 509120 | 37.5 |
| Mortuary Technician | 520150 | 35 |
| Motion Picture Operator | 906110 | 35 |
| Motor Vehicle Operator | 912120 | 37.5 |
| Motor Vehicle Supervisor | 912320 | 37.5 |
| Nuclear Medicine Technologist - Level I | 964310 | 35 |
| Nuclear Medicine Technologist - Level II | 964320 | 35 |
| Nurse Practitioner | 001960 | 37.5 |
| Nurse-Midwife | 961050 | 37.5 |
| Nurse's Aide | 509010 | 37.5 |
| Nurse's Aide (Transport Escort) | 001160 | 37.5 |
| Occupational Therapist | 512100 | 35 |
| Office Aide  Level I | 960010 | 35 |
| Office Aide  Level II | 960020 | 35 |
| Office Aide  Level III | 960030 | 35 |
| Office Associate | 960100 | 35 |
| Office Machine Aide - Level II | 960320 | 35 |
| Office Machine Associate | 960400 | 35 |
| Operating Room Technician | 001900 | 37.5 |
| Paralegal Aide - Level I | 964010 | 35 |
| Paralegal Aide - Level II | 964020 | 35 |
| Patient Care Associate | 988010 | 37.5 |
| Patient Care Technician | 986010 | 37.5 |
| Pediatric Nurse Associate | 954400 | 35 |
| Pharmacist | 506100 | 37.5 |
| Pharmacist Interne | 002410 | 37.5 |
| Pharmacy Technician | 002420 | 37.5 |
| Phlebotomist | 004950 | 35 |
| Photographer | 906100 | 35 |
| Physical Therapist | 512110 | 35 |
| Physician Assistant | 001730 | 37.5 |
| Physician Assistant - Level II (HCF) | 004730 | 37.5 |
| Physicist | 220150 | 35 |
| Physicist (Isotopes) | 220170 | 35 |
| Physicist (Radiation) | 220180 | 35 |
| Planning - Scheduling Analyst | 039670 | 35 |
| Preventive Maintenance Inspector | 000170 | 35 |

**00001**

CHALMERS FPI LIT-00001448

| TITLE | TITLE CODE | WORK WEEK |
|-------|-----------|-----------|
| Primary Care Physician (Communicare/Managed Care) | 005070 | 37.5 |
| Principal Administrative Associate - Level I | 960210 | 35 |
| Principal Administrative Associate - Level II | 960220 | 35 |
| Principal Administrative Associate - Level III | 960230 | 35 |
| Principal Chemist | 218350 | 35 |
| Principal Children's Counselor | 515650 | 35 |
| Principal Community Liaison Worker | 560950 | 35 |
| Principal Hospital Care Investigator | 523450 | 35 |
| Principal Microbiologist | 216900 | 35 |
| Principal Mortuary Technician | 520170 | 35 |
| Principal Research Scientist (Biological Science) | 217700 | 35 |
| Principal Statistician | 406250 | 35 |
| Procurement and Materials Analyst | 039440 | 35 |
| Procurement and Materials Specialist (Approved Specialties) | 039420 | 35 |
| Procurement and Materials Specialist (Bio-Med. Equip. & Supplies) | 002510 | 35 |
| Procurement and Materials Specialist (Pharmaceuticals & Supplies) | 002520 | 35 |
| Project Manager | 039710 | 35 |
| Psychiatric/Social Health Technician | 001870 | 37.5 |
| Psychologist - Level I | 521100 | 35 |
| Psychologist - Level II | 521350 | 35 |
| Psychologist - Level III | 521700 | 35 |
| Public Health Assistant | 818050 | 35 |
| Public Health Educator | 511110 | 35 |
| Public Health Nurse - Level I | 510110 | 35 |
| Public Health Nurse - Level II | 510600 | 35 |
| Public Health Nurse - Level III | 510650 | 35 |
| Purchasing Agent - Level I | 963510 | 35 |
| Purchasing Agent - Level II | 963520 | 35 |
| Purchasing Agent - Level III | 963530 | 35 |
| Quality Assurance Specialist - Level I (Automotive Equipment) | 964210 | 35 |
| Quality Assurance Specialist - Level II (Automotive Equipment) | 964220 | 35 |
| Radio Repair Technician | 004570 | 37.5 |
| Radiographer | 004890 | 35 |
| Refrigeration Service Helper | 000650 | 37.5 |
| Refrigeration Service Mechanic | 000660 | 37.5 |
| Rehabilitation Counselor | 512130 | 35 |
| Rehabilitation Technician | 001880 | 37.5 |
| Research Assistant | 609100 | 35 |
| Respiratory Care Therapist - Level I | 000790 | 37.5 |
| Respiratory Care Therapist - Level II | 000800 | 37.5 |
| Respiratory Therapist - Level I | 980110 | 35 |
| Respiratory Therapist - Level II | 980120 | 35 |
| Respiratory Therapy Aide | 980000 | 35 |
| Respiratory Therapy Technician - Level I | 980010 | 35 |
| Respiratory Therapy Technician - Level II | 980020 | 35 |
| Respiratory Therapy Technician | 003340 | 37.5 |
| Respiratory Therapy Technician Trainee | 003330 | 37.5 |
| Safety Officer | 316170 | 35 |
| Secretary - Level IIa | 102720 | 35 |
| Secretary - Level IIb | 102730 | 35 |
| Secretary - Level IIIa | 102740 | 35 |

**00001**

CHALMERS FPI LIT-00001449

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Secretary – Level IIIb | 102750 | 35 |
| Senior Accountant | 405150 | 35 |
| Senior Activity Therapist | 004790 | 35 |
| Senior Addiction Counselor – Level I | 966970 | 35 |
| Senior Addiction Counselor – Level II | 966980 | 35 |
| Senior Architect | 212250 | 35 |
| Senior Associate Accountant | 002630 | 35 |
| Senior Associate Occupational Therapist – Level I | 965810 | 35 |
| Senior Associate Occupational Therapist – Level II | 965820 | 35 |
| Senior Associate Pharmacist – Level A | 962210 | 37.5 |
| Senior Associate Pharmacist – Level B | 962220 | 37.5 |
| Senior Associate Pharmacist – Level C | 962230 | 37.5 |
| Senior Associate Pharmacist – Level D | 962240 | 37.5 |
| Senior Associate Physical Therapist – Level I | 965710 | 35 |
| Senior Associate Physical Therapist – Level II | 965720 | 35 |
| Senior Automotive Service Worker | 925090 | 40 |
| Senior Bio-Medical Equipment Technician | 215630 | 35 |
| Senior Buyer | 121400 | 35 |
| Senior Children's Counselor | 515350 | 35 |
| Senior Civil Engineer | 202250 | 35 |
| Senior Clinician Educator – Level I | 966510 | 37.5 |
| Senior Clinician Educator – Level II | 966520 | 37.5 |
| Senior Clinician Educator – Level III | 966530 | 37.5 |
| Senior Clinician Educator – Level IV | 966540 | 37.5 |
| Senior Community Liaison Worker | 560940 | 35 |
| Senior Consultant (Early Childhood Education) | 516360 | 35 |
| Senior Cook | 902350 | 37.5 |
| Senior Dentist | 502350 | 35 |
| Senior Electrical Engineer | 203250 | 35 |
| Senior Electrocardiograph Technician | 001600 | 35 |
| Senior Health Care Program Planner/Analyst – Level A | 000320 | 35 |
| Senior Health Care Program Planner/Analyst – Level B | 000330 | 35 |
| Senior Health Facilities Planner | 220830 | 35 |
| Senior Hospital Care Investigator | 523430 | 35 |
| Senior Housekeeper | 807350 | 35 |
| Senior Illustrator | 914350 | 35 |
| Senior Laundry Supervisor | 808610 | 37.5 |
| Senior Laundry Worker | 901350 | 37.5 |
| Senior Meat Cutter | 902370 | 35 |
| Senior Mechanical Engineer | 204250 | 35 |
| Senior Medical Utilization Review Analyst | 002750 | 35 |
| Senior Mortuary Technician | 520160 | 35 |
| Senior Motor Vehicle Supervisor | 912330 | 37.5 |
| Senior Pharmacist | 506350 | 40 |
| Senior Photographer | 906350 | 35 |
| Senior Physicist | 220250 | 35 |
| Senior Physicist (Electronics) | 220260 | 35 |
| Senior Physicist (Isotopes) | 220270 | 35 |
| Senior Planning – Scheduling Analyst | 039680 | 35 |
| Senior Psychologist | 521350 | 35 |
| Senior Public Health Educator | 511350 | 35 |

00001

CHALMERS FPI LIT-00001450

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Senior Purchase Inspector | 341350 | 35 |
| Senior Radiation Technician | 513360 | 35 |
| Senior Rehabilitation Counselor | 512150 | 35 |
| Senior Respiratory Care Therapist - Level I | 966930 | 35 |
| Senior Respiratory Care Therapist - Level II | 966940 | 35 |
| Senior Social Worker (HCF) | 004770 | 35 |
| Senior Special Officer | 708150 | 37.5 |
| Senior Statistician | 406150 | 35 |
| Senior Systems Analyst | 039290 | 35 |
| Senior Systems Analyst (EDP) | 040030 | 35 |
| Senior Systems Analyst (Finance) | 039330 | 35 |
| Service Aide | 987010 | 37.5 |
| Social Worker | 526130 | 35 |
| Special Officer | 708100 | 37.5 |
| Speech Clinician | 003790 | 35 |
| Staff Analyst - Level I [1] | 126260 | 35 |
| Staff Analyst - Level II [1] | 126460 | 35 |
| Staff Nurse | 509100 | 37.5 |
| Statistician | 406100 | 35 |
| Stenographer/Secretary | 960520 | 35 |
| Stenographic Specialist - Level I | 960710 | 35 |
| Stenographic Specialist - Level II | 960720 | 35 |
| Stenographic Specialist - Level III | 960730 | 35 |
| Stenographic/Secretarial Associate | 960600 | 35 |
| Stock Worker - Level I | 960910 | 35 |
| Stock Worker - Level II | 960920 | 35 |
| Supervising Activity Therapist | 004800 | 35 |
| Supervising Ambulance Corpsman | 002230 | 37.5 |
| Supervising Audiologist | 512400 | 35 |
| Supervising Children's Counselor | 515600 | 35 |
| Supervising Dental Assistant | 002210 | 35 |
| Supervising Emergency Medical Service Specialist Level I | 963310 | 37.5 |
| Supervising Emergency Medical Service Specialist Level II | 963320 | 37.5 |
| Supervising Hospital Care Investigator | 523440 | 35 |
| Supervising Housekeeper | 807600 | 35 |
| Supervising Laundry Worker | 001150 | 37.5 |
| Supervising Medical Record Specialist | 508370 | 35 |
| Supervising Nuclear Medicine Technologist | 004910 | 35 |
| Supervising Pharmacist | 506500 | 37.5 |
| Supervising Public Health Adviser | 511930 | 35 |
| Supervising Public Health Nurse | 510600 | 35 |
| Supervising Refrigeration Service Technician | 000670 | 37.5 |
| Supervising Speech Pathologist | 512540 | 35 |
| Supervising Therapist | 512410 | 35 |
| Supervisor I (Social Work) | 526310 | 35 |
| Supervisor II (Social Work) | 526320 | 35 |
| Supervisor III (Social Work) | 526330 | 35 |
| Supervisor of Gardeners | 002720 | 37.5 |
| Supervisor of Mechanics (Mechanical Equipment) Level I | 925750 | 40 |
| Supervisor of Mechanics (Mechanical Equipment) Level II | 925760 | 40 |
| Supervisor of Mechanics (Mechanical Equipment) Level III | 925770 | 40 |

00001

CHALMERS FPI LIT-00001451

| TITLE | TITLE CODE | WORK WEEK |
|---|---|---|
| Supervisor of Mechanics (Mechanical Equipment) Level IV | 925770 | 40 |
| Supervisor of Nurses | 509600 | 37.5 |
| Supervisor of Nurses | 509600 | 37.5 |
| Supervisor of Office Machine Operations - Level I | 117010 | 35 |
| Supervisor of Office Machine Operations - Level II | 117020 | 35 |
| Supervisor of Radio Repair Operations | 907600 | 37.5 |
| Supervisor of Stock Workers - Level I | 962410 | 35 |
| Supervisor of Stock Workers - Level II | 962420 | 35 |
| Supervisor of Stock Workers - Level III | 962430 | 35 |
| Supervisor, Scheduling & Control (EDP) | 039910 | 35 |
| Systems Analyst | 039280 | 35 |
| Systems Analyst (EDP) | 040020 | 35 |
| Systems Analyst (Finance) | 039320 | 35 |
| Teacher Aide (Day Care Center) | 029330 | 35 |
| Technical Support Aide Level II | 960820 | 35 |
| Technical Support Aide Level III | 960830 | 35 |
| Telecommunications Associate - Level I | 966210 | 35 |
| Telecommunications Associate - Level II | 966220 | 35 |
| Training & Development Associate - Level A | 984710 | 35 |
| Training & Development Associate - Level B | 984720 | 35 |
| Ultrasound Technologist - Level I | 966950 | 35 |
| Ultrasound Technologist - Level II | 966960 | 35 |
| Utilization Review/Management Coordinator - Level I | 005080 | 35 |
| Utilization Review/Management Coordinator - Level II | 005090 | 35 |
| Washer | 901110 | 37.5 |
| Watch Person | 810100 | 37.5 |
| Window Washer (Health Care Facilities) | 004420 | 37.5 |

## GENERAL NOTES:

- A position for which a temporary title code has been issued pending its formal classification shall be deemed to be presumptively included in this Appendix A provided such temporary position has been certified for collective bargaining (see Article IX, Section 14).

- The listings set forth in this Appendix A represent the best understandings of the parties at the time this Agreement was drafted. However, the parties recognize that there may be inadvertent errors or omissions.

- Rule XI titles certified by the Board of Collective Bargaining subsequent to the drafting of this Agreement shall be deemed included in this Appendix A.

## TITLE SPECIFIC NOTES:

1. Applies to positions certified to the Organization of Staff Analyst pursuant to BCB Decision No. 3-88 (May 19, 1988).

2. Except 1) employees assigned to positions in shelters run by the Departments of Homeless Services or Social Services whose work week shall be 37½ hours and 2) incumbent employees who were reclassified from either Assistant Community Specialist or Office Aide (CETA) whose work week shall continue to be 35 hours.

3. Except for employees assigned to positions in the Department of Social Services whose work week shall be 37½ hours.

4. Except for incumbent employees hired prior to September 1, 1982, whose work week was 35 hours. Said incumbents shall continue to have a 35 hour work week.

*00001*

CHALMERS FPI LIT-00001452

## APPENDIX B



# THE CITY OF NEW YORK
## OFFICE OF LABOR RELATIONS
40 Rector Street, New York, N.Y. 10006
WWW.CI.NYC.NY.US/HTML/OLR

**JAMES F. HANLEY**
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*

November 26, 1999

Lee Saunders
Administrator
DC 37, AFSCME, AFL-CIO
125 Barclay Street
New York, N.Y. 10007

**Re: 1990-1992 Citywide Agreement**

Dear Mr. Saunders:

This to confirm our mutual understanding and agreement that the terms of the 1990-1992 Citywide Agreement and any supplemental agreements thereto have been extended to December 31, 1994.

If you concur with the contents set forth herein, please execute the signature line provided below.

Very truly yours,

JAMES F. HANLEY

**AGREED AND ACCEPTED**
**ON BEHALF OF DC 37 AFSCME, AFL-CIO**

BY: _____
    **LEE SAUNDERS**
    **Administrator**

00001

CHALMERS FPI LIT-00001453

**APPENDIX C**



# THE CITY OF NEW YORK
# OFFICE OF LABOR RELATIONS
### 40 Rector Street, New York, N.Y. 10006
WWW.CI.NYC.NY.US/HTML/OLR

JAMES F. HANLEY
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*

Dennis Sullivan
Director of Research & Negotiations
DC 37, AFSCME, AFL-CIO
125 Barclay Street
New York, N.Y. 10007

<u>Re: 1995 – 2001 Citywide Agreement</u>

Dear Mr. Sullivan:

The following is offered by way of clarification as to the meaning and scope of certain provisions of the Citywide Agreement between the City of New York and District Council 37, AFSCME, AFL-CIO covering the period of January 1, 1995 - June 30, 2001.

1.  **Article I, Section 1:** Are Employees in Rule X titles covered by the Agreement?

    **ANSWER:**    No. However they may be covered by the provisions of the Agreement if they are equated to a title that is covered by the Agreement, or to the extent that they are covered by the provisions of the applicable unit contract.

2.  **Article III, Section 1(b):** When are employees eligible to receive payment for both night shift differential and straight time (1X) overtime?

    **ANSWER:**    Only employees who were receiving night shift differential during the hour that immediately preceded the straight time (1X) cash overtime are eligible. Employees whose normal tour of duty falls outside the night shift differential hours are not eligible to receive night shift differential when working hours subject to night shift differential.

3.  **Article IV, Section 3(b):** Is an employee granted a shortened schedule under Article V, Section 18 who works less than the normal work week entitled to overtime compensated in cash?

    **ANSWER:**    Under certain circumstances. If such an employee is ordered to work hours in excess of the employee's shortened weekly schedule but less than the number of hours in the employee's normal work week, such employee would only be entitled to compensatory time at the rate of straight time (1x) [i.e. straight time compensatory time for work performed between 30 and 35 hours a week for 35 hour employees; between 32½ and 37½ hours a week for 37½ hour employees; and between 35 and 40 hours a week for 40 hour employees]. However, if such employee has been in pay status for all scheduled workdays in the calendar week and is ordered to perform work on a scheduled day off (i.e. a sixth day for a five day a week employee), the hours worked on such scheduled day off may be compensable in cash pursuant to Article IV as if the employee had not been granted a shortened schedule.

*00001*

CHALMERS FPI LIT-00001454

4.  **Article IV, Section 3(d):** Can the Employer reschedule the normal work week of employees to regularly include Saturdays and/or Sundays as normal work days without violating this Section?

    ANSWER:    Yes.

5.  **Article IV, Section 11(b):** How is the cash payment of standby pay calculated?

    ANSWER:    Except as may be otherwise provided by FLSA, the cash payment for standby is always compensated at the rate of one-half (½X) of the hourly rate as determined pursuant to Article IV, Section 6.

6.  **Article V, Section 3:** May an agency head issue a blanket prohibition or limitation on the use of approved sick leave and annual leave in units of one hour?

    ANSWER:    No. The agency must consider each request on its merits.

7.  **Article V, Section 5:** Do these sick leave provisions apply to pregnant employees?

    ANSWER:    Yes. These provisions are applicable to pregnancy-connected disability under the same terms and conditions as they are applicable to any conditions requiring or permitting the use of sick leave.

8.  **Article V, Section 16(d):** May an Agency apply a fixed time based standard in determining whether to excuse lateness beyond the five minute grace period?

    ANSWER:    No. Each determination shall be made on a case by case basis.

9.  **Article V, Section 17:** Is the following provision in Section 2.9 of the Leave Regulations superseded by this Section?

    > For an agency whose presently existing rules (as of June 30, 1956) permit the use of sick leave credits of an employee in connection with terminal leave with pay upon retirement, the agency is authorized to grant an employee on staff prior to the effective date of these Regulations but who retires subsequent thereto, either terminal leave with pay as specified in Regulation 2.9 or terminal leave with pay calculated under such presently existing agency rules, whichever is the most liberal for the employee; provided that the sick leave balance used in the application of the agency formula does not exceed the sick leave balance to the credit of the employee at the time these Regulations go into effect (July 1, 1956).

    ANSWER:    No.

10. **Article V, Section 18(b):** Are all outdoor and field employees who traditionally enjoyed shortened workday schedules and who are required to return to an office location entitled to summer schedules?

    ANSWER:    No. Only those employees who are required to return to an office location before the end of the workday to perform duties for at least one hour are entitled to the summer schedule enjoyed by office employees at that location on such day.

11. **Article V, Section 19:** Where certain part-time employees were receiving more beneficial leave credits under the terms of a unit contract in existence prior to the effective date of this Section, may they continue to do so?

    ANSWER:    Yes. They may continue to receive credits which may vary from the formula established by the terms of this Section. However, upon the expiration of said pre-existing unit contracts, the employees must either elect to be covered by the terms of this Section or they may continue to receive leave credits pursuant to said pre-existing formula.

12. **Article X, Section 1:** Is the evaluatory statement referred to in this Section limited only to the formal periodic performance evaluation?

    ANSWER:    No. It refers to any evaluatory statement.

00001

CHALMERS FPI LIT-00001455

13. **Article X, Section 1:** Are the requirements on evaluatory statements contained in this Section limited only to those statements to be placed in the permanent personnel folder in the central office?

    **ANSWER:**    No. They apply to evaluatory statements to be placed in any employee personnel folder maintained in the agency.

14. **Article XIII, Section 4:** Would an employee, who at the time of separation from City service was, and thereafter continued to be covered by the State Health Insurance Program, be eligible to continue receiving the Welfare Fund contribution on his behalf?

    **ANSWER:**    Yes. Such an employee shall continue to receive the Welfare Fund contribution in the employee's behalf provided said employee has five years NYCERS membership service at the time of the employee's separation and said employee remains a primary beneficiary of the State Program and is entitled to receive benefits paid for by the State through such program.

15. **Article XXI:** Does this Article intend to preclude the Union from engaging in activity to secure the enactment of the New Career Pension Plan legislation during the term of the Agreement?

    **ANSWER:**    No.

The provisions of this letter shall be deemed part of the 1995-2001 Citywide Agreement as if fully set forth therein. Except as is otherwise provided herein, the contents of this letter shall be effective the date of execution of the 1995-2001 Citywide Agreement and shall be coterminous therewith.

If you concur with the contents set forth herein, please execute the signature line provided below.

Very truly yours,

*James F. Hanley*

JAMES F. HANLEY

**AGREED AND ACCEPTED**
**ON BEHALF OF DISTRICT COUNCIL 37**

BY: *Dennis Sullivan*

    DENNIS SULLIVAN

00001

CHALMERS FPI LIT-00001456

**APPENDIX D**



# THE CITY OF NEW YORK
# OFFICE OF LABOR RELATIONS
### 40 Rector Street, New York, N.Y. 10006
WWW.CI.NYC.NY.US/HTML/OLR

JAMES F. HANLEY
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*

Dennis Sullivan
Director of Research & Negotiations
DC 37, AFSCME, AFL-CIO
125 Barclay Street
New York, N.Y. 10007

                                    Re: 1995 – 2001 Citywide Agreement

Dear Mr. Sullivan:

This letter is to confirm that during the negotiations for the above captioned agreement the parties agreed to continue in force the following side agreements to the 1990-1992 Citywide Agreement:

1.  **Voluntary Benefits Program:**

    DC 37, or an agent designated by DC 37, shall have the exclusive right to receive contributions from employees serving in titles covered by the Citywide Agreement, subject to participating union agreements with DC 37, to be used exclusively to fund a Voluntary Benefits Program, separate and distinct from the Employer Voluntary Benefits Program, to provide such benefits as are mutually agreed upon by DC 37 and the Employer and to be administered by DC 37 or its agent.  The amounts deducted for such Voluntary Benefits Program(s) shall be subject to the conditions set forth in separate supplemental agreement(s), and ,in all instances, shall not be commingled with any other funds and kept separate and apart from the general funds of DC 37 or its agent, and shall be held in trust in a special segregated account exclusively maintained for that purpose and which shall be established prior to the collection of any fees deducted for the purposes specified in such supplemental agreement(s).

2.  **DECAP and Long Term Care:**

    Employees covered under the above agreement shall be eligible to participate in both the Dependent Care Assistance Program (DECAP) and the Long Term Care Program which have been established by  the City of New York.

The provisions of this letter shall be deemed part of the 1995-2001 Citywide Agreement as if fully set forth therein.  Except as is otherwise provided herein, the contents of this letter shall be effective the date of execution of the 1995-2001 Citywide Agreement and shall be coterminous therewith.

If you concur with the contents set forth herein, please execute the signature line provided below.

                                    Very truly yours,

                                    *[signature]*

                                    JAMES F. HANLEY

AGREED AND ACCEPTED ON
BEHALF OF DISTRICT COUNCIL 37

BY: *[signature]*
    **DENNIS SULLIVAN**

                                                        00001

CHALMERS FPI LIT-00001457

**APPENDIX E**



# THE CITY OF NEW YORK
# OFFICE OF LABOR RELATIONS

## 40 Rector Street, New York, N.Y. 10006
### WWW.CI.NYC.NY.US/HTML/OLR

JAMES F. HANLEY
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*

Dennis Sullivan
Director of Research & Negotiations
DC 37, AFSCME, AFL-CIO
125 Barclay Street
New York, N.Y. 10007

Re: 1995 – 2001 Citywide Agreement

Dear Mr. Sullivan:

This is to confirm our mutual understanding and agreement that employees who are affected by the personnel actions set forth below shall not lose or gain seniority for the purposes of implementing the accrual rates set forth in Article V, Sections 1 and 19(b), and Article VI, Section 6 of the 1995-2001' Citywide Agreement.

1. An employee who returns to active service from an approved leave of absence.

2. An employee who is in pay status (whether full-time or part-time) and is permanently appointed in the same title or a new title.

3. Employees who were laid of or terminated for economic reasons who are appointed from a preferred/recall list or referred by the PRC.

4. A provisional employee who was terminated because of the existence of a civil service list and appointed from a civil service list within one year of such termination.

5. A permanent employee who resigns and is reinstated or who is appointed from a civil service list within one year of such resignation.

6. An employee who resigns and returns within 31 days.

7. A provisional employee who resigns and returns as a provisional within 31 days.

8. A provisional employee who is appointed directly from one provisional appointment to another.

9. For employees whose circumstances were not anticipated by the parties, the First Deputy Commissioner of Labor Relations shall hereby be empowered to issue case-by-case interpretations.

The provisions of this letter shall be deemed part of the 1995-2001 Citywide Agreement as if fully set forth therein. Except as is otherwise provided herein, the contents of this letter shall be effective the date of execution of the 1995-2001 Citywide Agreement and shall be coterminous therewith.

If you concur with the contents set forth herein, please execute the signature line provided below.

Very truly yours,

*JAMES F. HANLEY*

AGREED ON BEHALF OF DC 37, AFSCME, AFL-CIO

BY: *Dennis Sullivan*
DENNIS SULLIVAN

00001

CHALMERS FPI LIT-00001458

**APPENDIX F**



# THE CITY OF NEW YORK
# OFFICE OF LABOR RELATIONS
### 40 Rector Street, New York, N.Y. 10006
#### WWW.CI.NYC.NY.US/HTML/OLR

JAMES F. HANLEY
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*

Dennis Sullivan
Director of Research & Negotiations
DC 37, AFSCME, AFL-CIO
125 Barclay Street
New York, N.Y. 10007

<u>Re:  1995 – 2001 Citywide Agreement</u>

Dear Mr. Sullivan:

This letter is to confirm that during the negotiations for the above captioned agreement the parties agreed to establish or continue the following joint labor/management committees to address technical questions and on-going concerns:

1.  The following committees shall be continued:

    a.   The Payroll Issues Committee (including a separate Health and Hospital Corporation subcommittee);

    b.   The Job Evaluation Procedures Issues Committee; and '

    c.   The Committee for Issues Affecting Employees with Disabilities.

2.  A temporary committee to implement a dedicated sick leave contribution plan shall be created.

3.  Issues related to the timely placement of new and returning employees on payroll; the timely payment of shift differential, overtime and holiday pay; the timely input of time and leave records on pay stubs; and the clearer reflection on payroll stubs of these and other additions-to-gross payments shall be referred  to the standing Payroll Committee

4.  A temporary Legal Committee to study and make recommendations concerning an alternative to the health and safety grievance procedures shall be established.

5.  Issues related to the protection and security of employees shall be referred to the standing Citywide Health and Safety Committee.

6.  The Workers Compensation Committee shall study and make recommendations to modify  the procedures set forth in Article V, Sections 10 and 11 of this Citywide  Agreement  within  90  days  of  commencing  said  committee.

*00001*

CHALMERS FPI LIT-00001459

7.  The issue of the application of Article I, Section 5 of the Citywide Agreement to employees covered by the Clinicians Agreement and to employees of the Department of Health assigned to work at Board of Education facilities on a school year based schedule shall be referred to a high level labor/management committee.

8.  The issue of the exclusion of employees covered by the Clinicians Agreement from the provisions of Article III of this Citywide shall be referred to a high level labor/management committee..

9.  Issues related to the assignment of overtime in the Fire Department shall be referred to a high level labor/management committee.

10. After implementation of the Metrocard program, other issues related to transit checks shall be referred to a high level labor/management committee.

The provisions of this letter shall be deemed part of the 1995-2001 Citywide Agreement as if fully set forth therein. Except as is otherwise provided herein, the contents of this letter shall be effective the date of execution of the 1995-2001 Citywide Agreement and shall be coterminous therewith.

If you concur with the contents set forth herein, please execute the signature line provided below.

Very truly yours,

JAMES F. HANLEY

AGREED AND ACCEPTED
ON BEHALF OF DISTRICT COUNCIL 37

BY: _____
    DENNIS SULLIVAN

00001

CHALMERS FPI LIT-00001460

**APPENDIX G**



# THE CITY OF NEW YORK
# OFFICE OF LABOR RELATIONS
### 40 Rector Street, New York, N.Y. 10006
#### WWW.CI.NYC.NY.US/HTML/OLR

JAMES F. HANLEY
*Commissioner*
**CAROLINE I. SULLIVAN**
*First Deputy Commissioner*


Dennis Sullivan
Director of Research & Negotiations
125 Barclay Street
New York, N.Y. 10007

<u>Re: 1995 – 2001 Citywide Agreement</u>

Dear Mr. Sullivan:

This is to confirm our mutual understanding and agreement that during the negotiations for the above captioned agreement the parties agreed to the implementation of the following personnel policies by both covered agencies and the New York City Health and Hospitals Corporation:

1.  Personnel Services Bulletin No. 440-8 (Guidelines on the Family and Medical Leave Act of 1993) be modified as follows to provide that effective November 26, 1999, leave will be granted to provide care for a domestic partner who has a serious health condition:

    > An eligible employee is entitled to a total of 12 weeks of leave in a 12 month period. Leave may be taken upon the birth of a child to the employee, to care for such child; or upon the placement of a child with the employee for adoption or foster care, to care for such child ("FLMA Childcare Leave"). Leave may be taken to care for a child of the employee when the child has a serious health condition, as defined hereon; to care for the employee's parent or spouse or domestic partner when such person has a serious condition; and for the employee's own serious health condition.

    > "Child" means a biological, adopted or foster child of the employee; a legal ward, or stepchild of the employee; or a child for whom the employee stands in loco parentis. A child must either be under 18 or incapable of self-care because of mental or physical disability. "Spouse" means a husband or wife as defined or recognized under state law for purposes of marriage in the state where the employee resides. "Parent" means the biological parent of the employee, or person who stands or stood in loco parentis for the employee when the employee was a child, as defined herein; it does not include "in-laws." "Domestic Partner" means domestic partner as defined in the New York Administrative Code Section 1-112(21).

2.  Effective November 26, 1999, employees serving permanently in a competitive; non-competitive, or labor class title in an agency covered by the Citywide Agreement and the Personnel Rules and Regulations of the City of New York ("covered position") who are appointed to another covered position in the competitive, non-competitive, or labor class title that requires serving a new probationary period, shall have the right to return to their former agency and title if they do not satisfactorily complete the new probationary period. Employees serving permanently in a competitive, non-competitive, or labor class title in the Health and Hospitals Corporation that is covered by the Citywide Agreement ("HHC covered position") who are appointed to another HHC covered position in the competitive, non-competitive, or labor class that requires serving a new probationary period, shall have the right to return to their former HHC title if they do not satisfactorily complete the new probationary period.

*00001*

CHALMERS FPI LIT-00001461

3.    Effective November 26, 1999, when competitive class promotional titles are consolidated with lower titles as assignment levels, any permanent competitive class employees who are serving as step-up provisionals in the affected promotional titles shall have up to twenty-four (24) months of prior provisional service credit towards the "salary lock-in" provisions set forth in the Alternative Career and Salary Pay Plan. Notwithstanding such credited service, such employees must serve at least 12 months in the higher assignment level to gain full salary lock-in rights

The provisions of this letter shall be deemed part of the 1995-2001 Citywide Agreement as if fully set forth therein. Except as is otherwise provided herein, the contents of this letter shall be effective the date of execution of the 1995-2001 Citywide Agreement and shall be coterminous therewith.

If you concur with the contents set forth herein, please execute the signature line provided below.

Very truly yours,

JAMES F. HANLEY

AGREED AND ACCEPTED
ON BEHALF OF DISTRICT COUNCIL 37

BY: _____
DENNIS SULLIVAN

00001

CHALMERS FPI LIT-00001462



# OFFICE OF LABOR RELATIONS

40 Rector Street, New York, N.Y. 10006-1705
nyc.gov/olr

**ROBERT W. LINN**
*Commissioner*

**RENEE CAMPION**
*First Deputy Commissioner*

**CLAIRE LEVITT**
*Deputy Commissioner*
*Health Care Cost Management*

**MAYRA E. BELL**
*General Counsel*

**CHRIS BERNER**
*Chief of Staff*

**GEORGETTE GESTELY**
*Director, Employee Benefits Program*

TO:         HEADS OF CONCERNED CITY DEPARTMENTS AND AGENCIES

FROM:     ROBERT W. LINN, COMMISSIONER

SUBJECT:  EXECUTED CONTRACT: ENGINEERING & SCIENTIFIC

TERM:      MARCH 3, 2008 TO MARCH 2, 2010


Attached for your information and guidance is a copy of the executed contract entered into by the Commissioner of Labor Relations and the Health and Hospitals Corporation on behalf of the City of New York and District Council 37 on behalf of the incumbents of positions listed in Article I of said contract.

The contract incorporates terms of an agreement reached through collective bargaining negotiations and related procedures.

DATED:     March 27, 2015

OFFICE OF LABOR RELATIONS
REGISTRATION

OFFICIAL                    CONTRACT

NO: 15005                   DATE:
                            March 27, 2015

# 2008-2010 Engineering & Scientific Agreement

## C O N T E N T S :

ARTICLE I - UNION RECOGNITION AND UNIT DESIGNATION ................................................. 2

ARTICLE II - DUES CHECKOFF ................................................................................................ 8

ARTICLE III - SALARIES ........................................................................................................... 8

ARTICLE IV - WELFARE FUND ............................................................................................... 43

ARTICLE V - PRODUCTIVITY AND PERFORMANCE ............................................................ 44

ARTICLE VI - GRIEVANCE PROCEDURE ............................................................................... 45

ARTICLE VII - BULLETIN BOARDS: EMPLOYER FACILITIES ............................................... 51

ARTICLE VIII - NO STRIKES ................................................................................................... 51

ARTICLE IX - CITYWIDE ISSUES ........................................................................................... 51

ARTICLE X - UNION ACTIVITY ............................................................................................... 52

ARTICLE XI - LABOR-MANAGEMENT COMMITTEE .............................................................. 52

ARTICLE XII - FINANCIAL EMERGENCY ACT ....................................................................... 53

ARTICLE XIII - APPENDICES .................................................................................................. 53

ARTICLE XIV - SAVINGS CLAUSE ......................................................................................... 53

ARTICLE XV - CONTRACTING-OUT CLAUSE ....................................................................... 53

ARTICLE XVI - ASSIGNMENT DIFFERENTIALS .................................................................... 53

ARTICLE XVII - TRAINING FUND ........................................................................................... 57

ARTICLE XVIII - RECRUITMENT & RETENTION OF PROFESSIONAL PERSONNEL ......... 57

ARTICLE XIX - PROFESSIONAL FEE ALLOWANCE ............................................................. 57

Appendix A ............................................................................................................................... 59

Appendix B ............................................................................................................................... 60

15005

CHALMERS FPI LIT-00001472

# 2008-2010 Engineering & Scientific Agreement

AGREEMENT entered into this ___ day of _____ , 2014 by and between the City of New York and related public employers pursuant to and limited to their respective elections or statutory requirement to be covered by the New York City Collective Bargaining Law and their respective authorizations to the City to bargain on their behalf and the New York City Health and Hospitals Corporation (hereinafter jointly referred to as the "Employer"), and the Civil Service Technical Guild, Local 375, A.F.S.C.M.E., AFL-CIO and District Council 37, AFSCME, AFL-CIO (hereinafter jointly referred to as the "Union"), for the twenty-four (24) month period from March 3, 2008 to March 2, 2010.

## WITNESSETH:

WHEREAS, the parties hereto have entered into collective bargaining and desire to reduce the results thereof to writing,

NOW, THEREFORE, it is mutually agreed as follows:

## ARTICLE I - UNION RECOGNITION AND UNIT DESIGNATION

**Section 1.**

The Employer recognizes the Union as the sole and exclusive collective bargaining representative for the bargaining unit set forth below, consisting of employees of the Employer, wherever employed, whether full-time, part-time per annum, hourly or per diem, in the below listed title(s), and in any successor title(s) that may be certified by the Board of Certification of the Office of Collective Bargaining to be part of the unit herein for which the Union is the exclusive collective bargaining representative and in any positions in Restored Rule X titles of the Classified Service the duties of which are or shall be equated by the City Personnel Director and the Director of the Budget for salary purposes to any of the below listed title(s):

**UNIT "A"**
(* To be deleted when vacant)

| | |
|---|---|
| Air Pollution Control Engineer * | 20610 |
| Air Pollution Control Engineering Intern * | 20602 |
| Air Pollution Control Engineering Trainee | 20604 |
| Air Pollution Inspector | 31315 |
| Architect (including specialty) | 21215,16, 212150 |
| Architectural Intern | 21205, 212050 |
| Architectural Specialist * | 06106 |
| Asbestos Hazard Investigator | 31312 |
| Assistant Air Pollution Control Engineer * | 20605 |
| Assistant Architect | 03716, 21210, 212100 |
| Assistant Area Manager of School Maintenance. | 91696 |
| Assistant Chemical Engineer | 20510 |
| Assistant Chemist (including specialties) * | 21810,11, 218100 |
| Assistant Civil Engineer | 20210, 202100 |
| Assistant Coordinator of Highway Transportation Studies | 22360 |
| Assistant Director of Technical Services (Air Pollution Control) | 20612 |

*15005*

CHALMERS FPI LIT-00001473

| | |
|---|---|
| Assistant Director of Technical Services (Emissions Inventory - Stationary Sources) (alphabetized incorrectly) | 20603 |
| Assistant Electrical Engineer | 20310,05574, 203100 |
| Assistant Engineer (Accounting) | 20710 |
| Assistant Engineering Technician (JOP) | 20112,03782,09517 |
| Assistant Environmental Engineer | 20617 |
| Assistant Geologist | 21910 |
| Assistant Health Facilities Planner | 22081, 220810 |
| Assistant Highway Transportation Specialist | 22305 |
| Assistant Landscape Architect | 21310 |
| Assistant Mechanical Engineer | 20410, 204100 |
| Assistant Physicist (including specialties) * | 22010,1,2,3, 220100-30 |
| Assistant Plan Examiner (Buildings) | 22405 |
| Assistant Planner | 22110, 05524 |
| Assistant Project Coordinator | 22420, 05561 |
| Assistant Project Development Coordinator | 22515 |
| Assistant Project Manager | 22502 |
| Assistant Project Services Specialist | 22516 |
| Assistant Scientist (Radiation Control) | 21511 |
| Assistant Signal Circuit Engineer | 20311 |
| Assistant Space Analyst * | 80181 |
| Assistant Superintendent of Construction * | 34210,03766,03781, 342100 |
| Assistant Superintendent of Construction and Repairs | 91355 |
| Assistant Supervisor of Electrical Installations | 34208 |
| Assistant Supervisor of Mechanical Inst. | 34209 |
| Assistant Surveyor * | 21010 |
| Assistant Surveyor Trainee * | 21005 |
| Assistant Urban Designer | 22092 |
| Associate Air Pollution Inspector | 31316 |
| Associate Chemist | 21822,963010, 20, 30 |
| Associate City Planner * | 22123 |
| Associate Engineering Technician | 20118,961710, 20 |
| Associate Fire Protection Inspector | 31662 |
| Associate Graphic Artist * | 91416 |
| Associate Housing Development Specialist | 22508 |
| Associate Landmarks Preservationist | 92238 |
| Associate Project Manager | 22427 |
| Associate Space Analyst * | 80183 |
| Associate Urban Designer | 22124 |
| Automotive Specialist | 20130 |
| Cartographer (Civil Defense) | 71411 |
| Chemical, Biological & Radiological Officer (C.D.) | 71435 |
| Chemical Engineer | 20515 |
| Chemical Engineering Intern | 20503 |

15005

CHALMERS FPI LIT-00001474

| | |
|---|---|
| Chemist (including specialties) | 21815-21, 218150 |
| Chemist Trainee * | 21801 |
| Chief Supervisor of Mechanical Installations | 34265 |
| City Planner | 22122 |
| City Planning Technician | 22121 |
| City Research Scientist | 21744 |
| Civil Engineer (including specialties) | 20215-20, 202150 |
| Civil Engineering Drafter | 20205 |
| Civil Engineering Intern | 20202. 202020 |
| Civil Engineering Trainee | 20201 |
| Community Planning Board Coordinator | 22117 |
| Computer Facilities Maintainer (FISA) | 91603 |
| Construction Management Assistant | 00103, 001030 |
| Construction Manager (including specialties) * | 34217-18, 03812, 342180 |
| Construction Project Manager | 34202, 962510-30 |
| Construction Project Manager Intern | 34201 |
| Criminalist | 21849 |
| Director of Intersectional Traffic Control | 22347 |
| Electrical Engineer (including specialties) | 20315-20, 203150, 60 |
| Electrical Engineering Drafter | 20305 |
| Electrical Engineering Intern | 20302, 203020 |
| Electrical Engineering Trainee | 20301 |
| Engineer (Accounting) (CE & S) | 2071520815 |
| Engineer-Assessor (all specialties) | 20915-19 |
| Engineering Aide | 20101 |
| Engineering Specialist * | 06019 |
| Engineering Technician (including specialties) | 20113,961610, 20, 09933, 03768 |
| Engineering Technician Aide (JOP) | 09456 |
| Engineering Technician Trainee | 20111,03769, 201110 |
| Engineering Work Study Trainee | 20100 |
| Environmental Control Technician | 90971 |
| Environmental Engineer | 20618 |
| Environmental Engineering Intern | 20616 |
| Estimator (including specialties) | 03713, 20121, 20122, 20123 |
| Fire Protection Inspector | 31661 |
| Forensic Analyst (OCME) | 06524 |
| Forensic Scientist (OCME) | 06525 |
| Forester | 81361 |
| General Superintendent of Construction (including specialties) * | 34266,67, 342670 |
| General Superintendent of Construction and Repairs | 91396 |
| General Supervisor of Building Maintenance (all fields) * | 91673-75 |
| Geologist | 21915 |
| Geologist Trainee | 21901 |
| Graphic Artist | 05736, 91415 |

*15005*

CHALMERS FPI LIT-00001475

| | |
|---|---|
| Health Facilities Planner | 22082, 220820 |
| Highway Transportation Specialist | 22315 |
| Housing Development Specialist | 22507 |
| Housing Development Specialist Trainee | 22506 |
| Illustrator | 91410, 914100 |
| Industrial Hygienist | 31305 |
| Instrument Maker (Radiology) | 90722, 907220 |
| Instrumentation Specialist | 91001 |
| Instrumentation Specialist (Trainee) | 91000 |
| Junior Architect | 21206, 212060 |
| Junior Chemist | 21805, 218050 |
| Junior Civil Engineer | 20206, 202060 |
| Junior Drafter | 20102 |
| Junior Electrical Engineer | 20306, 203060 |
| Junior Health Facilities Planner | 22080, 220800 |
| Junior Mechanical Engineer | 20406, 204060 |
| Landmarks Preservationist | 92237 |
| Landmarks Preservation Specialist | 92242 |
| Landscape Architect | 21315 |
| Landscape Architect Intern | 21306 |
| Marine Electronics Technician | 06753 |
| Mechanical Engineer (including specialties) | 20415-18, 204150 |
| Mechanical Engineering Drafter | 20405 |
| Mechanical Engineering Intern | 20403, 204030 |
| Medical Equipment Repair Technician | 90690, 906900 |
| Medical Equipment Specialist | 90691, 906910 |
| Painting Inspector | 32815 |
| Physicist (Levels I, II, III) (including specialties *) | 22015-18, 220150,70,80 |
| Physicist Trainee * | 22001 |
| Plan Examiner (Buildings) | 22410 |
| Planner | 22115 |
| Planner Trainee | 22107 |
| Principal Air Pollution Control Engineer | 20620 |
| Principal Air Pollution Inspector | 31360 |
| Principal Chemical Engineer | 20550 |
| Principal Chemist (including specialties) | 21835-37, 218350 |
| Principal Civil Engineer (including specialties) | 20250, 20260 |
| Principal Electrical Engineer | 20350 |
| Principal Engineer | 21130 |
| Principal Illustrator | 91460, 03818 |
| Principal Mechanical Engineer | 20450 |
| Principal Physicist * | 22030 |
| Principal Planner | 22130, 03816 |
| Principal Research Scientist (Biological. Sciences) | 21770, 217700 |

15005

CHALMERS FPI LIT-00001476

| | |
|---|---|
| Principal Urban Designer | 22095 |
| Project Coordinator | 22421, 03718 |
| Project Development Coordinator | 22525 |
| Project Development Coordinator Trainee | 22504 |
| Project Manager (Other than HHC) | 22426 |
| Project Manager (HHC only) | 039710, 224260, 224270 |
| Project Manager Intern | 22425 |
| Project Services Specialist | 22526 |
| Radio Repair Technician | 00457, 004570 |
| Research Scientist | 21755 |
| Safety Officer | 31617,05609, 316170 |
| Safety Specialist | 05799, 31310 |
| Scientist (Radiation Control) | 21516 |
| Scientist (Water Ecology) | 21538 |
| Scientist (Water Ecology) Trainee | 21537 |
| Senior Air Pollution Control Engineer | 20615 |
| Senior Air Pollution Inspector | 31335 |
| Senior Architect (including specialties) | 21225-26, 212250 |
| Senior Automotive Specialist | 20131 |
| Senior Chemical Engineer | 20525 |
| Senior Chemist (including specialties) | 21825-31 |
| Senior Civil Engineer (including Specialist) | 20025-32, 202250 |
| Senior Computer Equipment Design Specialist | 05601 |
| Senior Electrical Engineer (including Specialist) | 20325-29, 203250 |
| Senior Engineer (Accounting) | 20725 |
| Senior Engineer (Safety) | 20825 |
| Senior Engineer (Cranes) | 20234 |
| Senior Engineer-Assessor | 20920 |
| Senior Engineering Technician (including specialties, JOP) | 20114, 16, 09518,03806 |
| Senior Environmental Control Technician | 90972 |
| Senior Estimator (including specialties) | 20126-28 |
| Senior Geologist | 21925 |
| Senior Health Facilities Planner | 22083, 220830 |
| Senior Highway Transportation Specialist * | 22325 |
| Senior Hull & Machinery Inspector | 33335 |
| Senior Illustrator | 91435, 914350 |
| Senior Industrial Engineer | 20625 |
| Senior Landscape Architect | 21325 |
| Senior Mechanical Engineer (including specialties) | 20425-28, 204250 |
| Senior Meteorologist | 21950 |
| Senior Painting Inspector | 32835 |
| Senior Physicist (including specialties) * | 22025-29, 220250,60,70 |
| Senior Plan Examiner (Buildings) | 22411 |
| Senior Planner | 22125, 03801 |

*15005*

CHALMERS  FPI  LIT-00001477

| | |
|---|---|
| Senior Project Coordinator | 22422 |
| Senior Project Development Coordinator | 22530 |
| Senior Project Services Specialist | 22531 |
| Senior Scientist (Radiation Control) | 21526 |
| Senior Supervisor of Mechanical Installations | 34235 |
| Senior Traffic Control Inspector * | 31735 |
| Senior Urban Designer | 22094 |
| Senior Waterfront Construction Inspector | 34535 |
| Space Analyst * | 80184 |
| Superintendent of Construction  * | 34215,03796, 342150 |
| Superintendent of Construction and Repairs | 91375 |
| Supervising Air Pollution Inspector | 31355 |
| Supervising Environmental Control Technician | 90973 |
| Supervising Hull & Machinery Inspector | 33355 |
| Supervising HVAC Specialist | 05730 |
| Supervising Traffic Control Inspector * | 31750 |
| Supervisor of Building Maintenance.(All Fields) * | 91670-2 |
| Supervisor of Diesel Engine Maintenance. | 91642 |
| Supervisor of Electrical Installations | 34220 |
| Supervisor of Electrical Installations & Maintenance | 34205 |
| Supervisor of Mechanical Installations | 34216 |
| Supervisor of Mechanical. Installations & Maintenance | 34221 |
| Surveyor | 21015 |
| Tax Map Cartographer | 21006 |
| Telemetric Systems Specialist | 20238 |
| Traffic Control Inspector | 31715 |
| Urban Archeologist | 92248 |
| Urban Designer | 22093 |
| Urban Designer Trainee | 22090 |
| Urban Technician | 22100 |
| Waterfront Construction Inspector | 34515 |

## UNIT "B"

| | |
|---|---|
| Associate Operations Communications Specialist | 20272 |
| Director (TV) | 60666 |
| Film Editor | 90312 |
| Film Manager | 90313 |
| Operations Communications Specialist | 20271 |
| Program Announcer | 60636 |
| Program Producer | 60621 |
| Radio & TV Operator | 90411 |
| Supervisor of Radio & TV Operators | 90436 |
| Supervisor of Radio Production | 09995 |
| Television Equipment Operator | 90311 |
| Television Lighting Technician | 90310 |

*15005*

CHALMERS FPI LIT-00001478

**Section 2.**

The terms "employee" and "employees" as used in this Agreement shall mean only those persons in the unit described in Section 1 of this Article.

## ARTICLE II - DUES CHECKOFF

**Section 1.**

a.    The Union shall have the exclusive right to the checkoff and transmittal of dues on behalf of each employee in accordance with the Mayor's Executive Order No. 98, dated May 15, 1969, entitled "Regulations Relating to the Checkoff of Union Dues" and in accordance with the Mayor's Executive Order No. 107, dated December 29, 1986, entitled "Procedures for Orderly Payroll Check-Off of Union Dues and Agency Shop Fees."

b.    Any Employee may consent in writing to the authorization of the deduction of dues from the Employee's wages and to the designation of the Union as the recipient thereof. Such consent, if given, shall be in a proper form acceptable to the City, which bears the signature of the Employee.

**Section 2.**

The parties agree to an agency shop to the extent permitted by applicable law, as described in a supplemental agreement hereby incorporated by reference into this Agreement.

## ARTICLE III - SALARIES

**Section 1.**

a.    This Article III is subject to the provisions, terms and conditions of the Alternative Career and Salary Pay Plan Regulations, dated March 15, 1967 as amended, except that the specific terms and conditions of this Article shall supersede any provisions of such Regulations inconsistent with this Agreement subject to the limitations of applicable provisions of law.

b.    Unless otherwise specified, all salary provisions of this Agreement, including minimum and maximum salaries, advancement or level increases, general increases, education differentials and any other salary adjustments, are based upon a normal work week of 35 hours (except that such matters for Computer Facilities Maintainer (FISA) is based upon normal work week of 40 hours).  In accordance with Article IX, Section 24 of the 1995-2001 Citywide Agreement, an Employee who works on a full-time, per-diem basis shall receive their base salary (including salary increment schedules) and/or additions-to-gross payment in the same manner as a full-time, per-annum employee.  An employee who works on a part-time per annum basis and who is eligible for any salary adjustments provided in this Agreement shall receive the appropriate pro-rata portion of such salary adjustment computed on the relationship between the number of hours regularly worked each week by such employee and the number of hours in the said normal work week, unless otherwise specified.



CHALMERS FPI LIT-00001479

c. Employees who work on a part-time per diem or hourly basis and who are eligible for any salary adjustment provided in this Agreement shall receive the appropriate pro-rata portion of such salary adjustment computed as follows, unless otherwise specified:

> Per diem rate -     1/261 of the appropriate minimum basic salary.
>
> Hourly Rate -     35 hour week basis - 1/1827 of the appropriate minimum basic salary.
>
>                      40 hour week basis - 1/2088 of the appropriate minimum basic salary.

d. The maximum salary for a title shall not constitute a bar to the payment of any salary adjustment or pay differentials provided for in this Agreement but the said increase above the maximum shall not be deemed a promotion.

## Section 2.

Employees in the following title(s) shall be subject to the following specified salary(ies), salary adjustment(s), and/or salary range(s):

a. **Effective March 3, 2008**

     i. **Unit A (Engineering/Scientific)**

| TITLE | | (1) Minimum | | (2) Maximum |
|---|---|---|---|---|
| | | (a) Hiring Rate[1] | **(b)** Incumbent Rate | |
| Air Pollution Control Engineer Level I | | $54,931 | $63,171 | $79,555 |
| Air Pollution Control Engineer Level II | | $65,310 | $75,106 | $90,734 |
| Air Pollution Control Engineer Level III | | $73,058 | $84,017 | $99,045 |
| Air Pollution Control Engineering Intern | | See Section 2(a)(i) - Schedule B | | |
| Air Pollution Control Engineering Trainee | | $39,992 | $45,991 | Flat Rate |
| Air Pollution Inspector Level I | | | | |
| | Hiring Rate | $28,335 | | Flat Rate |
| | After 1 year | $29,748 | | Flat Rate |
| | After 2 years | $31,234 | | $35,918 |
| Air Pollution Inspector Level II | | $37,885 | $43,568 | $53,202 |
| Architect (including specialties) Level I | | $54,931 | $63,171 | $79,555 |
| Architect (including specialties) Level II | | $65,310 | $75,106 | $90,734 |
| Architect (including specialties) Level III | | $73,058 | $84,017 | $99,045 |
| Architectural Intern | | See Section 2(a)(i) - Schedule B | | |
| Architectural Specialist Level I | | $65,310 | $75,106 | $90,734 |

CHALMERS FPI LIT-00001480

| | | | |
|---|---|---|---|
| Architectural Specialist Level II | $73,058 | $84,017 | $99,045 |
| Asbestos Hazard Investigator | $44,111 | $50,728 | $66,192 |
| Assistant Air Pollution Control Engineer | $46,275 | $53,216 | $69,435 |
| Assistant Architect [2] | $46,275 | $53,216 | $69,435 |
| Assistant Area Manager of School Maintenance. | $60,521 | $69,599 | $88,701 |
| Assistant Chemical Engineer [2] | $46,275 | $53,216 | $69,435 |
| Assistant Chemist (including specialties) [4] | $42,907 | $49,343 | $62,832 |
| Assistant Civil Engineer [2] | $46,275 | $53,216 | $69,435 |
| Assistant Coordinator of Highway Transportation Studies | $60,521 | $69,599 | $88,701 |
| Assistant Director of Technical Services (Air Pollution Control) | $68,481 | $78,753 | $89,993 |
| Assistant Director of Technical Services (Emissions Inventory-Stationary Sources) | $68,481 | $78,753 | $89,993 |
| Assistant Electrical Engineer [2] | $46,275 | $53,216 | $69,435 |
| Assistant Engineer (Accounting) [2] | $46,275 | $53,216 | $69,435 |
| Assistant Engineering Technician (JOP) [3] | $30,709 | $35,315 | $39,967 |
| Assistant Environmental Engineer | $46,275 | $53,216 | $69,435 |
| Assistant Geologist | $46,275 | $53,216 | $69,435 |
| Assistant Health Facilities Planner | $48,370 | $55,625 | $72,483 |
| Assistant Highway Transportation Specialist | $39,992 | $45,991 | $58,835 |
| Assistant Landscape Architect [2] | $46,275 | $53,216 | $69,435 |
| Assistant Mechanical Engineer [2] | $46,275 | $53,216 | $69,435 |
| Assistant Physicist (including specialist) [4] | $46,275 | $53,216 | $69,435 |
| Assistant Plan Examiner (Buildings) [2] | $48,370 | $55,625 | $72,483 |
| Assistant Planner | $44,759 | $51,473 | $64,641 |
| Assistant Project Coordinator | $46,275 | $53,216 | $69,435 |
| Assistant Project Development Coordinator [5] | $46,275 | $53,216 | $69,435 |
| Assistant Project Manager | $46,275 | $53,216 | $69,435 |
| Assistant Project Services Specialist [5] | $46,275 | $53,216 | $69,435 |
| Assistant Scientist (Radiation Control) | $46,275 | $53,216 | $69,435 |
| Assistant Signal Circuit Engineer [2] | $46,275 | $53,216 | $69,435 |
| Assistant Space Analyst | $46,275 | $53,216 | $69,435 |
| Assistant Superintendent of Construction [5] | $46,275 | $53,216 | $69,435 |
| Assistant Superintendent of Construction and Repairs | $46,275 | $53,216 | $69,435 |
| Assistant Supervisor of Electrical Installations | $46,275 | $53,216 | $69,435 |
| Assistant Supervisor of Mechanical Installations | $46,275 | $53,216 | $69,435 |
| Assistant Surveyor | $54,931 | $63,171 | $79,555 |
| Assistant Surveyor Trainee [3] | $46,275 | $53,216 | $56,603 |
| Assistant Urban Designer | $46,275 | $53,216 | $69,435 |
| Associate Air Pollution Inspector Level I | $40,692 | $46,796 | $57,298 |
| Associate Air Pollution Inspector Level II | $45,586 | $52,424 | $63,387 |
| Associate Air Pollution Inspector Level III | $50,489 | $58,062 | $69,488 |
| Associate Chemist Level I [4] | $48,676 | $55,977 | $72,195 |
| Associate Chemist Level II [4] | $57,743 | $66,404 | $81,656 |

15005

CHALMERS_EPI_LIT-00001481

| | | | | |
|---|---|---|---|---|
| Associate Chemist Level III  [4] | | $63,339 | $72,840 | $96,199 |
| Associate City Planner Level I | | $59,422 | $68,335 | $86,806 |
| Associate City Planner Level II | | $63,339 | $72,840 | $96,199 |
| Associate Engineering Technician Level I | | $39,729 | $45,688 | $58,531 |
| Associate Engineering Technician Level II | | $45,457 | $52,275 | $63,352 |
| Associate Fire Protection Inspector Level I | | $42,320 | $48,668 | $59,590 |
| Associate Fire Protection Inspector Level II | | $47,410 | $54,521 | $65,922 |
| Associate Fire Protection Inspector Level III | | $52,508 | $60,384 | $72,268 |
| Associate Graphic Artist | | $47,701 | $54,856 | $81,194 |
| Associate Housing Development Specialist | | $60,521 | $69,599 | $88,701 |
| Associate Landmarks Preservationist | | $54,596 | $62,785 | $76,440 |
| Associate Project Manager Level I | | $54,931 | $63,171 | $79,555 |
| Associate Project Manager Level II | | $60,521 | $69,599 | $88,701 |
| Associate Project Manager Level III | | $73,058 | $84,017 | $99,045 |
| Associate Space Analyst | | $54,931 | $63,171 | $79,555 |
| Associate Urban Designer Level I | | $54,931 | $63,171 | $79,555 |
| Associate Urban Designer Level II | | $60,521 | $69,599 | $88,701 |
| Associate Urban Designer Level III | | $63,220 | $72,703 | $95,833 |
| Automotive Specialist | | $54,931 | $63,171 | $79,555 |
| Cartographer (Civil Defense) | | $37,752 | $43,415 | $55,307 |
| Chemical, Biological & Radiological Officer (C.D.) | | $48,370 | $55,625 | $72,483 |
| Chemical Engineer Level I | | $54,931 | $63,171 | $79,555 |
| Chemical Engineer Level II | | $65,310 | $75,106 | $90,734 |
| Chemical Engineer Level III | | $73,058 | $84,017 | $99,045 |
| Chemical Engineering Intern | | See Section 2(a)(i) - Schedule B | | |
| Chemist (including specialties)  [5] | | $48,676 | $55,977 | $72,195 |
| Chemist Trainee | | $36,639 | $42,135 | Flat Rate |
| Chief Supervisor of Mechanical Installations | | $60,521 | $69,599 | $88,701 |
| City Planner Level I | | $44,759 | $51,473 | $64,641 |
| City Planner Level II | | $52,866 | $60,796 | $77,824 |
| City Planner Level III | | $59,422 | $68,335 | $86,806 |
| City Planner Level IV | | $63,339 | $72,840 | $96,199 |
| City Planning Technician | | $31,562 | $36,296 | $48,418 |
| City Research Scientist Level I | | | | |
| | Hiring Rate | $52,000 | Flat Rate | |
| | After 1 year | See Note 9 | $57,200 | $62,920 |
| City Research Scientist Level II | | $61,214 | $70,396 | $76,826 |
| City Research Scientist Level III | | $68,481 | $78,753 | $89,993 |
| City Research Scientist Level IV-A | | $76,438 | $87,904 | $99,143 |
| City Research Scientist Level IV-B | | $78,457 | $90,225 | $114,036 |
| Civil Engineer (including specialties) Level I | | $54,931 | $63,171 | $79,555 |
| Civil Engineer (including specialties) Level II | | $65,310 | $75,106 | $90,734 |
| Civil Engineer (including specialties) Level III | | $73,058 | $84,017 | $99,045 |

CHALMERS FPI LIT-00001482

| | | | |
|---|---|---|---|
| Civil Engineering Drafter [5] | $39,992 | $45,991 | $58,835 |
| Civil Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Civil Engineering Trainee [5] | $39,992 | $45,991 | Flat Rate |
| Community Planning Board Coordinator | $36,499 | $41,974 | $50,639 |
| Computer Facilities Maintainer (FISA) | $46,275 | $53,216 | $69,435 |
| Construction Management Assistant | $38,872 | $44,703 | $57,550 |
| Construction Manager (including specialties) [5] | $61,910 | $71,196 | $94,559 |
| Construction Project Manager Level I | $46,275 | $53,216 | $69,435 |
| Construction Project Manager Level II | $54,931 | $63,171 | $79,555 |
| Construction Project Manager Level III | $58,423 | $67,186 | $99,045 |
| Construction Project Manager Intern | See Section 2(a)(i) - Schedule B | | |
| Criminalist Level I-A | | $40,428 | Flat Rate |
| Criminalist Level I-B | | $42,950 | $50,950 |
| Criminalist Level II | | $51,399 | $70,722 |
| Criminalist Level III | | $64,075 | $84,407 |
| Criminalist Level IV | | $73,932 | $96,574 |
| Director of Intersectional Traffic Control | $60,521 | $69,599 | $88,701 |
| Electrical Engineer (including specialties) Level I | $54,931 | $63,171 | $79,555 |
| Electrical Engineer (including specialties) Level II | $65,310 | $75,106 | $90,734 |
| Electrical Engineer (including specialties) Level III | $73,058 | $84,017 | $99,045 |
| Electrical Engineering Drafter [5] | $39,992 | $45,991 | $58,835 |
| Electrical Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Electrical Engineering Trainee [5] | $39,992 | $45,991 | Flat Rate |
| Engineer (Accounting) (CE & S) | $54,931 | $63,171 | $79,555 |
| Engineer-Assessor (all specialties) | $54,931 | $63,171 | $79,555 |
| Engineering Aide | $39,992 | $45,991 | $58,835 |
| Engineering Specialist  Level I | $65,310 | $75,106 | $90,734 |
| Engineering Specialist  Level II | $73,058 | $84,017 | $99,045 |
| Engineering Technician (Including specialties) Level I | $31,562 | $36,296 | $40,948 |
| Engineering Technician (Including specialties) Level II | $34,142 | $39,263 | $48,418 |
| Engineering Technician Aide (JOP) | $28,314 | $32,561 | Flat Rate |
| Engineering Technician Trainee [3] | $27,649 | $31,796 | $33,385 |
| Engineering Work Study Trainee | $24,083 | $27,696 | $35,670 |
| Environmental Control Technician [5] | $34,142 | $39,263 | $48,418 |
| Environmental Engineer Level I | $54,931 | $63,171 | $79,555 |
| Environmental Engineer Level II | $65,310 | $75,106 | $90,734 |
| Environmental Engineer Level III | $73,058 | $84,017 | $99,045 |
| Environmental Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Estimator (including specialties) | $46,275 | $53,216 | $69,435 |
| Fire Protection Inspector | $37,885 | $43,568 | $53,202 |
| Forensic Analyst (OCME) | $44,225 | $50,859 | $72,188 |
| Forensic Scientist (OCME) | $63,486 | $73,009 | $90,235 |
| Forester Level I | $35,202 | $40,482 | $49,955 |

150805

CHALMERS FPI LIT-00001483

| | | | |
|---|---|---|---|
| Forester Level II | $41,943 | $48,235 | $59,431 |
| General Superintendent of Construction (including specialties) [5] | $58,423 | $67,186 | $85,656 |
| General Superintendent of Construction and Repairs | $58,423 | $67,186 | $85,656 |
| General Supervisor of Building Maintenance (all fields) | $54,931 | $63,171 | $79,555 |
| Geologist | $54,931 | $63,171 | $79,555 |
| Geologist Trainee | $39,992 | $45,991 | Flat Rate |
| Graphic Artist Level I | $36,964 | $42,509 | $57,924 |
| Graphic Artist Level II | $47,701 | $54,856 | $81,194 |
| Health Facilities Planner | $61,910 | $71,196 | $94,559 |
| Highway Transportation Specialist Level I | $46,275 | $53,216 | $69,435 |
| Highway Transportation Specialist Level II | $54,931 | $63,171 | $79,555 |
| Highway Transportation Specialist Level III | $60,521 | $69,599 | $88,701 |
| Housing Development Specialist Level I | $46,275 | $53,216 | $70,825 |
| Housing Development Specialist Level II | $54,931 | $63,171 | $81,145 |
| Housing Development Specialist Trainee Level I | $35,978 | $41,375 | Flat Rate |
| Housing Development Specialist Trainee Level II | $39,206 | $45,087 | Flat Rate |
| Illustrator [5] | $34,683 | $39,886 | $46,231 |
| Industrial Hygienist Level I | $38,421 | $44,184 | $54,338 |
| Industrial Hygienist Level II | $45,434 | $52,249 | $61,063 |
| Instrument Maker (Radiology) | $46,275 | $53,216 | $69,435 |
| Instrumentation Specialist Level I [6] | See Note 6 | $43,489 | Flat Rate |
| Instrumentation Specialist Level II [6] | See Note 6 | $52,694 | Flat Rate |
| Instrumentation Specialist Level III [6] | See Note 6 | $60,622 | Flat Rate |
| Instrumentation Specialist Level I [7] | See Note 7 | $45,082 | Flat Rate |
| Instrumentation Specialist Level II [7] | See Note 7 | $54,831 | Flat Rate |
| Instrumentation Specialist Level III [7] | See Note 7 | $62,141 | Flat Rate |
| Instrumentation Specialist Trainee (Entry Level) [8] | See Note 8 | $30,312 | Flat Rate |
| Instrumentation Specialist Trainee (After one year) [8] | See Note 8 | $31,630 | Flat Rate |
| Instrumentation Specialist Trainee (After two years) [8] | See Note 8 | $39,536 | Flat Rate |
| Junior Architect [5] | $39,992 | $45,991 | $58,835 |
| Junior Chemist [5] | $36,639 | $42,135 | $50,135 |
| Junior Civil Engineer [5] | $39,992 | $45,991 | $58,835 |
| Junior Drafter [5] | $39,992 | $45,991 | $58,835 |
| Junior Electrical Engineer [5] | $39,992 | $45,991 | $58,835 |
| Junior Health Facilities Planner | $39,992 | $45,991 | $58,835 |
| Junior Mechanical Engineer [5] | $39,992 | $45,991 | $58,835 |
| Landmarks Preservationist Level I | $45,328 | $52,127 | $65,296 |
| Landmarks Preservationist Level II | $50,223 | $57,757 | $74,621 |
| Landmarks Preservation Specialist [5] | $45,328 | $52,127 | $65,296 |
| Landscape Architect Level I | $54,931 | $63,171 | $79,555 |
| Landscape Architect Level II | $65,310 | $75,106 | $90,734 |
| Landscape Architect Level III | $73,058 | $84,017 | $99,045 |
| Landscape Architect Intern | | | See Section 2(a)(i) - Schedule B |

15005

CHALMERS FPI LIT-00001484

| | | | |
|---|---|---|---|
| Marine Electronics Technician | $70,225 | $80,759 | $103,832 |
| Mechanical Engineer (including specialties) Level I | $54,931 | $63,171 | $79,555 |
| Mechanical Engineer (including specialties) Level II | $65,310 | $75,106 | $90,734 |
| Mechanical Engineer (including specialties) Level III | $73,058 | $84,017 | $99,045 |
| Mechanical Engineering Drafter [5] | $39,992 | $45,991 | $58,835 |
| Mechanical Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Medical Equipment Repair Technician | $31,563 | $36,298 | $47,433 |
| Medical Equipment Specialist | $42,085 | $48,398 | $61,888 |
| Painting Inspector | $37,885 | $43,568 | $53,202 |
| Physicist (including specialties) [4] | $54,931 | $63,171 | $79,555 |
| Physicist Trainee | $39,992 | $45,991 | Flat Rate |
| Plan Examiner (Buildings) | $57,028 | $65,582 | $82,923 |
| Planner | $52,866 | $60,796 | $77,824 |
| Planner Trainee [5] | $39,992 | $45,991 | Flat Rate |
| Principal Air Pollution Control Engineer [5] | $76,438 | $87,904 | $99,143 |
| Principal Air Pollution Inspector | $52,508 | $60,384 | $72,268 |
| Principal Chemical Engineer [5] | $76,438 | $87,904 | $99,143 |
| Principal Chemist (including specialties) [5] | $63,339 | $72,840 | $96,199 |
| Principal Civil Engineer (including specialties) [3] | $76,438 | $87,904 | $99,143 |
| Principal Electrical Engineer [5] | $76,438 | $87,904 | $99,143 |
| Principal Engineer | $76,438 | $87,904 | $99,143 |
| Principal Illustrator [5] | $46,275 | $53,216 | $69,435 |
| Principal Mechanical Engineer [5] | $76,438 | $87,904 | $99,143 |
| Principal Physicist | $61,910 | $71,196 | $94,559 |
| Principal Planner | $63,339 | $72,840 | $96,199 |
| Principal Research Scientist (Biological Sciences) | $76,438 | $87,904 | $99,143 |
| Principal Urban Designer | $66,473 | $76,444 | $110,592 |
| Project Coordinator | $54,931 | $63,171 | $79,555 |
| Project Development Coordinator [5] | $54,931 | $63,171 | $79,555 |
| Project Development Coordinator Trainee [5] | $39,992 | $45,991 | Flat Rate |
| Project Manager (Other than HHC) | $46,275 | $53,216 | $69,435 |
| Project Manager (HHC only) | $53,872 | $61,953 | $94,369 |
| Project Manager Intern | $41,781 | $48,048 | Flat Rate |
| Project Services Specialist [5] | $54,931 | $63,171 | $79,555 |
| Radio Repair Technician | $34,114 | $39,231 | $44,200 |
| Research Scientist Level I | $61,214 | $70,396 | $76,826 |
| Research Scientist Level II | $68,481 | $78,753 | $89,993 |
| Research Scientist Level III | $76,438 | $87,904 | $99,143 |
| Safety Officer | $35,803 | $41,174 | $50,805 |
| Safety Specialist | $36,538 | $42,019 | $51,568 |
| Scientist (Radiation Control) Level I | | | |
| Scientist (Radiation Control) Level II | | | |
| Scientist (Radiation Control) Level III | | | |

*15005*

CHALMERS FPI LIT-00001485

| | | | |
|---|---|---|---|
| Scientist (Water Ecology) Level I | $36,838 | $42,364 | $55,742 |
| Scientist (Water Ecology) Level II | $42,914 | $49,351 | $62,844 |
| Scientist (Water Ecology) Level III | $53,408 | $61,419 | $76,196 |
| Scientist (Water Ecology) Trainee | $28,817 | $36,560 | Flat Rate |
| Senior Air Pollution Control Engineer [5] | $60,521 | $69,599 | $88,701 |
| Senior Air Pollution Inspector | $42,320 | $48,668 | $59,590 |
| Senior Architect (including specialties) [5] | $60,521 | $69,599 | $88,701 |
| Senior Automotive Specialist | $60,521 | $69,599 | $88,701 |
| Senior Chemical Engineer [5] | $60,521 | $69,599 | $88,701 |
| Senior Chemist (including specialties) | $57,743 | $66,404 | $81,656 |
| Senior Civil Engineer (including Specialist) [5] | $60,521 | $69,599 | $88,701 |
| Senior Computer Equipment Design Specialist | $50,462 | $58,031 | $73,436 |
| Senior Electrical Engineer (including Specialist) [5] | $60,521 | $69,599 | $88,701 |
| Senior Engineer (Accounting) | $60,521 | $69,599 | $88,701 |
| Senior Engineer (Safety) [5] | $60,521 | $69,599 | $88,701 |
| Senior Engineer (Cranes) [5] | $60,521 | $69,599 | $88,701 |
| Senior Engineer-Assessor [5] | $60,521 | $69,599 | $88,701 |
| Senior Engineering Technician (including specialties, JOP) [5] | $39,729 | $45,688 | $58,531 |
| Senior Environmental Control Technician | $39,729 | $45,688 | $58,531 |
| Senior Estimator (including specialties) | $54,931 | $63,171 | $79,555 |
| Senior Geologist | $60,521 | $69,599 | $88,701 |
| Senior Health Facilities Planner | $68,795 | $79,114 | $102,573 |
| Senior Highway Transportation Specialist | $54,931 | $63,171 | $79,555 |
| Senior Hull & Machinery Inspector | $42,320 | $48,668 | $59,590 |
| Senior Illustrator | $37,752 | $43,415 | $55,307 |
| Senior Industrial Engineer | $60,521 | $69,599 | $88,701 |
| Senior Landscape Architect [5] | $60,521 | $69,599 | $88,701 |
| Senior Mechanical Engineer (including specialties) | $60,521 | $69,599 | $88,701 |
| Senior Meteorologist | $42,085 | $48,398 | $61,888 |
| Senior Painting Inspector | $42,320 | $48,668 | $59,590 |
| Senior Physicist (including specialties) [4] | $60,521 | $69,599 | $88,701 |
| Senior Plan Examiner (Buildings) | $61,910 | $71,196 | $94,559 |
| Senior Planner [5] | $59,422 | $68,335 | $86,806 |
| Senior Project Coordinator | $60,521 | $69,599 | $88,701 |
| Senior Project Development Coordinator [5] | $60,521 | $69,599 | $88,701 |
| Senior Project Services Specialist [5] | $60,521 | $69,599 | $88,701 |
| Senior Scientist (Radiation Control) | $60,521 | $69,599 | $88,701 |
| Senior Supervisor of Mechanical Installations | $57,028 | $65,582 | $82,923 |
| Senior Traffic Control Inspector | $40,479 | $46,551 | $57,469 |
| Senior Urban Designer [5] | $60,521 | $69,599 | $88,701 |
| Senior Waterfront Construction Inspector | $42,320 | $48,668 | $59,590 |
| Space Analyst Level I | $46,275 | $53,216 | $69,435 |
| Space Analyst Level II | $54,931 | $63,171 | $79,555 |

15 005

CHALMERS FPI LIT-00001486

| | | | |
|---|---|---|---|
| Superintendent of Construction [5] | $54,931 | $63,171 | $79,555 |
| Superintendent of Construction and Repairs | $54,931 | $63,171 | $79,555 |
| Supervising Air Pollution Inspector | $47,410 | $54,521 | $65,922 |
| Supervising Environmental Control Technician | $45,457 | $52,275 | $63,352 |
| Supervising Hull & Machinery Inspector | $46,558 | $53,542 | $64,944 |
| Supervising HVAC Specialist | $54,931 | $63,171 | $79,555 |
| Supervising Traffic Control Inspector | $44,951 | $51,694 | $63,096 |
| Supervisor of Building Maintenance.(All Fields) | $46,275 | $53,216 | $69,435 |
| Supervisor of Diesel Engine Maintenance. | $53,399 | $61,409 | $76,181 |
| Supervisor of Electrical Installations | $54,931 | $63,171 | $79,555 |
| Supervisor of Electrical Installations & Maintenance Level I | $46,275 | $53,216 | $69,435 |
| Supervisor of Electrical Installations & Maintenance Level II | $54,931 | $63,171 | $79,555 |
| Supervisor of Mechanical Installations | $54,931 | $63,171 | $79,555 |
| Supervisor of Mechanical Installations & Maintenance Level I | $46,275 | $53,216 | $69,435 |
| Supervisor of Mechanical Installations & Maintenance Level II | $54,931 | $63,171 | $79,555 |
| Supervisor of Mechanical Installations & Maintenance Level III | $57,028 | $65,582 | $82,923 |
| Supervisor of Mechanical Installations & Maintenance Level IV | $60,521 | $69,599 | $88,701 |
| Surveyor Level I-A | $46,275 | $53,216 | Flat Rate |
| Surveyor Level I-B | $50,603 | $58,193 | $68,079 |
| Surveyor Level II | $54,931 | $63,171 | $79,555 |
| Surveyor Level III | $60,521 | $69,599 | $88,701 |
| Tax Map Cartographer Level I-A | $46,275 | $53,216 | Flat Rate |
| Tax Map Cartographer Level I-B | $50,603 | $58,193 | $68,079 |
| Tax Map Cartographer Level II | $54,931 | $63,171 | $79,555 |
| Telemetric Systems Specialist | $58,423 | $67,186 | $85,656 |
| Traffic Control Inspector Level I | $36,653 | $42,151 | $51,789 |
| Traffic Control Inspector Level II | $40,479 | $46,551 | $57,469 |
| Traffic Control Inspector Level III | $44,951 | $51,694 | $63,096 |
| Urban Archeologist | $42,682 | $49,084 | $66,905 |
| Urban Designer [5] | $54,931 | $63,171 | $79,555 |
| Urban Designer Trainee | $39,992 | $45,991 | Flat Rate |



CHALMERS FPI LIT-00001487

| | | | |
|---|---|---|---|
| Urban Technician | $31,562 | $36,296 | $48,418 |
| Waterfront Construction Inspector | $37,885 | $43,568 | $53,202 |

1. See Article III, Section 4 (New Hires)

2. Upon completion of six months of satisfactory **permanent** service in the title, an employee shall be guaranteed a minimum salary equal to the then current applicable minimum **hiring rate** [1] plus an additional $1,000. Upon completion of an additional eighteen (18) months of satisfactory permanent service in the title, the employee shall be guaranteed a minimum salary equal to the minimum **incumbent** rate in effect on the two year anniversary of the employee's original date of appointment to the applicable title, plus an additional $1000.

3. Upon completion of one year of satisfactory service in the title, the maximum salary shall apply.

4. Each appointment to this position above the minimum hiring rate will be handled on a case by case basis.

5. For present incumbents only.

6. Base salary schedule for all newly hired employees appointed to the title of Instrumentation Specialist on or after July 1, 2002. Note: employees appointed after July 1, 2002 remain in this salary schedule.

7. Base salary schedule for current incumbents appointed prior to July 1, 2002 and who were serving in the Environmental Control Technician title series since January 1, 2002.

8. Trainees advance into the salary schedule established for all newly hired employees appointed to the title of Instrumentation Specialist on or after July 1, 2002.

9. Upon completion of one year at Assignment Level I, employees shall be paid no less than the indicated minimum for incumbents at Assignment Level I that is in effect on their one year of service anniversaries. (In 08-10 inc amen

## SCHEDULE B

| TITLE | (1) Hiring Rate [1] | | (2) Incumbent Rate [2] | |
|---|---|---|---|---|
| | (a) Minimum | (b) Maximum | (a) Minimum | (b) Maximum |
| Air Pollution Control Engineering Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Architectural Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Chemical Engineering Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Civil Engineering Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Construction Project Manager Intern | $41,682 | | $47,934 | $50,477 |
| Electrical Engineering Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Environmental Engineering Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Landscape Architect Intern | $41,682 | $47,107 | $47,934 | $50,477 |
| Mechanical Engineering Intern | $41,682 | $47,107 | $47,934 | $50,477 |

Note:

1. Upon completion of six months of satisfactory **permanent** service in the title, the maximum **hiring rate** salary shall apply. Upon completion of an additional six months of satisfactory **permanent** service in the title, the employee shall be appointed to the applicable Assistant Engineer/Architect title at the minimum **hiring rate**, plus an additional $1,000. Upon completion of an additional one year of satisfactory permanent service in the title, the employee shall be paid at the minimum **incumbent** rate in effect on the two year anniversary of the employee's original date of appointment to the applicable intern title, plus an additional $1000. See also Article III, Section 4 (New Hires)

**(ii)    Unit B (Radio/TV)**

| TITLE | (1) Minimum | (2) Maximum |
|---|---|---|

*15005*

CHALMERS FPI LIT-00001488

| | (a) Hiring Rate 1 | (b) Incumbent Rate | |
|---|---|---|---|
| Associate Operations Communications Specialist Level I | $38,665 | $44,465 | $49,707 |
| Associate Operations Communications Specialist Level II | $43,223 | $49,707 | $54,947 |
| Director (TV) Level I | $32,753 | $37,666 | $42,170 |
| Director (TV) Level II | $40,062 | $46,071 | $57,627 |
| Film Editor | $32,937 | $37,877 | $44,703 |
| Film Manager | $47,532 | $54,662 | $65,264 |
| Operations Communications Specialist Level I | $32,503 | $37,378 | $43,793 |
| Operations Communications Specialist Level II | $38,081 | $43,793 | $50,211 |
| Program Announcer Level I | $34,754 | $39,967 | $52,331 |
| Program Announcer Level II | $38,872 | $44,703 | $57,472 |
| Program Producer Level I | $33,843 | $38,920 | $46,628 |
| Program Producer Level II | $47,532 | $54,662 | $65,264 |
| Program Producer Level III | $54,790 | $63,009 | $75,863 |
| Radio & TV Operator Level I | $28,504 | $32,780 | $41,880 |
| Radio & TV Operator Level II | $34,754 | $39,967 | $52,331 |
| Radio & TV Operator Level III | $38,872 | $44,703 | $57,472 |
| Supervisor of Radio & TV Operators Level I | $47,532 | $54,662 | $65,264 |
| Supervisor of Radio & TV Operators Level II | $54,790 | $63,009 | $75,863 |
| Supervisor of Radio Production | $49,414 | $56,826 | $65,930 |
| Television Equipment Operator | $32,937 | $37,877 | $44,703 |
| Television Lighting Technician | $32,937 | $37,877 | $44,703 |

Note:

1. See Article III, Section 4 (New Hires).

## b. Effective March 3, 2009

3/3/2009
SCHEDULE A

| TITLE | | (1) Minimum | | (2) Maximum |
|---|---|---|---|---|
| | | (a) Hiring Rate [1] | (b) Incumbent Rate | |
| Air Pollution Control Engineer Level I | | $57,129 | $65,698 | $82,737 |
| Air Pollution Control Engineer Level II | | $67,922 | $78,110 | $94,363 |
| Air Pollution Control Engineer Level III | | $75,981 | $87,378 | $103,007 |
| Air Pollution Control Engineering Intern | | See Section 2(a)(i) - Schedule B | | |
| Air Pollution Control Engineering Trainee | | $41,592 | $47,831 | Flat Rate |
| Air Pollution Inspector Level I | | | | |
| | Hiring Rate | $29,468 | | Flat Rate |
| | After 1 year | $30,938 | | Flat Rate |

| | | | |
|---|---|---|---|
| After 2 years | $32,483 | | $37,355 |
| Air Pollution Inspector Level II | $39,401 | $45,311 | $55,330 |
| Architect (including specialties) Level I | $57,129 | $65,698 | $82,737 |
| Architect (including specialties) Level II | $67,922 | $78,110 | $94,363 |
| Architect (including specialties) Level III | $75,981 | $87,378 | $103,007 |
| Architectural Intern | See Section 2(a)(i) - Schedule B | | |
| Architectural Specialist Level I | $67,922 | $78,110 | $94,363 |
| Architectural Specialist Level II | $75,981 | $87,378 | $103,007 |
| Asbestos Hazard Investigator | $45,876 | $52,757 | $68,840 |
| Assistant Air Pollution Control Engineer | $48,126 | $55,345 | $72,212 |
| Assistant Architect [2] | $48,126 | $55,345 | $72,212 |
| Assistant Area Manager of School Maintenance. | $62,942 | $72,383 | $92,249 |
| Assistant Chemical Engineer [2]<br>(DCAS Res 2012-5) | $48,126 | $55,345 | $72,212 |
| Assistant Civil Engineer [2] | $48,126 | $55,345 | $72,212 |
| Assistant Coordinator of Highway Transportation Studies | $62,942 | $72,383 | $92,249 |
| Assistant Director of Technical Services (Air Pollution Control) | $71,220 | $81,903 | $93,593 |
| Assistant Director of Technical Services (Emissions Inventory - Stationary Sources) | $71,220 | $81,903 | $93,593 |
| Assistant Electrical Engineer [2] | $48,126 | $55,345 | $72,212 |
| Assistant Engineer (Accounting) [2] | $48,126 | $55,345 | $72,212 |
| Assistant Engineering Technician (JOP) [5] | $31,937 | $36,728 | $41,566 |
| Assistant Environmental Engineer | $48,126 | $55,345 | $72,212 |
| Assistant Geologist | $48,126 | $55,345 | $72,212 |
| Assistant Health Facilities Planner | $50,304 | $57,850 | $75,382 |
| Assistant Highway Transportation Specialist | $41,592 | $47,831 | $61,188 |
| Assistant Landscape Architect [2] | $48,126 | $55,345 | $72,212 |
| Assistant Mechanical Engineer [2] | $48,126 | $55,345 | $72,212 |
| Assistant Physicist (including specialist) [4] | $48,126 | $55,345 | $72,212 |
| Assistant Plan Examiner (Buildings) [2] | $50,304 | $57,850 | $75,382 |
| Assistant Planner | $46,550 | $53,532 | $67,227 |
| Assistant Project Coordinator | $48,126 | $55,345 | $72,212 |
| Assistant Project Development Coordinator [5] | $48,126 | $55,345 | $72,212 |
| Assistant Project Manager | $48,126 | $55,345 | $72,212 |
| Assistant Project Services Specialist [5] | $48,126 | $55,345 | $72,212 |
| Assistant Scientist (Radiation Control) | $48,126 | $55,345 | $72,212 |
| Assistant Signal Circuit Engineer [2] | $48,126 | $55,345 | $72,212 |
| Assistant Space Analyst | $48,126 | $55,345 | $72,212 |
| Assistant Superintendent of Construction [5] | $48,126 | $55,345 | $72,212 |
| Assistant Superintendent of Construction and Repairs | $48,126 | $55,345 | $72,212 |
| Assistant Supervisor of Electrical Installations | $48,126 | $55,345 | $72,212 |
| Assistant Supervisor of Mechanical Installations | $48,126 | $55,345 | $72,212 |
| Assistant Surveyor | $57,129 | $65,698 | $82,737 |

15005

CHALMERS EPI LIT-00001490

| | | | |
|---|---|---|---|
| Assistant Surveyor Trainee [3] | $48,126 | $55,345 | $58,867 |
| Assistant Urban Designer | $48,126 | $55,345 | $72,212 |
| Associate Air Pollution Inspector Level I | $42,320 | $48,668 | $59,590 |
| Associate Air Pollution Inspector Level II | $47,410 | $54,521 | $65,922 |
| Associate Air Pollution Inspector Level III | $52,508 | $60,384 | $72,268 |
| Associate Chemist Level I   (DCAS Res 2012-5) | | | |
| Trainee Rate | $38,104 | $43,820 | Flat Rate |
| After 1 year in Title | $44,623 | $51,317 | $65,345 |
| Associate Chemist Level II         [4] | $50,623 | $58,216 | $75,083 |
| Associate Chemist Level III        [4] | $60,052 | $69,060 | $84,922 |
| Associate Chemist Level IV         [4] | $65,873 | $75,754 | $100,047 |
| Associate City Planner Level I | $61,798 | $71,068 | $90,278 |
| Associate City Planner Level II | $65,873 | $75,754 | $100,047 |
| Associate Engineering Technician Level I | $41,318 | $47,516 | $60,872 |
| Associate Engineering Technician Level II | $47,275 | $54,366 | $65,886 |
| Associate Fire Protection Inspector Level I | $44,013 | $50,615 | $61,974 |
| Associate Fire Protection Inspector Level II | $49,306 | $56,702 | $68,559 |
| Associate Fire Protection Inspector Level III | $54,608 | $62,799 | $75,159 |
| Associate Graphic Artist | $49,609 | $57,050 | $84,442 |
| Associate Housing Development Specialist | $62,942 | $72,383 | $92,249 |
| Associate Landmarks Preservationist | $56,779 | $65,296 | $79,498 |
| Associate Project Manager Level I | $57,129 | $65,698 | $82,737 |
| Associate Project Manager Level II | $62,942 | $72,383 | $92,249 |
| Associate Project Manager Level III | $75,981 | $87,378 | $103,007 |
| Associate Space Analyst | $57,129 | $65,698 | $82,737 |
| Associate Urban Designer Level I | $57,129 | $65,698 | $82,737 |
| Associate Urban Designer Level II | $62,942 | $72,383 | $92,249 |
| Associate Urban Designer Level III | $65,749 | $75,611 | $99,666 |
| Automotive Specialist | $57,129 | $65,698 | $82,737 |
| Cartographer (Civil Defense) | $39,263 | $45,152 | $57,519 |
| Chemical, Biological & Radiological Officer (C.D.) | $50,304 | $57,850 | $75,382 |
| Chemical Engineer Level I | $57,129 | $65,698 | $82,737 |
| Chemical Engineer Level II | $67,922 | $78,110 | $94,363 |
| Chemical Engineer Level III | $75,981 | $87,378 | $103,007 |
| Chemical Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Chemist (including specialties)  [5] | $50,623 | $58,216 | $75,083 |
| (DCAS Res 2012-5) | | | |
| Chief Supervisor of Mechanical Installations | $62,942 | $72,383 | $92,249 |
| City Planner Level I | $46,550 | $53,532 | $67,227 |
| City Planner Level II | $54,981 | $63,228 | $80,937 |
| City Planner Level III | $61,798 | $71,068 | $90,278 |
| City Planner Level IV | $65,873 | $75,754 | $100,047 |
| City Planning Technician | $32,824 | $37,748 | $50,355 |

15005

CHALMERS FPI LIT-00001491

| | | | |
|---|---|---|---|
| City Research Scientist Level I | | | |
| Hiring Rate | $54,080 | Flat Rate | |
| After 1 year | See Note 9 | $59,488 | $65,437 |
| City Research Scientist Level II | $63,662 | $73,212 | $79,899 |
| City Research Scientist Level III | $71,220 | $81,903 | $93,593 |
| City Research Scientist Level IV-A | $79,496 | $91,420 | $103,109 |
| City Research Scientist Level IV-B | $81,595 | $93,834 | $118,597 |
| Civil Engineer (including specialties) Level I | $57,129 | $65,698 | $82,737 |
| Civil Engineer (including specialties) Level II | $67,922 | $78,110 | $94,363 |
| Civil Engineer (including specialties) Level III | $75,981 | $87,378 | $103,007 |
| Civil Engineering Drafter [5] | $41,592 | $47,831 | $61,188 |
| Civil Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Civil Engineering Trainee [5] | $41,592 | $47,831 | Flat Rate |
| Community Planning Board Coordinator | $37,959 | $43,653 | $52,665 |
| Computer Facilities Maintainer (FISA) | $48,126 | $55,345 | $72,212 |
| Construction Management Assistant | $40,427 | $46,491 | $59,852 |
| Construction Manager (including specialties) [5] | $64,386 | $74,044 | $98,341 |
| Construction Project Manager Level I | $48,126 | $55,345 | $72,212 |
| Construction Project Manager Level II | $57,129 | $65,698 | $82,737 |
| Construction Project Manager Level III | $60,759 | $69,873 | $103,007 |
| Construction Project Manager Intern | See Section 2(a)(i) - Schedule B | | |
| Criminalist Level I-A | | $43,727 | Flat Rate |
| Criminalist Level I-B | | $46,455 | $55,108 |
| Criminalist Level II | | $55,593 | $76,493 |
| Criminalist Level III | | $69,304 | $91,294 |
| Criminalist Level IV | | $79,965 | $104,454 |
| Director of Intersectional Traffic Control | $62,942 | $72,383 | $92,249 |
| Electrical Engineer (including specialties) Level I | $57,129 | $65,698 | $82,737 |
| Electrical Engineer (including specialties) Level II | $67,922 | $78,110 | $94,363 |
| Electrical Engineer (including specialties) Level III | $75,981 | $87,378 | $103,007 |
| Electrical Engineering Drafter [5] | $41,592 | $47,831 | $61,188 |
| Electrical Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Electrical Engineering Trainee [5] | $41,592 | $47,831 | Flat Rate |
| Engineer (Accounting) (CE & S) | $57,129 | $65,698 | $82,737 |
| Engineer-Assessor (all specialties) | $57,129 | $65,698 | $82,737 |
| Engineering Aide | $41,592 | $47,831 | $61,188 |
| Engineering Specialist Level I | $67,922 | $78,110 | $94,363 |
| Engineering Specialist Level II | $75,981 | $87,378 | $103,007 |
| Engineering Technician (Including specialties) Level I | $32,824 | $37,748 | $42,586 |
| Engineering Technician (Including specialties) Level II | $35,508 | $40,834 | $50,355 |
| Engineering Technician Aide (JOP) | $29,446 | $33,863 | Flat Rate |

CHALMERS FPI LIT-00001492

| | | | |
|---|---|---|---|
| Engineering Technician Trainee [3] | $28,755 | $33,068 | $34,720 |
| Engineering Work Study Trainee | $25,047 | $28,804 | $37,097 |
| Environmental Control Technician [5] | $35,508 | $40,834 | $50,355 |
| Environmental Engineer Level I | $57,129 | $65,698 | $82,737 |
| Environmental Engineer Level II | $67,922 | $78,110 | $94,363 |
| Environmental Engineer Level III | $75,981 | $87,378 | $103,007 |
| Environmental Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Estimator (including specialties) | $48,126 | $55,345 | $72,212 |
| Fire Protection Inspector | $39,401 | $45,311 | $55,330 |
| Forensic Analyst (OCME) | $45,994 | $52,893 | $75,076 |
| Forensic Scientist (OCME) | $66,025 | $75,929 | $93,844 |
| Forester Level I | $36,610 | $42,101 | $51,953 |
| Forester Level II | $43,621 | $50,164 | $61,808 |
| General Superintendent of Construction (including specialties) [5] | $60,759 | $69,873 | $89,082 |
| General Superintendent of Construction and Repairs | $60,759 | $69,873 | $89,082 |
| General Supervisor of Building Maintenance (all fields) | $57,129 | $65,698 | $82,737 |
| Geologist | $57,129 | $65,698 | $82,737 |
| Geologist Trainee | $41,592 | $47,831 | Flat Rate |
| Graphic Artist Level I | $38,443 | $44,209 | $60,241 |
| Graphic Artist Level II | $49,609 | $57,050 | $84,442 |
| Health Facilities Planner | $64,386 | $74,044 | $98,341 |
| Highway Transportation Specialist Level I | $48,126 | $55,345 | $72,212 |
| Highway Transportation Specialist Level II | $57,129 | $65,698 | $82,737 |
| Highway Transportation Specialist Level III | $62,942 | $72,383 | $92,249 |
| Housing Development Specialist Level I | $48,126 | $55,345 | $73,658 |
| Housing Development Specialist Level II | $57,129 | $65,698 | $84,391 |
| Housing Development Specialist Trainee Level I | $37,417 | $43,030 | Flat Rate |
| Housing Development Specialist Trainee Level II | $40,774 | $46,890 | Flat Rate |
| Illustrator [5] | $36,070 | $41,481 | $48,080 |
| Industrial Hygienist Level I | $39,957 | $45,951 | $56,512 |
| Industrial Hygienist Level II | $47,251 | $54,339 | $63,506 |
| Instrument Maker (Radiology) | $48,126 | $55,345 | $72,212 |
| Instrumentation Specialist Level I [6] | See Note 6 | $45,229 | Flat Rate |
| Instrumentation Specialist Level II [6] | See Note 6 | $54,802 | Flat Rate |
| Instrumentation Specialist Level III [6] | See Note 6 | $63,047 | Flat Rate |
| Instrumentation Specialist Level I [7] | See Note 7 | $46,885 | Flat Rate |
| Instrumentation Specialist Level II [7] | See Note 7 | $57,024 | Flat Rate |
| Instrumentation Specialist Level III [7] | See Note 7 | $64,627 | Flat Rate |
| Instrumentation Specialist Trainee (Entry Level) [8] | See Note 8 | $31,524 | Flat Rate |
| Instrumentation Specialist Trainee (After one year) [8] | See Note 8 | $32,895 | Flat Rate |
| Instrumentation Specialist Trainee (After two years) [8] | See Note 8 | $41,117 | Flat Rate |
| Junior Architect [5] | $41,592 | $47,831 | $61,188 |
| Junior Chemist [5] | $38,104 | $43,820 | $52,140 |

CHALMERS FPI LIT-00001493

| | | | |
|---|---|---|---|
| Junior Civil Engineer [5] | $41,592 | $47,831 | $61,188 |
| Junior Drafter [5] | $41,592 | $47,831 | $61,188 |
| Junior Electrical Engineer [5] | $41,592 | $47,831 | $61,188 |
| Junior Health Facilities Planner | $41,592 | $47,831 | $61,188 |
| Junior Mechanical Engineer [5] | $41,592 | $47,831 | $61,188 |
| Landmarks Preservationist Level I | $47,141 | $54,212 | $67,908 |
| Landmarks Preservationist Level II | $52,232 | $60,067 | $77,606 |
| Landmarks Preservation Specialist [5] | $47,141 | $54,212 | $67,908 |
| Landscape Architect Level I | $57,129 | $65,698 | $82,737 |
| Landscape Architect Level II | $67,922 | $78,110 | $94,363 |
| Landscape Architect Level III | $75,981 | $87,378 | $103,007 |
| Landscape Architect Intern | See Section 2(a)(i) - Schedule B | | |
| Marine Electronics Technician | $73,034 | $83,989 | $107,985 |
| Mechanical Engineer (including specialties) Level I | $57,129 | $65,698 | $82,737 |
| Mechanical Engineer (including specialties) Level II | $67,922 | $78,110 | $94,363 |
| Mechanical Engineer (including specialties) Level III | $75,981 | $87,378 | $103,007 |
| Mechanical Engineering Drafter [5] | $41,592 | $47,831 | $61,188 |
| Mechanical Engineering Intern | See Section 2(a)(i) - Schedule B | | |
| Medical Equipment Repair Technician | $32,826 | $37,750 | $49,330 |
| Medical Equipment Specialist | $43,769 | $50,334 | $64,364 |
| Painting Inspector | $39,401 | $45,311 | $55,330 |
| Physicist Level I [4]   (DCAS Res 2012-6) | $48,126 | $55,345 | $72,212 |
| Physicist Level II [4] | $57,129 | $65,698 | $82,737 |
| Physicist Level III [4] | $62,942 | $72,383 | $92,249 |
| Physicist Trainee | $41,592 | $47,831 | Flat Rate |
| Plan Examiner (Buildings) | $59,309 | $68,205 | $86,240 |
| Planner | $54,981 | $63,228 | $80,937 |
| Planner Trainee [5] | $41,592 | $47,831 | Flat Rate |
| Principal Air Pollution Control Engineer [5] | $79,496 | $91,420 | $103,109 |
| Principal Air Pollution Inspector | $54,608 | $62,799 | $75,159 |
| Principal Chemical Engineer [5] | $79,496 | $91,420 | $103,109 |
| Principal Chemist (including specialties) [5] | $65,873 | $75,754 | $100,047 |
| Principal Civil Engineer (including specialties) [5] | $79,496 | $91,420 | $103,109 |
| Principal Electrical Engineer [5] | $79,496 | $91,420 | $103,109 |
| Principal Engineer | $79,496 | $91,420 | $103,109 |
| Principal Illustrator [5] | $48,126 | $55,345 | $72,212 |
| Principal Mechanical Engineer [5] | $79,496 | $91,420 | $103,109 |
| Principal Physicist | $64,386 | $74,044 | $98,341 |
| Principal Planner | $65,873 | $75,754 | $100,047 |
| Principal Research Scientist (Biological Sciences) | $79,496 | $91,420 | $103,109 |
| Principal Urban Designer | $69,132 | $79,502 | $115,016 |
| Project Coordinator | $57,129 | $65,698 | $82,737 |
| Project Development Coordinator [5] | $57,129 | $65,698 | $82,737 |

CHALMERS FPI LIT-00001494

| | | | |
|---|---|---|---|
| Project Development Coordinator Trainee [5] | $41,592 | $47,831 | Flat Rate |
| Project Manager (Other than HHC) | $48,126 | $55,345 | $72,212 |
| Project Manager (HHC only) Level I | $48,126 | $55,345 | $72,212 |
| Project Manager (HHC only) Level II | $56,027 | $64,431 | $98,144 |
| Project Manager Intern | $43,452 | $49,970 | Flat Rate |
| Radio Repair Technician | $35,478 | $40,800 | $45,968 |
| Research Scientist Level I | $63,663 | $73,212 | $79,899 |
| Research Scientist Level II | $71,220 | $81,903 | $93,593 |
| Research Scientist Level III | $79,496 | $91,420 | $103,109 |
| Safety Officer | $37,236 | $42,821 | $52,837 |
| Safety Specialist | $38,000 | $43,700 | $53,631 |
| Scientist (Radiation Control) Level I | $48,126 | $55,345 | $72,212 |
| Scientist (Radiation Control) Level II | $57,129 | $65,698 | $82,737 |
| Scientist (Radiation Control) Level III | $62,942 | $72,383 | $92,249 |
| Scientist (Water Ecology) Level I | $38,312 | $44,059 | $57,972 |
| Scientist (Water Ecology) Level II | $44,630 | $51,325 | $65,358 |
| Scientist (Water Ecology) Level III | $55,544 | $63,876 | $79,244 |
| Scientist (Water Ecology) Trainee | $29,393 | $38,022 [3] | Flat Rate |
| Senior Air Pollution Control Engineer [5] | $62,942 | $72,383 | $92,249 |
| Senior Air Pollution Inspector | $44,013 | $50,615 | $61,974 |
| Senior Architect (including specialties) [5] | $62,942 | $72,383 | $92,249 |
| Senior Automotive Specialist | $62,942 | $72,383 | $92,249 |
| Senior Chemical Engineer [5] | $62,942 | $72,383 | $92,249 |
| Senior Chemist (including specialties) | $60,052 | $69,060 | $84,922 |
| Senior Civil Engineer (including Specialist) [5] | $62,942 | $72,383 | $92,249 |
| Senior Computer Equipment Design Specialist | $52,480 | $60,352 | $76,373 |
| Senior Electrical Engineer (including Specialist) [5] | $62,942 | $72,383 | $92,249 |
| Senior Engineer (Accounting) | $62,942 | $72,383 | $92,249 |
| Senior Engineer (Safety) [5] | $62,942 | $72,383 | $92,249 |
| Senior Engineer (Cranes) [5] | $62,942 | $72,383 | $92,249 |
| Senior Engineer-Assessor [5] | $62,942 | $72,383 | $92,249 |
| Senior Engineering Technician (including specialties, JOP ) [5] | $41,318 | $47,516 | $60,872 |
| Senior Environmental Control Technician | $41,318 | $47,516 | $60,872 |
| Senior Estimator (including specialties) | $57,129 | $65,698 | $82,737 |
| Senior Geologist | $62,942 | $72,383 | $92,249 |
| Senior Health Facilities Planner | $71,547 | $82,279 | $106,676 |
| Senior Highway Transportation Specialist | $57,129 | $65,698 | $82,737 |
| Senior Hull & Machinery Inspector | $44,013 | $50,615 | $61,974 |
| Senior Illustrator | $39,263 | $45,152 | $57,519 |
| Senior Industrial Engineer | $62,942 | $72,383 | $92,249 |
| Senior Landscape Architect [5] | $62,942 | $72,383 | $92,249 |
| Senior Mechanical Engineer (including specialties) | $62,942 | $72,383 | $92,249 |
| Senior Meteorologist | $43,769 | $50,334 | $64,364 |

15005

CHALMERS FPI LIT-00001495

| | | | |
|---|---|---|---|
| Senior Painting Inspector | $44,013 | $50,615 | $61,974 |
| Senior Physicist (including specialties) [4] | $62,942 | $72,383 | $92,249 |
| Senior Plan Examiner (Buildings) | $64,386 | $74,044 | $98,341 |
| Senior Planner [5] | $61,798 | $71,068 | $90,278 |
| Senior Project Coordinator | $62,942 | $72,383 | $92,249 |
| Senior Project Development Coordinator [5] | $62,942 | $72,383 | $92,249 |
| Senior Project Services Specialist [5] | $62,942 | $72,383 | $92,249 |
| Senior Scientist (Radiation Control) | $62,942 | $72,383 | $92,249 |
| Senior Supervisor of Mechanical Installations | $59,309 | $68,205 | $86,240 |
| Senior Traffic Control Inspector | $42,098 | $48,413 | $59,768 |
| Senior Urban Designer [5] | $62,942 | $72,383 | $92,249 |
| Senior Waterfront Construction Inspector | $44,013 | $50,615 | $61,974 |
| Space Analyst Level I | $48,126 | $55,345 | $72,212 |
| Space Analyst Level II | $57,129 | $65,698 | $82,737 |
| Superintendent of Construction [5] | $57,129 | $65,698 | $82,737 |
| Superintendent of Construction and Repairs | $57,129 | $65,698 | $82,737 |
| Supervising Air Pollution Inspector | $49,306 | $56,702 | $68,559 |
| Supervising Environmental Control Technician | $47,275 | $54,366 | $65,886 |
| Supervising Hull & Machinery Inspector | $48,421 | $55,684 | $67,542 |
| Supervising HVAC Specialist | $57,129 | $65,698 | $82,737 |
| Supervising Traffic Control Inspector | $46,750 | $53,762 | $65,620 |
| Supervisor of Building Maintenance.(All Fields) | $48,126 | $55,345 | $72,212 |
| Supervisor of Diesel Engine Maintenance. | $55,535 | $63,865 | $79,228 |
| Supervisor of Electrical Installations | $57,129 | $65,698 | $82,737 |
| Supervisor of Electrical Installations & Maintenance Level I | $48,126 | $55,345 | $72,212 |
| Supervisor of Electrical Installations & Maintenance Level II | $57,129 | $65,698 | $82,737 |
| Supervisor of Mechanical Installations | $57,129 | $65,698 | $82,737 |
| Supervisor of Mechanical Installations & Maintenance Level I | $48,126 | $55,345 | $72,212 |
| Supervisor of Mechanical Installations & Maintenance Level II | $57,129 | $65,698 | $82,737 |
| Supervisor of Mechanical Installations & Maintenance Level III | $59,309 | $68,205 | $86,240 |
| Supervisor of Mechanical Installations & Maintenance Level IV | $62,942 | $72,383 | $92,249 |
| Surveyor Level I-A | $48,126 | $55,345 | Flat Rate |
| Surveyor Level I-B | $52,627 | $60,521 | $70,802 |
| Surveyor Level II | $57,129 | $65,698 | $82,737 |
| Surveyor Level III | $62,942 | $72,383 | $92,249 |
| Tax Map Cartographer Level I-A | $48,126 | $55,345 | Flat Rate |
| Tax Map Cartographer Level I-B | $52,627 | $60,521 | $70,802 |
| Tax Map Cartographer Level II | $57,129 | $65,698 | $82,737 |
| Telemetric Systems Specialist | $60,759 | $69,873 | $89,082 |
| Traffic Control Inspector Level I | $38,119 | $43,837 | $53,861 |
| Traffic Control Inspector Level II | $42,098 | $48,413 | $59,768 |
| Traffic Control Inspector Level III | $46,750 | $53,762 | $65,620 |
| Urban Archeologist | $44,389 | $51,047 | $69,581 |

CHALMERS FPI LIT-00001496

| | | | |
|---|---|---|---|
| Urban Designer [5] | $57,129 | $65,698 | $82,737 |
| Urban Designer Trainee | $41,592 | $47,831 | Flat Rate |
| Urban Technician | $32,824 | $37,748 | $50,355 |
| Waterfront Construction Inspector | $39,401 | $45,311 | $55,330 |

**Note:**

1. See Article III, Section 4 (New Hires)
2. Upon completion of six months of satisfactory permanent service in the title, an employee shall be guaranteed a minimum salary equal to the then current applicable minimum hiring rate 1 plus an additional $1,000. Upon completion of an additional eighteen (18) months of satisfactory permanent service in the title, the employee shall be guaranteed a minimum salary equal to the minimum incumbent rate in effect on the two year anniversary of the employee's original date of appointment to the applicable title, plus an additional $1000.
3. Upon completion of one year of satisfactory service in the title, the maximum salary shall apply
4. Each appointment to this position above the minimum hiring rate will be handled on a case by case basis
5. For present incumbents only
6. Base salary schedule for all newly hired employees appointed to the title of Instrumentation Specialist on or after July 1, 2002. Note employees appointed after July 1, 2002 remain in this salary schedule
7. Base salary schedule for current incumbents appointed prior to July 1, 2002 and who were serving in the Environmental Control Technician title series since January 1, 2002
8. Trainees advance unto the salary schedule established for all newly hired employees appointed to the title of Instrumentation Specialist on or after July 1, 2002.

## SCHEDULE B

| TITLE | (1) Hiring Rate [1] | | (2) Incumbent Rate [2] | |
|---|---|---|---|---|
| | (a) Minimum | (b) Maximum | (a) Minimum | (b) Maximum |
| Air Pollution Control Engineering Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Architectural Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Chemical Engineering Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Civil Engineering Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Construction Project Manager Intern | $43,349 | | $49,851 | $52,496 |
| Electrical Engineering Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Environmental Engineering Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Landscape Architect Intern | $43,349 | $48,991 | $49,851 | $52,496 |
| Mechanical Engineering Intern | $43,349 | $48,991 | $49,851 | $52,496 |

**Note:**

1. Upon completion of six months of satisfactory **permanent** service in the title, the maximum **hiring** rate salary shall apply. Upon completion of an additional six months of satisfactory **permanent** service in the title, the employee shall be appointed to the applicable Assistant Engineer Architect title at the minimum **hiring** rate, plus an additional $1,000. Upon completion of an additional one year of satisfactory permanent service in the title, the employee shall be paid at the minimum **incumbent** rate in effect on the two year anniversary of the employee's original date of appointment to the applicable intern title, plus an additional $1000. See also Article III, Section 4 (New Hires).



15005

CHALMERS FPI LIT-00001497

(ii)    Unit B (Radio/TV)

| TITLE | (1) Minimum | | (2) Maximum |
| | (a) Hiring Rate 1 | (b) Incumbent Rate | |
|---|---|---|---|
| Associate Operations Communications Specialist Level I | $40,212 | $46,244 | $51,695 |
| Associate Operations Communications Specialist Level II | $44,952 | $51,695 | $57,145 |
| Director (TV) Level I | $34,063 | $39,173 | $43,857 |
| Director (TV) Level II | $41,664 | $47,914 | $59,932 |
| Film Editor | $34,254 | $39,392 | $46,491 |
| Film Manager | $49,433 | $56,848 | $67,875 |
| Operations Communications Specialist Level I | $33,803 | $38,873 | $45,545 |
| Operations Communications Specialist Level II | $39,604 | $45,545 | $52,219 |
| Program Announcer Level I | $36,144 | $41,566 | $54,424 |
| Program Announcer Level II | $40,427 | $46,491 | $59,771 |
| Program Producer Level I | $35,197 | $40,477 | $48,493 |
| Program Producer Level II | $49,433 | $56,848 | $67,875 |
| Program Producer Level III | $56,982 | $65,529 | $78,898 |
| Radio & TV Operator Level I | $29,644 | $34,091 | $43,555 |
| Radio & TV Operator Level II | $36,144 | $41,566 | $54,424 |
| Radio & TV Operator Level III | $40,427 | $46,491 | $59,771 |
| Supervisor of Radio & TV Operators Level I | $49,433 | $56,848 | $67,875 |
| Supervisor of Radio & TV Operators Level II | $56,982 | $65,529 | $78,898 |
| Supervisor of Radio Production | $51,390 | $59,099 | $68,567 |
| Television Equipment Operator | $34,254 | $39,392 | $46,491 |
| Television Lighting Technician | $34,254 | $39,392 | $46,491 |

Note:

1. See Article III, Section 4 (New Hires).

*15005*

CHALMERS FPI LIT-00001498

**Section 3. Wage Increases.**

**A.    General Wage Increases**

a.      The general wage increases, effective as indicated, shall be:

     **i.**      Effective March 3, 2008, Employees shall receive a general increase of 4%.

     **ii.**     Effective March 3, 2009, Employees shall receive an additional general increase of 4%.

     **iii.**    Part-time per annum, part-time per diem Employees (including seasonal appointees), per session and hourly paid Employees and Employees whose normal work year is less than a full calendar year shall receive the increases provided in subsections 3A(a)(i), 3A(a)(ii) and 3A(a)(iii) on the basis of computations heretofore utilized by the parties for all such Employees.

b.      The increases provided for in Section 3A(a) above shall be calculated as follows:

     **i.**      The general increase in Section 3A(a)(i) shall be based upon the base rates (including salary or incremental salary schedules) of the applicable titles in effect on March 2, 2008;

     **ii.**     The general increase in Section 3A(a)(ii) shall be based upon the base rates (including salary or incremental salary schedules) of the applicable titles in effect on March 2, 2009.

c.

     **i.**      The general increases provided for in this Section 3 shall be applied to the base rates, incremental salary levels, and the minimum "hiring rate" and "incumbent rate" and maximum rates (including levels), for the applicable titles.

     **ii.**     A general increase of 5.47%, effective on the last day of the Agreement, and consistent with the terms of the Stipulation of Settlement (A-13472-10; BCB 2864-10)) shall be applied to the following "additions to gross": uniform maintenance allowances, assignment differentials, service increments, longevity differentials, longevity increments, advancement increases, assignment (level) increases, and experience, certification, educational, license, evening, or night shift differentials. Recurring increment payments are excluded from this provision.

**Section 4. New Hires.**

a.      The appointment rate for an employee newly hired on or after March 3, 2008 and appointed at a reduced hiring rate shall be the applicable minimum "hiring rate" set forth in subsections 2(a)(i)(1) and 2(b)(i)(1).   On the two year anniversary of the employee's original date of appointment, such employee shall be paid the indicated minimum "incumbent rate" for the applicable title that is in effect on such two year anniversary as set forth in subsection 2(a)(i)(2) and 2(b)(i)(2) of this Article III.

15005

CHALMERS FPI LIT-00001499

**b.    i.**    For a title subject to an incremental pay plan, the employee shall be paid the appropriate increment based upon the employee's length of service. Section 2 of this Article III reflects the correct amounts and has been adjusted in accordance with the provisions of Section 3(c)(i) of this Article III.

**ii.**    Employees who change titles or levels before attaining two years of service will be treated in the new title or level as if they had been originally appointed to said title or level on their original hiring date.

**c.**    For the purposes of Sections 4(a) and 4(b), employees 1) who were in active pay status before July 1, 2005, and 2) who are affected by the following personnel actions after said dat e shall not be treated as "newly hired" employees and shall be entitled to receive the indicated minimum "incumbent rate" set forth in subsections 2(a)(i)(2) and 2(b)(i)(2) of this Article III:

**i.**    Employees who return to active status from an approved leave of absence.

**ii.**    Employees in active status (whether full or part-time) appointed to permanent status from a civil service list, or to a new title (regardless of jurisdictional class or civil service status) without a break in service of more than 31 days.

**iii.**    Employees who were laid off or terminated for economic reasons who are appointed from a recall/preferred list or who were subject to involuntary redeployment.

**iv.**    Provisional employees who were terminated due to a civil service list who are appointed from a civil service list within one year of such termination.

**v.**    Permanent employees who resign and are reinstated or who are appointed from a civil service list within one year of such resignation.

**vi.**    Employees (regardless of jurisdictional class or civil service status) who resign and return within 31 days of such resignation.

**vii.**    A provisional employee who is appointed directly from one provisional appointment to another.

**viii.**    For employees whose circumstances were not anticipated by the parties, the First Deputy Commissioner of Labor Relations is empowered to issue, on a case-by-case basis, interpretations concerning application of this Section 4. Such case-by-case interpretations shall not be subject to the dispute resolution procedures set forth in Article VI of this Agreement.

**d.**    The First Deputy Commissioner of Labor Relations may, after notification to the affected union(s), exempt certain hard to recruit titles from the provisions of subsection 4.

15005

CHALMERS FPI LIT-00001500

## Section 5.

Each general increase provided herein, effective as of each indicated date, shall be applied to the rate in effect on the date as specified in Section 3 of this Article. In the case of a promotion or other advancement to the indicated title on the effective date of the general increase specified in Section 3 of this Article, such general increase shall not be applied, but the general increase, if any, for the title formerly occupied, effective on the date indicated shall be applied.

## Section 6.

In the case of an Employee on leave of absence without pay the salary rate of such Employee shall be changed to reflect the salary adjustments specified in Article III.

## Section 7. Advancement Increases

A person permanently employed by the Employer who is appointed or promoted on a permanent, provisional, or temporary basis in accordance with the Personnel Rules and Regulations of the City of New York or, where the Personnel Rules and Regulations of the City of New York are not applicable to a public employer, such other Rules or Regulations as are applicable to the public employer, without a break in service to any of the following title(s) from another title in the direct line of promotion or from another title in the Career and Salary Plan, the minimum rate of which is exceeded by at least 8 percent by the minimum rate of the title to which appointed or promoted, shall receive upon the date of such appointment or promotion either the minimum basic salary for the title to which such appointment or promotion is made, or the salary received or receivable in the lower title plus the specified advancement increase, whichever is greater:

### UNIT "A"

| Title | 3/3/08 | 3/2/10 |
|---|---|---|
| Air Pollution Control Engineer | $1,853 | $1,954 |
| Architect (including specialty) | $1,853 | $1,954 |
| Architectural Specialist Level I | $2,409 | $2,541 |
| Assistant Air Pollution Control Engineer | $1,686 | $1,778 |
| Assistant Architect | $1,686 | $1,778 |
| Assistant Area Manager of School Maintenance | $2,207 | $2,328 |
| Assistant Chemical Engineer | $1,686 | $1,778 |
| Assistant Chemist (including specialties) | $1,686 | $1,778 |
| Assistant Civil Engineer | $1,686 | $1,778 |
| Assistant Coordinator of Highway Transportation Studies | $2,207 | $2,328 |
| Assistant Director of Technical Services (Air Pollution Control) | $2,321 | $2,448 |
| Assistant Director of Technical Services (Emissions Inventory - Stationary Sources) | $2,321 | $2,448 |
| Assistant Electrical Engineer | $1,686 | $1,778 |
| Assistant Engineer (Accounting) | $1,686 | $1,778 |
| Assistant Environmental Engineer | $1,686 | $1,778 |
| Assistant Health Facilities Planner | $1,853 | $1,954 |
| Assistant Landscape Architect | $1,686 | $1,778 |
| Assistant Mechanical Engineer | $1,686 | $1,778 |
| Assistant Plan Examiner (Buildings) | $1,853 | $1,954 |

*15005*

CHALMERS FPI LIT-00001501

| Title | 3/3/08 | 3/2/10 |
|---|---|---|
| Assistant Project Coordinator | $1,686 | $1,778 |
| Assistant Signal Circuit Engineer | $1,686 | $1,778 |
| Assistant Surveyor | $1,853 | $1,954 |
| Associate Air Pollution Inspector Level I | $1,448 | $1,527 |
| Associate Chemist Level I (after 1 year in title)  (Per 3-2-10 AI PA) | $1,686 | $1,778 |
| Associate City Planner | $2,207 | $2,328 |
| Associate Engineering Technician  Level I (Per 3-2-10 AI PA) | $1,509 | $1,592 |
| Associate Graphic Artist | $1,686 | $1,778 |
| Associate Housing Development Specialist | $2,207 | $2,328 |
| Associate Landmarks Preservationist | $1,853 | $1,954 |
| Associate Project Manager | $1,853 | $1,954 |
| Associate Space Analyst | $1,853 | $1,954 |
| Chemical Engineer | $1,853 | $1,954 |
| Chemist (including specialties) | $1,853 | $1,954 |
| Chief Supervisor of Mechanical Installations | $2,207 | $2,328 |
| Civil Engineer (including specialties) | $1,853 | $1,954 |
| Construction Manager (including specialties) | $2,207 | $2,328 |
| Director of Intersectional Traffic Control | $2,207 | $2,328 |
| Electrical Engineer (including specialties) | $1,853 | $1,954 |
| Engineer (Accounting) (CE & S) | $1,853 | $1,954 |
| Engineer-Assessor (all specialties) | $1,853 | $1,954 |
| Engineering Specialist Level I  (Per 3-2-10 AI PA) | $2,409 | $2,541 |
| Environmental Engineer Level I  (Per 3-2-10 AI PA) | $1,853 | $1,954 |
| General Superintendent of Construction (including specialties)  (Per 3-2-10 AI PA) | $2,207 | $2,328 |
| General Superintendent of Construction and Repairs | $2,207 | $2,328 |
| General Supervisor of Building Maintenance (all fields) | $1,853 | $1,954 |
| Geologist | $1,853 | $1,954 |
| Graphic Artist Level II | $1,686 | $1,778 |
| Health Facilities Planner | $2,321 | $2,448 |
| Landscape Architect | $1,853 | $1,954 |
| Mechanical Engineer (including specialties) | $1,853 | $1,954 |
| Medical Equipment Specialist | $1,686 | $1,778 |
| Physicist (including specialties) | $1,853 | $1,954 |
| Plan Examiner (Buildings) | $2,207 | $2,328 |
| Planner | $1,853 | $1,954 |
| Principal Air Pollution Control Engineer | $2,321 | $2,448 |
| Principal Air Pollution Inspector | $1,802 | $1,901 |
| Principal Chemical Engineer | $2,321 | $2,448 |
| Principal Chemist (including specialties) | $2,207 | $2,328 |
| Principal Civil Engineer (including specialties) | $2,321 | $2,448 |
| Principal Electrical Engineer | $2,321 | $2,448 |
| Principal Engineer | $2,321 | $2,448 |
| Principal Fire Prevention Inspector | $1,802 | $1,901 |
| Principal Illustrator | $1,802 | $1,901 |
| Principal Mechanical Engineer | $2,321 | $2,448 |
| Principal Physicist | $2,207 | $2,328 |
| Principal Planner | $2,207 | $2,328 |
| Principal Urban Designer | $2,321 | $2,448 |
| Project Coordinator | $1,853 | $1,954 |

CHALMERS FPI LIT-00001502

| Title | 3/3/08 | 3/2/10 |
|---|---|---|
| Project Development Coordinator | $1,853 | $1,954 |
| Project Manager (HHC only) | $2,207 | $2,328 |
| Project Services Specialist | $1,853 | $1,954 |
| (Not in 3-2-10 AI PA) | | |
| Senior Air Pollution Control Engineer | $2,207 | $2,328 |
| Senior Air Pollution Inspector | $1,448 | $1,527 |
| Senior Architect (including specialties) | $2,207 | $2,328 |
| Senior Automotive Specialist | $2,207 | $2,328 |
| Senior Chemical Engineer | $2,207 | $2,328 |
| Senior Chemist (including specialties) | $2,207 | $2,328 |
| Senior Civil Engineer (including Specialist) | $2,207 | $2,328 |
| (Not in 3-2-10 AI PA) | | |
| Senior Electrical Engineer (including Specialist) | $2,207 | $2,328 |
| Senior Engineer (Accounting) | $2,207 | $2,328 |
| Senior Engineer (Safety) | $2,207 | $2,328 |
| Senior Engineer (Cranes) | $2,207 | $2,328 |
| Senior Engineer-Assessor | $2,207 | $2,328 |
| Senior Engineering Technician (including specialties, JOP) | $1,509 | $1,592 |
| Senior Environmental Control Technician | $1,509 | $1,592 |
| Senior Estimator (including specialties) | $1,853 | $1,954 |
| Senior Fire Prevention Inspector (Per 3-2-10 AI PA) | $1,332 | $1,405 |
| Senior Geologist | $2,207 | $2,328 |
| Senior Health Facilities Planner | $2,321 | $2,448 |
| Senior Highway Transportation Specialist | $1,853 | $1,954 |
| Senior Hull & Machinery Inspector | $1,448 | $1,527 |
| Senior Industrial Engineer | $2,207 | $2,328 |
| Senior Landscape Architect | $2,207 | $2,328 |
| Senior Mechanical Engineer (including specialties) | $2,207 | $2,328 |
| Senior Meteorologist | $1,686 | $1,778 |
| Senior Painting Inspector | $1,448 | $1,527 |
| Senior Physicist (including specialties) | $2,207 | $2,328 |
| Senior Plan Examiner (Buildings) | $2,321 | $2,448 |
| Senior Planner | $2,207 | $2,328 |
| Senior Project Coordinator | $2,207 | $2,328 |
| Senior Project Development Coordinator | $2,207 | $2,328 |
| Senior Project Services Specialist | $2,207 | $2,328 |
| Senior Scientist (Radiation Control) | $2,207 | $2,328 |
| Senior Supervisor of Mechanical Installations | $2,207 | $2,328 |
| Senior Traffic Control Inspector | $1,448 | $1,527 |
| Senior Urban Designer | $2,207 | $2,328 |
| Senior Waterfront Construction Inspector | $1,448 | $1,527 |
| Superintendent of Construction | $1,853 | $1,954 |
| Superintendent of Construction and Repairs | $1,853 | $1,954 |
| Supervising Air Pollution Inspector | $1,626 | $1,715 |
| Supervising Environmental Control Technician | $1,686 | $1,778 |
| Supervising Fire Prevention Inspector | $1,448 | $1,527 |
| Supervising Hull & Machinery Inspector | $1,626 | $1,715 |
| Supervising Traffic Control Inspector | $1,626 | $1,715 |
| Supervisor of Diesel Engine Maintenance. | $1,853 | $1,954 |
| | $1,853 | $1,954 |

15005

CHALMERS_EPI_LIT-00001503

| Title | 3/3/08 | 3/2/10 |
|---|---|---|
| Supervisor of Electrical Installations | | |
| Supervisor of Electrical Installations & Maintenance Level I (Per 3-2-10 AI PA) | $1,853 | $1,954 |
| Supervisor of Mechanical Installations | $1,853 | $1,954 |
| Supervisor of Mechanical Installations & Maintenance Level I (Per 3-2-10 AI PA) | $1,853 | $1,954 |
| Surveyor | $2,207 | $2,328 |
| Telemetric Systems Specialist | $2,207 | $2,328 |
| Traffic Control Inspector Level II | $1,448 | $1,527 |
| Traffic Control Inspector Level III | $1,626 | $1,715 |
| Urban Designer | $1,853 | $1,954 |

## UNIT "B"

| Title | 3/3/08 | 3/2/10 |
|---|---|---|
| Assistant Programs Manager | $1,626 | $1,715 |
| Chief Supervisor of Radio Operations | $1,971 | $2,079 |
| Chief Supervisor of Television Operations | $1,971 | $2,079 |
| Film Manager | $1,626 | $1,715 |
| Musical Supervisor | $1,277 | $1,347 |
| Program Manager | $1,971 | $2,079 |
| Senior Announcer | $1,277 | $1,347 |
| Senior Radio Operator | $1,277 | $1,347 |
| Supervisor of Radio Operations | $1,626 | $1,715 |
| Supervisor of Television Operations | $1,626 | $1,715 |

15005

CHALMERS FPI LIT-00001504

## Section 8.  Level Increases

An employee when assigned to a higher level within a class of positions listed in this subsection shall receive for the period of such higher level assignment either the minimum basic salary of the assigned level or the rate received in the former assignment level plus the level increase specified below whichever is greater. Assignments to a higher level shall not be considered a promotion.

## UNIT "A"

| TITLE | 3/3/08 | 3/2/10 |
|---|---|---|
| Air Pollution Control Engineer Level II | $2,409 | $2,541 |
| Air Pollution Control Engineer Level III | $2,607 | $2,750 |
| Architect (including specialties) Level II | $2,409 | $2,541 |
| Architect (including specialties) Level III | $2,607 | $2,750 |
| Architectural Specialist Level II | $2,607 | $2,750 |
| Associate Air Pollution Inspector Level II | $1,626 | $1,715 |
| Associate Air Pollution Inspector Level III | $1,802 | $1,901 |
| Associate Chemist Level II | N/A | $1,954 |
| Associate Chemist Level III | $2,207 | $2,328 |
| Associate Chemist Level IV (Per 3-2-10 LI PA) | N/A | $2,328 |
| Associate City Planner Level II | $2,207 | $2,328 |
| Associate Engineering Technician Level II | $1,686 | $1,778 |
| Associate Fire Protection Inspector Level II | $1,448 | $1,527 |
| Associate Fire Protection Inspector Level III | $1,802 | $1,901 |
| Associate Project Manager Level II | $2,207 | $2,328 |
| Associate Urban Designer Level II | $2,207 | $2,328 |
| Associate Urban Designer Level III | $2,321 | $2,448 |
| Chemical Engineer Level II | $2,409 | $2,541 |
| Chemical Engineer Level III | $2,607 | $2,750 |
| City Planner Level II | $1,853 | $1,954 |
| City Planner Level III (Per 3-2-10 LI PA) | $2,207 | $2,328 |
| City Planner Level IV (Per 3-2-10 LI PA) | $2,207 | $2,328 |
| City Research Scientist Level II | $2,321 | $2,448 |
| City Research Scientist Level III | $2,321 | $2,448 |
| Civil Engineer (incl. spec.) Level II | $2,409 | $2,541 |
| Civil Engineer (incl. spec.) Level III | $2,607 | $2,750 |
| Construction Project Manager Level II | $1,853 | $1,954 |
| Construction Project Manager Level III | $2,207 | $2,328 |
| Criminalist Level III | $1,627 | $1,716 |
| Criminalist Level IV | $1,627 | $1,716 |
| Electrical Engineer (including specialties) Level II | $1,627 | $1,716 |
| Electrical Engineer (including specialties) Level III | $1,627 | $1,716 |
| Engineering Specialist Level II | $2,409 | $2,541 |

*15005*

CHALMERS FPI LIT-00001505

| TITLE | 3/3/08 | 3/2/10 |
|---|---|---|
| Engineering Technician Level II (Incl spec) | $2,607 | $2,750 |
| Environmental Engineer Level II | $2,607 | $2,750 |
| Environmental Engineer Level III | $1,277 | $1,347 |
| Highway Transportation Specialist Level II | $2,409 | $2,541 |
| Highway Transportation Specialist Level III | $2,207 | $2,328 |
| Housing Development Specialist Level II | $1,853 | $1,954 |
| Instrumentation Specialist Level II | $1,509 | $1,592 |
| Instrumentation Specialist Level III | $1,686 | $1,778 |
| Landmarks Preservationist Level II | $1,853 | $1,954 |
| Landscape Architect Level II | $2,409 | $2,541 |
| Landscape Architect Level III | $2,607 | $2,750 |
| Mechanical Engineer (including specialties) Level II | $2,409 | $2,541 |
| Mechanical Engineer (including specialties) Level III | $2,607 | $2,750 |
| Physicist Level II (Per 3-2-10 LI PA) | N/A | $1,954 |
| Physicist Level III (Per 3-2-10 LI PA) | N/A | $2,328 |
| Research Scientist Level II | $2,321 | $2,448 |
| Research Scientist Level III | $2,321 | $2,448 |
| Scientist (Radiation Control) Level II (Per 3-2-10 LI PA) | $1,853 | $1,954 |
| Scientist (Radiation Control) Level III (Per 3-2-10 LI PA) | $2,207 | $2,328 |
| Space Analyst Level II | $1,853 | $1,954 |
| Supervisor of Electrical Installations & Maintenance Level II | $1,853 | $1,954 |
| Supervisor of Mechanical Installations & Maintenance Level II | $1,853 | $1,954 |
| Supervisor of Mechanical Installations & Maintenance Level III | $2,207 | $2,328 |
| Supervisor of Mechanical Installations & Maintenance Level IV | $2,207 | $2,328 |

## Section 9.  Service Increments

a.    The service increments set forth below shall be paid to eligible employees listed in Section 9(c) upon completion of the specified years of service:

| Years of Service | 3/3/08 | 3/2/10 |
|---|---|---|
| After 5 years | $1,389 | $1,465 |
| After 10 years | $2,858 (+1,469) | $3,014 (+$1,549) |
| After 15 years | $4,327 (+1,469) | $4,564 (+1,550) |

b.    Service eligibility for the service increments described in this Section 9 is computed on the basis of the length of City service in the appropriate occupational group.  Eligibility of new qualifiers for the increment shall be on the January 1, April 1, July 1, or October 1 subsequent to the employee's anniversary date.  The service increment shall not be pensionable until the employee has received it for two years.

c.    **Eligible Titles:**
      Air Pollution Control Engineer
      Architect (all specialties)

*15005*

CHALMERS FPI LIT-00001506

Architectural Specialist
Assistant Area Manager of School Maintenance
Assistant Coordinator of Highway Transportation Studies
Assistant Director of Technical Services (Air Pollution Control)
Assistant Director of Technical Services (Emissions Inventory)
Assistant Health Facilities Planner
Assistant Planner Examiner
Assistant Surveyor
Associate Chemist  Level II, III, IV (Per 3-2-10 amended SI PA)
Associate City Planner Level I, II
Associate Housing Development Specialist
Associate Landmarks Preservationist
Associate Space Analyst
Associate Project Manager Level I, II, III
Associate Urban Designer Level I, II, III
Automotive Specialist
Chemical Engineer
Chemical, Biological and Radiological Officer (Civil Defense)
Chemist (all specialties)
Chief Supervisor of Mechanical Installations
City Planner Level II, III, IV (Per 3-2-10 amended SI PA)
Civil Engineer (all specialties)
City Research Scientist Level II, III, IVA, IVB (DCAS Res 2008-5)
  (listed below)
Construction Manager (all specialties)
Construction Project Manager Level II, III
Criminalist Level II, III, IV
Director of Intersectional Traffic Control
Electrical Engineer (incl specialties)
Engineer(Accounting)
Engineer – Assessor
Engineer Specialist
Environmental Engineer
General Superintendent of Construction (incl specialties)
General Superintendent of Construction and Repairs
General Supervisor of Building Maintenance (all fields)
General Supervisor of School Maintenance (all Fields)
Geologist
Health Facilities Planner
Highway Transportation Specialist Level II, III (Per 3-2-10 amended SI PA)
Housing Development Specialist Level II
Landmarks Preservationist Level II
Landscape Architect

15005

CHALMERS FPI LIT-00001507

Mechanical Engineer (incl specialties)
Physicist II, III (Per 3-2-10 amended SI PA)
Plan Examiner (Buildings)
Planner
Principal Air Pollution Control Engineer
Principal Chemical Engineer
Principal Chemist (all specialties)
Principal Civil Engineer (all specialties)
Principal Electrical Engineer
Principal Engineer
Principal Mechanical Engineer
Principal Physicist
Principal Planner
Principal Research Scientist (Biological Sciences) (HHC only)
Principal Urban Designer
Project Coordinator
Project Development Coordinator
Project Manager (HHC only) Level II (Per 3-2-10 amended SI PA)
Project Services Specialist
Railroad Signal Specialist Level I, II
Research Scientist Levels I,II,III
Scientist (Radiation Control) Level II, III
Scientist (Water Ecology)
Senior Air Pollution Control Engineer
Senior Architect (all specialties)
Senior Automotive Specialist
Senior Chemical Engineer
Senior Chemist (all specialties)
Senior Civil Engineer (all specialties)
  (Not in 3-2-10 amended SI PA)
Senior Electrical Engineer (all specialties)
Senior Engineer (Accounting)
Senior Engineer (Cranes)
Senior Engineer (Safety)
Senior Engineer-Assessor
Senior Estimator (all specialties)
Senior Geologist
Senior Health Facilities Planner
Senior Highway Transportation Specialist
Senior Industrial Engineer
Senior Landscape Architect
Senior Mechanical Engineer (all specialties)
Senior Physicist (all specialties)

15005

CHALMERS FPI LIT-00001508

Senior Plan Examiner (Buildings)
Senior Planner
Senior Project Coordinator
Senior Project Development Coordinator
Senior Project Services Specialist
Senior Scientist (Radiation Control)
Senior Supervisor of Mechanical Installations
Senior Urban Designer
Space Analyst Level II
Superintendent of Construction
Superintendent of Construction and Repairs
  (Not in 3-2-10 amended SI PA)
Supervisor of Diesel Engine Maintenance
Supervisor of Electrical Installations
Supervisor of Mechanical Installations
Supervisor of Electrical Installations & Maintenance Level II
Supervisor of Mech. Installations & Maintenance Level II, III, IV
Surveyor
Surveyor Level IB
Tax Map Cartographer Level IB, II
Telemetric Systems Specialist
Urban Designer

## Section 10. Longevity Differential

a.    i.    The longevity differentials set forth below shall be paid to eligible employees listed in
          Section 10(a)(ii) upon completion of the specified number of years of service:

| Years of Service | 3/3/08 | 3/2/10 |
|---|---|---|
| After 5 years | $888 | $937 |
| After 10 years | $1,772 (+$884) | $1,869 (+$932) |
| After 15 years | $3,111 (+$1,339) | $3,281 (+$1,412) |

   ii.    **Eligible Titles:**

Assistant Air Pollution Control Engineer (In 3-2-10 LD PA)
Assistant Architect (In 3-2-10 LD PA)
Assistant Chemical Engineer
Assistant Chemist (Incl. specialty)
Assistant Civil Engineer
Assistant Electrical Engineer
Assistant Engineer (Accounting)
Assistant Environmental Engineer
Assistant Geologist
Assistant Landscape Architect
Assistant Mechanical Engineer

*15005*

CHALMERS FPI LIT-00001509

Assistant Physicist (Including specialties)
Assistant Planner
Assistant Project Coordinator
Assistant Project Development Coordinator
Assistant Project Manager
Assistant Project Services Specialist
Assistant Scientist (Radiation Control)
Assistant Signal Circuit Engineer
Assistant Space Analyst
Assistant Superintendent of Construction
  (listed above)
Assistant Superintendent of Construction and Repairs
Assistant Supervisor of Electrical Installations
Assistant Supervisor of Mechanical Installations
Assistant Urban Designer
City Planner Level I
  (Not in 3-2-10 LD PA)
  (Not in 3-2-10 LD PA)
Construction Project Manager Level I
Estimator (Incl. specialties)
Highway Transportation Specialist Level I (In 3-2-10 LD PA)
Housing Development Specialist Level I
Instrument Maker (Radiology)
Landmarks Preservation Specialist
Landmarks Preservationist Level I
Medical Equipment Specialist
Project Manager (Other than HHC)
Scientist (Radiation Control) Level I
Senior Meteorologist
Space Analyst Level I
Supervisor of Electrical Installations & Maintenance Level I
Supervisor of Mechanical Installations & Maintenance Level 1
Supervisor of Building Maintenance (All Fields)
Urban Archeologist

b.    i.    The longevity differentials set forth below shall be paid to eligible employees listed in
            Section 10(b)(ii) in addition to the MCEA/DCEA longevity;

| Years of Service | 3/3/08 | 3/2/10 |
|---|---|---|
| After 5 years | $736 | $776 |
| After 10 years | $1,475 (+$739) | $1,556 (+$780) |

     ii.    **Eligible titles:**

Air Pollution Inspector Level II (In 3-2-10 LD PA)

*15005*

CHALMERS FPI LIT-00001510

Assistant Engineering Technician (Incl. JOP)
Assistant Highway Transportation Specialist
Associate Air Pollution Inspector Level I, II, III
Associate Engineering Technician All Levels
Associate Fire Protection Inspector (All Levels)
Associate Graphic Artist
Cartographer (Civil Defense)
Chemical Engineering Drafter
City Planning Technician
Civil Engineering Drafter
Community Planning Board Coordinator
Computer Facilities Maintainer (FISA)
Construction Management Assistant
Electrical Engineering Drafter
Engineering Aide
Engineering Technician (Incl. spec.) All Levels
Engineering Technician Aide (JOP)
Environmental Control Technician
Fire Protection Inspector
Forester
Graphic Artist
Illustrator
Instrumentation Specialist
Junior Architect
Junior Chemist
Junior Civil Engineer
Junior Drafter
Junior Electrical Engineer
Junior Health Facilities Planner
Junior Mechanical Engineer
Junior Physicist
Mechanical Engineering Drafter
Medical Equipment Repair Technician
Painting Inspector
Principal Air Pollution Inspector
Principal Illustrator
Safety Officer
Safety Specialist
Senior Air Pollution Inspector
Sr. Engineering Technician (Incl. spec.) (JOP)
Senior Environmental Control Technician
Senior Hull & Machinery Inspector
Senior Illustrator
Senior Painting Inspector

$^1 5005 ^4_7$

CHALMERS FPI LIT-00001511

Senior Traffic Control Inspector
Senior Waterfront Construction Inspector
Supervising Air Pollution Inspector
Supervising Environmental Control Technician
Supervising Hull & Machinery Inspector
Supervising Traffic Control Inspector
Traffic Control Inspector Level I, II, III
Urban Technician
Waterfront Construction Inspector

15005

CHALMERS FPI LIT-00001512

c.  i.  The longevity differentials set forth below shall be paid to eligible employees listed in Section 10(c)(ii) in addition to the MCEA/DCEA longevity;

| Years of Service | 3/3/08 | 3/2/10 |
|---|---|---|
| After 5 years | $721 | $760 |
| After 10 years | $1,440  (+$719) | $1,519 (+$759) |

ii.  **Eligible titles:**

| | |
|---|---|
| Asbestos Hazard Investigator (Not in 3-2-10 LD PA) (Not in 3-2-10 LD PA) | Industrial Hygienist (Not in 3-2-10 LD PA) (Not in 3-2-10 LD PA) |

d.  The longevity differentials described in this Section 10 do *not* become part of the basic salary rate. Service eligibility is computed on the basis of the length of service in the appropriate occupational group.  Eligibility of new qualifiers for the longevity differential shall be on the January 1, April 1, July 1, or October 1 subsequent to the new qualifier's anniversary date.  The longevity differential shall not be pensionable until the employee has received it for two years. When an employee receiving a longevity differential is promoted to a title eligible for a service increment described in Section 9 above, such employee shall no longer be eligible for the longevity differential.  The employee shall solely be eligible to receive the appropriate service increment.

## Section 11. Longevity Increment:

a.  Employees with 15 years or more of "City" service in pay status [except those eligible for the service increment paid pursuant to Section 9 or the longevity differential paid pursuant to Section 10(a)] shall receive a longevity increment of $800 per annum.

b.  The rules for eligibility for the longevity increment described above in subsection 11(a), shall be set forth in Appendix A of this Agreement and are incorporated by reference herein.

## Section 12. Recurring Increment Payment

a.  Full-time employees covered by this Agreement shall be eligible to receive the Recurring Increment Payments ("RIP") set forth below.

Effective March 3, 2008

| Years of City Service | Increment | Total RIP | Years of City Service | Increment | Total RIP |
|---|---|---|---|---|---|
| 1 | $93 | $93 | 11 | $97 | $1,057 |
| 2 | $94 | $187 | 12 | $97 | $1,154 |
| 3 | $94 | $281 | 13 | $97 | $1,251 |
| 4 | $97 | $378 | 14 | $97 | $1,348 |
| 5 | $97 | $475 | 15 | $97 | $1,445 |
| 6 | $97 | $572 | 16 | $97 | $1,542 |
| 7 | $97 | $669 | 17 | $97 | $1,639 |
| 8 | $97 | $766 | 18 | $111 | $1,750 |
| 9 | $97 | $863 | 19 | $111 | $1,861 |
| 10 | $97 | $960 | 20 or more | $111 | $1,972 |

15005

CHALMERS FPI LIT-00001513

Effective March 3, 2009

| Years of City Service | Increment | Total RIP | Years of City Service | Increment | Total RIP |
|---|---|---|---|---|---|
| 1 | $97 | $97 | 11 | $101 | $1,101 |
| 2 | $98 | $195 | 12 | $101 | $1,202 |
| 3 | $98 | $293 | 13 | $101 | $1,303 |
| 4 | $101 | $394 | 14 | $101 | $1,404 |
| 5 | $101 | $495 | 15 | $101 | $1,505 |
| 6 | $101 | $596 | 16 | $101 | $1,606 |
| 7 | $101 | $697 | 17 | $101 | $1,707 |
| 8 | $101 | $798 | 18 | $115 | $1,822 |
| 9 | $101 | $899 | 19 | $115 | $1,937 |
| 10 | $101 | $1,000 | 20 or more | $115 | $2,052 |

b.    The RIPs shall be based upon years of City service and shall be paid in addition to the service increment set forth in Section 9, the longevity differential set forth in Section 10 or the longevity increment set forth in Section 11. RIPs shall be payable on the January 1, April 1, July 1, or October 1 subsequent to the qualifying employee's anniversary date, subject to the rules for eligibility set forth in Appendix B of this Agreement.

## ARTICLE IV - WELFARE FUND

### Section 1.

a.    In accordance with the election by the Union pursuant to the provisions of Article XIII of the Citywide Agreement between the City of New York and related public employers and District Council 37, AFSCME, AFL-CIO, the Welfare Fund provisions of the 1995-01 Citywide Agreement, as amended or any successor agreement(s) thereto, shall apply to Employees covered by this Agreement.

b.    When an election is made by the Union pursuant to the provisions of Article XIII, Section l(b), of the Citywide Agreement between the City of New York and related public employers and District Council 37, AFSCME, AFL-CIO, the provisions of Article XIII, Section l(b) of the 1995-01 Citywide Agreement, as amended or any successor agreement(s) thereto, shall apply to Employees covered by this Agreement, and when such election is made, the Union hereby waives its right to training, education and/or legal services contributions provided in this Agreement, if any. In no case shall the single contribution provided in Article XIII, Section l(b) of the 1995-01 Citywide Agreement, as amended or any successor agreement(s) thereto, exceed the total amount that the Union would have been entitled to receive if the separate contributions had continued.

### Section 2.

The Unions agree to provide welfare fund benefits to domestic partners of covered employees in the same manner as those benefits are provided to spouses of married covered employees.

15005

CHALMERS FPI LIT-00001514

## Section 3.

In accordance with the Health Benefits Agreement dated January 11, 2001, each welfare fund shall provide welfare fund benefits equal to the benefits provided on behalf of an active employee to widow(er)s, domestic partners and/or children of any employee who dies in the line of duty as that term is referenced in Section 12-126(b)(2) of the New York City Administrative Code. The cost of providing this benefit shall be funded by the Stabilization Fund.

## ARTICLE V - PRODUCTIVITY AND PERFORMANCE

### Introduction

Delivery of municipal services in the most efficient, effective and courteous manner is of paramount importance to the Employer and the Union. Such achievement is recognized to be a mutual obligation of both parties within their respective roles and responsibilities. To achieve and maintain a high level of effectiveness, the parties hereby agree to the following terms:

## Section 1. - Performance Levels

a. The Union recognizes the Employer's right under the New York City Collective Bargaining Law to establish and/or revise performance standards or norms notwithstanding the existence of prior performance levels, norms or standards. Such standards, developed by usual work measurement procedures, may be used to determine acceptable performance levels, to prepare work schedules and to measure the performance of each Employee or group of Employees. Notwithstanding the above, questions concerning the practical impact that decisions on the above matters have on Employees are within the scope of collective bargaining. The Employer will give the Union prior notice of the establishment and/or revision of performance standards or norms hereunder.

b. Employees who work at less than acceptable levels of performance may be subject to disciplinary measures in accordance with applicable law.

## Section 2. - Supervisory Responsibility

a. The Union recognizes the Employer's right under the New York City Collective Bargaining Law to establish and/or revise standards for supervisory responsibility in achieving and maintaining performance levels of supervised employees for Employees in supervisory positions listed in Article I, Section 1, of this Agreement. Notwithstanding the above, questions concerning the practical impact that decisions on the above matters have on employees are within the scope of collective bargaining. The Employer will give the Union prior notice of the establishment and/or revision of standards for supervisory responsibility hereunder.

b. Employees who fail to meet such standards may be subject to disciplinary measures in accordance with applicable law.

15005

CHALMERS FPI LIT-00001515

## Section 3. - Performance Compensation

The Union acknowledges the Employer's right to pay additional compensation for outstanding performance.

The Employer agrees to notify the Union of its intent to pay such additional compensation.

## ARTICLE VI - GRIEVANCE PROCEDURE

### Section 1. - Definition:

The term "**Grievance**" shall mean:

a.   A dispute concerning the application or interpretation of the terms of this Agreement;

b.   A claimed violation, misinterpretation or misapplication of the rules or regulations, *written* policy or orders of the Employer applicable to the agency which employs the grievant affecting terms and conditions of employment; provided, disputes involving the Personnel Rules and Regulations of the City of New York or the Rules and Regulations of the Health and Hospitals Corporation with respect to those matters set forth in the first paragraph of Section 7390.1 of the Unconsolidated Laws shall not be subject to the grievance procedure or arbitration;

c.   A claimed assignment of Employees to duties substantially different from those stated in their job specifications;

d.   A claimed improper holding of an open-competitive rather than a promotional examination;

e.   A claimed wrongful disciplinary action taken against a permanent Employee covered by Section 75(1) of the Civil Service Law or a permanent Employee covered by the Rules and Regulations of the Health and Hospitals Corporation upon whom the agency head has served written charges of incompetence or misconduct while the Employee is serving in the Employee's permanent title or which affects the Employee's permanent status.

f.   Failure to serve written charges as required by Section 75 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation upon a permanent Employee covered by Section 75(1) of the Civil Service Law or a permanent Employee covered by the Rules and Regulations of the Health and Hospitals Corporation where any of the penalties (including a fine) set forth in Section 75(3) of the Civil Service Law have been imposed.

g.   A claimed wrongful disciplinary action taken against an eligible provisional employee of a Mayoral agency who has served without a break in service for two years in the same or similar title or related occupational group in the same agency on a full-time per annum or full-time per diem basis and assigned regularly to work the normal, full-time work week established for that title.

h.   A claimed wrongful disciplinary action taken against a full-time non-competitive employee with one year of service in title, except for employees during the period of a mutually-agreed upon extension of probation. This provision shall not apply to non-competitive class employees with rights pursuant to Section 75(1) of the Civil Service Law.

### Section 2.

CHALMERS FPI LIT-00001516

The Grievance Procedure, except for grievances as defined in Sections l(d), l(e), l(g) and l(h) of this Article VI, shall be as follows:

Employees may at any time informally discuss with their supervisors a matter which may become a grievance. If the results of such a discussion are unsatisfactory, the Employees may present the grievance at **STEP I**.

All grievances must be presented in writing at all steps in the grievance procedure. For all grievances as defined in Section l(c), no monetary award shall in any event cover any period prior to the date of the filing of the **STEP I** grievance unless such grievance has been filed within thirty (30) days of the assignment to alleged out-of-title work. No monetary award for a grievance alleging a miscalculation of salary rate resulting in a payroll error of a continuing nature shall be issued unless such grievance has been filed within the time limitation set forth in **STEP I** below for such grievances; if the grievance is so filed, any monetary award shall in any event cover only the period up to six years prior to the date of the filing of the grievance.

**STEP I**    The Employee and/or the Union shall present the grievance in the form of a memorandum to the person designated for such purpose by the agency head no later than 120 days after the date on which the grievance arose except that grievances alleging a miscalculation of salary rate resulting in a payroll error of a continuing nature shall be presented no later than 120 days after the first date on which the grievant discovered the payroll error. The Employee may also request an appointment to discuss the grievance and such request shall be granted. The person designated by the Employer to hear the grievance shall take any steps necessary to a proper disposition of the grievance and shall issue a determination in writing by the end of the third work day following the date of submission.

*The following STEP I(a) shall be applicable only in the Health and Hospitals Corporation in the case of grievances arising under Section 1(a) through 1(c) of this Article and shall be applied prior to Step II of this Section:*

STEP I(a) An appeal from an unsatisfactory determination at STEP I shall be presented in writing to the person designated by the agency head for such purpose. An appeal must be made within five (5) work days of the receipt of the STEP I determination. A copy of the grievance appeal shall be sent to the person who initially passed upon the grievance. The person designated to receive the appeal at this STEP I shall meet with the Employee and/or the Union for review of the grievance and shall issue a determination to the Employee and/or the Union by the end of the fifth work day following the day on which the appeal was filed.

**STEP II**   An appeal from an unsatisfactory determination at **STEP I** or **STEP I(a)**, where applicable, shall be presented in writing to the agency head or the agency head's designated representative who shall not be the same person designated in **STEP I**. An appeal must be made within five (5) work days of the receipt of the **STEP I** or STEP I(a) determination. The agency head or designated representative, if any, shall meet with the Employee and/or the Union for review of the grievance and shall issue a determination in writing by the end of the tenth work day following the date on which the appeal was filed.

**STEP III**  An appeal from an unsatisfactory determination at **STEP II** shall be presented by the Employee and/or the Union to the Commissioner of Labor Relations in writing within ten (10) work days of the receipt of the **STEP II** determination. The grievant or the Union should submit copies of the **STEP I** and **STEP II** grievance filings and any agency responses thereto. Copies of such appeal shall be sent to the agency head. The Commissioner of Labor Relations or the Commissioner's designee shall review all appeals from **STEP II** determinations and shall issue a determination on such appeals within fifteen (15) work days following the date on which the appeal was filed.

**STEP IV**   An appeal from an unsatisfactory determination at **STEP III** may be brought solely by the Union to the Office of Collective Bargaining for impartial arbitration within fifteen (15) work days of receipt of the **STEP III** determination. In addition, the Employer shall have the right to bring directly to arbitration any dispute between the parties concerning any matter defined herein as a "grievance". The Employer shall commence such arbitration by submitting a written request therefor to the Office of Collective Bargaining. A copy of the notice requesting impartial arbitration shall be forwarded to the opposing party. The arbitration shall be conducted in

*15005*

CHALMERS FPI LIT-00001517

accordance with the Title 61 of the Rules of the City Of New York. The costs and fees of such arbitration shall be borne equally by the Union and the Employer.

The arbitrator's decision, order or award (if any) shall be limited to the application and interpretation of the Agreement, and the arbitrator shall not add to, subtract from or modify the Agreement. The arbitrator's award shall be final and binding and enforceable in any appropriate tribunal in accordance with Article 75 of the Civil Practice Law and Rules. The arbitrator may provide for and direct such relief as the arbitrator deems necessary and proper, subject to the limitations set forth above and any applicable limitations of law.

**Section 3.**

As a condition to the right of the Union to invoke impartial arbitration set forth in this Article, including the arbitration of a grievance involving a claimed improper holding of an open-competitive rather than a promotional examination, the Employee or Employees and the Union shall be required to file with the Director of the Office of Collective Bargaining a written waiver of the right, if any, of such Employee(s) and the Union to submit the underlying dispute to any other administrative or judicial tribunal except for the purpose of enforcing the arbitrator's award.

**Section 4.**

a.    Any grievance under Section l(d) relating to a claimed improper holding of an open-competitive rather than a promotional examination shall be presented in writing by the Employee or the Union representative to the Commissioner of Labor Relations not later than thirty (30) days after the notice of the intention to conduct such open-competitive examination, or copy of the appointing officer's request for such open-competitive examination, as the case may be, has been posted in accordance with Section 51 of the Civil Service Law. The grievance shall be considered and passed upon within ten (10) days after its presentation. The determination shall be in writing, copies of which shall be transmitted to both parties to the grievance upon issuance.

b.    A grievance relating to the use of an open-competitive rather than a promotional examination which is unresolved by the Commissioner of Labor Relations may be brought to impartial arbitration as provided in Sections 2 and 3 above. Such a grievance shall be presented by the Union, in writing, for arbitration within 15 days of the presentation of such grievance to the Commissioner of Labor Relations, and the arbitrator shall decide such grievance within 75 days of its presentation to the arbitrator. The party requesting such arbitration shall send a copy of such request to the other party. The costs and fees of such arbitration shall be borne equally by the Employer and the Union.

**Section 5. Disciplinary Procedure for Permanent Employees Subject to Section 75(1)**

In any case involving a grievance under Section l(e) of this Article, the following procedure shall govern upon service of written charges of incompetence or misconduct:

STEP A    Following the service of written charges, a conference with such Employee shall be held with respect to such charges by the person designated by the agency head to review a grievance at **STEP 1** of the Grievance Procedure set forth in this Agreement. The Employee may be represented at such conference by a representative of the Union. The person designated by the agency head to review the charges shall take any steps necessary to a

CHALMERS FPI LIT-00001518

proper disposition of the charges and shall issue a determination in writing by the end of the fifth day following the date of the conference.

If the Employee is satisfied with the determination in **STEP A** above, the Employee may choose to accept such determination as an alternative to and in lieu of a determination made pursuant to the procedures provided for in Section 75 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation. As a condition of accepting such determination, the Employee shall sign a waiver of the Employee's right to the procedures available to him or her under Sections 75 and 76 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation.

**STEP B(i)**   If the Employee is not satisfied with the determination at **STEP A** above then the Employer shall proceed in accordance with the disciplinary procedures set forth in Section 75 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation. As an alternative, the Union with the consent of the Employee may choose to proceed in accordance with the Grievance Procedure set forth in this Agreement, including the right to proceed to binding arbitration pursuant to **STEP IV** of such Grievance Procedure. As a condition for submitting the matter to the Grievance Procedure the Employee and the Union shall file a written waiver of the right to utilize the procedures available to the Employee pursuant to Sections 75 and 76 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation or any other administrative or judicial tribunal, except for the purpose of enforcing an arbitrator's award, if any. Notwithstanding such waiver, the period of an Employee's suspension without pay pending hearing and determination of charges shall not exceed thirty (30) days.

**STEP B(ii)**   If the election is made to proceed pursuant to the Grievance Procedure, an appeal from the determination of **STEP A** above, shall be made to the agency head or designated representative. The appeal must be made in writing within five (5) work days of the receipt of the determination. The agency head or designated representative shall meet with the Employee and the Union for review of the grievance and shall issue a determination to the Employee and the Union by the end of the tenth work day following the day on which the appeal was filed. The agency head or designated representative shall have the power to impose the discipline, if any, decided upon, up to and including termination of the accused Employee's employment. In the event of such termination or suspension without pay totalling more than thirty (30) days, the Union with the consent of the grievant may elect to skip **STEP C** of this Section and proceed directly to **STEP D**.

**STEP C**   If the grievant is not satisfied with the determination of the agency head or designated representative the grievant or the Union may appeal to the Commissioner of Labor Relations in writing within ten (10) work days of the determination of the agency head or designated representative. The Commissioner of Labor Relations shall issue a written reply to the grievant and the Union within fifteen (15) work days.

**STEP D**   If the grievant is not satisfied with the determination of the Commissioner of Labor Relations, the Union with the consent of the grievant may proceed to arbitration pursuant to the procedures set forth in **STEP IV** of the Grievance Procedure set forth in this Agreement.

## Section 6. Provisional Disciplinary Procedure

In any case involving a grievance under Section 1(g) of this Article, the "Disciplinary Procedure for Provisional Employees", including side-letter, appended, shall govern.

## Section 7. Non-Competitive Disciplinary Procedure

In any case involving a grievance under Section 1(h) of this Article, the following procedures shall apply upon service of charges of incompetence or misconduct:

15005

CHALMERS FPI LIT-00001519

**STEP A**    Following the service of written charges upon an employee a conference with such employee shall be held with respect to such charges by the person designated by the agency head to review a grievance at **STEP 1** of the Grievance Procedure set forth in this agreement. The employee may be represented at such conference by a representative of the Union. At the conference the person designated by the agency head to review the charges shall: (1) verbally communicate to the employee any information reasonably necessary for the employee to understand the nature of the charges; (2) furnish to the employee copies of documentary evidence necessary to support the charges; and (3) furnish to the employee the names of potential witnesses except under unusual circumstances. The person designated by the agency head to review the charges shall take any steps necessary to a proper disposition of the charges and shall issue a determination in writing by the end of the fifth day following the date of the conference.

**STEP B**    If the employee is dissatisfied with the determination in **STEP A** above, he or she may appeal such determination. The appeal must be made within five (5) working days of the receipt of such determination. Such appeal shall be treated as a grievance appeal beginning with **STEP II** of the Grievance Procedure set forth herein.

## Section 8.

A grievance concerning a large number of Employees and which concerns a claimed misinterpretation, inequitable application, violation or failure to comply with the provisions of this *Agreement* may be filed directly at **STEP III** of the grievance procedure except that a grievance concerning Employees of the Health and Hospitals Corporation may be filed directly at **STEP II** of the grievance procedure. Such "group" grievance must be filed no later than 120 days after the date on which the grievance arose, and all other procedural limits, including time limits, set forth in this Article shall apply. All other individual grievances in process concerning the same issue shall be consolidated with the "group" grievance.

## Section 9.

If a determination satisfactory to the Union at any level of the Grievance Procedure is not implemented within a reasonable time, the Union may re-institute the original grievance at **STEP III** of the Grievance Procedure; or if a satisfactory **STEP III** determination has not been so implemented, the Union may institute a grievance concerning such failure to implement at **STEP IV** of the Grievance Procedure.

## Section 10.

If the Employer exceeds any time limit prescribed at any step in the Grievance Procedure, the grievant and/or the Union may invoke the next step of the procedure, except that only the Union may invoke impartial arbitration under **STEP IV**.

## Section 11.

The Employer shall notify the Union in writing of all grievances filed by employees, all grievance hearings, and all determinations. The Union shall have the right to have a representative present at any grievance hearing and shall be given forty-eight (48) hours' notice of all grievance hearings.

## Section 12.

Each of the steps in the Grievance Procedure, as well as time limits prescribed at each step of this Grievance Procedure, may be waived by mutual agreement of the parties.

## Section 13.

A non-Mayoral agency not covered by this Agreement but which employs employees in titles identical to those covered by this Agreement may elect to permit the Union to appeal an unsatisfactory determination

*150.05*

CHALMERS FPI LIT-00001520

received at the last step of its Grievance Procedure prior to arbitration on fiscal matters only to the Commissioner of Labor Relations. If such election is made, the Union shall present its appeal to the Commissioner of Labor Relations in writing within ten (10) work days of the receipt of the last step determination. The Union should submit copies of the grievance filings at the prior steps of its Grievance Procedure and any agency responses thereto. Copies of such appeals shall be sent to the agency head. The Commissioner of Labor Relations, or the Commissioner's designee, shall review all such appeals and answer all such appeals within fifteen (15) work days. An appeal from a determination of the Commissioner of Labor Relations may be taken to arbitration under procedures, if any, applicable to the non-Mayoral agency involved.

## Section 14.

The grievance and the arbitration procedure contained in this Agreement shall be the exclusive remedy for the resolution of disputes defined as "grievances" herein. This shall not be interpreted to preclude either party from enforcing the arbitrator's award in court. This Section shall not be construed in any manner to limit the statutory rights and obligations of the Employer under Article XIV of the Civil Service Law.

## Section 15. Expedited Arbitration Procedure.

a.    The parties agree that there is a need for an expedited arbitration process which would allow for the prompt adjudication of grievances as set forth below.

b.    The parties voluntarily agree to submit matters to final and binding arbitration pursuant to the New York City Collective Bargaining Law and under the jurisdiction of the Office of Collective Bargaining. An arbitrator or panel of arbitrators, as agreed to by the parties, will act as the arbitrator of any issue submitted under the expedited procedure herein.

c.    The selection of those matters which will be submitted shall include, but not limited to, out-of-title cases concerning all titles, disciplinary cases wherein the proposed penalty is a monetary fine of one week or less or written reprimand, and other cases pursuant to mutual agreement by the parties. The following procedures shall apply:

    i.    **SELECTION AND SCHEDULING OF CASES:**

        (1)    The Deputy Chairperson for Disputes of the Office of Collective Bargaining shall propose which cases shall be subject to the procedures set forth in this Section 14 and notify the parties of propose hearing dates for such cases.

        (2)    The parties shall have ten business days from the receipt of the Deputy Chairperson's proposed list of cases and hearing schedule(s) raise any objections thereto.

        (3)    If a case is not proposed by the Deputy Chairperson for expedited handling, either party may, at any time prior to the scheduling of an arbitration hearing date for such case, request in writing to the other party and to the Deputy Chairperson of Disputes of the Office of Collective Bargaining that said case be submitted to the expedited procedure. The party receiving such request shall have ten business days from the receipt of the request to raise any objections thereto.

        (4)    No case shall be submitted to the expedited arbitration process without the mutual agreement of the parties.

    ii.    **CONDUCT OF HEARINGS:**

*15005*

CHALMERS FPI LIT-00001521

(1)    The presentation of the case, to the extent possible, shall be made in the narrative form. To the degree that witnesses are necessary, examination will be limited to questions of material fact and cross examination will be similarly limited. Submission of relevant documents, etc., will not be unreasonably limited and may be submitted as a "packet" exhibit.

(2)    In the event either party is unable to proceed with hearing a particular case, the case shall be rescheduled. However, only one adjournment shall be permitted. In the event that either party is unable to proceed on a second occasion, a default judgment may be entered against the adjourning party at the Arbitrator's discretion absent good cause shown.

(3)    The Arbitrator shall not be precluded from attempting to assist the parties in settling a particular case.

(4)    A decision will be issued by the Arbitrator within two weeks. It will not be necessary in the Award to recount any of the facts presented. However, a brief explanation of the Arbitrator's rationale may be included. Bench decisions may also be issued by the Arbitrator.

(5)    Decisions in this expedited procedure shall not be considered as precedent for any other case nor entered into evidence in any other forum or dispute except to enforce the Arbitrator's award.

(6)    The parties shall, whenever possible, exchange any documents intended to be offered in evidence at least one week in advance of the first hearing date and shall endeavor to stipulate to the issue in advance of the hearing date.

## ARTICLE VII - BULLETIN BOARDS: EMPLOYER FACILITIES

The Union may post notices on bulletin boards in places and locations where notices usually are posted by the Employer for the Employees to read. All notices shall be on Union stationery, and shall be used only to notify Employees of matters pertaining to Union affairs. Upon request to the responsible official in charge of a work location, the Union may use Employer premises for meetings during Employees' lunch hours, subject to availability of appropriate space and provided such meetings do not interfere with the Employer's business.

## ARTICLE VIII - NO STRIKES

In accordance with the New York City Collective Bargaining Law, as amended, neither the Union nor any Employee shall induce or engage in any strikes, slowdowns, work stoppages, mass absenteeism, or induce any mass resignations during the term of this Agreement.

## ARTICLE IX - CITYWIDE ISSUES

This Agreement is subject to the provisions, terms and conditions of the agreement which has been or may be negotiated between the City and the union recognized as the exclusive collective bargaining

CHALMERS FPI LIT-00001522

representative on citywide matters which must be uniform for specified employees, including the Employees covered by this Agreement.

Employees in Rule X titles shall receive the benefits of the Citywide Agreement unless otherwise specifically excluded herein.

## ARTICLE X - UNION ACTIVITY

Time spent by Employee representatives in the conduct of labor relations with the City and on Union activities shall be governed by the terms of Executive Order No. 75, as amended, dated March 22, 1973, entitled "Time Spent on the Conduct of Labor Relations between the City and Its employees and on Union Activity" or any other applicable Executive Order.

## ARTICLE XI - LABOR-MANAGEMENT COMMITTEE

### Section 1.

The Employer and the Union, having recognized that cooperation between management and employees is indispensable to the accomplishment of sound and harmonious labor relations, shall jointly maintain and support a labor-management committee in each of the agencies having at least fifty Employees covered by this Agreement.

### Section 2.

Each labor-management committee shall consider and recommend to the agency head changes in the working conditions of the Employees within the agency who are covered by this Agreement. Matters subject to the Grievance Procedure shall not be appropriate items for consideration by the labor-management committee.

### Section 3.

Each labor-management committee shall consist of six members who shall serve for the term of this Agreement. The Union shall designate three members and the agency head shall designate three members. Vacancies shall be filled by the appointing party for the balance of the term to be served. Each member may designate one alternate. Each committee shall select a chairperson from among its members at each meeting. The chairpersonship of each committee shall alternate between the members designated by the agency head and the members designated by the Union. A quorum shall consist of a majority of the total membership of a committee. A committee shall make its recommendations to the agency head in writing.

### Section 4.

The labor-management committee shall meet at the call of either the Union members or the Employer members at times mutually agreeable to both parties. At least one week in advance of a meeting the party calling the meeting shall provide, to the other party, a written agenda of matters to be discussed. Minutes shall be kept and copies supplied to all members of the committee.



CHALMERS FPI LIT-00001523

## ARTICLE XII - FINANCIAL EMERGENCY ACT

The provisions of this Agreement are subject to applicable provisions of law, including the New York State Financial Emergency Act for the City of New York as amended.

## ARTICLE XIII - APPENDICES

The Appendix or Appendices, if any, attached hereto and initialed by the undersigned shall be deemed a part of this Agreement as if fully set forth herein.

## ARTICLE XIV - SAVINGS CLAUSE

In the event that any provision of this Agreement is found to be invalid, such invalidity shall not impair the validity and enforceability of the remaining provisions of this Agreement.

## ARTICLE XV - CONTRACTING-OUT CLAUSE

The problem of "contracting out" or "farming out" of work normally performed by personnel covered by this Agreement shall be referred to the Labor-Management Committee as provided for in Article XI of this Agreement.

## ARTICLE XVI - ASSIGNMENT DIFFERENTIALS

### Section 1.

**a. Conditions:**

    **i.**    Differentials in the pro rata annual amounts set forth in subsection 1(c) shall be paid to employees in the indicated titles when assigned to a position with duties of a special nature requiring responsibilities not ordinarily performed by employees in the said titles. Eligible assignments shall be limited to those set forth in subsection 1(b), and shall not be deemed a promotion to the next higher title.

    **ii.**    Notwithstanding the provisions of subsection 1(a)(i), an employee receiving an assignment differential which was approved prior to July 1, 1989, shall continue to receive such differential for the *duration of said assignment.*

    **iii.**    Differentials shall be paid to an employee only for the *duration of the assignment* and shall be retroactive to the date of such assignment except that no differential shall be granted with an effective date prior to March 3, 2008.

    **iv.**    Notwithstanding the provisions of subsection 1(a)(iii), in the case of a dispute, no differential shall be granted with an effective date prior to 120 days of the filing of a Step I grievance pursuant to Article IV of this Agreement.

*15005*

CHALMERS FPI LIT-00001524

v.  Only one employee shall be eligible to receive a differential for any given assignment. An employee shall *not* receive more than one differential for the same assignment (e.g. both "Squad Leader" and "Plan Review" Differential), except an eligible employee may receive the "Signing and Sealing" Differential in conjunction with the "Squad Leader" Differential

b. **Eligible Assignments:**

  i.  <u>Full Differentials:</u>

  (1)  **Squad Leader:** When assigned as working supervisor of a "squad" composed of least four professional or para-professional employees, provided at least one such employee is in the same title or an eligible title within the same sub-group of section 1.

  (2)  **Plan Review:** When assigned as the major part of their job duties, to review the design and shop drawings of consulting engineers contracted by the City. *Such assignments do <u>not</u> include field engineering positions or field design changes.* Notwithstanding the limitation of this subsection to review of design and shop drawings "of consulting engineers contracted by the City," employees of the *Department of Buildings* in eligible titles listed in Section 1(c) shall be deemed eligible for the differential set forth herein when assigned as the major part of their job duties to review of design and shop drawings.

  (3)  **Signing and Sealing:** Effective July 1, 1994, an Architect *Level I* (all specialties), Engineer *Level I* (all fields & specialties) or Landscape Architect *Level I* when assigned in writing on a *regular* basis to utilize his/her valid New York State Professional Architect's or Engineer's License to sign and seal architectural/engineering and other official documents prepared by professional employees *other than the employee him/herself.*

  ii.  <u>Half Differentials:</u>

  (1)  **Assistant Squad Leader:** When assigned as deputy to a supervisor of a "squad" composed of least five professional or paraprofessional employees, provided at least one such employee in addition to the squad leader is in the same title or an eligible title within the same sub-group of section 1.

  (2)  **Section Engineer:** When directing the crew responsible for the maintenance of a section of the upstate water supply system.



15005

CHALMERS FPI LIT-00001525

c. **Eligible Titles:**

i.

| | |
|---|---|
| Assistant Architect | City Planner Level I |
| Assistant Engineer(all field & specialties) | Construction Project Manager Level I |
| Assistant Landscape Architect | Housing Development Specialist Level I |
| Assistant Planner | Project Manager (Other than HHC) |
| Assistant Project Development Coordinator | Supervisor of Building Maintenance |
| Assistant Project Coordinator | Supervisor of Electrical Installations & Maintenance Level I |
| Assistant Superintendent of Construction | Supervisor of Mechanical Installations & Maintenance Level I |

| | 3/3/08 | 3/2/10 |
|---|---|---|
| Half Differential | $725 | $765 |
| Full Differential | $1,447 | $1,526 |

ii.

| | |
|---|---|
| Architect Level I (all specs.) | Housing Development Specialist Level II |
| Associate Chemist Level I | Landscape Architect Level I |
| Associate Project Manager Level I | Planner |
| Chemist | Project Coordinator |
| City Planner Level II | Project Development Coordinator |
| Construction Project Manager Level II | Superintendent of Construction |
| Engineer Level I (all fields & specs.) | Supervisor of Electrical Installations & Maintenance Level II |
| General Supervisor of Building Maintenance | Supervisor of Mechanical Installations & Maintenance Level II |

| | 3/3/08 | 3/2/10 |
|---|---|---|
| Half Differential | $838 | $884 |
| Full Differential | $1,672 | $1,763 |

iii.

| | |
|---|---|
| Associate City Planner I | Senior Architect (all Specialties) |
| Associate Chemist Level II | Senior Engineer (all Fields and Specialties) |
| Associate Housing Development Specialist | Senior Landscape Architect |
| Associate Project Manager Level II | Senior Planner |
| Construction Project Manager Level III | Senior Project Coordinator |
| General Superintendent of Construction (all Specialties) | Senior Project Development Coordinator |

| | 3/3/08 | 3/2/10 |
|---|---|---|
| Half Differential | $931 | $982 |
| Full Differential | $1,854 | $1,955 |

d. All applications for Assignment Differentials should be processed through the Agency Labor Relations Officer who will submit said applications to:

> Engineering Differential Review Section - Labor Analysis Unit
> Office of Management and Budget
> 255 Greenwich Street - Sixth Floor
> New York, New York 10007

*15005*

CHALMERS FPI LIT-00001526

e.  All applications should be accompanied by a valid, dated organization chart of the appropriate unit and should include the following data:

> Employee's Name
> Civil Service Title
> Office Title (if any)
> Social Security Number
> Position Number
> Unit
> Work Location
> Distribution Center
> Supervisor's Name and Civil Service Title
> *Date of Assignment*

In addition, the following data should be submitted for the indicated categories of differentials:

> Squad Leader, Assistant Squad Leader, and Section Engineer:
>
> > Names and Civil Service Titles of Staff Supervised
>
> Plan Review:
>
> > Description of Employee's Assignments
> > Percentage of Time Assigned

## Section 2.

Effective July 1, 1987, a differential in the pro rated pro-rated annual amounts set forth below shall continue to be paid to the one Research Scientist duly assigned as Assistant Director, Bureau of Laboratories responsible for virology and immunology.

|  3/3/08  |  3/2/10  |
|----------|----------|
| $3,031   | $3,197   |

## Section 3.

Effective July 1, 1987, a differential in the pro rated pro-rated annual amounts set forth below shall continue to be paid to the one Program Manager who is assigned on a continuing basis to the performance of the more difficult and exacting portion of the duties and responsibilities of the class of Program Manager.

|  3/3/08  |  3/2/10  |
|----------|----------|
| $1,455   | $1,535   |

*15005*

CHALMERS FPI LIT-00001527

## ARTICLE XVII - TRAINING FUND

For the period July 1, 2008 through June 30, 2010, the City agrees to continue the practice of contributing the sum of $25,000 per annum to a Union Administered Training Fund. The training fund provided pursuant to this Article shall be utilized for such programs as may be approved by the Department of Personnel. No contributions shall be made to such training fund during any period in which the separate trust agreement required between the City and the Union relating to the operation of such fund is not in effect. The entire sum due pursuant to this Section for the period ending June 30, 2010, shall be paid as a lump sum following the execution of the trust agreement.

## ARTICLE XVIII - RECRUITMENT & RETENTION OF PROFESSIONAL PERSONNEL

### Section 1.

A joint committee composed of representatives of the Office of Management and Budget, the Office of Labor Relations, the Department of Citywide Administrative Services, and the Union shall meet to study problems related to the recruitment and retention of qualified professional personnel and where deemed necessary, make recommendations to the appropriate City officials. The Professional Development Committee shall meet regularly so that it may be able to consider these matters in an expeditious fashion.

### Section 2.

The Union agrees that if the City determines at any time during the period of this Agreement that it is impracticable to recruit for any of the titles covered by the Agreement at the then minimum salary, it may unilaterally increase the minimum entrance salary of such title by an amount deemed necessary to recruit for such title.

## ARTICLE XIX - PROFESSIONAL FEE ALLOWANCE

Professional licensing fees for New York State licenses required for full Engineers, Architects and Landscape Architects shall continue to be reimbursed in the amount of $85.00 annually.

### Eligible Titles:

| | |
|---|---|
| Architect (all levels, fields and specialties) | Senior Plan Examiner (Buildings) |
| Engineer (all levels, fields and specialties) | Sr. Architect (all levels, fields and specialties) |
| Landscape Architect (all levels, fields and specialties) | Sr. Engineer (all fields and specialties) |
| Plan Examiner (Buildings) | Sr. Landscape Architect (all fields and specialties) |

15005

CHALMERS FPI LIT-00001528

**WHEREFORE,** we have hereunto set our hands and seals this 27th day of March , 2015

FOR THE CITY OF NEW YORK AND RELATED
PUBLIC EMPLOYERS AS DEFINED HEREIN:

BY: _____
**ROBERT W. LINN**
Commissioner of Labor Relations

FOR THE NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION:

BY: _____
**SALVATORE J. RUSSO**
Senior Vice President and General Counsel

FOR DISTRICT COUNCIL 37,
AFSCME, AFL-CIO:

BY: _____
**LILLIAN ROBERTS**
Executive Director

FOR CIVIL SERVICE TECHNICAL GUILD
LOCAL 375, AFSCME, AFL-CIO

BY: _____
**CLAUDE FORT**
President

**APPROVED AS TO FORM:**

BY: _____
**GEORGIA PESTANA**
Chief, Labor and Employment Law

OFFICE OF LABOR RELATIONS
REGISTRATION

OFFICIAL                    CONTRACT

DATE SUBMITTED TO THE FINANCIAL CONTROL BOARD: _____, 2016

UNIT: Engineering & Scientific

TERM: March 3, 2008 – March 2, 2010

No 15005                    DATE:

March 27, 2015

CHALMERS FPI LIT-00001529

## Appendix A

### Longevity Increment Eligibility Rules

The following rules shall govern the eligibility of Employees for the longevity increments provided for in Article III, Section 11 of the 2008-2010 Engineering & Scientific Agreement.

1.  Only service in pay status shall be used to calculate the 15 years of service, except that for other than full time per annum Employees only a continuous year of service in pay status shall be used to calculate the 15 years of service. A continuous year of service shall be a full year of service without a break of more than 31 days. Where the regular and customary work year for a title is less than a twelve month year, such as a school year, such regular and customary year shall be credited as a continuous year of service counting towards the 15 years of service. If the normal work year for an Employee is less than the regular and customary work year for the Employee's title, it shall be counted as a continuous year of service if the Employee has customarily worked that length work year and the applicable agency verifies that information.

2.  Service in pay status prior to any breaks in service of more than one year shall not be used to calculate the 15 years of service. Where an Employee has less than seven years of continuous service in pay status, breaks in service of less than one year shall be aggregated. Where breaks in service aggregate to more than one year they shall be treated as a break in service of more than one year and the service prior to such breaks and the aggregated breaks shall not be used to calculate the 15 years of service. No break used to disqualify service shall be used more than once.

3.  The following time in which an Employee is not in pay status shall not constitute a break in service as specified in paragraph 2 above:

    a.  Time on a leave approved by the proper authority which is consistent with the Personnel Rules and Regulations of the City of New York or the appropriate personnel authority of a covered organization.

    b.  Time prior to a reinstatement.

    c.  Time on a preferred list pursuant to Civil Service Law Sections 80 and 81 or any similar contractual provision.

    d.  Time not in pay status of 31 days or less.

    Notwithstanding the above, such time as specified in subsections a, b and c above shall not be used to calculate the 15 years of service.

4.  Once an Employee has completed the 15 years of "City" service in pay status and is eligible to receive the $800 longevity increment, the $800 shall become part of the Employee's base rate for all purposes except as provided in paragraph 5 below.

5.  The $800 longevity increment shall not become pensionable until fifteen months after the Employee begins to receive such $800 increment. Fifteen months after the Employee begins to receive the $800 longevity increment, such $800 longevity increment shall become pensionable and as part of the Employee's base rate, the $800 longevity increment shall be subject to the general increases provided in Article III, Section 3(a) of this Agreement.



CHALMERS FPI LIT-00001530

Appendix B

Recurring Increment Payment Eligibility Rules

The following rules shall govern the eligibility of Employees for the
Recurring Increment Payment ("RIP") provided for in Article III,
Section 12 of the 2008-2010 Engineering/Scientific Agreement.

1.  Only service in pay status shall be used to calculate the qualifying years of service. A continuous year of service shall be a full year of service without a break of more than 31 days. Where the regular and customary work year for a title is less than a twelve month year, such as a school year, such regular and customary year shall be credited as a continuous year of service counting towards the qualifying years of service. If the normal work year for an employee is less than the regular and customary work year for the employee's title, it shall be counted as a continuous year of service if the employee has customarily worked that length work year and the applicable agency verifies that information.

2.  Part-time employees shall be ineligible to receive RIPs, but prior part-time service shall be credited to full-time employees on a pro rata basis, provided all other terms and conditions set forth herein are met.

    a.  An employee must have regularly worked at least one half the regular hours of full time employees in the same title or if no full-time equivalent title exists then at least 17-1/2 hours for white collar positions or 20 hours for blue collar positions.

    b.  Such part time service shall be prorated by dividing the number of hours worked per week by a part-time employee by the number of hours worked per week by a full-time employee in the same title. If no full-time equivalent title exists then the divisor shall be 35 hours for white collar positions or 40 hours for blue collar positions.

3.  Service in pay status prior to a break in service of more than one year shall *not* be used to calculate the qualifying years of service.

4.  The following time in which an Employee is not in pay status shall not constitute a break in service, but such time shall *not* be used to calculate the qualifying years of service:

    a.  time on a leave approved by the proper authority which is consistent with the Personnel Rules and Regulations of the City of New York or the appropriate personnel authority of a covered organization,

    b.  time prior to a reinstatement,

    c.  time on a preferred or recall list, and

    d.  time not in pay status of 31 days or less.

5.  RIPs shall be considered a salary adjustment for the purposes of Article III, Section 1(d) of this Agreement and the maximum salary of an eligible title shall not constitute a bar to the payment thereof.

6.  Once an Employee has qualified for a RIP and is receiving it, the RIP shall become part of the Employee's base rate and included in calculating all salary based payments, except as provided in paragraph 7 below. Any future negotiated general increases shall be applied to RIPs.

7.  A RIP shall not become pensionable until two years after the Employee begins to receive such RIP.



CHALMERS FPI LIT-00001531

EMS Memorandum of Agreement
June 10, 2016

WHEREAS, the undersigned parties desire to enter into a collective bargaining agreement, including this 2010-2018 Memorandum of Agreement ("MOA"), covering the period of September 6, 2010 through April 5, 2018 (EMS Titles) and March 3, 2010 through April 5, 2018 (FPI Titles);

WHEREAS, the undersigned parties intend by this 2010-2018 MOA to cover all economic matters and to incorporate the terms of this MOA into a collective bargaining agreement;

WHEREAS, the undersigned parties intend by this 2010-2018 MOA to continue all of the same terms and conditions, except as amended below;

1. Underline General Wage Increases

    (All Titles)

    | Effective Date | Increase |
    | --- | --- |
    | 3/6/2015 | 1.5% |
    | 3/6/2016 | 2.5% |
    | 3/6/2017 | 3% |
    | 9/5/17 | 3.03% |

    All increases will be compounded, as per the practice of the parties.

2. Underline Ratification Bonus
    A lump sum cash payment in the amount of $1,000, prorated for other than full-time employees, shall be payable as soon as practicable upon execution of this Agreement to those bargaining unit members who were on active payroll as of the day of ratification.

    The ratification bonus shall be pensionable, consistent with applicable law.

    The ratification bonus shall not become part of the Employee's basic salary rate nor be added to the Employee's basic salary for the calculation of any salary based benefits, including the calculation of future collective bargaining increases.

    For circumstances that were not anticipated by the parties, the First Deputy Commissioner of Labor Relations may elect to issue, on a case-by-case basis, interpretations concerning the application of Section 2 of this 2010-2018 MOA. Such case-by-case interpretations shall not be subject to any dispute resolution procedures as per past practice of the parties.

3. Underline Longevity Differentials
    Effective September 6, 2017, full-time employees in the title Emergency Medical Technician and Paramedic with more than 3 years of service shall be eligible to receive an annual longevity differential in the amount of $1,171.

    Effective September 6, 2017, full-time employees in the title Fire Protection Inspector and Associate Fire Protection Inspector shall be eligible to receive an increase in the existing annual

1

longevity differential, as follows: $2,000 per annum (increase of $444) after ten years of service, and $2,500 per annum after fifteen years of service.

Effective September 6, 2017, full-time employees in the title Supervising Emergency Services Specialist shall be eligible to receive an annual longevity differential in the amount of $5,609 (increase of $2,160) after twenty years of service.

The longevity differentials described in this Section do not become part of the basic salary rate. Service eligibility is computed on the basis of the length of service in the appropriate occupational group. Eligibility of new qualifiers for the longevity differential shall be on the January 1, April 1, July 1, or October 1 subsequent to the new qualifier's anniversary date. The longevity differential shall not be pensionable until the employee has received it for two years.

4. HazTac Differential
Effective September 6, 2017, EMTs and Paramedics assigned to and working in HazTac units shall be eligible to receive an assignment differential of 3% of base salary upon assignment during the first year, and an additional 3% upon completion of one year of assignment. The Fire Commissioner has sole discretion to assign employees to the above specified units. The assignment differential ends when the assignment ends.

5. Supervising Emergency Medical Services Specialist Salary Schedule
Effective September 6, 2017, the hiring rate for Supervising Emergency Medical Services Specialist Level I (Lieutenant) shall be $68,000; the salary rate after 3 years of service shall be $71,202.

Effective September 6, 2017, the salary rate for all SupervisingEmergency Medical Services Specialists Level II (Captain) shall be $75,000.

6. Annuity
Effective September 6, 2017, Fire Protection Inspectors and Associate Fire Protection Inspectors shall be eligible for an annuity contribution in the amount of $261 per annum.

7. Alternate Work Schedule
An alternative work schedule pilot program will be implemented on an agreed-upon date, based on the terms of the attached side letter.

8. Workweek
Effective August 7, 2016, the workweek for employees in the titles Fire Protection Inspector and Associate Fire Protection Inspector shall be 37.5 hours per week. Annual salaries shall be adjusted to reflect 7.14% more work hours (1957.5 hours per year). Covered employees will continue to receive a half-hour unpaid lunch break.

9. Annual Leave
Effective September 6, 2017, the annual leave accrual for Supervising Emergency Services Specialists (i.e. Lieutenants and Captains) with 12 years of City service or less shall be reduced by five days per annum, as follows:

2

| Years of Service | Annual Allowance |
|------------------|------------------|
| 0-5 years | 10 workdays |
| 6-12 years | 15 workdays |

After the completion of 12 years of service, employees will receive the annual allowance identified in Article III, Section 16 of the EMS Collective Bargaining Agreement.

10. Labor/Management Committee

Upon ratification, a joint committee of the parties will be formed to incorporate this MOA and prior agreements into a full collective bargaining agreement.

11. Uniform

The Department will continue to provide a dress uniform to employees in the titles of Fire Protection Inspector and Associate Fire Protection Inspector.

12. 14-Day Notice

Whenever the Department intends to alter an existing policy or program or to establish a new policy or program, the Department shall give the union at least fourteen (14) days notice of the intended change or new implementation, except in situations when the Department must act more quickly because of emergency or other good cause. The Department shall use its best efforts to notify the union of the intended change between the hours of 9:00 a.m. to 5:00 p.m., and shall endeavor to provide said notice electronically. This shall not affect the Department's right to implement or change such policies or programs nor the union's right to oppose such policies or programs.

13. Gainsharing

Notwithstanding the Alternate Work Schedule side letter, nothing contained in this current Agreement shall preclude the parties from their continuing discussions to identify, review, recommend and develop initiatives that will generate workplace savings, maximize the potential of the City workforce and ensure the provision of essential services, while at the same time providing increased compensation for the workforce. The parties must conclude all discussions regarding this Section no later than 12 months after the date of ratification of the Agreement unless the parties have mutually agreed to extend the deadline. Any claim that either party has of **enforcement** of a mutually agreed upon savings proposal shall be submitted to an expedited arbitration panel with the assistance of the Office of Collective Bargaining. The expedited arbitration panel shall not be used to decide the substance, merit or value of either of the parties' specific savings proposals.

14. Health Savings

The May 5, 2014 letter agreement regarding health savings and welfare fund contributions between the Municipal Labor Committee and the City will be attached as an Appendix and is deemed to be part of this MOA.

15. Duration

This agreement shall be effective from September 6, 2010 through April 5, 2018 (EMS Titles) and March 3, 2010 through April 5, 2018 (FPI Titles).

3

16. <u>Ratification</u>
    This agreement is subject to ratification by the Union.


AGREED AND ACCEPTED:

—————————————— SB for RWL

Robert W. Linn
Commissioner, Office of Labor Relations


——————————————

David Paskin
Director of Research and Negotiations, DC 37

——————————————

Israel Miranda
President, Local 2507

——————————————

Vincent Variale
President, Local 3621

4

CHALMERS FPI LIT-00001571



# OFFICE OF LABOR RELATIONS

40 Rector Street, New York, N.Y. 10006-1705

nyc.gov/olr

**ROBERT W. LINN**
*Commissioner*

**RENEE CAMPION**
*First Deputy Commissioner*

**CLAIRE LEVITT**
*Deputy Commissioner*
*Health Care Cost Management*

**MAYRA E. BELL**
*General Counsel*

**GEORGETTE GESTELY**
*Director, Employee Benefits Program*

## APPENDIX A

David Paskin
Research and Negotiations
District Council 37
125 Barclay Street
New York, New York 10007

Re:  12-Hour Tour Pilot Program

Dear Mr. Paskin:

This is to confirm our mutual understanding and agreement regarding the Fire Department's establishment of a 12-hour tour Pilot Program for EMTs, Paramedics, EMS Lieutenants and Captains (*hereinafter collectively "Bargaining Unit Members"*).

The Fire Department will conduct a Pilot Program in ten (10) stations to determine the feasibility of establishing permanent 12-hour units. This program will be implemented subject to the following terms:

### DURATION AND LOCATION OF PILOT

- The pilot program will initially run for a period of at least one year.

- The program will be implemented in ten (10) stations citywide, as follows: Manhattan: 4 and 10; Bronx: 18 and 20; Brooklyn: 32 and 39; Queens: 45 and 49; Staten Island: 22 and 40. The program will also be implemented in Emergency Medical Dispatch (EMTs only, 6 positions; with further discussion regarding Officers) and HazTac (Officers only). The parties may mutually agree to include one or more additional stations or units during the course of the pilot program.

- The Department reserves the right to temporarily suspend this program in the event of a significant temporary condition which adversely affects the delivery of pre-hospital care services. In the case of a temporary City-wide suspension the pilot program shall be extended for no more than the same amount of time the pilot program was suspended.

Local 3621/2507
AWS Side Letter

## TOURS

- For participating EMTs, and Paramedics, the 12 hour work schedule shall consist of 36 hours one week and 48 hours the other week within each pay period except that every fourth pay period shall consist of two weeks of 36 hours. The days off shall rotate so that each participant will have at least one weekend (Friday, Saturday, Sunday) off every other week, excluding additional overtime assignments outside the regularly scheduled tour. *(Union 12 Hour Shift Chart of 10/21/15)*

- For participating Lieutenants and Captains the 12 hour work schedule shall consist of 36 hours one week and 48 hours the other week during a pay period. Participating Lieutenants' days off shall rotate so that each participant will have at least one weekend (Friday, Saturday, Sunday) off every other week, excluding additional overtime assignments outside the regularly scheduled tour. Participating Captains' days off shall rotate so that each participant will have at least one weekend (either Friday, Saturday, Sunday or Saturday, Sunday, Monday) off every other week, excluding additional overtime assignments outside the regularly scheduled tour. *(Union 12 Hour Shift Chart of 10/28/15)*

- The parties may mutually agree to amend the work chart prior to implementation or during the pilot period.

## LEAVE USAGE

To account for longer tours at the pilot locations:

- Adjustments will be made in leave usage for participating EMTs <u>and</u> Paramedics, such that full tour leave usage will be 12 rather than 7.5 hours and leave less than a full tour (12 hours) will be charged as per current practice. However, in weeks where an employee is scheduled for 48 hours, any leave hours taken will be paid and charged up to 40 hours only. The additional 8 hours will not be paid or charged. Leave accruals will not be affected by participation in the Pilot Program.

- Adjustments will be made in leave usage for participating Lieutenants and Captains, such that full tour leave usage will be 12 rather than 7.5 hours and leave less than a full tour (12 hours) will be <u>charged as per current practice.</u> All leave used shall be at straight time. For example, one week as per current of annual leave will result in 48 hours of straight time pay and the accrual balance will be charged 48 hours. Leave accruals will not be affected by participation in the Pilot Program.

## LABOR MANAGEMENT COMMITTEES

- The parties agree to form a Labor/Management committee to meet no less than every three (3) months during the term of the pilot program to discuss the progress of the pilot and make adjustments or modifications to the terms of this agreement as are mutually agreed-upon by the parties.

- The Department will meet with Union representatives no less than once a month,

Page 2 of 5

CHALMERS FPI LIT-00001573

Local 3621/2507
AWS Side Letter

or as needed, during the term of the pilot program to address issues and concerns of implementation.

- The parties upon mutual consent may agree to extend the program for an additional term and/or to expand the Pilot Program to additional stations.

- Prior to the end of the 12-hour tour Pilot Program, the parties will meet and collaborate to assess the continuation of the program based on operational experience using objective criteria which shall include, but not be limited to:
  - Changes to in-service time as compared to prior experience in the participating stations and to the experience in units that remain in 8-hour tours
  - Changes to overtime costs, i.e. tour coverage overtime and late call overtime;
  - Changes to the absence rate including, but not limited to, sick leave usage, LODI/Workman's Compensation usage and absence patterns affecting operations;
  - Compensation for single pay events.

- The parties will have the discretion to also consider other mitigating factors regarding the effectiveness and continuation of this program on a permanent basis including, but not limited to, employee and management satisfaction, operational impact (e.g. response time impact, if any), impact on scheduling, ability to fill vacant tours, and safety-related issues (e.g. changes to the incidence of vehicle accidents in participating stations, and number and duration of workplace injuries).

- The absence rate will include line of duty medical leave, sick leave and worker's compensation leave and will be monitored and evaluated on a station basis. Employees working light duty assignments shall not be included in the absence rate.

## OVERTIME
- Bargaining Unit Members in the pilot program (i.e. working 12-hour tours) may be ordered to remain for overtime for up to an additional 4 hours.

- Bargaining Unit Members in the pilot program (i.e. working 12-hour tours) will be compensated for outside scheduled work based on existing contractual rules, including 1.5x where applicable.

- During the 36 hour work week all work performed in the field beyond 36 hours in pay status shall be paid at 1.5x. To be eligible for overtime at the premium rate (1.5x) for any scheduled overtime in the 48-hour weeks, the member must physically work beyond 40 hours.

- Mandatory overtime shall be at the mandated Bargaining Unit Member's station.

## KVO CHANGES
- Bargaining Unit Members participating in the 12 hour tour wishing to be exempt from mandatory overtime pursuant to the Pre-Scheduled Overtime Policy ("KVO")

Page 3 of 5

CHALMERS FPI LIT-00001574

Local 3621/2507
AWS Side Letter

[as specified in EMS Command Order #2006-014] shall be required to sign up and complete two (2) 12-hour tours of pre-scheduled overtime per month during the peak seasonal period, defined as between June 1 and August 31, and one (1) 12-hour tour per month during non-peak months, when 12-hour tours are available. In order for a tour to qualify for these purposes, the Bargaining Unit Member may be required to work the full 12-hour tour, based on the needs of the Department.

- If no 12 hour tours are posted on the monthly KVO the Bargaining Unit Member may voluntarily elect to work two (2) 8-hour tours during the peak seasonal period, and one (1) 8 hour tour during non-peak months to fulfill the requirement. In order for a tour to qualify for these purposes, the Bargaining Unit Member may be required to work the full 8-hour tour, based on the needs of the Department.

- Bargaining Unit Members participating in the 12 hour tour shall be given preference in sign up for KVO's on 12 hour units.

- All KVO tours will be paid at 1.5x.

## PAYROLL RELATED ISSUES

Switching to a 12 hour tour will result in an additional one week payroll lag for a total of two payroll lag weeks. The first payroll check received by the participant will be for one 12 hour tour work week. This one week pay lag will continue while the participant is working 12 hour tours. When the participant changes to a different work tour he/she will receive a final 12 hour tour work week payroll check that includes the lag week and the regular two week period for a total of 3 weeks of pay.

Bargaining Unit Members switching to 12 hour tours will be converted to a different pay class (W). All single pay events (meal money, longevities, rips, uniform maintenance, differentials) will be converted to an hourly rate which will be paid on all straight time hours. The Department will change the hourly rate when increases are applied to these single pay events. There will be no loss of annuity contribution as a result of the 12-hour tours.

## PRODUCTIVITY AND GAINSHARING

At least six months prior to the conclusion of the 12-hour tour Pilot program, the parties will meet to quantify the extent of any costs, savings, operating efficiencies, and productivity gains and other benefit generated by the implementation of 12-hour tours. Continuation or expansion of the pilot program may be contingent on the parties' agreement as to the amount of the costs or savings attributable to the pilot program and how those costs or savings will be shared by the parties prospectively. Those categories which will be quantified, include but are not limited to:
1. In-service time;
2. Late call overtime;
3. Use of prescheduled and unscheduled overtime for tour coverage;
4. Unscheduled leave usage;
5. Increased productivity.

Page **4** of **5**

CHALMERS FPI LIT-00001575

**Local 3621/2507**
**AWS Side Letter**

The parties agree to establish a pre-12 hour tour baseline average in each participating pilot program station for the above items. The parties further agree that units staffed with 8-hour tours during the pilot period are also relevant for comparison purposes.

For calculation of costs, savings, and productivity gains, the parties agree to use the current baselines for tours and headcount.

- Citywide Tours: 168 24-hour units and 115 16-hour units
- Citywide Headcount: 2791 EMTs, 997 Paramedics, 456 Lieutenants, and 77 Captains
- Current tours and headcounts for the participating stations and units. Tours and headcounts for the participating stations and units, as of an agreed-upon date, will be added to this side letter as soon as possible.

For purposes of financial calculation employee time shall be monetized based on the then current average salary of affected titles by type of unit (i.e., ALS, BLS Supervisory).

Any costs or savings resulting from the program during the initial pilot period will accrue to the City. It is understood that beginning with the end of the pilot program, but no later than the start of the 13th month of 12 hour tours, all agreed-upon savings and productivity gains going forward, shall be shared equally between the parties. Such funds shall be available for payout no later than the start of the 25th month of 12 hours tours.

At the conclusion of the initial one-year period, either party may terminate the Pilot Program with 30 days' written notice.

If the above confirms your understanding, please execute the signature line below.

Very truly yours,

SB for RWL

Robert W. Linn

AGREED AND ACCEPTED ON BEHALF OF DC 37 Local 2507 and 3621

BY _David Paskin_

CHALMERS FPI LIT-00001576