# EXHIBIT 41

| | |
|---|---|
| **From**: | Rampino, Robert (FDNY) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROBERT.RAMPINO] |
| **Sent**: | 10/7/2016 1:03:39 PM |
| **To**: | McKavanagh, Thomas (FDNY) [thomas.mckavanagh@fdny.nyc.gov] |
| **Subject**: | Discretionary Increases-FY 2017 |
| **Attachments**: | Discretionary Action Guidelines-FY2017.pdf; Discretionary Action Request Form Rvsd_3-31-2015.doc |

Chief,

The <u>Discretionary Action Guidelines- FY2017</u> states the following regarding eligibility for discretionary increases:

" All employees (excluding EMS, Wage Determination, Fire Protection Inspector and Dispatching Titles) assigned to your respective organizational areas are eligible."

I do think that the above guideline should be changed. This is especially so since a step pay plan was not implemented via the recent contract. ---Bob

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

| | | |
|---|---|---|
| From: | McKavanagh, Thomas (FDNY) | Sent:  Fri  10/7/2016   7:18 AM |
| Sent: | Friday, October 07, 2016 7:18 AM | |
| To: | Rampino, Robert (FDNY) | |
| Subject: | RE:  A Discretionary Salary Increase Program, Fiscal Year-2017 | |

Bob,

The guidelines say that the FPI series IS eligible…

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

CHALMERS_FPI_LIT-00037787