# EXHIBIT 43

Rampino Exhibit

22

4/21/21  MM

exhibitsticker.com

To:         David Zweifler,
            Director of Labor Relations

From:       Ronald R. Spadafora,
            Chief of Fire Prevention

Date:       April 14th, 2015

Subject:    **Step Pay Plan Proposal-Fire Protection Inspector Career Series**

This introductory proposal for your review provides a cost effective, five step pay plan for Fire Protection Inspectors (FPIs). It also includes a blueprint for the promotional title Associate Fire Protection Inspector (AFPI) with its three levels. The subject plan creates salary incentives for employees in these titles that will significantly limit attrition (see the attached document pertaining to resignations). Many FPIs depart after just a few years for better paying positions in other NYC Agencies or the private sector. The Step Pay Plan would also create a 40-hour work week which would facilitate the production of many more inspections. Public safety would be enhanced through the retention of trained FPIs performing these inspections which would have the added benefit of both protecting and expanding the revenue base. Additional savings would be realized since the expense of frequently testing applicants and training new hires would be offset. Reasons for implementing this plan are threefold:

1.  The Bureau of Fire Prevention (BFP) seeks to provide a market appropriate level of compensation for its FPIs. These Local 2507 employees are a diverse group of educated and experienced professionals.  The BFP believes it is time to raise their salaries up to a level commensurate with Department members in Fire and EMS operations.

2.  It is anticipated that the step pay plan will ensure a substantial applicant pool for all of the titles in the FPI career series. Currently, there is a serious lack of interest from job seekers.  I believe a significant demand for these positions will be triggered when starting salaries reach a particular threshold. The attachment to this correspondence recommends specific pay ranges for each title and levels.

3.  If the step pay plan is instituted, it is estimated that 15,000 additional inspections will be produced annually. The work will encompass the examination of buildings and facilities using and storing flammable and combustible materials and witnessing performance tests of fire suppression systems.

1

CHALMERS_FPI_LIT-00034096

The attached excel chart delineates how the proposed step pay plan would protect the revenue base.  There were 18 resignations in the referenced two year period (August 2012 through August 2014).Over $3,000,000. was lost ($1,540,000. per annum) as a result. The 17 resignations listed on the excel chart were in the FPI title. Only one resignation (not listed) was an AFPI. Recent data indicates that there are almost as many Associate Fire Protection Inspectors (125) on roster as there are Fire Protection Inspectors (136). This information leads me to believe that an additional five to ten thousand dollars in salary facilitates the retention of many an employee in the FPI career series. Also, public safety inspectors in the NYC Buildings Department, the NYC Department of Transportation and the NYC Department of Housing Preservation and Development all work a 40-hour work week. Moreover, opportunities will be created for an estimated $3,000,000. in additional revenue for the Department. See below:

40 (inspection minutes per work hour) X 221 (estimated annual workdays per inspector) = 8,840 minutes or 147.33 hours annual work hours

147.33 hours per inspector X 100 inspectors (the approximate # of inspectors who will work an additional five hours) = 14,733 hours. This estimate was established late in CY 2014.

14,733 hours X $210.00 (hourly inspection fee) = $3,093,930 in additional annual revenue.

The revenue from the two major features of the Step Pay Plan results in over $4,640,000. Additional revenue per annum. This calculates to approximately $855,000. above the costs to the Fire Department. The data below was provided to the BFP by the Department's Budget Office on 2/25/2015:

Additional Cost w/New Salary Plan--------$3,371,586.

Additional Fringes----------------------------$867,509.

Additional Overtime--------------------------$375,726.    (resulting from the new OT rate)

OT (Straight Time) Savings------------------$(828,131.)   (35 - 40hrs)

Total Additional Costs-----------------------$3,786,690.

2

# Step Pay Plan-Fire Protection Inspector Career Series

Over 5 Years for Fire Protection Inspectors*

First Year-------$39,401.00
Second Year--- $45,311.00
Third Year------$50,616.00
Fourth Year---- $52,973.00
Fifth Year-------$55,330.00

Over 5 Years for Associate Fire Protection Inspectors (Level I)

First Year-------$ 56,330.00
Third Year------$ 59,152.00
Fifth Year-------$ 61,974.00

Over 5 Years for Associate Fire Protection Inspectors (Level II)

First Year-------$62,974.00
Third Year------$65,767.00
Fifth Year-------$68,559.00

Over 5 Years for Associate Fire Protection Inspectors (Level III)

First Year-------- $69,559.00
Third Year------- $72,359.00
Fifth Year--------$ 75,159.00

## *Note:

Reflects the floor and ceiling of the existing DCAS pay range for the FPI title. The ceilings of the other title/levels were adopted for implementation. The floors were not. This was to avoid a higher level making less than a lower level under all circumstances.

3

CHALMERS_FPI_LIT-00034098