# EXHIBIT 44

| | |
|---|---|
| **From:** | Spadafora, R. Ronald (FDNY) [/O=CSC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SPADAFR] |
| **Sent**: | 4/17/2015 8:08:16 PM |
| **To:** | Zweifler, David (FDNY) [david.zweifler@fdny.nyc.gov] |
| **Subject:** | Re: Meeting to discuss bargaining issues (Fire Protection Inspectors) |

**Rampino Exhibit**

**24**

4/21/21  MM

exhibitsticker.com

Tx

---

**From**: Zweifler, David (FDNY)
**Sent**: Friday, April 17, 2015 05:39 PM
**To**: Spadafora, R. Ronald (FDNY)
**Subject**: RE: Meeting to discuss bargaining issues (Fire Protection Inspectors)

Sorry, I do remember now that you mentioned you were out that week.  I'll follow up with Steve Banks on Monday.  Have a good weekend.

---

**From:** Spadafora, R. Ronald (FDNY)
**Sent:** Friday, April 17, 2015 5:36 PM
**To:** Zweifler, David (FDNY)
**Cc:** Germain, Carline (FDNY)
**Subject:** RE: Meeting to discuss bargaining issues (Fire Protection Inspectors)

I am on vacation that week.

---

**From:** Zweifler, David (FDNY)
**Sent:** Friday, April 17, 2015 5:24 PM
**To:** Spadafora, R. Ronald (FDNY)
**Cc:** Wigder, Fredda (FDNY); Germain, Carline (FDNY); White, Douglas (FDNY); Phillip, Dorecia (FDNY)
**Subject:** RE: Meeting to discuss bargaining issues (Fire Protection Inspectors)

Chief,
I heard back from OLR Assistant Commissioner Steve Banks about rescheduling this meeting.  What is your availability on Monday 4/27 in the afternoon (after 2:30)?  Steve would like to include representatives from OMB in this discussion to review FDNY's step plan proposal, so he is asking if the Fire Department would be able to come to OLR (40 Rector St., NY) for this meeting.  Please advise.
David

---

**From:** Zweifler, David (FDNY)
**Sent:** Thursday, April 16, 2015 10:41 AM
**To:** Spadafora, R. Ronald (FDNY); White, Douglas (FDNY); Phillip, Dorecia (FDNY)
**Cc:** Wigder, Fredda (FDNY); Germain, Carline (FDNY)
**Subject:** Meeting to discuss bargaining issues (Fire Protection Inspectors) - NEED TO RESCHEDULE

I received a call from Assistant Commissioner Steve Banks, and he indicated that he's been called to a meeting at City Hall this morning, and he suggested that we reschedule our meeting that was to take place at noon today.

Bargaining has been pushed back to 5/5/15, so there will be time to discuss our bargaining proposals with OLR before then.  OLR is currently looking over the Fire Department's proposal for a step pay plan for the Fire Protection Inspector series.

Will be in contact with everyone shortly with a new date.

CHALMERS_FPI_LIT-00024816

David


David Zweifler
Director of Labor Relations
New York City Fire Department
9 MetroTech Center, Room 4W-14
Brooklyn, NY 11201
(Office)  718-999-2549
(Fax)  718-999-2609
(E-mail)  david.zweifler@fdny.nyc.gov

CHALMERS_FPI_LIT-00024817