# EXHIBIT 45

Banks Exhibit

16

4/29/21   MM

exhibitsticker.com

**From:**      Spadafora, Ronald (FDNY) [/O=CS HOSTING/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RONALD.SPADAFORA]
**Sent:**      11/28/2015 2:16:09 AM
**To:**        Rampino, Robert (FDNY) [robert.rampino@fdny.nyc.gov]
**Subject:**   Fw: Fire Protection Inspectors - union proposal

---

**From**: Spadafora, Ronald (FDNY)
**Sent**: Friday, November 27, 2015 07:05 PM
**To**: Zweifler, David (FDNY)
**Cc**: Caesar-Smith, Amiris (FDNY); Rush, Stephen (FDNY)
**Subject**: Re: Fire Protection Inspectors - union proposal

Dave. Is this a platform on which the 10+ percent raise under the terms of the new contract will be built upon? Also. Will inspectors at all levels come in at top salary levels based upon their time already worked? Tx

---

**From**: Zweifler, David (FDNY)
**Sent**: Friday, November 27, 2015 04:45 PM
**To**: Spadafora, Ronald (FDNY)
**Cc**: Caesar-Smith, Amiris (FDNY); Rush, Stephen (FDNY)
**Subject**: Fire Protection Inspectors - union proposal

Chief,
At the bargaining session last week, Local 2507 presented the attached proposal with adjusted hiring/incumbent rates, as well as a Recurring Increment Payment schedule.  OLR asked me to run this by you to see if it might be a viable option.  (Please keep in mind that the Union's proposal is still based on a 35-hour work week).

The Union's proposal has a higher starting salary than the Step Pay Plan model which you had proposed.  In the Step Pay Plan model, FPI would reach maximum salary at the start of the 5th year ($55, 330).

Under the Recurring Increment Payment model, in addition to the adjusted rate of new FPIs, the FPIs would receive an increment of $1,100 after 3 years, and then an additional $1100 in each of the next 4 years (4th year, 5th year, 6th year and 7th year).  After seven years, the maximum salary of $55,331 would be reached.

Under the Union's proposal, the salary for new Associate Fire Protection Inspectors, Level I, would be established at $1100 above the maximum salary for FPIs.  Similarly, starting salary for Level II would be $1100 above the max for Level I; and starting salary for Level III would be $1100 above the max for Level II.

AFPI in all levels title would receive a recurring increment payment for each of the 1st 5 years of service in a particular level, so that after 5 years of service, the maximum salary for each level would be as follows:
Level I - $61,938
Level II - $68,559
Level III - $75,159

The max salary under the Recurring Increment Model is the same as the max salary reached under the Step Pay Plan model; the one difference is that under the Recurring Increment model, it would take FPIs seven  (7) years to reach max salary, instead of five (5) years under the Step Pay Plan.

I'm sure there will be an opportunity to discuss further with OLR before our next bargaining session, scheduled for 12/15/15.  If there are any questions or comments, please do not hesitate to contact me.

David Zweifler
Director of Labor Relations
New York City Fire Department
9 MetroTech Center, Room 4W-14
Brooklyn, NY 11201
(Office)  718-999-2549
(Fax)  718-999-2609
(E-mail)  david.zweifler@fdny.nyc.gov

CHALMERS_FPI_LIT-00033807