# EXHIBIT 47



# NYC Government Workforce Profile Report

**FY 2017**

**NYC DCAS** — Citywide Administrative Services

PLFPI-GEN001507

**Workforce Profile: FIRE DEPARTMENT (FDNY) : FY2017, continued**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Public Safety & Law Enforcement Agency Group**

## Gender and Ethnicity by Job Category for: FDNY

| Job Category (# employees) | Female | Male | White | Black | Hispanic | Asian | SOR |
|---|---|---|---|---|---|---|---|
| ADMINISTRATORS (11) | 18% | 82% | 73% | | 27% | | 0% |
| MANAGERS (167) | 32% | 68% | 58% | 16% | 12% | 13% | 2% |
| MANAGEMENT SPECIALISTS (296) | 57% | 43% | 51% | 22% | 11% | 14% | 1% |
| SCIENCE PROFESSIONALS (152) | 31% | 69% | 37% | 16% | 8% | 38% | 1% |
| HEALTH PROFESSIONALS (87) | 53% | 47% | 72% | 9% | 3% | 11% | 3% |
| SOCIAL SCIENTISTS (0) | | | | | | | |
| SOCIAL WORKERS (8) | 13% | 88% | 88% | | 13% | | |
| LAWYERS (20) | 65% | 35% | 45% | 30% | 10% | 15% | |
| PUBLIC RELATIONS (4) | | | | | | | |
| TECHNICIANS (4437) | 25% | 75% | 43% | 22% | 28% | 5% | 1% |
| CLERICAL SUPERVISORS (108) | 77% | 23% | 31% | 39% | 23% | 6% | 1% |
| CLERICAL (312) | 45% | 55% | 45% | 30% | 21% | 3% | 1% |
| POLICE SUPERVISORS (0) | | | | | | | |
| FIRE SUPERVISORS (2644) | | 100% | 93% | 2% | 4% | | |
| FIREFIGHTER (8865) | 1% | 99% | 74% | 10% | 13% | 2% | |
| POLICE AND DETECTIVES (0) | | | | | | | |
| GUARDS (0) | | | | | | | |
| FOOD PREPARATION (0) | | | | | | | |
| HEALTH SERVICES (7) | 14% | 86% | 14% | 29% | 43% | | 14% |
| BUILDING SERVICES (0) | | | | | | | |
| PERSONAL SERVICES (0) | | | | | | | |
| FARMING (0) | | | | | | | |
| CRAFT (368) | 1% | 99% | 65% | 12% | 14% | 8% | 1% |
| OPERATORS (2) | | | | | | | |
| TRANSPORTATION (24) | 17% | 83% | 25% | 46% | 21% | 8% | |
| LABORERS (19) | | 100% | 47% | 32% | 16% | | 5% |
| SANITATION WORKERS (0) | | | | | | | |
| TEACHERS AND COUNSELORS (1) | | | | | | | |
| PARA PROFESSIONALS (65) | 72% | 28% | 32% | 42% | 14% | 11% | 2% |

Notes:
Percentages of gender and ethnicity exclude employees with "Unknown" or "Unspecified" values.
Gender, Ethnicity, and Age metrics are only reported for categories where there are five or more employees.
SOR indicates Some Other Race, including American Indian/Alaskan Native, two or more races, and unspecified race.

### Key Indicators by Job Category

| Category Description | Headcount | % FT | Median Age | Median YOS | Median Salary | Retire Eligible (2017) | % Separation | % New Hires |
|---|---|---|---|---|---|---|---|---|
| ADMINISTRATORS | 11 | 100.0% | 58 | 28 | $209,770 | 63.6% | 18.2% | 0.0% |
| MANAGERS | 167 | 100.0% | 54 | 23 | $120,795 | 50.9% | 4.8% | 3.6% |
| MANAGEMENT SPECIALISTS | 296 | 88.5% | 49 | 11 | $71,300 | 32.4% | 3.0% | 5.1% |
| SCIENCE PROFESSIONALS | 152 | 96.7% | 47 | 8 | $87,731 | 22.4% | 1.9% | 12.1% |
| HEALTH PROFESSIONALS | 87 | 49.4% | 54 | 9 | $80,737 | 60.5% | 1.7% | 3.4% |
| SOCIAL SCIENTISTS | 0 | | | | | | | |
| SOCIAL WORKERS | 8 | 0.0% | 63 | 15 | n/a | 0.0% | 0.0% | 0.0% |
| LAWYERS | 20 | 95.0% | 37 | 6 | $90,906 | 15.8% | 9.5% | 4.8% |
| PUBLIC RELATIONS | 4 | 50.0% | n/a | 6 | $73,351 | 0.0% | 0.0% | 0.0% |
| TECHNICIANS | 4437 | 100.0% | 33 | 5 | $49,116 | 7.7% | 4.1% | 12.2% |
| CLERICAL SUPERVISORS | 108 | 91.7% | 54 | 14 | $57,310 | 40.4% | 6.8% | 0.0% |
| CLERICAL | 312 | 98.7% | 44 | 12 | $57,757 | 21.8% | 6.0% | 1.3% |
| POLICE SUPERVISORS | 0 | | | | | | | |
| FIRE SUPERVISORS | 2644 | 100.0% | 47 | 20 | $106,175 | 53.6% | 4.0% | 0.0% |
| FIREFIGHTER | 8865 | 100.0% | 38 | 12 | $85,292 | 12.8% | 3.5% | 5.4% |
| POLICE | 0 | | | | | | | |
| GUARDS | 0 | | | | | | | |
| FOOD PREPARATION | 0 | | | | | | | |
| HEALTH SERVICES | 7 | 100.0% | 57 | 29 | $37,215 | 57.1% | 14.3% | 0.0% |
| BUILDING SERVICES | 0 | | | | | | | |
| PERSONAL SERVICES | 0 | | | | | | | |
| FARMING | 0 | | | | | | | |
| CRAFT | 368 | 100.0% | 49 | 11 | $86,965 | 28.8% | 4.6% | 7.3% |
| OPERATORS | 2 | 100.0% | n/a | 31 | $132,964 | 100.0% | 0.0% | 0.0% |
| TRANSPORTATION | 24 | 91.7% | 49 | 14 | $46,476 | 31.8% | 0.0% | 3.8% |
| LABORERS | 19 | 100.0% | 50 | 12 | $72,036 | 26.3% | 5.3% | 10.5% |
| SANITATION WORKERS | 0 | | | | | | | |
| TEACHERS AND COUNSELORS | 1 | 0.0% | n/a | 25 | n/a | 0.0% | 0.0% | 0.0% |
| PARA PROFESSIONALS | 65 | 89.2% | 34 | 4 | $57,073 | 12.1% | 1.4% | 11.0% |

### Top 10 Most Populous Titles

| Title | Headcount | % of Agency | Median Age | Median YOS | Retire Eligible (2017) | # Separations | # Hires |
|---|---|---|---|---|---|---|---|
| FIREFIGHTER | 8,399 | 47.7% | 37 | 12.0 | 11.4% | 285 | 477 |
| EMERGENCY MEDICAL SPECIALIST-EMT | 2,993 | 17.0% | 29 | 3.0 | 4.7% | 137 | 486 |
| LIEUTENANT (FIRE) | 1,561 | 8.9% | 44 | 17.0 | 35.7% | 57 | 0 |
| EMERGENCY MEDICAL SPECIALIST-PARAMEDIC | 899 | 5.1% | 35 | 8.0 | 6.7% | 34 | 51 |
| CAPTAIN (FIRE) | 586 | 3.3% | 49 | 23.0 | 69.5% | 25 | 0 |
| SUPERVISING EMERGENCY MEDICAL SERVICE SPECIALIST | 558 | 3.2% | 47 | 21.0 | 29.6% | 29 | 0 |
| BATTALION CHIEF | 365 | 2.1% | 53 | 26.0 | 89.9% | 16 | 0 |
| ASSOCIATE FIRE PROTECTION INSPECTOR | 215 | 1.2% | 54 | 14.0 | 45.1% | 6 | 0 |
| FIRE ALARM DISPATCHER | 152 | 0.9% | 38 | 10.0 | 7.9% | 12 | 0 |
| FIRE MARSHAL | 115 | 0.7% | 43 | 17.0 | 36.5% | 7 | 0 |

FIRE DEPARTMENT is part of the Public Safety & Law Enforcement agency group, which includes: DEPARTMENT OF CORRECTION, DEPARTMENT OF INVESTIGATION, DEPARTMENT OF PROBATION, FIRE DEPARTMENT, POLICE DEPARTMENT, NYC EMERGENCY MANAGEMENT

PLFPI-GEN001689