

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/7/2022__

**MEHRI & SKALET PLLC**

2000 K STREET NW, SUITE 325 WASHINGTON, DC 20006
TEL 202.822.5100 • FAX 202.822.4997 • WWW.FINDJUSTICE.COM
TWITTER.COM/FINDJUSTICELAW

CYRUS MEHRI (DC, CT)

OF COUNSEL
U.W. CLEMON (AL)
N. JEREMI DURU (DC, MD)
STEVEN A. SKALET (DC, MD)

October 7, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Court Judge
United States District Court for the
Southern District of New York 500 Pearl St.
New York, NY 10007

    Re:    Chalmers, et al. v. City of New York, Docket No. 20 Civ. 3389 –
            Request for Extension of Time to File Civil Case Management Plan

Dear Judge Torres:

    I am one of the lawyers for Plaintiffs in the above-referenced case. I write on behalf of counsel for both parties to jointly request an extension on the filing of a new Civil Case Management Plan ("CCMP") and Scheduling Order in the above-referenced case until Monday, January 9, 2023. This is the first request for an extension of the filing deadline for the new CCMP.

    The Civil Case Management Plan and Scheduling Order of October 6, 2020 (ECF No. 32) sets out a schedule through a ruling on Plaintiffs' class certification motion. It states that "[t]he parties anticipate that that they will submit a new Civil Case Management Plan within 21 days after the Court issues its ruling on class certification." The Court issued a ruling on September 19, 2022, certifying the two proposed classes (ECF No. 98). Under the existing CCMP, therefore, the parties anticipated submitting a new CCMP and Scheduling Order by October 10, 2022.

    Since the Court ruled, however, the parties have agreed to explore settlement. We have selected a mediator who currently has availability in December. Plaintiffs intend to provide the City with a demand and an explanation for the demand during the week of October 10. The parties believe that their energies and resources would be better spent over the next three months concentrating on the possibility of settlement than on preparing a draft CCMP and starting merits discovery and dispositive motion practice.

GRANTED.

SO ORDERED.

Dated: October 7, 2022
New York, New York

ANALISA TORRES
United States District Judge