USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/11/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 2507, UNIFORMED EMTs, PARAMEDICS & FIRE INSPECTORS, Individually and on behalf of its current and former members; LOCAL 3621, EMS OFFICERS UNION, Individually and on behalf of its current and former members; NYC EMS SUPERIOR OFFICERS ASSOCIATION, Individually and on behalf of its current and former members; TONYA BOYD, CHRISTELL CADET, MARK CARRASQUILLO, LIZETTE CLARO, BEVERLY COBB, ALI COUTARD, SENCIA DATILUS, LAITRICE EDWARDS, ALICIA ELKADI, RONALD FLOYD, KAHLIA GRAHAM, RICHARD GUZMAN, MAGGIE HOPE, JASMIN HOWARD, ANGELA JONES, RAVIVARMAN KAILAYANATHAN, MELANIE MORENOKETCHUM, JENELLE PIERRE, SIMONE QUASHIE, JASON SAFFON, ALLISON SHAUGHNESSY, LAURA TORRES, ANDRE VALDEZ, LANCE WINFIELD, RONALD WOLFE, MARYLOU AURRICHIO on behalf of themselves and all other similarly-situated individuals,

      Plaintiffs,

-against-

CITY OF NEW YORK on behalf of the Fire Department of the City of New York,

      Defendant.

DARRYL CHALMERS,
DARREN CONNORS,
GLENN MENDEZ,
JAMES NOVA, and
FATIMA Q. ROSEMOND,

On behalf of themselves and all others similarly situated, and

AFSCME DISTRICT COUNCIL 37 LOCAL 2507, on behalf of its members

22 Civ. 10336 (AT)

20 Civ. 3389 (AT)

**ORDER**

|                                        |
| -------------------------------------- |
|                             Plaintiffs, |
| v.                                     |
| CITY OF NEW YORK,                      |
|                             Defendant. |

ANALISA TORRES, District Judge:

The Court has reviewed the Defendant's objection to the statement of relatedness, Objection, 22 Civ. 10336, ECF No. 19; 20 Civ. 3389, ECF No. 103, Defendant's request for an extension of time to file an answer to the complaint and a proposed case management plan, Def. Mot., 22 Civ. 10336, ECF No. 20, and the *Local 2507* Plaintiffs' response to Defendant's objection to the statement of relatedness, Pl. Reply, 22 Civ. 10336, ECF No. 21.

Defendant asks the Court to rescind its decision to mark the above captioned cases as related and return *Local 2507* to the Clerk's Office for random assignment to another judge. Objection at 3. Defendant also requests a 60-day extension of time to respond to the complaint in *Local 2507* and a 60-day extension of time to file a joint proposed case management plan. Def. Mot. at 1. The *Local 2507* Plaintiffs consent to the extension of time to respond to the complaint, but do not consent to the extension of time to file a joint proposed case management plan. Pl. Reply at 3. Accordingly:

- Defendant's request for the Court to rescind its decision to mark the above captioned cases as related is DENIED.
- Defendant's request for an extension of time to file an answer to the complaint in *Local 2507* is GRANTED. By **March 11, 2023**, Defendant shall respond to the complaint.
- Defendant's request for an extension of time to file the joint proposed case management plan in *Local 2507* is DENIED. By **February 7, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 11, 2023
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge