USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/22/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL CHALMERS, DARREN CONNORS, GLENN MENDEZ, JAMES NOVA, FATIMA Q. ROSEMOND, and AFSCME DISTRICT COUNCIL 37 LOCAL 2507,

                     Plaintiffs,

-against-

THE CITY OF NEW YORK,

                     Defendant.

20 Civ. 3389 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The Clerk of Court is directed to terminate the motions at ECF Nos. 122 and 132. Plaintiffs shall refile these motions should they renew their application for preliminary approval of the class action settlement.

    SO ORDERED.

Dated: January 22, 2024
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge