UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DARRYL CHALMERS, DARREN CONNORS,
GLENN MENDEZ, JAMES NOVA, FATIMA
Q. ROSEMOND, and AFSCME DISTRICT
COUNCIL 37 LOCAL 2507,

                    Plaintiffs,

      -and-

BRANDEN BOWMAN and SEBASTIAN STACK, on
behalf of themselves and all others similarly situated,

                    Plaintiffs-Intervenors,

      -against-

THE CITY OF NEW YORK,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2024

20 Civ. 3389 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

In their April 2 and May 7, 2024 letters to the Court, Defendant and Plaintiffs-Intervenors indicated that Defendant would move to dismiss Plaintiffs-Intervenors' complaint. *See* ECF Nos. 150, 152. The Court granted Defendant's request to extend the deadline to respond to the Complaint and Plaintiffs-Intervenors' deadline to respond to Defendant's pre-motion letter. Those deadlines have since passed.

Accordingly, by **June 10, 2024**, the parties shall file a joint status update with respect to motion practice and settlement discussions.

SO ORDERED.

Dated: June 3, 2024
      New York, New York

                                      _____
                                         ANALISA TORRES
                                 United States District Judge