IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL CHALMERS, DARREN CONNORS, GLENN MENDEZ, JAMES NOVA, FATIMA Q. ROSEMOND, X and AFSCME DISTRICT COUNCIL 37 LOCAL 2507,<br><br>Plaintiffs,<br><br>and<br><br>BRANDEN BOWMAN and SEBASTIAN STACK,<br><br>Intervenors-Plaintiffs<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>Defendant. | Case No. 20 Civ. 3389 (AT) |

**DECLARATION OF BRANDEN BOWMAN IN SUPPORT OF PLAINTIFFS' CORRECTED REVISED MOTION FOR PAYMENT OF SERVICE AWARDS**

I, Branden Bowman, declare upon personal knowledge and under penalty of perjury that the following is true and correct:

1. I am one of the Intervenors-Plaintiffs in this case.

2. I am competent to give this declaration and am familiar with the facts and circumstances set forth below. I make this declaration in support of Plaintiffs' Revised Motion for Payment of Service Awards.

3. I identify as a non-white male.

4. I entered the Fire Academy to become a fire protection inspector in the Fire Department of New York ("FNDY") on October 23, 2023. I graduated from the Academy on January 25,

2024, and have worked as a fire protection inspector in the FDNY since that date. I currently work full-time as a fire protection inspector in the FDNY.

5. I initially became aware of this lawsuit while at the Fire Academy. In January 2024, I had conversations with the Union and Gladstein, Reif & Meginniss LLP about this lawsuit. In the course of these conversations, I agreed to become a named Intervenor-Plaintiff and agreed to act as a class representative of the "Pay Adjustment Class" in this lawsuit, and agreed to be represented by Gladstein, Reif & Meginniss LLP in this capacity. I was aware of the employment risks attendant to putting myself forward as a class representative, but agreed to do so because I believed the cause was just. I am pleased with this settlement because it provides Pay Adjustment class members who have worked full-time with damage awards of several thousand dollars.

6. Since January 2024, in my capacity as a named Intervenor-Plaintiff I have had multiple conversations with attorneys at Gladstein, Reif & Meginniss LLP regarding the case and regarding ongoing settlement discussions, and have reviewed documents related to the case.

7. I am a member of the "Pay Adjustment Class" in this lawsuit, but I am not a member of the "Damages Class".

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

06/24/2024
_____
Date

_____
Branden Bowman