UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL CHALMERS, DARREN CONNORS, GLENN MENDEZ, JAMES NOVA, FATIMA Q. ROSEMOND, and AFSCME DISTRICT COUNCIL 37 LOCAL 2507,<br><br>       Plaintiffs,<br><br>And<br><br>BRANDEN BOWMAN and SEBASTIAN STACK,<br><br>       Intervenors-Plaintiffs,<br><br>       v.<br><br>THE CITY OF NEW YORK,<br><br>       Defendant. | Case No. 20 Civ. 3389 (AT) |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF REVISED STIPULATION OF SETTLEMENT AND SUPPLEMENTAL FILING IN SUPPORT OF PREVIOUSLY FILED MOTIONS FOR PAYMENT OF SERVICE AWARDS, PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF ATTORNEY EXPENSES**

**PLEASE TAKE NOTICE** that the Plaintiffs (the "Damages Plaintiffs") and Intervenors-Plaintiffs (the "Pay Adjustment Plaintiffs") in this action will move this Court, before the Honorable Analisa Torres, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at 10:00 a.m. on Monday, March 17, 2025, for entry of an Order granting final approval to the Revised Stipulation of Settlement in this case. Specifically, Damages and Pay Adjustment Plaintiffs ask the Court to provide the following forms of relief:

1

(a) certify the proposed Damages Class and Pay Adjustment Class (together "the Settlement Classes") pursuant to Fed. R. Civ. P. 23(a) and (b)(3);

(b) approve the Revised Stipulation of Settlement (ECF No. 168-1, at 1-45) (the "Stipulation") as fair, reasonable, and adequate and otherwise meeting the standards of Fed. R. Civ. P. 23(e);

(c) find that the Notice (ECF No. 168-1, at 47-56) clearly and concisely stated in plain, easily understood language all of the elements required under Fed. R. Civ. P. 23(c)(2)(B);

(d) find that the process for providing Notice set out in the Stipulation and used by the parties provided the best notice that was practicable under the circumstances, including providing individual notice to all members who can be identified through reasonable effort.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' memorandum of law in support of the motion also contains supplemental information and argument in support of the following previously filed motions:

(i) Plaintiffs-Intervenors Motion for Attorneys' Fees and Reimbursement of Costs (ECF No. 175), under which Pay Adjustment Plaintiffs seek attorneys' fees in the amount of $109,527.50 and reimbursement of costs in the amount of $1,335.72 for Pay Adjustment Counsel, Gladstein, Reif & Meginniss LLP, to be paid by the City outside the settlement fund:

(ii) Plaintiffs' Revised Motion for Payment of Service Awards (ECF No. 179), under which Damages and Pay Adjustment Plaintiffs seek service awards in the following amounts:

|  |  |
|---|---|
| Darryl Chalmers | $20,000 |
| Darren Connors | $15,000 |
| Glenn Mendez | $15,000 |
| James Nova | $15,000 |
| Fatima Rosemond | $15,000 |
| Michael Reardon | $10,000 |
| Branden Bowman | $ 2,500 |
| Sebastian Stack | $ 2,500; and |

(iii) Damages Plaintiffs' Motion for Award of Attorneys' Fees to Damages Class Counsel and for Reimbursement of Damages Class Counsel's Expenses (ECF No. 181), under which Damages Plaintiffs seek payments of attorneys' fees in the amount of $8,150,000.00 and reimbursement of attorney expenses in the amount of $246,739.77 for Damages Counsel, allocated between the two firms as follows:

Mehri & Skalet, PLLC:

| Fees | $6,688,824.66 |
|---|---|
| Expenses | $ 133,778.72 |

Valli Kane & Vagnini LLP:

| Fees | $1,461.175.34 |
|---|---|
| Expenses | $ 112,961.05 |

The primary factual support for the motions is contained in:

ECF Nos. 168-1 through 174, which are documents supporting the Corrected Notice of Plaintiffs' Motion for Preliminary Approval of Revised Stipulation of Settlement

3

(ECF No. 168) and Plaintiffs' Revised Motion for Payment of Service Awards (ECF No. 179);

ECF No. 177, which is a declaration supporting Plaintiffs-Intervenors Motion for Attorneys' Fees and Reimbursement of Costs (ECF No. 175); and

ECF Nos. 183 and 184, which are declarations supporting Damages Plaintiffs' Motion for Award of Attorneys' Fees to Damages Class Counsel and for Reimbursement of Damages Class Counsel's Expenses (ECF No. 181).

**PLEASE TAKE ADDITIONAL NOTICE** that supplemental support for the current motion and the three pending motions is contained in the accompanying declarations describing events since the prior submissions:

| Ex. No. | Declarant |
| --- | --- |
| 1 | Aisha Lange |
| 2 | Michael Lieder |
| 3 | Sara Wyn Kane |
| 4 | Jessica Harris |
| 5 | Darryl Chalmers |
| 6 | Darren Connors |
| 7 | James Nova |
| 8 | Fatima Rosemond |

**FINALLY, PLEASE TAKE NOTICE** that a proposed Order addressing each of the four motions is attached to this motion for final approval.

Dated: March 3, 2025

>*/s/* Michael D. Lieder
>Cyrus Mehri
>Michael Lieder
>Mehri & Skalet, PLLC
>2000 K Street NW, Suite 325
>Washington, DC 20006
>Tel: (202) 822-5100
>
>Robert J. Valli, Jr.
>Sara Wyn Kane
>Matthew L. Berman
>Valli Kane & Vagnini LLP
>600 Old Country Road, Suite 519
>Garden City, NY 11530
>Tel: 516-203-7180
>
>*Attorneys for Plaintiffs Chalmers, Connors, Mendez, Nova, Rosemond and Local 2507 and Proposed Damages Class*
>
>/s/ Jessica Harris
>Walter Meginniss
>Jessica Harris
>Gladstein, Reif & Meginniss LLP
>39 Broadway, Suite 2430
>New York, NY 10006
>Tel: (212) 228-7727
>
>*Attorneys for Intervenor-Plaintiffs Bowman and Stack and Proposed Pay Adjustment Class*