```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL CHALMERS, DARREN CONNORS, GLENN MENDEZ, JAMES NOVA, FATIMA Q. ROSEMOND, and AFSCME DISTRICT COUNCIL 37 LOCAL 2507,

    Plaintiffs,

and

BRANDEN BOWMAN and SEBASTIAN STACK,

    Intervenor-Plaintiffs,

-against-

THE CITY OF NEW YORK,

    Defendant.

20 Civ. 3389 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 17, 2025, the Court held a hearing on the class action settlement at ECF No. 168-1 (the "Settlement"). During the hearing, the Court ordered as follows:

1. The unopposed motion at ECF No. 201 filed by Plaintiffs, Darryl Chalmers, Darren Connors, Glenn Mendez, James Nova, Fatima Q. Rosemond, and AFSCME District Council 37 Local 2507, and Intervenor-Plaintiffs, Branden Bowman and Sebastian Stack, for final approval of the Settlement is GRANTED for the reasons stated on the record;

2. The Settlement is SO ORDERED;

3. Intervenor-Plaintiffs' motion at ECF No. 175 for an award of $109,527.50 in attorneys' fees and $1,335.72 in costs is GRANTED for the reasons stated on the record;

4. Plaintiff and Intervenor-Plaintiffs' unopposed joint motion at ECF No. 179 for service awards of $20,000 to Plaintiff Darryl Chalmers; $15,000 each to Plaintiffs Darren Connors, Glenn Mendez, James Nova, and Fatima Q. Rosemond; $10,000 to class member Michael Reardon; and $2,500 each to Intervenor-Plaintiffs Branden Bowman and Sebastian Stack is GRANTED for the reasons stated on the record; and

5. Plaintiffs' motion at ECF No. 181 for an award of $8,150,000 in attorneys' fees and $246,739.77 in costs is GRANTED for the reasons stated on the record.

      On the Effective Date as defined at Settlement ¶ I.17, the parties shall file a joint stipulation of dismissal with prejudice. *See* Settlement ¶ IX.4. The stipulation may include a provision stating that the Court shall retain jurisdiction to enforce the Settlement, *see id.*, however the parties are advised that the Court shall not retain jurisdiction over the Settlement for a period of more than one year from the date of the stipulation.

      The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 175, 179, 181, and 201.

      SO ORDERED.

Dated: March 18, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge