```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL CHALMERS, DARREN CONNORS, GLENN MENDEZ, JAMES NOVA, FATIMA Q. ROSEMOND, and AFSCME DISTRICT COUNCIL 37 LOCAL 2507,

          Plaintiffs,

and

BRANDEN BOWMAN and SEBASTIAN STACK,

          Intervenor-Plaintiffs,

-against-

THE CITY OF NEW YORK,

          Defendant.

20 Civ. 3389 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Mehri & Skalet, PLLC's pre-motion letter dated July 3, 2025. ECF No. 216. By **July 9, 2025**, Epiq shall file its response.

    SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge